1 # EXHIBIT 1

2 #### EMAIL FROM GOOGLE RECRUITER IN 2019



3

**Stanley Zhong** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Thu, May 23, 2019, 5:29 PM

to ▮▮▮▮▮▮▮

I'm available next week on all of Monday and also on Tuesday after 4pm. I will also be open on Wednesday through Friday after 8pm. My resume can be found here: https://docs.google.com/document/d/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮/edit?usp=sharing. It's also attached to this email.

Just to make sure you know, I'm 13 years old.

Stanley



▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Mon, May 27, 2019, 1:39 PM

to me

Thank you for taking the time to put together a resume Stanley! Your competitive programming accomplishments are very impressive. Thanks for being transparent about your age. Due to this factor, we won't be able to visit opportunities at Google. I've uploaded your resume to provide visibility to our intern recruiting team for future follow up. Have a great Memorial Day!

1

1 # EXHIBIT 2

2 ## Stanley's ranking in Google Code Jam



1                              **EXHIBIT 3**

2                STANLEY'S RANKING IN META (FACEBOOK) HACKER CUP

3

**HACKER CUP**                                                ROUND 3

Meta recognizes

Stanley Zhong (qpwoeirut)

for progressing to **Round 3** of the 2023 Meta Hacker Cup

Round 1         Round 2         Round 3
 240th           253rd           329th

1

# EXHIBIT 4

2

**STANLEY'S RANKING IN MIT BATTLECODE**



3

1

# EXHIBIT 5

2

## STANLEY'S RANKING IN CMU PICOCTF

3

4

**2nd place winners! W9 needed**

@andrew.cmu.edu>  
to me  
Apr 5, 2023, 8:46 AM

Hi Crusaders of redpwn jr (Stanley Zhong, )

Congrats again on your amazing picoCTF 2023 performance! crusaders of redpwn jr won 2nd place! Your team will be awarded $2,000, split between each member.

In order to receive your award money, we need each of you to please fill out and return the attached W9 form.

In addition to your prize, we are looking to host an awards ceremony on CMU's campus in Pittsburgh, sometime this summer. Could you please let me know if **June 1st** would work for you? (Flights and hotels will be paid for by picoCTF)

Best,

# EXHIBIT 6

## STANLEY'S RANKING IN STANFORD PROCO





# EXHIBIT 7

**STANLEY ADVANCING TO USA COMPUTING OLYMPIAD PLATINUM IN 2021**

## 🥈 USACO 2021 US Open, Platinum

The platinum division had 453 total participants, of whom 333 were pre-college students. We saw quite impressive results on the platinum problems in this contest, with several perfect scores. Results for top scorers are here. Congratulations to all of the top participants for their excellent results!

Your score on this contest was **469 (rank 104 among all pre-college participants in this division)**. Each problem contributed 1000/3 possible points, with equal points assigned to each test case; you can recall your performance on each test case by clicking on a problem below and looking at your results in analysis mode.

**1 United Cows of Farmer John**
View problem | Test data | Solution | Your submission

**2 Routing Schemes**
View problem | Test data | Solution | Your submission

**3 Balanced Subsets**
View problem | Test data | Solution | Your submission

## 🥇 USACO 2021 US Open, Gold

The gold division had 856 total participants, of whom 676 were pre-college students. All competitors who scored 750 or higher on this contest are automatically promoted to the platinum division. Detailed results for all those promoted are here.

Your score on this contest was **1000 (rank 1 among all pre-college participants in this division)**. Each problem contributed 1000/3 possible points, with equal points assigned to each test case; you can recall your performance on each test case by clicking on a problem below and looking at your results in analysis mode.

**1 United Cows of Farmer John**
View problem | Test data | Solution | Your submission

**2 Portals**
View problem | Test data | Solution | Your submission

**3 Permutation**
View problem | Test data | Solution | Your submission