1      # EXHIBIT 8

2      **NPR** NEWS REPORT ABOUT **COBOL** COWBOYS

3  https://www.npr.org/2020/04/22/841682627/cobol-cowboys-aim-to-rescue-sluggis

4  h-state-unemployment-systems







5  

1

# EXHIBIT 9

2

## STANLEY'S COBOL CODE ON GITHUB

3 https://github.com/qpwoeirut/LearningCOBOL



4

# EXHIBIT 10

**EMAIL EXCHANGE WITH COBOL COWBOYS IN 2020**

On May 25, 2020, at 6:52 PM, YYY <YYY@YYY.com> wrote:

Dear COBOL Cowboys,

We hope you are having a wonderful Memorial Day.

Our names are YYY and Stanley Zhong. We are programming enthusiasts. We became interested in COBOL after learning how the current COVID-19 pandemic has caused issues with outdated COBOL programs. In the last month, we have been learning it to see if we could help. Our code can be found on GitHub here and [here](here).

We found out about the COBOL Cowboys on the news and saw the work you are doing to help people with their COBOL programs. If possible, we would like to help. Would you be interested in us doing volunteer work for you?

As a matter of disclosure, we are both 14 years old, but ready and eager to help the world in any way we can.

YYY and Stanley

1

2 _____

3

4 From: XXX <XXX@cobolcowboys.com>

5 Date: Tue, May 26, 2020 at 12:22 PM

6 Subject: Re: Volunteers Interested in COBOL

7 To: YYY, Stanley

8

9 YYY and Stanley—

10

11 Howdy from Cobol Cowboys!

12

13 Thank you for reaching out and offering your volunteer services. We also

14 appreciate you sending us samples of your code. Good work guys.

15

16 We (Bill Hinshaw, Founder and myself) are intrigued by your interest and would

17 like to have further discussions with both of you.

18

19 An important next step, given your ages, would be to make contact with a

20 parent/guardian. I will need to talk to them on the phone and also get an OK in

21 writing (a quick email is fine) with their written approval for Cobol Cowboys, LLC,

22 to have an introductory teleconference with you both as well as follow-up emails.

23

YYY and Stanley, please forward this email to your parent/guardian and ask them to phone me at xxx-xxx-xxxx, so we may proceed. I am available today: now until 7pm and tomorrow through Friday, from 9am to 1pm.

Please let me know the name of your parent/guardian that will be calling with an approximate time of their call.

Bill Hinshaw and I look forward to possible future discussions pertaining to COBOL.

XXX, COO

Cobol Cowboys, LLC

Cell: xxx-xxx-xxxx

Email: XXX@cobolcowboys.com

not our first rodeo ...

_____

Nan Zhong <nanzhong1@gmail.com>    Tue, May 26, 2020 at 11:31 PM

To: XXX <XXX@cobolcowboys.com>

Cc: Stanley, YYY@YYY.com

Hi XXX,

I am Stanley's dad. Thanks for your quick response to the boys! I know Stanley was excited to see it.

Yes, please accept this email as the written approval for Cobol Cowboys, LLC, to have an introductory teleconference with Stanley as well as follow-up emails. I am sure you will hear from YYY's parent soon as well.

BTW, summer coding job is nothing new to Stanley. He interned at my startup in 2018, and programmed (in Python) the backend service (on AWS) that automatically runs insurance quotes. These days he is very much into competitive programming (mostly in C++) and computer security contests.

YYY and Stanley are school friends. Both live the Bay Area, CA. Based on the NPR news story, I believe you live in Gainesville, Texas, 2 hours ahead of us. If that is correct, can I call you at 11am your time (9am my time) on Wednesday 5/27? I will call from my mobile number xxx-xxx-xxxx.

Looking forward to speaking with you!

Thanks,

Nan

1

2 ───────────────────────────────────────────

3

4 XXX <XXX@cobolcowboys.com> Wed, May 27, 2020 at 6:48 AM

5 To: Nan Zhong <nanzhong1@gmail.com>

6

7 Nan—

8

9 9am your time (11amCST) today works fine.

