# EXHIBIT 15

Industry news coverage for RabbitSign's free HIPAA-compliant e-signing

https://www.hipaajournal.com/rabbitsign-achieves-hipaa-compliance-for-its-free-e-signing-solution/







1         # EXHIBIT 16

2         Episode of Viewpoint with Dennis Quaid featuring RabbitSign and Stanley

3

4    https://www.viewpointproject.com/features-postidd3e6da7a/



5

6

1

# EXHIBIT 17

2

STANLEY'S GPA

3

**Henry M. Gunn High Transcript**
School Code: 4332904   Tel: (650)354-8200   Fax: (650)493-7801
780 Arastradero Rd,  Palo Alto, CA 94306

Zhong, Stanley
Student Number: ████   Grade: 12
Generated on 11/27/2022 09:40:33 PM   Page 1 of 1

### Student Information
Student Number: ████   Grade: 12
Birthdate:                Gender: M
State ID:
Counselor:

### GPA Summary
Cumulative GPA (Weighted)        4.4242
Cumulative GPA (Unweighted)      3.9697

Weighted 10-12 A-G GPA           4.5833

#### #4332904 Henry M. Gunn High
| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2019-2020 Grade 09  Term 1** | | | |
| 6205 Art Spec 1 | A | 5.0000 | 5 |
| 3115 Biology 1A | A | 5.0000 | 5 |
| 4010 Chinese 1 | A+ | 5.0000 | 5 |
| 1180 Communic | A | 5.0000 | 5 |
| 2408 Geom H | A | 5.0000 | 5 |
| 2791 PE 9/11 | A | 5.0000 | 5 |
| 1625 Wld Hist | A | 5.0000 | 5 |
| Credit: 35.000  GPA: 4.0000  U/W GPA: 4.0000 | | | |
| **2019-2020 Grade 09  Term 2** | | | |
| 6205 Art Spec 1 | CR | 5.0000 | 5 |
| 3115 Biology 1A | CR | 5.0000 | 5 |
| 4010 Chinese 1 | CR | 5.0000 | 5 |
| 2408 Geom H | CR | 5.0000 | 5 |
| 2792 PE 9/12 | CR | 5.0000 | 5 |
| 0117 Western Literature | CR | 5.0000 | 5 |
| 1625 Wld Hist | CR | 5.0000 | 5 |
| Credit: 35.000  GPA: 0.0000  U/W GPA: 0.0000 | | | |
| **2020-2021 Grade 10  Term 1** | | | |
| 2416 Alg2/TrigH | A | 5.0000 | 5 |
| 2491B APCompSci A | A | 5.0000 | 5 |
| 3625 Chemistry H | A | 5.0000 | 5 |
| 4020 Chinese 2 | A+ | 5.0000 | 5 |
| 1193 Lit Style | A | 5.0000 | 5 |
| 2696 PE 10 | A+ | 5.0000 | 5 |
| 1753 US Govt | A+ | 5.0000 | 5 |
| Credit: 35.000  GPA: 4.4286  U/W GPA: 4.0000 | | | |
| **2020-2021 Grade 10  Term 2** | | | |
| 2416 Alg2/TrigH | A | 5.0000 | 5 |
| 2491B APCompSci A | A | 5.0000 | 5 |
| 3625 Chemistry H | A | 5.0000 | 5 |
| 4020 Chinese 2 | A | 5.0000 | 5 |
| 1191 Cont Herit | B+ | 5.0000 | 5 |
| 1641 ContWld 11 | A | 5.0000 | 5 |
| 2696 PE 10 | A | 5.0000 | 5 |
| Credit: 35.000  GPA: 4.2857  U/W GPA: 3.8571 | | | |
| **2021-2022 Grade 11  Term 1** | | | |
| 2399 Analysis H | A+ | 5.0000 | 5 |
| 3824 AP Physics 1 | A | 5.0000 | 5 |
| 1699 AP US History | A | 5.0000 | 5 |
| 8638 CS Capstone | A | 5.0000 | 5 |
| 5092 Prnc Of Engr H PLTW | A | 5.0000 | 5 |
| 7662 World Classics H | A | 5.0000 | 5 |
| Credit: 30.000  GPA: 4.8333  U/W GPA: 4.0000 | | | |
| **2021-2022 Grade 11  Term 2** | | | |
| 2399 Analysis H | A | 5.0000 | 5 |
| 3824 AP Physics 1 | A | 5.0000 | 5 |
| 1699 AP US History | A- | 5.0000 | 5 |

