# EXHIBIT 27

**Congressional hearing citing Stanley's college admission case**

https://www.youtube.com/live/4Zu5cdfv9kk?si=XufizKznBZZZlnWo&t=2587



1 https://democrats-edworkforce.house.gov/imo/media/doc/mike_zhao.pdf

2 (Appendix A, page 4)

**Stanley Zhong, an exceptional student rejected by 16 colleges in 2023** 

- **Academic Performance:** GPA (UW/W): 3.97/4.42. SAT: 1590 & National Merit Scholarship finalist
- **Finalist of major global programing competitions:**
    - Advanced to the Google Code Jam Coding Contest semi-final
    - Led his team to the 2nd place in MIT Battlecode's global high school division (1st place in the US)
- **An innovator and entrepreneur: Created an e-signing startup (RabbitSign.com) that's**
    - Grown to tens of thousands of users organically.
    - Recognized by an Amazon Web Services Well-Architected Review as "one of the most efficient and secure accounts" they have reviewed.
    - Featured by Amazon Web Services case study for its exemplary use of AWS Serverless and compliance services.
    - Interviewed by Viewpoint with Dennis Quaid, a series of short documentaries on innovations. (past guests included President George H.W. Bush & Fortune 500 CEOs.)
- **Co-founded a non-profit that brought free coding lessons to 500+ kids in underserved communities in California, Washington, and Texas.**
- **Hired by Google (full-time) but rejected by 16 colleges** including Stanford, MIT, CMU, UC Berkeley, UCLA, UC San Diego, UC Santa Barbara, UC Davis, California Polytechnic State University, Cornell, Univ of Illinois, Univ of Michigan, Georgia Tech, CalTech, Univ of Wisconsin, and Univ of Washington.

Page 4   September 2023                    Copyright © Asian American Coalition for Education 2023. All rights reserved.

4