1                           **EXHIBIT 28**

2              PROTESTS AGAINST SFFA AND RACE-NEUTRAL ADMISSIONS

3    https://www.harvardmagazine.com/2023/07/rally-against-scotus-admissions-ruli

4    ng



# Harvard Students Protest Supreme Court Ruling

With a march and speeches, students vowed to fight back.

by Ryan Doan-Nguyen



At a rally in Harvard Yard on July 1, demonstrators expressed their opposition to the Supreme Court decision ending race-conscious admissions.

5

1  _____

2

3  https://www.youtube.com/watch?v=OFN4SeF-Lh4

4  Harvard Students Rally in Support of Affirmative Action After Supreme Court

5  Ruling



Harvard students and onlookers rallied in support of affirmative action across campus on Saturday afternoon.

6

7

8  _____

9

10  https://youtu.be/Ruc1BlRvsDo?si=FFkWoJiWy_gmHawn&t=89

11  University of Texas students argue over anti-affirmative action bake sale