1. 
2.
3.
4.
5. https://www.youtube.com/watch?v=61ywDq-vEZg
6. Protesters Clash in Washington After Supreme Court Ends Affirmative Action
7. 
8.
9.