1

2 https://www.youtube.com/watch?v=zzeeOBthe9A

3 Affirmative action supporters rally against Supreme Court ruling in 2005

4