# EXHIBIT 52

UW Presidential blog following SFFA v. Harvard ruling

https://www.washington.edu/president/2023/08/01/affirmative-action-ruling/





/ Presidential Blog / Affirmative action ruling won't change our values or our mission

## Affirmative action ruling won't change our values or our mission

Posted on August 1, 2023

While the recent U.S. Supreme Court ruling that effectively ends affirmative action in college admissions decisions was not surprising, it created much disappointment and concern for many who have been working hard to ensure that our colleges and universities were truly accessible to all, including those who have been historically underrepresented and marginalized. And while it is likely to have little impact on the UW's admissions practices, given that I-200 already prohibited the use of race as a factor in hiring or admissions by Washington's public universities, I fear that it is sending the wrong message to many of our nation's youth at a time when we are experiencing post-pandemic drops in enrollment in higher education, especially among low income youth of color. That is why it is important to re-emphasize that as the University FOR Washington, nothing about the ruling will change our commitment to creating opportunity and expanding access to a world-class education for students from all backgrounds.

1       **EXHIBIT 53**

2       **UW Faculty Search Discriminated Against White and Asian Candidates**

3   https://www.insidehighered.com/news/faculty-issues/diversity-equity/2023/11/03/u

4   -washington-faculty-search-weighed-race

November 03, 2023

# U of Washington Faculty Search Weighed Race Inappropriately

A psychology department hiring committee re-ranked finalists to hire a Black candidate over a white person originally rated No. 1, violating policy, a report concludes.

By Ryan Quinn

5

6

https://www.newsweek.com/university-washington-white-asian-candidates-excluded-employment-interviews-1856321



The University of Washington has revealed that "an internal whistleblower" exposed discrimination against white and Asian job candidates in its psychology faculty.

An internal report found that a third-placed job applicant, who was Black, was given a tenure-track assistant professor job last April, above white and Asian candidates who were ranked higher in the selection process.

Other violations included excluding white staff from meetings with job candidates, deleting a passage from a hiring report to hide discrimination, and discussing ways to "think our way around" a Supreme Court ruling that barred affirmative action in colleges.

A UW spokeswoman told *Newsweek* on Thursday that the case was exposed when "the dean of the College of Arts & Sciences, responding to an internal whistleblower, requested an internal review of this process by what was then called UCIRO (University Complaints, Investigation and Resolution Office) and is now the Civil Rights Investigation Office."

https://www.documentcloud.org/documents/24110543-uw_psychology_report/#document/p14/a2400987



1  **EXHIBIT 54**

2  ASIAN POPULATION GROWTH IN WASHINGTON

3  https://www.census.gov/library/stories/state-by-state/washington-population-cha

4  nge-between-census-decade.html



5

6

7

1 _____

2 https://apiavote.org/wp-content/uploads/Washington.pdf

### 2022 AAPI VOTER DEMOGRAPHICS BY STATE
# Washington

**POPULATION FACTS**

- Largest Asian American ethnic groups in Washington include: Chinese, except Taiwanese (185,877), Filipino (176,179), Asian Indian (138,284), Korean (96,671), Vietnamese (92,002) and Japanese (90,779)
- Largest NHPI ethnic groups in Washington include: Native Hawaiian (27,642), Samoan (23,825) and Guamanian or Chamorro (19,238)
- From 2010 to 2020, the number of eligible AAPI voters in Washington grew by 54%
   - This compares to a 16% change for the statewide eligible voting population over the same period.
- AAPI youth (ages 18-29) comprise 26% of the AAPI Citizen Voting Age Population (CVAP) in Washington
- AAPIs age 50 and up comprise 36% of the AAPI CVAP.

**494,343**
ELIGIBLE AAPI VOTERS (INCLUDES MULTI-RACIAL POPULATION)

**9.3%**
AAPI SHARE OF ELECTORATE IN THE STATE

**1,028,335**
AAPI POPULATION SIZE (INCLUDES MULTI-RACIAL POPULATION)

**140%**
AAPI POPULATION GROWTH RATE SINCE 2000

**56%**
AAPI POPULATION GROWTH RATE SINCE 2010

**COUNTIES WITH HIGHEST AAPI POPULATIONS (INCLUDES MULTI-RACIAL POPULATION)**

|  | % of AAPIs in County | Size of AAPI Population | % of AAPI CVAP in County | Size of AAPI CVAP |
|---|---|---|---|---|
| King | 23% | 506,767 | 17% | 255,937 |
| Snohomish | 15% | 121,165 | 11% | 64,304 |
| Pierce | 12% | 107,282 | 10% | 63,270 |

3

4

1 # EXHIBIT 55

2 ## 2013 UW FRESHMAN ENROLLMENT

3 https://www.washington.edu/news/2013/10/14/uw-fall-2013-enrollment-largest-fre
4 shman-class-ever/



**ADMINISTRATIVE AFFAIRS | UW AND THE COMMUNITY**

October 14, 2013

# UW Fall 2013 enrollment: Largest freshman class ever

**Bob Roseth**
News and Information

The University of Washington in Seattle reports its largest freshman class in history at 6,255 students, according to the Office of Admissions.

The class includes 4,211 freshmen who are Washington residents. The freshman class was drawn from a record number of more than 30,000 applicants, an increase of 16 percent over the previous year. Because of this increase, the admission rate declined from 59.1 percent to 55 percent.

