# Hanh Huynh

| | |
|---|---|
| **From:** | Nan Zhong <nanzhong1@gmail.com> |
| **Sent:** | Friday, February 21, 2025 2:07 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | Stanley Zhong et al v. the University of Washington (Part 1) |
| **Attachments:** | UWash Complaint Signed.pdf; UWash Complaint Exhibit 1-7.pdf |
| **Categories:** | Hanh |

**CAUTION - EXTERNAL:**

Dear District Court for the Western District of Washington,

Plaintiffs Stanley Zhong ("Stanley"), Nan Zhong ("Nan"), and Students Who Oppose Racial Discrimination ("SWORD"), represented by Nan Zhong on behalf of its members and all others similarly situated, collectively referred to as "Plaintiffs," bring this civil rights action against the University of Washington ("UW", "Defendant") for engaging in racially discriminatory admissions practices that disadvantage highly qualified Asian-American applicants, including Stanley and members of SWORD.

Attached please find the complaint and exhibit 1 through 7. The rest of the exhibits are coming in the next emails.

After all the exhibits are sent, I will call to pay the $405 filing fee.

Thanks,
Nan

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.