# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Co-Plaintiff **Students Who Oppose Racial Discrimination ("SWORD")** makes the following disclosures:

1. SWORD was incorporated under the laws of the state of California, with no parent corporation, subsidiaries, or corporate affiliates.

2. SWORD is a nonprofit organization that advocates for equal educational opportunities. Its mission is to stop racial discrimination in college admissions.

3. SWORD has no shareholders or equity interests.

4. SWORD does not issue stock, and no publicly held corporation owns 10% or more of any interest in SWORD.

Respectfully submitted,

*Nan Zhong*

Nan Zhong (Pro Se)

211 Hope St #390755

Mountain View, CA 94039

nanzhong1@gmail.com

Dated: Feb 17, 2025