# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# OFFICE OF THE CLERK

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

February 24, 2025

Stanley Zhong
211 HOPE ST
#390755
MOUNTAIN VIEW, CA 94039

Your civil action *Zhong et al v. University of Washington* was filed in the U.S. District Clerk's office at Seattle on February 21, 2025.

Your case has been assigned Case Number **2:25−cv−00348−SKV,** and has been assigned to Judge S. Kate Vaughan, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file