The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG, NAN ZHONG, and
SWORD (STUDENTS WHO OPPOSE
RACIAL DISCRIMINATION),

            Plaintiffs,

    v.

THE REGENTS OF THE UNIVERSITY
OF WASHINGTON,

          Defendant.

Case No. 2:25-cv-00348-SKV

NOTICE OF APPEARANCE

TO:        THE CLERK OF THE COURT

AND TO:    ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that Robert M. McKenna hereby appears as counsel for

Defendant The Regents of the University of Washington and requests that all pleadings or

papers, except original process, be made upon the undersigned at the address stated below.

Dated: May 1, 2025           ORRICK, HERRINGTON & SUTCLIFFE LLP

                     By:  *s/Robert M. McKenna*
                        Robert M. McKenna (WSBA No. 18327)
                        rmckenna@orrick.com

                        401 Union Street, Suite 3300
                        Seattle, WA  98101-2668
                        Telephone:  +1 206 839 4300
                        Facsimile:  +1 206 839 4301

                       *Special Assistant Attorney General*
                       *Attorneys for Defendant*