UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY ZHONG et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNIVERSITY OF WASHINGTON BOARD OF REGENTS, <br><br> Defendant(s). | CASE NO. 2:25−cv−00348−SKV <br><br> **NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM** |

This case has been assigned to United States Magistrate Judge S. Kate Vaughan. The Court requests the parties return this form if they wish to consent and have Judge Vaughan preside over the entire case. *See* Second Amended General Order 02−19, 28 U.S.C. § 636, Local Magistrate Judge Rule 13, and Federal Rule of Civil Procedure 73.

If the parties give consent, Magistrate Judge Vaughan will preside over the entire case for all purposes, including any dispositive matter. This means that if the parties give consent, Magistrate Judge Vaughan will not file a report and recommendation that is reviewable by a district judge. Instead, Magistrate Judge Vaughan will enter a final order and judgment that will be appealable directly to the Ninth Circuit Court of Appeals.

Consent to a Magistrate Judge is voluntary and entirely up to the parties. Any party may consent or decline consent by signing at the bottom and emailing this form to stefanie_prather@wawd.uscourts.gov, or faxing it to 206−370−8425, or mailing it to U.S. District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101. This form must

NOTICE OF ASSIGNMENT TO A U.S.
MAGISTRATE JUDGE AND DECLINATION
OF CONSENT FORM – 1

be received by the court no later than **May 23, 2025**. If the Court does not receive this form by this date, or if a party declines consent, the Court will have this case reassigned to a United States District Judge. The identity of the party consenting, or declining consent, will not be communicated to any judge.

☐ **I consent and request the case be assigned to Magistrate Judge Vaughan.**

☐ **I decline consent and request the case be reassigned to a District Judge.**

_____   _____   _____
**Attorney/Party's Signature**         **Party Represented**                    **Date**