The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY ZHONG, NAN ZHONG, and SWORD (STUDENTS WHO OPPOSE RACIAL DISCRIMINATION),<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF WASHINGTON,<br><br>Defendant. | Case No. 2:25-cv-00348-SKV<br><br>CERTIFICATE OF SERVICE |

I, Robert M. McKenna, do hereby certify and declare under penalty of perjury under the laws of the State of Washington as follows:

That I am an attorney with Orrick, Herrington & Sutcliffe LLP, 401 Union Street, Suite 3300, Seattle WA 98101, and on May 9, 2025, I caused the following documents:

- Notice of Appearance of Robert M. McKenna;
- Application for Leave to Appear Pro Hac Vice for Marc Shapiro;
- Application for Leave to Appear Pro Hac Vice for Matt LaBrie; AND
- Certificate of Service.

To be sent via regular mail, postage prepaid to:

    Students Who Oppose Racial Discrimination
    211 HOPE ST
    #390755
    MOUNTAIN VIEW, CA 94039

CERTIFICATE OF SERVICE
2:25-cv-00348-SKV

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

1  Stanley Zhong
2  211 HOPE ST
   #390755
3  MOUNTAIN VIEW, CA 94039

4

   In serving the parties listed above, Defendant does not waive any objections or
5
   defenses, including as to the impropriety of a pro se litigant appearing on behalf of SWORD.
6

7  Executed at Seattle, Washington this 9th day of May, 2025.

8
                                    *s/Robert M. McKenna*
9                                   Robert M. McKenna

CERTIFICATE OF SERVICE
2:25-cv-00348-SKV
- 2 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300