The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY ZHONG, NAN ZHONG, and SWORD (STUDENTS WHO OPPOSE RACIAL DISCRIMINATION),<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF WASHINGTON,<br><br>Defendant. | Case No. 2:25-cv-00348-SKV<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

**STIPULATON**

Defendant the Regents of the University of Washington ("UW") requests, and the Plaintiffs agree, that the Court issue an order extending the time for Defendant UW to answer or otherwise respond to the complaint from June 16, 2025 to July 16, 2025.

1. On February 21, 2025, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief and Damages;

2. Counsel for Defendant UW signed a Waiver of Service of Summons on April 23, 2025, with a service date of April 15, 2025, and a response date of June 16, 2025;

3. On May 15, 2025, Plaintiff Nan Zhong filed a motion to drop Plaintiff SWORD without prejudice, which Defendant UW does not oppose;

4. Defendant UW requests an extension to answer or otherwise respond to the complaint up to and including July 16, 2025, so that UW may investigate the allegations of the Complaint and prepare an adequate response;

5. This is the first request for additional time sought by Defendant UW in this action;

6. This extension is sought in good faith and not for purposes of delay. The requested enlargement of time will not prejudice any of the parties involved in this case;

7. Plaintiffs Nan and Stanley Zhong have agreed to this requested extension.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court extend the time for Defendant UW to answer or otherwise plead until July 16, 2025.

Respectfully submitted this 27th day of May, 2025.

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT - 2:25-cv-00348-SKV
- 2 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

1
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
3
   By: *s/Robert M. McKenna*
4      Robert M. McKenna (WSBA No. 18327)
       rmckenna@orrick.com
5      401 Union Street, Suite 3300
       Seattle, WA  98101-2668
6      Telephone:  +1 206 839 4300
       Facsimile:  +1 206 839 4301
7
   By: *s/Marc Shapiro*
8      Marc Shapiro (*Pro Hac Vice*)
       mshapiro@orrick.com
9      51 West 5nd Street
       New York, NY 10019-6142
10     Telephone:  +1 212 506 5000
11
12 By: *s/Matthew D. LaBrie*
       Matthew D. LaBrie (*Pro Hac Vice*)
13     mlabrie@orrick.com
       222 Berkeley Street, Suite 2000
14     Boston, MA 02116
       Telephone:  +1 617 880 1802
15
16 *Special Assistant Attorneys General
   Attorneys for Defendant The Regents of the
17 University of Washington*

*s/Stanley Zhong*
Stanley Zhong (Pro Se)
211 Hope St. #390755
Mountain View, CA 94039

*s/Nan Zhong*
Nan Zhong (Pro Se)
211 Hope St. #390755
Mountain View, CA 94039
Nanzhong1@gmail.com

*Plaintiffs*

18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO          - 3 -
COMPLAINT - 2:25-cv-00348-SKV

**[PROPOSED] ORDER**

For the response above, and finding good cause, the Court hereby grants the Parties' Stipulation Extending Time to Respond to Complaint, extending the time for response to July 16, 2025.

_____
The Honorable S. Kate Vaughan
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT - 2:25-cv-00348-SKV

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing motion to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that I caused the foregoing motion to be sent via email to Stanley Zhong,

In serving the party listed above, Defendant does not waive any objections or defenses.

Date: May 27, 2025

                                                *s/Robert M. McKenna*
                                                Robert M. McKenna