UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY ZHONG et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNIVERSITY OF WASHINGTON BOARD OF REGENTS,<br><br>Defendant(s). | CASE NO. 2:25−cv−00348−JLR<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable James L. Robart, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−00348−JLR and bear the Judge's name in the upper right hand corner of the document.

DATED May 28, 2025

                Ravi Subramanian
                Clerk of Court

                By: /s/ Stefanie Prather
                   Deputy Clerk