The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG, NAN ZHONG, and SWORD (STUDENTS WHO OPPOSE RACIAL DISCRIMINATION),

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON,

Defendant.

Case No. 2:25-cv-00348-JLR

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

**STIPULATON**

Defendant the Regents of the University of Washington ("UW") requests, and the Plaintiffs agree, that the Court issue an order extending the time for Defendant UW to answer or otherwise respond to the complaint from June 16, 2025 to July 16, 2025.

1. On February 21, 2025, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief and Damages;

2. Counsel for Defendant UW signed a Waiver of Service of Summons on April 23, 2025, with a service date of April 15, 2025, and a response date of June 16, 2025;

3. On May 15, 2025, Plaintiff Nan Zhong filed a motion to drop Plaintiff SWORD without prejudice, which Defendant UW does not oppose;

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT - 2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

4. Defendant UW requests an extension to answer or otherwise respond to the complaint up to and including July 16, 2025, so that UW may investigate the allegations of the Complaint and prepare an adequate response;

5. This is the first request for additional time sought by Defendant UW in this action;

6. This extension is sought in good faith and not for purposes of delay. The requested enlargement of time will not prejudice any of the parties involved in this case;

7. Plaintiffs Nan and Stanley Zhong have agreed to this requested extension.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court extend the time for Defendant UW to answer or otherwise plead until July 16, 2025.

Respectfully submitted this 27th day of May, 2025.

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: *s/Robert M. McKenna*<br>    Robert M. McKenna (WSBA No. 18327)<br>    rmckenna@orrick.com<br>    401 Union Street, Suite 3300<br>    Seattle, WA  98101-2668<br>    Telephone:  +1 206 839 4300<br>    Facsimile:  +1 206 839 4301<br><br>By: *s/Marc Shapiro*<br>    Marc Shapiro (*Pro Hac Vice*)<br>    mshapiro@orrick.com<br>    51 West 5nd Street<br>    New York, NY 10019-6142<br>    Telephone:  +1 212 506 5000<br><br>By: *s/Matthew D. LaBrie*<br>    Matthew D. LaBrie (*Pro Hac Vice*)<br>    mlabrie@orrick.com<br>    222 Berkeley Street, Suite 2000<br>    Boston, MA 02116<br>    Telephone:  +1 617 880 1802<br><br>*Special Assistant Attorneys General Attorneys for Defendant The Regents of the University of Washington* | *s/Stanley Zhong*<br>Stanley Zhong (Pro Se)<br>211 Hope St. #390755<br>Mountain View, CA 94039<br><br><br>*s/Nan Zhong*<br>Nan Zhong (Pro Se)<br>211 Hope St. #390755<br>Mountain View, CA 94039<br>Nanzhong1@gmail.com<br><br>*Plaintiffs* |

**[~~PROPOSED~~] ORDER**

For the response above, and finding good cause, the Court hereby grants the Parties' Stipulation Extending Time to Respond to Complaint, extending the time for response to July 16, 2025.

DATED this 28th day of May, 2025.

_____
The Honorable James L. Robart
United States District Judge