UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY ZHONG, et al., | CASE NO. C25-0348JLR |
| Plaintiffs, | ORDER |
| v. | |
| THE UNIVERSITY OF WASHINGTON BOARD OF REGENTS, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Nan Zhong's motion to dismiss Plaintiff Students Who Oppose Racial Discrimination ("SWORD") from this action without prejudice. (Mot. (Dkt. # 12).) Mr. Zhong represents that SWORD has been unable to obtain legal counsel and that SWORD therefore cannot effectively participate in this action. (*Id.* at 2.) Defendant the University of Washington Board of Regents does not oppose Mr. Zhong's motion. (*See* Stip. (Dkt. # 13) ¶ 3.)

//

ORDER - 1

The court accordingly GRANTS Mr. Zhong's motion (Dkt. # 12).  SWORD is dismissed from this action without prejudice.

Dated this 2nd day of June, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2