The Honorable James L. Robart

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

        Plaintiffs,

    v.

THE REGENTS OF THE UNIVERSITY
OF WASHINGTON,

        Defendant.

Case No. 2:25-cv-00348-JLR

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS

Noted for August 13, 2025

      The Court, having received and reviewed The Regents of the University of Washington's

Motion to Dismiss (the "Motion"), any Response to the Motion, any Reply supporting the

Motion, the Complaint, and any materials incorporated by reference in the Complaint or subject

to judicial notice, hereby ORDERS that:

      The Regents of the University of Washington's Motion to Dismiss is GRANTED

Pursuant to Fed. R. Civ. 12(b)(6) and 12(b)(1) since Plaintiffs have not stated a claim on which

relief can be granted. Accordingly, the Complaint is hereby DISMISSED WITH PREJUDICE

in its entirety since amendment would be futile.

Dated: _____

                         _____
                         The Hon. James L. Robart
                         United States District Judge

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO
DISMISS  2:25-cv-00348-JLR

1   Presented by:

2   ORRICK, HERRINGTON & SUTCLIFFE LLP

3   By: *s/Robert M. McKenna*
        Robert M. McKenna
4       rmckenna@orrick.com
        401 Union Street, Suite 3300
5       Seattle, WA  98101-2668
        Telephone:  +1 206 839 4300
6
    By: *s/Marc R. Shapiro*
7       Marc R. Shapiro (*Pro Hac Vice*)
        mrshapiro@orrick.com
8       51 West 5th Street
        New York, NY 10019
9       Telephone: +1 212 506 5000

10
    By:  *s/Matthew D. LaBrie*
11      Matthew D. LaBrie (*Pro Hac Vice*)
        mlabrie@orrick.com
12      222 Berkeley Street, Suite 2000
        Boston, MA 02116
13      Telephone: +1 617 880 1802

14  *Special Assistant Attorneys General*
    *Attorneys for Defendant The Regents of the*
15  *University of Washington*

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO                - 2 -
DISMISS:  2:25-cv-00348-JLR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I hereby certify that I caused the foregoing document to be served on all parties

registered for e-service in this matter via the Court's e-filing platform, and that, per the parties'

agreement, I caused the foregoing document to be sent via email to Stanley Zhong,

In serving the party listed above, Defendant does not waive any objections or defenses.

Date: July 16, 2025.

*s/Robert M. McKenna*
Robert M. McKenna

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO
DISMISS:  2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300