The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY ZHONG and NAN ZHONG,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF WASHINGTON,<br><br>Defendant. | Case No. 2:25-cv-00348-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS<br><br>Noted for August 13, 2025 |

Pending before the Court is Defendant The Regents of the University of Washington's Request for Judicial Notice in support of its Motion to Dismiss the Complaint. Having considered the parties' papers, the applicable law, the relevant pleadings and papers on file, and arguments with respect to Defendant's Request for Judicial Notice, the Court concludes that Defendant's Request is GRANTED. The Court hereby incorporates by reference Defendant's Exhibits 1-5, 7-9, 11, and 13 and separately takes judicial notice of Defendant's Exhibits 1-13 to the Request.

**IT IS SO ORDERED**.

Dated: _____       _____
                                             The Hon. James L. Robart
                                             United States District Judge

Presented by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
 Robert M. McKenna
 rmckenna@orrick.com
 401 Union Street, Suite 3300
 Seattle, WA 98101-2668
 Telephone: +1 206 839 4300

By: *s/Marc R. Shapiro*
 Marc R. Shapiro (*Pro Hac Vice*)
 mrshapiro@orrick.com
 51 West 5th Street
 New York, NY 10019
 Telephone: +1 212 506 5000

By: *s/Matthew D. LaBrie*
 Matthew D. LaBrie (*Pro Hac Vice*)
 mlabrie@orrick.com
 222 Berkeley Street, Suite 2000
 Boston, MA 02116
 Telephone: +1 617 880 1802

*Special Assistant Attorneys General
Attorneys for Defendant The Regents of the
University of Washington*

[PROPOSED] ORDER GRANTING
DEFENDANT'S REQUEST FOR JUDICIAL      - 2 -
NOTICE 2:25-cv-00348-JLR

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong,

Date: July 16, 2025

*s/Robert M. McKenna*
Robert M. McKenna