10

11 The work you've described that Stanley has been doing is most impressive.

12 Thanks so much for your email.

13

14 Will talk soon.

15

16 XXX, COO

17 Cobol Cowboys, LLC

18 Cell: xxx-xxx-xxxx

19 Email: XXX@cobolcowboys.com

20

21 not our first rodeo ...

22

1 **EXHIBIT 11**

2 **RABBITSIGN FOUNDED BY STANLEY IN 2021**

3 [www.rabbitsign.com](www.rabbitsign.com)

---

*RabbitSign*   Features   FAQ   Team   Contact                    Sign Up   Log In

# Get Unlimited Free E-Signing

Not a free trial. Not a free tier. Completely free. Period.
See how.

Get Started

---



## Won Accolades from Experts

An AWS Well-Architected Review concluded that RabbitSign was **"one of the most secure and efficient accounts"** reviewed. RabbitSign is in the editorial pipeline to be featured in an AWS case study for its exemplary usage of AWS Serverless and compliance services.

---

## Audited by Trusted Third Parties

RabbitSign has achieved both SOC 2 Type II compliance with an unqualified opinion and ISO 27001:2022 compliance. Sign in to download RabbitSign's compliance reports. Verify RabbitSign's ISO 27001:2022 certification on IAF here.




4

5

6

7

---

1    https://blog.rabbitsign.com/launching-an-unlimited-free-e-signing-service-fe77a5

2    0a66aa



# Launching an Unlimited Free E-Signing Service



RabbitSign Team · Follow

2 min read · Jun 20, 2021

👏 56



I'm Stanley, founder of RabbitSign.

The pandemic made e-signing essential. But I got frustrated that all the e-signing solutions had very limited free tiers (or no free tier at all) so I decided to make an unlimited free e-signing solution. This led to the creation of RabbitSign.

3

4

# EXHIBIT 12

**EXCERPT OF THE AWS WELL-ARCHITECTED REVIEW (WAR) FOR RABBITSIGN**

- **Reducing administrator privileges to follow IAM best practices**, protecting themselves from potential insider threats.

- **Enabling WAF for CloudFront Distributions**, which will help protect Rabbit Sign's web application from common web exploits like SQL injection and cross-site scripting.

- **Enabling server-side encryption on their SNS topics** for encryption at rest and also enabling delivery status logging, ensuring that their SNS topics are secure and that they can track the delivery status of their messages.

Overall, Cloud303 concluded that Rabbit Sign's account is one of the most efficient and secure accounts they have reviewed. The remediations that were implemented demonstrate Rabbit Sign's commitment to following AWS security best practices. They also ensure the confidentiality, integrity, and availability of data and infrastructure, protecting Rabbit Sign and its customers from potential security threats. Cloud303 believes that this account would be an ideal AWS case study to demonstrate how using serverless infrastructure can help companies operate more cost-efficiently.



████████ @amazon.com>                                        Fri, Mar 10, 2023, 4:51PM

Stanley,

I am back from my 2nd ski trip now, yes. Had to head down to CO for ███ 's birthday and to teach him a few things on the mountain. Glad to hear the feedback after the WAR, that's an accomplishment my man. Cloud 303 correct me if I am wrong but have done more WARs than AWS Partner ever? That's awesome. Throw some time on my calendar for next week and I'll sync up with ███ on my side. Looking forward to catching up

**Schedule 20 Min Meeting w/AWS** ██████

# EXHIBIT 13

1

**EMAILS FROM AWS REGARDING THE RABBITSIGN CASE STUDY**

2

3

4



@amazon.com>    May 8, 2023, 6:24 AM    ☆    ↰    ⋮

to

Great news!  The blog proposal has been accepted.  @Stanley from RabbitSign I have to get RabbitSign added to our internal reference finder for us to be able to write about their journey – I have submitted this request and will let you know if there is anything I need from you for this.

1

# EXHIBIT 14

2

## GOOGLE'S FULL-TIME EMPLOYMENT OFFER LETTER

3

4

**Stanley Zhong**

20 September 2023

**This offer supersedes and replaces any prior versions**

5

Dear Stanley,

Thank you for your interest in Google LLC! We are delighted to offer you the exempt position of Software Engineer  in the Sunnyvale office. We look forward to working with you!