#### #4332904 Henry M. Gunn High
| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2021-2022 Grade 11  Term 2** | | | |
| 8638 CS Capstone | A | 5.0000 | 5 |
| 1179 Philos Lit | A | 5.0000 | 5 |
| 5092 Prnc Of Engr H PLTW | A- | 5.0000 | 5 |
| Credit: 30.000  GPA: 4.6667  U/W GPA: 4.0000 | | | |

#### #500 PAUSD Summer School
| Course | Mark | Weight | Credit |
|---|---|---|---|
| **2021-2022 Grade 11  Term 3** | | | |
| 8458 Liv Skill | CR | 5.0000 | 5 |
| Credit: 5.000  GPA: 0.0000  U/W GPA: 0.0000 | | | |

#### In-Progress Courses
| Course | Credit |
|---|---|
| 1525 AnalyticCollWrit | 5.000 |
| 2459 AP Calculus BC | 5.000 |
| 1762 AP Human Geography | 5.000 |
| 3859A AP Physics C: Mechanics | 5.000 |
| 2319 AP Statistics | 5.000 |
| 1811 Econ AP | 5.000 |
| 0676 Tchr Asst | 5.000 |

### Credit Summary
Curriculum Program: Gunn Graduation 2018 & Up - Alg in Middle School

| High School | Attempted | Earned | Required | Remaining |
|---|---|---|---|---|
| Wldh | 10.000 | 10.000 | 10.000 | 0.000 |
| USGovt | 5.000 | 5.000 | 5.000 | 0.000 |
| Contwld | 5.000 | 5.000 | 5.000 | 0.000 |
| USH | 10.000 | 10.000 | 10.000 | 0.000 |
| Econ | 0.000 | 0.000 | 5.000 | 5.000 |
| S St | 0.000 | 0.000 | 5.000 | 5.000 |
| English | 30.000 | 30.000 | 40.000 | 10.000 |
| Algebra | 0.000 | 0.000 | 0.000 | 0.000 |
| Geometry | 10.000 | 10.000 | 10.000 | 0.000 |
| Algebra 2 | 10.000 | 10.000 | 10.000 | 0.000 |
| Math | 10.000 | 10.000 | 0.000 | 0.000 |
| Biol Sci | 10.000 | 10.000 | 10.000 | 0.000 |
| Phys Sci | 20.000 | 20.000 | 10.000 | 0.000 |
| World Lang (Level 2) | 10.000 | 10.000 | 10.000 | 0.000 |
| Fine Arts | 10.000 | 10.000 | 10.000 | 0.000 |
| Career Voc Ed | 30.000 | 30.000 | 10.000 | 0.000 |
| Living Skills | 5.000 | 5.000 | 5.000 | 0.000 |
| PE | 20.000 | 20.000 | 20.000 | 0.000 |
| Electives | 10.000 | 10.000 | 45.000 | 0.000 |
| Total | 205.000 | 205.000 | 220.000 | 20.000 |

### Comments
This is an UNOFFICIAL transcript

1    **EXHIBIT 18**

2    STANLEY'S QUALIFICATION FOR ELIGIBILITY FOR LOCAL CONTEXT (ELC)

3

## How your application is reviewed

University of California Fall Quarter/Semester 2023 application

Application ID:1166008
Name: Stanley Zhong

Campuses review each individual application carefully and consider more than just grades. There are multiple factors that all UC campuses weigh, although campuses often apply these factors differently. To review these factors ↗, visit UC's admission website.