The class includes 3,285 women (52.8 percent) and 2,970 men (47.2 percent).

The freshman class includes students from more than 1,150 high schools around the world. The top three Washington high schools for UW freshmen are Skyline (93 students), Newport (88) and Inglemoor (83). The top three countries for international students in the freshman class are China (687 students), South Korea (75) and Taiwan (70). International students number 974 or 15.6 percent of the class.

Some 28.3 percent of freshmen when they complete their baccalaureate studies will be the first in their family to graduate college.

The average grade point of entering freshmen is 3.76 and their average composite SAT is 1830. The ACT average composite score is more than 27.

The UW in Seattle also enrolled 1,724 new transfer students this fall, of whom 1,355 attended community colleges in Washington state. With these new enrollments, the Seattle campus now has 43,762 students, of whom 28,754 are undergraduates.

The freshman class includes 181 African Americans, 1,794 Asian Americans, 74 Hawaiian/Pacific Islanders, 77 Native Americans and 455 Hispanics/Latinos. Overall, the numbers and percentages of under-represented minorities have increased over last year.

The UW Bothell this fall has a total enrollment of 4,604, with 4,077 undergraduates. Bothell has become the largest of the state's five branch campuses. UW Tacoma's enrollment is 4,295, with 3,587 undergraduates. In the total undergraduate population of the UW, 77.1 percent are residents of Washington.

5

# EXHIBIT 56

**2024 UW TOTAL ENROLLMENT**

https://www.washington.edu/opb/uw-data/fast-facts/fast-facts-html-only/

## Total Enrollment

### Enrollment by campus location and degree level

| Student Level | Seattle | Bothell | Tacoma | Total |
|---|---|---|---|---|
| Undergrad | 35,397 | 5,478 | 4,222 | 45,097 |
| Grad/Prof | 16,322 | 586 | 758 | 17,666 |
| Total | 51,719 | 6,064 | 4,980 | 62,763 |

% of Undergraduate students across three campuses: **72%**

% of Graduate/Professional students across three campuses: **28%**

### Enrollment by ethnicity

| Race/Ethnicity | % of all students |
|---|---|
| White | 33% |
| Asian | 23% |
| International | 13% |
| Hispanic/Latino | 10% |
| Two or More Races | 8% |
| Not Indicated | 7% |
| Black/African American | 5% |
| American Indian/Alaska Native | <1% |
| Native Hawaiian/Pacific Islander | <1% |

% of students that are Underrepresented Minorities: **18%**

# EXHIBIT 57

## 2024 UW FRESHMAN ENROLLMENT

https://www.washington.edu/news/2024/10/14/uws-2024-entering-class-is-most-diverse/

October 14, 2024

# UW's 2024 entering class is most diverse

**Jackson Holtz**
UW News



The UW's 2024 entering class is the most diverse in the school's history. *Mark Stone/University of Washington*

The University of Washington's newest freshman class is the most diverse in the school's 164-year history, and the incoming class at UW Bothell is the largest since the school first welcomed students in 1990, while UW Tacoma's enrollment increased 4% over last year.

Each year, university officials conduct an enrollment count on the second Friday after classes begin: The total number of new students across all three campuses, including first-year students and transfer students, totals 11,941, of which 8,831 — 74.0% — are Washington residents.

The Seattle campus enrolled 8,774 new undergraduates, including 7,195 freshmen and 1,579 transfer students. Of the 8,774 new undergraduates at the Seattle campus, a record 1,774, or 20.2%, are historically underserved students who identify with at least one of the following groups: African American; Native American or Alaska Native; Hawaiian or Pacific Islander; and Hispanic or Latino.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,375 — 1,318 in Seattle, 490 in Bothell and 567 in Tacoma. Of these, 86.2% are Washington residents.

Overall, the number of undergraduate applicants to the Seattle campus increased this year by 10.6% to 74,603 with an admissions rate of 39.5%. The Seattle campus' admission rate for Washington residents was 47.9%.

# EXHIBIT 58

**UW Medical School's Incentive Scholarships**

https://www.uwmedicine.org/sites/stevie/files/2024-05/SB%205228%20ANNUAL%20REPORT%202023%20FINAL%20%28002%29%20%282%29.pdf

### III. Student support/retention

A. Financial Support

1. Tuition Waivers: The UW Provost provides 5 Washington resident and 10 out-of-region (OOR) non-resident tuition waivers per year for UWSOM matriculants to incentivize highly desirable applicants who will bring unique diversity and experience to the class. For 2023, 10 Washington residents received ½ tuition waivers and 7 out-of-region applicants accepted tuition waivers. 11/17 waivers were awarded to URiM students. An additional 9 Washington residents were offered tuition waivers but declined their admissions offer to attend another medical school. Of those that matriculated elsewhere, 8 of 9 identified as underrepresented in medicine (URiM.) An additional 11 OOR applicants were offered non-resident tuition waivers that turned down this offer to matriculate elsewhere. Four identified as URiM.

2. Incentive Scholarships: The admissions dean convenes a committee that works with UW Medicine Advancement to identify highly desirable candidates to receive scholarships available through generous gifts specifically designated for incentivizing such candidates. In 2023, 3 awards for $20,000 annually up to 4 years and one award for $7500 annually for up to 4 years were granted. All recipients identified as URiM. There was an additional one-time gift for a full-ride scholarship for 4 years which was awarded to a URiM student.