You rank in the top 9 percent of California high school students, based on your A-G course totals, UC GPA and our admissions index ↗. If you meet the minimum admission requirements and aren't admitted to any UC campus to which you applied, you will be offered a spot at another campus if space is available.

Return to "Application status"

4

1              # EXHIBIT 19

2       HIGH SCHOOL RANKINGS BY US NEWS AND WORLD REPORT

3  https://www.usnews.com/education/best-high-schools/california/districts/palo-alt

4  o-unified-school-district/henry-m-gunn-high-school-2992

5



6

1      **EXHIBIT 20**

2      HIGH SCHOOL RANKINGS BY NICHE

3   https://www.niche.com/k12/henry-m-gunn-high-school-palo-alto-ca/



4

5



1                                    **EXHIBIT 21**

2                          S<small>TANLEY'S</small> **PSAT** <small>AND</small> **SAT** <small>SCORES</small>



3

1   # EXHIBIT 22

2   STANLEY'S NATIONAL MERIT SCHOLARSHIP FINALIST CERTIFICATE



**NATIONAL MERIT SCHOLARSHIP CORPORATION**
1560 Sherman Avenue, Suite 200, Evanston, Illinois 60201-4897   (847) 866-5100

February 13, 2023

STANLEY L. ZHONG



PALO ALTO CA 94306

Semifinalist ID #: **23-16372**

Selection Unit #: **05-2130**

Dear Finalist:

Congratulations! You have advanced to Finalist standing in the 2023 National Merit® Scholarship Program, a distinction that places you in a group of more than 15,000 students, representing less than one percent of U.S. high school graduating seniors. A *Certificate of Merit* attesting to this accomplishment has been sent to your principal for presentation to you.

The National Merit Scholarship Program is privately financed, and the majority of scholarships offered are underwritten by approximately 340 independent sponsor organizations and institutions. Although this nationwide academic competition is the largest of its kind, scholarship funds are limited and only about 7,250 of the Finalists will receive a Merit Scholarship® award.

Three types of National Merit Scholarships will be offered in 2023; no Finalist can receive more than one award.

- All Finalists are being considered for one of the 2,500 single-payment National Merit $2500 Scholarships that will be offered on a state representational basis.

- Finalists who meet specific criteria of a company or business sponsor will be considered for one of about 950 corporate-sponsored Merit Scholarship awards. Most of these awards are designated for Finalists who are children of a sponsor's employees, but some are offered for residents of areas where the company is located, and a limited number are reserved for students planning to enter career fields a sponsor wishes to encourage.

- Finalists who meet the three conditions *listed on the reverse side of this letter* may be considered for one of about 3,800 college-sponsored Merit Scholarship awards to be financed by U.S. colleges and universities that have made sponsor arrangements with National Merit Scholarship Corporation (NMSC®).

Every Merit Scholarship award must be used for full-time attendance at a college or university in the United States that holds accredited status with a regional accrediting commission on higher education. Our records show that as of January 12, 2023, the regionally accredited U.S. college you reported to NMSC as your first choice is:

**Stanford University**

Please log in to NMSC's Online Scholarship Application (OSA) to keep your email and mailing addresses up to date throughout the spring. We will begin notifying winners of National Merit Scholarship awards by email in March. Finalists who have not been chosen to receive a Merit Scholarship award will be informed by mail in mid-May after most selections have been completed. All of us associated with the National Merit Scholarship Program salute you for your attainments to date and offer our best wishes for the realization of the high goals you set for yourself.

Sincerely,

James Wittenberg

James C. Wittenberg
Director of Scholarship Administration

3

1   # EXHIBIT 23

2   **STANLEY'S ROLE AS A FOUNDING OFFICER AND PRESIDENT OF THE COMPETITIVE PROGRAMMING**

3   **CLUB AT HIS HIGH SCHOOL**

4

**GUNN HIGH SCHOOL – ASSOCIATED STUDENT BODY**
**Club Meeting Minutes**

Club Name: Gunn Competitive Programming Club
The meeting was called to order by: [redacted]
Location: Online over Zoom
Date and Time: September 29th, 2020 at 3:45 pm
The minutes of the previous meeting were: N/A Read and Approved
First Meeting N/A Corrected & Approved (as corrected)

The following requisitions were submitted for approval:

| Vendor | Purpose | Amount |
|---|---|---|
| N/A | N/A | N/A |

Motion: _____  Moved by: _____  Seconded: _____

Communication and Reports: N/A

Old Business: N/A – First Meeting

New Business: Club officers introduced, purpose of club presented. List of competitions presented with emphasis on USACO. Lesson on input/output. Example of competitive programming problem given. Signup form to help organize Palo Alto Programming Competition shared. Weekly problem displayed. Officers answered some questions and meeting ended.

ATTENDANCE: PLEASE LIST ATTENDEES ON BACK.

Submitted by Club Secretary: Stanley Zhong    Date: 10/4/2020

*Please continue on back of this form or attach additional information as needed.*

1. # EXHIBIT 24

2. ## OPENBRACKETS CO-FOUNDED BY STANLEY

3. https://www.openbrackets.us/



# EXHIBIT 25

**S**TANLEY'S **P**RESIDENT'S **V**OLUNTEER **S**ERVICE **A**WARD

For his volunteer work at OpenBrackets, Stanley received the highest level of PVSA in 2021. His volunteer hours were certified by two adult advisors at OpenBrackets.

# EXHIBIT 26

### News reports on Stanley's college admission story

**ABC7 Interview of Stanley and Nan on 10/10/2023**

https://abc7news.com/stanley-zhong-college-rejected-teen-full-time-job-google-admissions/13890332/

Bay Area high school grad rejected by 16 colleges hired by Google

**ABC7 follow-up interview of Stanley on 10/13/2023**

https://abc7news.com/high-school-grad-rejected-by-colleges-stanley-zhong-schooler-lands-google-job-bay-area/13909470/

High school grad rejected by 16 colleges reveals how he got Google job

**ABC7 follow-up interview of Nan on 10/16/2023**

https://abc7news.com/stanley-zhong-google-bay-area-teen-college-admissions-transparency/13925114/

Dad of CA teen rejected by colleges but hired by Google calls for admissions transparency

**CBS 10/20/2023**

https://www.cbsnews.com/news/stanley-zhong-google-software-engineer/

**CNBC 11/8/2023**

https://www.cnbc.com/2023/11/08/dad-of-18-year-old-google-engineer-shares-his-top-parenting-rule.html

**People 10/20/2023**

https://people.com/high-school-graduate-rejected-over-dozen-colleges-lands-jobs-at-google-8364398

**USA Today 10/13/2023**

https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/

**Business Today 10/17/2023**

https://www.businesstoday.in/technology/news/story/google-vs-college-google-hires-18-year-old-as-software-engineer-after-16-colleges-reject-him-402101-2023-10-16

**Yahoo News 10/11/2023**

https://news.yahoo.com/bay-area-teen-rejected-16-204200918.html

**Palo Alto Online 10/23/2023**

https://www.paloaltoonline.com/news/2023/10/23/from-gunn-to-google-meet-stanley-zhong-the-18-year-old-college-reject-who-landed-every-techies-dream-job

**Sing Tao Daily 10/4/2023**

https://epaper.singtaousa.com/flippingbook/epaper_sf/2023/20231010/21/

**World Journal 10/13/2023**

https://www.worldjournal.com/wj/story/121469/7504367

https://www.worldjournal.com/wj/story/121472/7504474