The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON,

Defendant.

Case No. 2:25-cv-00348-JLR

**DECLARATION OF ROBERT M. MCKENNA IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Noted for August 13, 2025

I, Robert M. McKenna, declare as follows:

1.      I am an attorney licensed to practice in the State of Washington. I am Partner with the law firm Orrick, Herrington & Sutcliffe LLP and am counsel of record for Defendant The Regents of University of Washington ("UW"). I submit this declaration in support of UW's Request for Judicial Notice in Support of its Motion to Dismiss.

2.      Attached as **Exhibit 1** is a true and correct copy of UW News Blog Post: "UW ranks among best in the world, fourth among US public institutions," available at https://www.washington.edu/news/2024/10/09/uw-ranks-among-best-in-the-world-fourth-among-us-public-institutions/;

3.      Attached as **Exhibit 2** is a true and correct copy of UW Office of Admissions Webpage: "About the UW," available at

DECLARATION OF ROBERT M
MCKENNA IN SUPPORT OF
DEFENDANT'S RJN:  2:25-cv-00348-JLR

1    https://www.washington.edu/about/?utm_source=whitebar&utm_medium=click&utm_campai

2    gn=about&utm_term=abouttheuw;

3         4.    Attached as **Exhibit 3** is a true and correct copy of UW Paul G. Allen School of

4    Computer Science & Engineering Webpage: "Who We Are," available at

5    https://www.cs.washington.edu/who-we-are/;

6         5.    Attached as **Exhibit 4** is a true and correct copy of UW News Release: "UW's

7    2023 Historic Incoming Class: One of the Most Diverse and at UW Bothell and UW Tacoma,

8    the Largest" (Oct. 19, 2023), https://www.washington.edu/news/2023/10/19/uws-2023-

9    historic-incoming-class-one-of-the-most-diverse-and-at-uw-bothell-and-uw-tacoma-the-

10   largest/;

11        6.    Attached as **Exhibit 5** is a true and correct copy of UW News Release: "UW's

12   2024 Entering Class is Most Diverse" (Oct. 14, 2024),

13   https://www.washington.edu/news/2024/10/14/uws-2024-entering-class-is-most-

14   diverse/#:~:text=Each%20year%2C%20university%20officials%20conduct%20an%20enrollm

15   ent,8%2C831%20%E2%80%94%2074.0%25%20%E2%80%94%20are%20Washington%20r

16   esidents.&text=Of%20these%2C%2086.2%25%20are%20Washington%20residents;

17        7.    Attached as **Exhibit 6** is a true and correct copy of the U.S. News & World

18   Report: "Best Computer Science Schools," available at https://www.usnews.com/best-

19   graduate-schools/top-science-schools/computer-science-rankings;

20        8.    Attached as **Exhibit 7** is a true and correct copy of the webpage for the Paul G.

21   Allen School of Computer Science & Engineering Undergraduate Education, Allen School

22   Undergraduate Programs Webpage: "Admissions; Undergraduate Education," available at

23   https://www.cs.washington.edu/academics/undergraduate/admissions/;

24        9.    Attached as **Exhibit 8** is a true and correct copy of the webpage for the Paul G.

25   Allen School of Computer Science & Engineering Webpage: "Admissions, Direct to Major

26   (First-Year) Admissions," available at

27   https://www.cs.washington.edu/academics/undergraduate/admissions/direct-major/;

28

DECLARATION OF ROBERT M.
MCKENNA IN SUPPORT OF                        - 2 -
DEFENDANT'S RJN:  2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

10.     Attached as **Exhibit 9** is a true and correct copy of UW's Office of Admissions Webpage: "Holistic Review," available at https://admit.washington.edu/apply/freshman/holistic-review/;

11.     Attached as **Exhibit 10** is a true and correct copy of the National Merit Scholarship Corporation's fact sheet: "Information about the 2025 National Merit Scholarship Competition," available at https://nationalmerit.imodules.com/s/1758/images/gid2/editor_documents/merit_about_leaflet.pdf?sessionid=25bb4e0b-143d-4f13-aa95-2479427ca1f1&cc=1;

12.     Attached as **Exhibit 11** is a true and correct copy of UW Paul G. Allen School of Computer Science & Engineering Webpage: "Who We Are; Broadening Participation; Undergraduate Demographics," available at https://www.cs.washington.edu/who-we-are/broadening-participation/undergraduate-demographics/;

13.     Attached as **Exhibit 12** is a true and correct copy of Ryan Quinn, *U of Washington Faculty Search Weighed Race Inappropriately* (Nov. 3, 2023), available at https://www.insidehighered.com/news/faculty-issues/diversity-equity/2023/11/03/u-washington-faculty-search-weighed-race;

14.     Attached as **Exhibit 13** is a true and correct copy of UW Office of Admissions Webpage: "Freshmen by the Numbers," https://admit.washington.edu/apply/freshman/by-the-numbers/.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of July, 2025, in Seattle, Washington



                                         *s/Robert M. McKenna*
                                         Robert M. McKenna

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong,

Date: July 16, 2025

*s/Robert M. McKenna*
Robert M. McKenna

DECLARATION OF ROBERT M.
MCKENNA IN SUPPORT OF
DEFENDANT'S RJN:  2:25-cv-00348-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

# EXHIBIT 1

**Page Vault**

| | |
|---|---|
| Document title: | UW ranks among best in the world, fourth among US public institutions \| UW News |
| Capture URL: | https://www.washington.edu/news/2024/10/09/uw-ranks-among-best-in-the-world-fourth-among-us-public-institutions/ |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:47:44 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:48:40 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | ap2sWg1w1QAJGJsWpVXdRT |

UNIVERSITY *of* WASHINGTON

Students / Parents / Faculty & Staff / Alumni

Quick Links ›

ABOUT / STORIES ˅ / MULTIMEDIA ˅ / EXPERTS ˅ / MEDIA CONTACTS / FOR JOURNALISTS / FOR RESEARCHERS ˅

# UW NEWS

UW NEWS BLOG

October 9, 2024

# UW ranks among best in the world, fourth among US public institutions

**UW News staff**



The UW is No. 25 in the world, according to a new ranking by Times Higher Education. *Jorge Azpeitia/University of Washington*

The University of Washington is among the best universities in the world, according to the 2025 World University Rankings published Wednesday by Times Higher Education.

The UW maintained its position at No. 25 overall, and fourth among U.S. public institutions — behind UCLA, UC Berkeley and the University of Michigan. The University of Oxford, the Massachusetts Institute of Technology and Harvard University top the list in that order.

This ranking judges more than 2,000 research-intensive universities from 115 countries across all their core missions: teaching, research quality and environment, international reach and relationships with industry and patent production. The rankings use 18 performance indicators to provide comprehensive and balanced comparisons that they say are trusted by students, academics, university leaders, industry and governments.

   0  



**UW NEWS BLOG**

Read more from the UW News Blog

BLOG ›

## CONNECT



## UW EXPERTS

- Weather
- Artificial intelligence
- Wildfires and Smoke

  Full directory →

## SEARCH UW NEWS

Search for: [          ]

## CATEGORIES

Browse ˅

## Latest news video

 **Video: UW helps protect Washington's workers through occupational health and safety research, training**

3 weeks ago

behind UCLA, UC Berkeley and the University of Michigan. The University of Oxford, the Massachusetts Institute of Technology and Harvard University top the list in that order.

This [ranking](#) judges more than 2,000 research-intensive universities from 115 countries across all their core missions: teaching, research quality and environment, international reach and relationships with industry and patent production. The rankings [use 18 performance indicators](#) to provide comprehensive and balanced comparisons that they say are trusted by students, academics, university leaders, industry and governments.

    0    

Tag(s): [Rankings](#)



## Latest news video

 **Video: UW helps protect Washington's workers through occupational health and safety research, training**
3 weeks ago

More →

### UW TODAY NEWSLETTER

**Subscribe**

☑ UW Today Daily

☑ UW Today Week in Review

First Name *

Last Name *

Email *

[Sign Up]

* All fields are required

### For UW employees

[SUBMISSION GUIDELINES] →

[SUBMISSION FORM] →



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2025 University of Washington | Seattle, WA

# EXHIBIT 2

**Page Vault**

| | |
|---|---|
| Document title: | About the UW |
| Capture URL: | https://www.washington.edu/about/?utm_source=whitebar&utm_medium=click&utm_campaign=about&utm_term=abouttheuw |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:48:55 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:49:36 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | mf7dPeGXyuH4pZ2FpbqTrT |

PDF REFERENCE #:        aSPCjGmFJbjD6ibGZv7pcC



UNIVERSITY *of* WASHINGTON

Students / Parents / Faculty & Staff / Alumni

Quick Links

ABOUT ∨  ACADEMICS ∨  APPLY ∨  NEWS & EVENTS ∨  RESEARCH ∨  CAMPUSES ∨  GIVE ∨



## ABOUT THE UW

Since our founding in 1861, the University of Washington has been a hub for learning, innovation, problem solving and community building. Driven by a mission to serve the greater good, our students, faculty and staff tackle today's most pressing challenges with courage and creativity, making a difference across Washington state — and around the world.

APPLY TO THE UW  >



## Our three campuses

The UW comprises campuses in Seattle, Bothell and Tacoma, as well as a world-class medical center serving the state and the region. Each year, the UW inspires more than 60,000 students to learn from renowned experts in their fields. As a "best buy" public university, our goal is to make higher education accessible for all.



### Seattle

The UW in Seattle features a campus renowned for its beauty in the midst of a vibrant



### Bothell

UW Bothell is a student-centered campus community with 6,000 students, more than



### Tacoma

UW Tacoma is an urban-serving university community in the heart of downtown Tacoma

Document title: About the UW
Capture URL: https://www.washington.edu/about/?utm_source=whitebar&amp;utm_medium=click&amp;utm_campaign=about&amp;utm_term=abouttheuw
Capture timestamp (UTC): Mon, 14 Jul 2025 20:49:36 GMT

## Seattle

The UW in Seattle features a campus renowned for its beauty in the midst of a vibrant, multicultural city. Find your community among more than 33,000 undergraduate students, learn from award-winning faculty and discover your path with more than 180 majors to choose from.

VISIT SEATTLE >

## Bothell

UW Bothell is a student-centered campus community with 6,000 students, more than 350 faculty, five schools and more than 50 undergraduate and master's degree programs. It offers the benefits of a small campus with the resources and opportunities of a large university.

VISIT UW BOTHELL >

## Tacoma

UW Tacoma is an urban-serving university community in the heart of downtown Tacoma, closely linked with the South Puget Sound area. Choose from among 40 undergraduate degree programs and 25 minors and certificates in a wide range of fields.

VISIT UW TACOMA >



## UW Medicine

UW Medicine provides comprehensive, state-of-the-art, compassionate care by bringing together a top-rated medical school, an internationally recognized research organization and a large network of medical providers and facilities across the region.

We're committed to excellence in training the next generation of health professionals and researchers. And with over 1.6 million patient visits and $729 million in uncompensated care for low-income patients in need in 2021, we are dedicated to the health and well-being of Washingtonians statewide.

UW MEDICINE >



## World leaders in research

The University of Washington has been recognized as the #1 most innovative public university in the world and is consistently ranked among the top public universities in the world.

The UW receives more federal research dollars than any other U.S. public university and has been home to 8 Nobel Prize winners; 17 MacArthur Fellows; 189

Document title: About the UW
Capture URL: https://www.washington.edu/about/?utm_source=whitebar&amp;utm_medium=click&amp;utm_campaign=about&amp;utm_term=abouttheuw
Capture timestamp (UTC): Mon, 14 Jul 2025 20:49:36 GMT

ranked among the top public universities in the world.

The UW receives more federal research dollars than any other U.S. public university and has been home to 8 Nobel Prize winners; 17 MacArthur Fellows; 189 members of the National Academies of Sciences, Engineering, and Medicine; and 193 fellows in the American Association for the Advancement of Science.

RESEARCH IMPACT →

## Stories of impact

Read about the people, places and programs that drive the University of Washington's faculty, staff and students to work for a world of good.

FEATURED STORIES →

## UW News releases



**New UW course connects the climate crisis to communications and design**
16 minutes ago



**Pat Tillman Foundation names Stephanie Mitchell and Brian Riley in class of 2025 scholars**
3 days ago

More from UW News

## Subscribe to our monthly newsletter

Sign up for UW Current to discover the latest on new innovations, useful tips and information, and eye-opening stories coming out of the UW community.

First Name | Last Name

Email | Sign Up

* All fields are required

## University Leadership

"I'm often asked about my vision for the UW, and my answer has always been simple: to be the top public university in the world in terms of positive impact."

— 

**Ana Mari Cauce**
*University of Washington President*
*Professor of Psychology*

Learn more about the UW's president





"positive impact."

### Ana Mari Cauce
*University of Washington President*
*Professor of Psychology*

Learn more about the UW's [president](#),
[provost](#), [board of regents](#) and [faculty senate](#).

UW LEADERSHIP  →

## PRESIDENTIAL INITIATIVES

### Race and equity

The Race & Equity Initiative challenges all of us — students, faculty, staff and University leadership — to take personal responsibility for addressing our own biases and improving our University culture. Together we commit to combating racism and inequities, both individual and institutional, that persist here and throughout our society.

LEARN MORE ABOUT THE RACE AND EQUITY INITIATIVE  →

### Population health

Because we believe that healthier communities make healthier people, our Population Health Initiative sets out a 25-year vision for improving environmental resilience, social and economic equity, and the health of people here in Washington and around the globe. Under this initiative, the UW community and partners come together in interdisciplinary collaboration to address the intersecting and overlapping factors that influence health.

LEARN MORE ABOUT THE POPULATION HEALTH INITIATIVE  →

### Innovation

The University of Washington's Innovation Imperative Initiative empowers students and researchers to learn, discover and build solutions to tomorrow's challenges. We are ranked as [the #1 undergraduate school in the West for entrepreneurship](#), and [CoMotion](#), the UW's collaborative innovation hub, has helped launch 258 companies since 1990.

LEARN MORE ABOUT THE INNOVATION IMPERATIVE  →

## UW AND THE COMMUNITY



### Global impact



### Alumni association



### UW in your community



## Global impact

As one of the world's most innovative universities, we know the importance of a global perspective. We're proud to deliver on our mission of education, discovery and public service — with programs and research across Washington state and across every continent.



## Alumni association

No matter where you are, if you believe in higher education, supporting students, lifelong learning or cheering on the Dawgs, the University of Washington Alumni Association connects you to what matters.



## UW in your community

From researching in the foothills of Mount Rainier to training medical students in Seattle and Spokane, the UW is truly the University *for* Washington.



## Take the next step!

 **Apply to the UW**

 **Connect on social**

 **Subscribe to newsletter**

 **Visit UW: Seattle, Bothell, Tacoma**





UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2025 University of Washington | Seattle, WA

# EXHIBIT 3

Page Vault

| | |
|---|---|
| Document title: | Who We Are - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/who-we-are/ |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:49:49 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:50:31 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 6 |
| Capture ID: | 2VTaQr8uw1edTNWmg3UJ4P |

PDF REFERENCE #:     vqdYPg7QZZ4BfFnWFGSosy



# WHO WE ARE

🏠 / Who We Are

## About the Paul G. Allen School

### The University of Washington

Founded in 1861, the University of Washington (UW) has 48,000 students (32,500 undergraduate and 15,500 graduate/professional) and more than 2,000 full-time instructional faculty divided into 16 schools and colleges. The University's annual operating budget is over $8 billion (inclusive of the UW Medicine health care system), roughly 5% of which comes from the state.

The UW is one of the nation's premier research-intensive universities. For more than 40 years, UW has ranked annually among the top five institutions in federal research obligations. The UW faculty includes more than 175 members of the National Academies, 17 MacArthur Fellows, 6 winners of the National Medal of Science, and 7 Nobel Prize winners. Programs from across the campus are ranked among the best in their fields.

### Computer Science & Engineering at UW

The Paul G. Allen School of Computer Science & Engineering began as an inter-college graduate program in 1967. In 1975 an undergraduate program in Computer Science was added and departmental status was conferred. A second undergraduate program, in Computer Engineering, was added in 1989 when the department moved to the College of Engineering. A Professional Master's Program was added in 1996, and a combined Bachelors/Masters program was added in 2008. In 2017 – our 50th anniversary year – the University of Washington Board of Regents voted to create the Paul G. Allen School of Computer Science & Engineering, elevating our status within the university and linking us in perpetuity with the internationally renowned investor, philanthropist and computing pioneer.

The Allen School is widely regarded as among the most distinguished programs in the nation. We have roughly 100 full-time faculty, 130 technical and administrative staff members, over 600 graduate students (350 in the full-time PhD program, 200 in the Professional Masters Program, and 75 in the Bachelors/Masters program), and over 2000 undergraduate students (currently growing to award more than 600 Bachelors degrees per year). Allen School faculty are widely recognized as among the top in their fields. Forty-three current faculty members have won Presidential/NSF Young Investigator Awards or NSF CAREER Awards. Six faculty members are ONR Young Investigator Award recipients. Five – plus five former faculty – have held NSF Presidential Faculty Fellow or Presidential Early Career (PECASE) Awards. Twenty-nine have held Sloan Research Fellowships. Among current and emeritus senior faculty are nine Fulbright recipients, three Guggenheim recipients, twenty-two Fellows of the ACM, fifteen Fellows of the IEEE, two Fellows of the International Association for Pattern Recognition, five Fellows of the Association for the

### Who We Are

- Message from the Director
- School History
- Advisory Board
- Broadening Participation
- UW Computer Science Lab & Technical Support
- Art in the Allen School
- Employment Opportunities
- Contact & Location Info

## Upcoming Events

**JUL 25 FRI** **Ph.D. Dissertation Defense Talk: Towards Human-Centered Behavioral Sensing for Student Support**
Fri, Jul 25, 10 a.m.

**JUL 28 MON** **Ph.D. Dissertation Defense Talk: Exploration and Primal-dual Methods in Bandits and Reinforcement Learning**
Mon, Jul 28, 2 p.m.

**JUL 29 TUE** **Ph.D. Dissertation Defense Talk: Goal-Centered Personal Informatics Tools**
Tue, Jul 29, 8:30 a.m.

**JUL 30 WED** **Ph.D. Dissertation Defense Talk: Mixed-Initiative Methods for Human-AI Co-Creation in Scientific Research**
Wed, Jul 30, 12 p.m.

**AUG 1 FRI** **Ph.D. Dissertation Defense Talk: Manufacturability-Driven Mechanical Metamaterial Design and Construction**
Fri, Aug 1, 10 a.m.



# WHO WE ARE

🏠 / Who We Are

## About the Paul G. Allen School

### The University of Washington

Founded in 1861, the University of Washington (UW) has 48,000 students (32,500 undergraduate and 15,500 graduate/professional) and more than 2,000 full-time instructional faculty divided into 16 schools and colleges. The University's annual operating budget is over $8 billion (inclusive of the UW Medicine health care system), roughly 5% of which comes from the state.

The UW is one of the nation's premier research-intensive universities. For more than 40 years, UW has ranked annually among the top five institutions in federal research obligations. The UW faculty includes more than 175 members of the National Academies, 17 MacArthur Fellows, 6 winners of the National Medal of Science, and 7 Nobel Prize winners. Programs from across the campus are ranked among the best in their fields.

### Computer Science & Engineering at UW

The Paul G. Allen School of Computer Science & Engineering began as an inter-college graduate program in 1967. In 1975 an undergraduate program in Computer Science was added and departmental status was conferred. A second undergraduate program, in Computer Engineering, was added in 1989 when the department moved to the College of Engineering. A Professional Master's Program was added in 1996, and a combined Bachelors/Masters program was added in 2008. In 2017 – our 50th anniversary year – the University of Washington Board of Regents voted to create the Paul G. Allen School of Computer Science & Engineering, elevating our status within the university and linking us in perpetuity with the internationally renowned investor, philanthropist and computing pioneer.

The Allen School is widely regarded as among the most distinguished programs in the nation. We have roughly 100 full-time faculty, 130 technical and administrative staff members, over 600 graduate students (350 in the full-time PhD program, 200 in the Professional Masters Program, and 75 in the Bachelors/Masters program), and over 2000 undergraduate students (currently growing to award more than 600 Bachelors degrees per year). Allen School faculty are widely recognized as among the top in their fields. Forty-three current faculty members have won Presidential/NSF Young Investigator Awards or NSF CAREER Awards. Six faculty members are ONR Young Investigator Award recipients. Five – plus five former faculty – have held NSF Presidential Faculty Fellow or Presidential Early Career (PECASE) Awards. Twenty-nine have held Sloan Research Fellowships. Among current and emeritus senior faculty are nine Fulbright recipients, three Guggenheim recipients, twenty-two Fellows of the ACM, fifteen Fellows of the IEEE, two Fellows of the International Association for Pattern Recognition, five Fellows of the Association for the

### Who We Are

- Message from the Director
- School History
- Advisory Board
- Broadening Participation
- UW Computer Science Lab & Technical Support
- Art in the Allen School
- Employment Opportunities
- Contact & Location Info

## Upcoming Events

**JUL 25 FRI — Ph.D. Dissertation Defense Talk: Towards Human-Centered Behavioral Sensing for Student Support**
Fri, Jul 25, 10 a.m.

**JUL 28 MON — Ph.D. Dissertation Defense Talk: Exploration and Primal-dual Methods in Bandits and Reinforcement Learning**
Mon, Jul 28, 2 p.m.

**JUL 29 TUE — Ph.D. Dissertation Defense Talk: Goal-Centered Personal Informatics Tools**
Tue, Jul 29, 8:30 a.m.

**JUL 30 WED — Ph.D. Dissertation Defense Talk: Mixed-Initiative Methods for Human-AI Co-Creation in Scientific Research**
Wed, Jul 30, 12 p.m.

**AUG 1 FRI — Ph.D. Dissertation Defense Talk: Manufacturability-Driven Mechanical Metamaterial Design and Construction**
Fri, Aug 1, 10 a.m.

WHO WE ARE | PEOPLE | ACADEMIC PROGRAMS | RESEARCH & INNOVATION | COMMUNITY ENGAGEMENT | NEWS & EVENTS

Our Courses | Time Schedules | Contact Us | Make A Gift | Internal Resources

three current faculty members have won Presidential/NSF Young Investigator Awards or NSF CAREER Awards, six faculty members are ONR Young Investigator Award recipients. Five – plus five former faculty – have held NSF Presidential Faculty Fellow or Presidential Early Career (PECASE) Awards. Twenty-nine have held Sloan Research Fellowships. Among current and emeritus senior faculty are nine Fulbright recipients, three Guggenheim recipients, twenty-two Fellows of the ACM, fifteen Fellows of the IEEE, two Fellows of the International Association for Pattern Recognition, five Fellows of the Association for the Advancement of Artificial Intelligence, three Fellows of the American Association for the Advancement of Science, four Fellows of the American Academy of Arts & Sciences, three recipients of ACM or IEEE Field Awards, three MacArthur Fellows, four (plus one Adjunct) Allen Distinguished Investigators, and four (plus ten Adjunct/Affiliate) Members of the National Academies.

Within the University, five faculty members have received the University of Washington Distinguished Teaching Award, two have received the University of Washington Marsha L. Landolt Distinguished Graduate Mentor Award, two have received the University of Washington Outstanding Public Service Award, one has received the David B. Thorud Leadership Award, one was named the University of Washington Annual Faculty Lecturer, and three have received the College of Engineering Faculty Achievement Award. In 1999, we received the inaugural UW Brotman Award for Instructional Excellence – in essence, a departmental distinguished teaching award (see our "Reflective Statement" – as valid today as it was then). Twenty-one faculty members hold endowed positions.

We strive to maintain a highly effective graduate program, two strong undergraduate programs, and an open and inclusive culture with minimal partitioning either vertically (between faculty ranks or between faculty and students) or horizontally (between research areas).

## Our Research

We have deep technical expertise that touches every aspect of computing, and we have a long and proud tradition of interdisciplinary collaboration on cross-cutting research with real-world impact. We are recognized leaders in artificial intelligence, human-computer interaction, accessible technology, data science, sensing and ubiquitous computing, and more. Our researchers continue to build on this tradition while opening up new avenues of exploration, harnessing the transformative power of computing to develop solutions that benefit people, society and the planet while expanding the frontiers of our field.

## Cross-Campus Initiatives

Computer science plays a unique role in the modern university and the modern world. The Allen School has always embraced this role, and the University of Washington provides a particularly rich environment for multi-disciplinary collaboration.

In addition to a vast number of individual collaborations, the Allen School has played a leadership role in establishing a number of thriving multi-disciplinary centers, institutes, and programs, including:

- The University of Washington eScience Institute (data science)
- DUB (human-computer interaction and design)
- Change (technology developed in the context of positive social change)
- The Tech Policy Lab
- The Taskar Center for Accessible Technology
- The Center for Neurotechnology
- UW CREATE – the Center for Research and Education on Accessible Technology and Experiences
- Global Innovation Exchange (project-based Masters education combining technology, design and entrepreneurship in a global context)
- UW CS4Env – Computing for the Environment

## The Graduate Program

Roughly 350 students are enrolled in the Allen School's full-time graduate program. We typically award 40 Ph.D. degrees each year. Our recent Ph.D. graduates have received offers from essentially every top academic program and industrial research laboratory,

---

**30 WED** Human-AI Co-Creation in
Wed, Jul 30, 12 p.m.

**AUG 1 FRI** Ph.D. Dissertation Defense Talk: Manufacturability-Driven Mechanical Metamaterial Design and Construction
Fri, Aug 1, 10 a.m.

View all calendar events »

## Follow the Allen School



---

## The Graduate Program

Roughly 350 students are enrolled in the Allen School's full-time graduate program. We typically award 40 Ph.D. degrees each year. Our recent Ph.D. graduates have received offers from essentially every top academic program and industrial research laboratory, and dozens of our recent graduates populate these strong programs.

In addition, we offer a Professional Masters Program that is designed for fully employed professionals in the region's information technology industry. This program features a mix of distance learning and evening courses. It enrolls roughly 150 students from more than two dozen leading companies in the greater Seattle area, and grants an additional 45 Masters degrees per year.

UW also offers an interdisciplinary Ph.D. program in Computational Molecular Biology involving several departments in the biological and mathematical sciences, including the Allen School.

## The Undergraduate Program

The Allen School offers two Bachelors degrees: a Computer Science degree offered through the College of Arts & Sciences, and a Computer Engineering degree offered through the College of Engineering. There is a Data Science Specialization for those students majoring in Computer Science who are interested in developing a foundation in one of the fastest-growing areas of the field. The Bachelor of Science in Computer Engineering is accredited by the EAC Accreditation Commission of ABET – (Visit ABET.org for more information.) Together, our undergraduate program is growing to award 630+ degrees annually.

Our undergraduates are wonderfully strong, and interaction with the faculty is high. Undergraduate participation in research is common. Intensive capstone design courses are available each year. A majority of our undergraduates participate in one or more internships in Seattle's vibrant information technology sector, dramatically enhancing their education. While a number of our students choose to continue their education at one of the nation's top graduate institutions (or in our own combined Bachelors/Masters program), most transition to industry positions. The Allen School is among the top suppliers of students in the nation to leading high-tech firms such as Microsoft, Amazon, and Google. In addition, we are the leading supplier to many regional companies. Because Washington State has a vibrant computing industry, the vast majority of our graduates remain in-state.

Allen School undergraduates are widely honored within and beyond the University of Washington. Our students have received the Rhodes Scholarship, Goldwater Scholarship, Marshall Scholarship, Gates Cambridge Scholarship, and Google Anita Borg Scholarship. Within the University of Washington, they have received far more than their share of University Medals and Dean's Medals. We lead the nation in the number of students recognized in the Computing Research Association's Undergraduate Research Award competition.

Our introductory course sequence, CSE 121 / CSE 122 / CSE 123, has over 5,000 annual course enrollments from students across the campus. Despite significant recent growth, demand for our undergraduate program continues to exceed capacity. However, we have a broad range of upper-division courses for students majoring in other fields. We additionally participate in the Applied and Computational Mathematical Sciences program with our colleagues from Applied Mathematics, Mathematics, and Statistics.

## The Puget Sound Region

The Puget Sound region is increasingly prominent as a national and international technology center. Key strengths of the University of Washington include medicine, biotechnology, the physical sciences, the marine and environmental sciences, and computing and allied areas of science and engineering.

Adjacent to the University of Washington are a number of major R&D facilities with which

## The Puget Sound Region

The Puget Sound region is increasingly prominent as a national and international technology center. Key strengths of the University of Washington include medicine, biotechnology, the physical sciences, the marine and environmental sciences, and computing and allied areas of science and engineering.

Adjacent to the University of Washington are a number of major R&D facilities with which we have close ties, such as Microsoft Research, Google, Amazon, Adobe Labs, the Allen Institute for Artificial Intelligence, the Institute for Systems Biology, and the Fred Hutchinson Cancer Research Center.

Strong collaborations exist among these groups, with the Allen School playing a major role in the University and the region. Our annual Affiliates Meeting is a forum for interaction among 75 leadership companies from the region and the nation. Our professional Masters degree program and our colloquium series (broadcast on UWTV and live on the Internet) play significant roles in keeping the region's leading-edge workforce current. Working with UW Professional and Continuing Education, we endorse dozens of "Extension Certificate Programs" that generate many thousands of course enrollments annually.

We are actively involved with regional leadership organizations such as the Washington Technology Industry Association and the Technology Alliance.

Seattle, consistently acclaimed as one of the most livable cities in the nation, is a terrific place to be. Seattle is a cosmopolitan city situated in the midst of the beauty and diversity of the Pacific Northwest. The University of Washington is located on Lake Washington, a few miles east of Puget Sound. The Cascade Mountains are one hour to the east; the Olympic Peninsula and Olympic Mountains are two hours to the west.

## Our World-Class Facilities

In October 2003, we moved to the Paul G. Allen Center for Computer Science & Engineering. The Allen Center was a true public/private partnership, funded by the State of Washington, the University of Washington, and more than 250 friends and alumni. The six-story (plus basement) building increased our total space by a factor of 2.5, and our laboratory space by a factor of 3; it affords sweeping views of Lake Washington, the Cascade Mountains, Mount Rainier, and the Space Needle.

In February 2019 we dedicated a second building, the Bill & Melinda Gates Center for Computer Science & Engineering. Located across the street from the Allen Center and designed by the same remarkable firm (Seattle's LMN Architects), the Gates Center doubles our space, with a particular focus on student capacity and the student experience.

The Allen Center, the Gates Center, and the creation of the Paul G. Allen School position us for a future even brighter than our past.

**W PAUL G. ALLEN SCHOOL**
OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at
cs.washington.edu

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at
cs.washington.edu

**Undergraduate Outreach &**

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

We are actively involved with regional leadership organizations such as the [Washington Technology Industry Association](#) and the [Technology Alliance](#).

[Seattle](#), consistently acclaimed as one of the most livable cities in the nation, is a terrific place to be. Seattle is a cosmopolitan city situated in the midst of the beauty and diversity of the Pacific Northwest. The University of Washington is located on Lake Washington, a few miles east of Puget Sound. The Cascade Mountains are one hour to the east; the Olympic Peninsula and Olympic Mountains are two hours to the west.

## Our World-Class Facilities

In October 2003, we moved to the [Paul G. Allen Center for Computer Science & Engineering](#). The Allen Center was a true public/private partnership, funded by the State of Washington, the University of Washington, and more than 250 friends and alumni. The six-story (plus basement) building increased our total space by a factor of 2.5, and our laboratory space by a factor of 3; it affords sweeping views of Lake Washington, the Cascade Mountains, Mount Rainier, and the Space Needle.

In February 2019 we dedicated a second building, the [Bill & Melinda Gates Center for Computer Science & Engineering](#). Located across the street from the Allen Center and designed by the same remarkable firm (Seattle's LMN Architects), the Gates Center doubles our space, with a particular focus on student capacity and the student experience.

The Allen Center, the Gates Center, and the creation of the Paul G. Allen School position us for a future even brighter than our past.



### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

  

[Computer Engineering degree program accredited by ABET](#)

© 2025 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

# EXHIBIT 4

Page Vault

| | |
|---|---|
| Document title: | UW's 2023 historic incoming class: one of the most diverse and at UW Bothell and UW Tacoma, the largest \| UW News |
| Capture URL: | https://www.washington.edu/news/2023/10/19/uws-2023-historic-incoming-class-one-of-the-most-diverse-and-at-uw-bothell-and-uw-tacoma-the-largest/ |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:50:47 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:51:25 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | qUDJFf3Z8fsaMUSCjj2kPa |

PDF REFERENCE #:     pSB4w6P7NkZcxuL3dBs5uc

24

UNIVERSITY *of* WASHINGTON

Students / Parents / Faculty & Staff / Alumni

Quick Links

ABOUT    STORIES ⌄    MULTIMEDIA ⌄    EXPERTS ⌄    MEDIA CONTACTS    FOR JOURNALISTS    FOR RESEARCHERS ⌄

# UW NEWS

NEWS RELEASES

October 19, 2023

# UW's 2023 historic incoming class: one of the most diverse and at UW Bothell and UW Tacoma, the largest

**Jackson Holtz**

UW News



UW's incoming class is one of the most diverse, and at UW Bothell and UW Tacoma, the largest. *University of Washington*

The University of Washington's newest freshman class is one of the most diverse in the school's 162-year history, and UW Bothell and UW Tacoma are welcoming their largest incoming classes.

Each year, university officials conduct an enrollment count on the second Friday after classes begin.

The incoming new class across all three campuses, including first-year students and transfer students, totals 11,609, of which 8,414 — 72.5% — are Washington residents.

The Seattle campus enrolled 8,559 new undergraduates, including 7,006 freshmen and 1,553 transfer students. Of the 8,559 new undergraduates at the Seattle campus, a record 1,509 or 17.6%, a record high percentage, are historically underserved students of color.



## NEWS RELEASES

Read more news releases

MORE ›

## CONNECT



## UW EXPERTS

- Weather
- Artificial intelligence
- Wildfires and Smoke

Full directory →

## SEARCH UW NEWS

Search for:



## CATEGORIES

Browse

## Latest news video



Video: UW helps protect Washington's workers through occupational health and safety research, training

3 weeks ago

Each year, universities across the country announce their fall day-of-classes enrollment to begin.

The incoming new class across all three campuses, including first-year students and transfer students, totals 11,609, of which 8,414 — 72.5% — are Washington residents.

The Seattle campus enrolled 8,559 new undergraduates, including 7,006 freshmen and 1,553 transfer students. Of the 8,559 new undergraduates at the Seattle campus, a record 1,509 or 17.6%, a record high percentage, are historically underserved students of color.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,191 — 1,281 in Seattle, 402 in Bothell and 508 in Tacoma. Of these, 85.1% are Washington residents.

Overall, the number of undergraduate applicants to the Seattle campus increased this year by 18% to 67,483, with an admissions rate of 42.8%. The Seattle campus' admission rate for Washington residents was 52.8%.

Total enrollment across all three campuses increased very slightly, from 60,081 to 60,692 — 50,097 in Seattle, 5,816 at UW Bothell and 4,790 at UW Tacoma (11 students are enrolled at more than one UW campus).

Of the 60,692 enrolled students across all three campuses, 43,255 are undergraduate and 17,437 are pursuing graduate or professional degrees. The number of international students enrolled across all three campuses is 8,662 (14.2%) – 8,153 in Seattle, 295 at UW Bothell and 216 at UW Tacoma.

The enrollment count — a snapshot in time — will later be presented to the UW Board of Regents.



0

Tag(s): UW Bothell • UW Tacoma

## Latest news video



**Video: UW helps protect Washington's workers through occupational health and safety research, training**
3 weeks ago

More →

## UW TODAY NEWSLETTER

### Subscribe

☑ **UW Today Daily**

☑ **UW Today Week in Review**

First Name *

Last Name *

Email *

Sign Up

* All fields are required

### For UW employees

SUBMISSION GUIDELINES  >

SUBMISSION FORM  >



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility  /  Contact Us  /  Jobs  /  Campus Safety  /  My UW  /  Rules Docket  /  Privacy  /  Terms  /  Newsletter

© 2025 University of Washington | Seattle, WA

# EXHIBIT 5

Page Vault

| | |
|---|---|
| Document title: | UW's 2024 entering class is most diverse \| UW News |
| Capture URL: | https://www.washington.edu/news/2024/10/14/uws-2024-entering-class-is-most-diverse/#:~:text=Each%20year%2C%20university%20officials%20conduct%20an%20enrollment,8%2C831%20%E2%80%94%2074.0%25%20%E2%80%94%20are%20Washington%20residents.&text=Of%20these%2C%2086.2%25%20are%20Washington%20residents |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:52:03 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:52:30 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | vLmQjVm2rekiRsZSGmYpfx |

PDF REFERENCE #:        iL6PS2JgXXDy9P4Z2ntnJL



UNIVERSITY *of* WASHINGTON    Students / Parents / Faculty & Staff / Alumni    Quick Links ›

ABOUT / STORIES ⌄ / MULTIMEDIA ⌄ / EXPERTS ⌄ / MEDIA CONTACTS / FOR JOURNALISTS / FOR RESEARCHERS ⌄

# UW NEWS

NEWS RELEASES

October 14, 2024

## UW's 2024 entering class is most diverse

**Jackson Holtz**
UW News



The UW's 2024 entering class is the most diverse in the school's history. *Mark Stone/University of Washington*

The University of Washington's newest freshman class is the most diverse in the school's 164-year history, and the incoming class at UW Bothell is the largest since the school first welcomed students in 1990, while UW Tacoma's enrollment increased 4% over last year.

Each year, university officials conduct an enrollment count on the second Friday after classes begin: The total number of new students across all three campuses, including first-year students and transfer students, totals 11,941, of which 8,831 — 74.0% — are Washington residents.

The Seattle campus enrolled 8,774 new undergraduates, including 7,195 freshmen and 1,579 transfer students. Of the 8,774 new undergraduates at the Seattle campus, a record 1,774, or 20.2%, are historically underserved students who identify with at least one of the following groups: African American; Native American or Alaska Native; Hawaiian or Pacific Islander; and Hispanic or Latino.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,375 — 1,318 in Seattle, 490 in Bothell and 567 in Tacoma. Of



**NEWS RELEASES**

Read more news releases

MORE ›

## CONNECT



## UW EXPERTS

- Weather
- Artificial intelligence
- Wildfires and Smoke
   Full directory →

## SEARCH UW NEWS



Search for:    🔍

## CATEGORIES

Browse    ⌄

## Latest news video



**Video: UW helps protect Washington's workers through occupational health and safety research, training**

3 weeks ago

begin: The total number of new students across all three campuses, including first-year students and transfer students, totals 10,341 of which 88.9% of them are Washington residents.

The Seattle campus enrolled 8,774 new undergraduates, including 7,195 freshmen and 1,579 transfer students. Of the 8,774 new undergraduates at the Seattle campus, a record 1,774, or 20.2%, are historically underserved students who identify with at least one of the following groups: African American; Native American or Alaska Native; Hawaiian or Pacific Islander; and Hispanic or Latino.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,375 — 1,318 in Seattle, 490 in Bothell and 567 in Tacoma. Of these, 86.2% are Washington residents.

Overall, the number of undergraduate applicants to the Seattle campus increased this year by 10.6% to 74,603 with an admissions rate of 39.5%. The Seattle campus' admission rate for Washington residents was 47.9%.

Total enrollment across all three campuses increased, from 60,692 to 62,752 — 51,719 in Seattle, 6,064 at UW Bothell and 4,980 at UW Tacoma (11 students are enrolled at more than one UW campus).

Of the 62,752 enrolled students across all three campuses, 45,097 are undergraduate and 17,655 are pursuing graduate or professional degrees. The number of international students enrolled across all three campuses is 8,470 (13.5%) – 7,965 in Seattle, 298 at UW Bothell and 208 at UW Tacoma.

The enrollment count — a snapshot in time — will later be presented to the UW Board of Regents.

      

---



### Latest news video



**Video: UW helps protect Washington's workers through occupational health and safety research, training**

3 weeks ago

More →

### UW TODAY NEWSLETTER

**Subscribe**

☑ **UW Today Daily**

☑ **UW Today Week in Review**

First Name *

Last Name *

Email *

Sign Up

*All fields are required*

### For UW employees

SUBMISSION GUIDELINES ›

SUBMISSION FORM ›



Document title: UW's 2024 entering class is most diverse | UW News
Capture URL: https://www.washington.edu/news/2024/10/14/uws-2024-entering-class-is-most-diverse/#:~:text=Each%20year%2C%20university%20officials%20conduc…
Capture timestamp (UTC): Mon, 14 Jul 2025 20:52:30 GMT

EXHIBIT 6

**Page Vault**

| | |
|---|---|
| Document title: | Best Computer Science Programs in America |
| Capture URL: | https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:52:59 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:53:58 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 12 |
| Capture ID: | sZLUXB8hdeZnXmCrD9wGx9 |


Credit Cards to Help You
Earn the Most Cash Back

**U.S. News**    EDUCATION »    Colleges    Grad Schools    Online Colleges    Global Universities    K-12    Rankings

Home / Education / Grad Schools / Best Science Schools / Computer Science

# Best Computer Science Schools

Ranked in 2025, part of **Best Science Schools**

Earning a graduate degree in computer science can lead to positions in research institutions, government agencies, technology companies and colleges and universities. These are the top computer science schools. Each school's score reflects its average rating on a scale from 1 (marginal) to 5 (outstanding), based on a survey of academics at peer institutions. **Read the methodology »**

BEST GRAD SCHOOLS
U.S. NEWS A WORLD REPORT
RANKINGS



210 results    Clear Filters    Computer Science Schools ✕                                      SORT BY:  Rank (high to low) ⌄

**Program Rankings** ⌃

Sciences ⌄

Computer Science ⌄

All Specialties ⌄

**School Name** ⌃

School Name

**Location** ⌃

City, State or ZIP

All Distances ⌄

All Specialties   Artificial Intelligence   Programming Language   Systems   Theory

### Massachusetts Institute of Technology
Cambridge , MA

🥇 **#1** in **Computer Science**

READ MORE »

PEER ASSESSMENT SCORE
5.0

❤ Save to My Schools

### Carnegie Mellon University
Pittsburgh , PA

🥇 **#2** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.9

❤ Save to My Schools

### Stanford University
Stanford , CA

🥇 **#2** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.9

## Program Rankings ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

## School Name ⌃

School Name

## Location ⌃

City, State or ZIP

All Distances ▾

Stanford , CA

🏅 **#2** in **Computer Science** (tie)

**READ MORE »**

❤ Save to My Schools

Find Out Which Student Loan is Best for You.
BEST LOAN COMPANIES · U.S.News RATINGS
Learn More

View all 13 photos

### University of California--Berkeley
Berkeley , CA

🏅 **#2** in **Computer Science** (tie)

**READ MORE »**

PEER ASSESSMENT SCORE
**4.9**

❤ Save to My Schools

View all 15 photos

### University of Illinois--Urbana-Champaign
Urbana , IL

🏅 **#5** in **Computer Science**

**READ MORE »**

PEER ASSESSMENT SCORE
**4.7**

❤ Save to My Schools

View all 14 photos

### Georgia Institute of Technology
Atlanta , GA

🏅 **#6** in **Computer Science**

**READ MORE »**

PEER ASSESSMENT SCORE
**4.6**

❤ Save to My Schools

210 results    Clear Filter    Computer Science Schools    SORT BY: Rank (high to low) ▾

**Program Rankings** ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

**School Name** ⌃

School Name

**Location** ⌃

City, State or ZIP

All Distances ▾

BEST LOAN COMPANIES U.S.News RATINGS

Find Out Which Student Loan is Best for You.

Learn More

View all 5 photos

### Cornell University
Ithaca , NY

🏅 #7 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.5

♥ Save to My Schools

View all 24 photos

### Princeton University
Princeton , NJ

🏅 #7 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.5

♥ Save to My Schools

View all 25 photos

### University of Texas--Austin
Austin , TX

🏅 #7 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.5

♥ Save to My Schools





Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Mon, 14 Jul 2025 20:53:58 GMT

**210 results**    Clear Filters    Computer Science Schools    SORT BY: Rank (high to low) ▾

## Program Rankings ^

Sciences ▾

Computer Science ▾

All Specialties ▾

### School Name ^

School Name

### Location ^

City, State or ZIP

All Distances ▾

Don't Require
Co-Signer
Learn More

View all 7 photos

### University of California--Los Angeles
Los Angeles, CA

🥇 **#16** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
**4.1**

♥ Save to My Schools

View all 22 photos

### University of Maryland--College Park
College Park, MD

🥇 **#16** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
**4.1**

♥ Save to My Schools

View all 9 photos

### University of Pennsylvania
Philadelphia, PA

🥇 **#16** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
**4.1**

♥ Save to My Schools

U.S.News
College Admissions Calculator
See how you compare to other applicants
Calculate Now

View all 6 photos

### Harvard University
Cambridge, MA

PEER ASSESSMENT SCORE
**4.0**





**Program Rankings** ︿

Sciences ▾

Computer Science ▾

All Specialties ▾

**School Name** ︿

School Name

**Location** ︿

City, State or ZIP

All Distances ▾

---

View all 6 photos

### Harvard University
Cambridge , MA

🏅 #19 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.0

♥ Save to My Schools

---

View all 15 photos

### Purdue University--West Lafayette
West Lafayette , IN

🏅 #19 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
4.0

♥ Save to My Schools

---

View all 25 photos

### Johns Hopkins University
Baltimore , MD

🏅 #21 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
3.9

♥ Save to My Schools

---

View all 16 photos

### University of Massachusetts--Amherst
Amherst , MA

🏅 #21 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
3.9

210 results    Clear Filter    Computer Science Schools    SORT BY: Rank (high to low) ▾

## Program Rankings ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

## School Name ⌃

School Name

## Location ⌃

City, State or ZIP

All Distances ▾

🏅 **#21** in **Computer Science** (tie)

READ MORE »

❤ Save to My Schools



View all 11 photos

### University of Southern California
Los Angeles , CA

🏅 **#21** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
**3.9**

❤ Save to My Schools

### Yale University
New Haven , CT

🏅 **#21** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
**3.9**

❤ Save to My Schools

Need a Break from Credit Card Interest?
See the best 0% credit cards for you.
1234  5678  8910  1112
U.S.News

View all 16 photos

### Duke University
Durham , NC

🏅 **#25** in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
**3.8**

❤ Save to My Schools

**210 results**    Clear Filters    Computer Science Schools    SORT BY: Rank (high to low) ▾

**Program Rankings** ^

Sciences ▾

Computer Science ▾

All Specialties ▾

**School Name** ^

School Name

**Location** ^

City, State or ZIP

All Distances ▾



View all 20 photos

### Rice University
Houston , TX

🥇 #25 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
3.8

♥ Save to My Schools

View all 25 photos

### Brown University
Providence , RI

🥇 #27 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
3.7

♥ Save to My Schools

Find the Best Student Credit Card for You.

1234  5678  8910  1112

U.S.News

View all 9 photos

### New York University
New York , NY

🥇 #27 in **Computer Science** (tie)

READ MORE »

PEER ASSESSMENT SCORE
3.7

♥ Save to My Schools

View all 23 photos

### Northeastern University
Boston , MA

PEER ASSESSMENT SCORE
3.7



**Program Rankings** ^

Sciences ▼
Computer Science ▼
All Specialties ▼

**School Name** ^
School Name

**Location** ^
City, State or ZIP
All Distances ▼

View all 23 photos
### Northeastern University
Boston , MA
🎓 #27 in Computer Science (tie)
READ MORE »
PEER ASSESSMENT SCORE 3.7
❤ Save to My Schools

View all 14 photos
### Northwestern University
Evanston , IL
🎓 #27 in Computer Science (tie)
READ MORE »
PEER ASSESSMENT SCORE 3.7
❤ Save to My Schools

### U.S. News Grad Compass
See expanded profiles for more than 2,000 programs. Unlock entering class stats including MCAT, GMAT and GRE scores for business, medicine, engineering, education and nursing programs.
🔒 Unlock with Grad Compass

Load More

Find Student Loans That Don't Require a Co-Signer   Learn More

**BEST COLLEGES** National Universities, Liberal Arts Colleges, Regional Universities, Regional Colleges, Business Programs, Engineering Programs
**GRAD SCHOOLS** MBA Programs, Law Schools, Medical Schools, Engineering Schools, Education Schools, Nursing Schools
**ONLINE COLLEGES** Bachelor's Programs, Master's Programs, MBA & Grad Business, Grad Nursing, Grad Education, Grad Engineering
**GLOBAL** Global Universities, Africa, Asia, Australia/New Zealand, Europe, Latin America
**K-12 SCHOOLS** Preschools, Elementary Schools, Middle Schools, High Schools
**COMMUNITY COLLEGES**
**PREMIUM TOOLS** Log In to Compass, My Fit Custom Ranking, My Schools, My Notes, College Advisor, TeenLife, School Solutions

Case 2:25-cv-00348-JLR    Document 20    Filed 07/16/25    Page 43 of 86



## Program Rankings

Sciences ▾

Computer Science ▾

All Specialties ▾

### School Name

School Name

### Location

City, State or ZIP

All Distances ▾

READ MORE »

♥ Save to My Schools

**Northwestern University**
Evanston , IL

🏅 #27 in **Computer Science** (tie)

PEER ASSESSMENT SCORE
3.7

READ MORE »

♥ Save to My Schools

### U.S. News Grad Compass

See expanded profiles for more than 2,000 programs. Unlock entering class stats including MCAT, GMAT and GRE scores for business, medicine, engineering, education and nursing programs.

🔒 Unlock with Grad Compass

Load More



Find Student Loans That Don't Require a Co-Signer    Learn More

| BEST COLLEGES | GRAD SCHOOLS | ONLINE COLLEGES | GLOBAL | K-12 SCHOOLS | PREMIUM TOOLS |
|---|---|---|---|---|---|
| National Universities | MBA Programs | Bachelor's Programs | Global Universities | Preschools | Log In to Compass |
| Liberal Arts Colleges | Law Schools | Master's Programs | Africa | Elementary Schools | My Fit Custom Ranking |
| Regional Universities | Medical Schools | MBA & Grad Business | Asia | Middle Schools | My Schools |
| Regional Colleges | Engineering Schools | Grad Nursing | Australia/New Zealand | High Schools | My Notes |
| Business Programs | Education Schools | Grad Education | Europe | | College Advisor |
| Engineering Programs | Nursing Schools | Grad Engineering | Latin America | COMMUNITY COLLEGES | TeenLife |
| | | | | | School Solutions |
| | | | | | UNLOCK MORE WITH COMPASS » |

About U.S. News    Editorial Guidelines    Contact    Press    Advertise    Newsletters    Jobs    Site Map    Store

Copyright 2025 © U.S. News & World Report L.P.    Terms & Conditions/Privacy Policy/U.S. State Privacy Notice/Your Privacy Choices

Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Mon, 14 Jul 2025 20:53:58 GMT

43

Page 11 of 11

# EXHIBIT 7

🔒 Page Vault

| | |
|---|---|
| Document title: | Admissions - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/academics/undergraduate/admissions/ |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:54:36 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:55:02 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 5 |
| Capture ID: | n9DNV2zwjPxa1XmnVHzNMr |

PDF REFERENCE #:      qYL9Hq9i6xjoxGqxq5WLFn





W PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

Our Courses | Time Schedules
Contact Us | Make A Gift

Internal Resources ›

English

**WHO WE ARE ▾**  **PEOPLE ▾**  **ACADEMIC PROGRAMS ▾**  **RESEARCH & INNOVATION ▾**  **COMMUNITY ENGAGEMENT ▾**

**NEWS & EVENTS ▾**

# UNDERGRADUATE EDUCATION

⌂ / Academic Programs / Undergraduate Education / Admissions

## Allen School Undergraduate Programs

On the University of Washington's main Seattle campus, the Allen School is where students learn to design, build, and innovate with technology that shapes the world.



As you launch into your time at UW, it's important to recognize that many students discover a new academic passion during their first year — they indicate preference for one major on their UW application, but an exciting introductory course in another field causes them to reconsider. This is healthy! Students who come to UW intending to major in a field other than Computer Science or Computer Engineering sometimes take our introductory course, discover that they love the field and have a flair for it, and become our majors. Students who come to UW intending to major in Computer Science or Computer Engineering sometimes discover that another major — for example, Informatics or Human Centered Design & Engineering — is better suited to their interests. Don't feel constrained; explore the breadth and depth of the University of Washington!

As with many other programs at UW, the Paul G. Allen School is capacity-constrained: the number of interested students significantly exceeds the number of student places that are available. (We can't expand arbitrarily. Providing a world-class Computer Science or Computer Engineering education requires appropriate class sizes, laboratory facilities, faculty, etc.). Below you will learn about the different admissions pathways to get into the Allen School.

## Why the Allen School?

The Allen School offers a world-class education that prepares undergraduate students for careers in the technology industry and beyond! With dedicated faculty, a vibrant community including over 2,000 undergraduate students, state of the art facilities, and innovative, hands-on coursework, undergraduate students can expect a collaborative and supportive environment that prepares them to thrive in computing.

| **Undergraduate Education** | ↑ |
| --- | --- |
| Degree Planning & Requirements | |
| **Admissions** | |
| Current UW Admissions | |
| Direct to Major (First-Year) Admissions | |
| Transfer Admissions | |
| PostBac Students | |
| Information Sessions | |
| Student Recruitment Representatives | |
| Advising | |
| Career Resources | |
| Research Opportunities | |
| Non-Major Options | |
| Student Services | |
| Student Resources | |
| Student Life | |
| ABET Accreditation | |

**Important Resources**



MYCSE RESOURCES ›

FUTURE STUDENTS ›

### Why the Allen School?

The Allen School offers a world-class education that prepares undergraduate students for careers in the technology industry and beyond! With dedicated faculty, a vibrant community including over 2,000 undergraduate students, state of the art facilities, and innovative, hands-on coursework, undergraduate students can expect a collaborative and supportive environment that prepares them to thrive in computing.

Learn more about opportunities and resources for Allen School undergraduate students:

- Allen School-Affiliated Student Organizations
- Allen School Faculty
- Career Preparation
- Research Opportunities
- Study Abroad – Allen School Exchange Programs
- Teaching Assistantships
- Undergraduate Student Services

## Undergraduate Admissions



Like many other UW majors, both Computer Science and Computer Engineering are capacity-constrained, meaning the number of interested students significantly exceeds the number of students we are able to admit. Due to this high demand, students must apply for admission into the Allen School.

### Admissions Pathways

| Direct to Major (First-Year) Admissions | > |
| Transfer Admissions | > |
| Current UW Student Admissions | > |

In total, the Allen School is able to admit around 630 new undergraduate students across our three pathways each year. Unfortunately, due to capacity constraints, the Allen School is not able to offer post-baccalaureate admissions for students who already hold a Bachelor's degree at this time.

### Resources for Prospective Undergraduate Students

#### Allen School Resources

For resources related to a particular Allen School admissions pathway, please check out our Direct to Major, Transfer, or Current UW Student admissions pages. In addition, our Undergraduate Student Services Team student employees may be able to provide additional support to applicants:

#### Student Recruitment Representatives

This team works with prospective Direct to Major and transfer applicants, particularly focused on supporting students who may have

#### Peer Advisers

This team offers a variety of supportive options for students who are already enrolled at the UW's Seattle campus and are interested in applying to an Allen School major

---

### Important Resources



MYCSE RESOURCES   >

FUTURE STUDENTS   >

### Follow the Allen School

𝕏  ⓑ  in  f  ▶



This team works with prospective Direct to Major and transfer applicants, particularly focused on supporting students who may have limited access to college preparatory resources.

LEARN MORE! ›

This team offers a variety of supportive options for students who are already enrolled at the UW's Seattle campus and are interested in applying to an Allen School major through the current UW student admissions pathway.

LEARN MORE! ›

## University of Washington Resources

There are a number of resources offered by other UW offices and departments that may be helpful for prospective students who are working on their applications to the UW's Seattle Campus:

| UW Office of Admissions | › |
|---|---|
| Multicultural Outreach & Recruitment | › |
| UW Residency Office | › |
| International Student Services | › |
| Office of Student Financial Aid | › |

## Similar UW Majors

There are many other computing related majors at the University of Washington besides Computer Science and Computer Engineering. To learn more, you can visit the UW Majors Website and sort by "computing" under areas of interest! In addition, the Allen School has an extensive list of Non-Major Options available for students studying a different UW major with an interest in computing.



University of Washington Resources

There are a number of resources offered by other UW offices and departments that may be helpful for prospective students who are working on their applications to the UW's Seattle Campus:

| UW Office of Admissions | > |
| Multicultural Outreach & Recruitment | > |
| UW Residency Office | > |
| International Student Services | > |
| Office of Student Financial Aid | > |

## Similar UW Majors

There are many other computing related majors at the University of Washington besides Computer Science and Computer Engineering. To learn more, you can visit the UW Majors Website and sort by "computing" under areas of interest! In addition, the Allen School has an extensive list of Non-Major Options available for students studying a different UW major with an interest in computing.



PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

  

**Computer Engineering degree program accredited by ABET**

© 2025 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

# EXHIBIT 8

**Page Vault**

| | |
|---|---|
| Document title: | Direct to Major (First-Year) Admissions - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/academics/undergraduate/admissions/direct-major/ |
| Page loaded at (UTC): | Wed, 16 Jul 2025 13:53:37 GMT |
| Capture timestamp (UTC): | Wed, 16 Jul 2025 13:57:27 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 8 |
| Capture ID: | 25ST7nLYyzqdWs981cYh6d |

PDF REFERENCE #:        jmaFy8NREHGF8Cgt7Pdi1f



W | PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

Our Courses | Time Schedules
Contact Us | Make A Gift

Internal Resources ›

[English ▾]

**WHO WE ARE** ▾    **PEOPLE** ▾    **ACADEMIC PROGRAMS** ▾    **RESEARCH & INNOVATION** ▾    **COMMUNITY ENGAGEMENT** ▾    **NEWS & EVENTS** ▾

# ADMISSIONS

🏠 / Academic Programs / Undergraduate Education / Admissions / Direct to Major (First-Year) Admissions

## Direct to Major (First-Year) Admissions

Prospective students who are in high school, or have not completed any college credit since graduating from high school, should apply through our DTM admission pathway.



### Connect with the Allen School

This page focuses on the Direct to Major (DTM) application process. Prospective students who are in high school, or have not completed any college credit since graduating from high school, should apply through our DTM admission pathway.

Running Start students are considered DTM applicants.

All other students should review our Future Students page to determine the appropriate admission pathway. You can learn more about our undergraduate program here!



| Admissions | ↑ |
| --- | --- |
| Current UW Admissions | |
| **Direct to Major (First-Year) Admissions** | |
| Transfer Admissions | |
| PostBac Students | |
| Information Sessions | |
| Student Recruitment Representatives | |

### Follow the Allen School



#### Jump To A Section

[ Allen School Resources ]    [ Apply for DTM Admission ]

[ Timeline & Review ]    [ DTM Admission Priorities ]    [ Review Criteria ]

[ FAQ ]

## Allen School Resources

FAQ

## Allen School Resources

### Information sessions

The Allen School offers hybrid information sessions for prospective DTM applicants on the first Friday of every month from 3:30pm – 4:30pm PT. In-person attendees can stay for a tour of the Allen School buildings immediately following the information session. During this session, you'll learn about the Allen School student experience and the DTM admissions process. Registration with the Office of Admissions is optional but encouraged!

### Meet a Current Student

The Allen School Student Recruitment Representatives are current students studying Computer Science or Computer Engineering in the Allen School who hold student employee positions focused on recruiting prospective students. They offer virtual appointments for high school students to answer any questions and share a bit about their experiences in the Allen School. These appointments are only available during the academic year (late September through early June).

### Ask our Recruitment Team

You can direct any questions to outreach@cs.washington.edu. We are happy to answer questions about the DTM application process, but please note that specific questions about the UW application or application review should be directed to the UW Office of Admissions at askuwadm@uw.edu.

### Running Start Appointments

High school students who are dual-enrolled at a Washington state community college as a *Running Start Student* can also schedule a virtual appointment via Zoom with someone from our recruitment team. We are happy to provide advice but cannot make an academic plan for you.

### K-12 Outreach Programs

The Allen School offers a variety of different activities for K-12 students to learn more about computing. Learn more about our K-12 outreach programs and summer opportunities.

| See our Direct-to-Major flyer (PDF) |
| --- |

**Back to top**

---

## How to Apply for DTM Admission

### UW First-year Application Deadlines!

**Application Opens:**
September 1

**Application Closes:**
November 15

### Admission Details

Make sure you are on track to meet all UW's Seattle campus admissions deadlines and requirements as outlined on the UW first-year student admissions website.

**Application Opens:**
September 1

**Application Closes:**
November 15

*The UW Office of Admissions only considers applicants for DTM admission into the Allen School for autumn quarter admission. High School applicants should plan to submit their application during the fall of their senior year to start at UW the following year. DTM admission into the Allen School is not available for students who apply for winter, spring, or summer quarters.*

Make sure you are on track to meet all UW's Seattle campus admissions deadlines and requirements as outlined on the UW first-year student admissions website.

Apply using the UW Application for First-year Admissions between September 1 and November 15 of the year before you intend to enroll. To be considered for Allen School DTM admissions, you must list either Computer Science or Computer Engineering as **your first choice major**.

If applicable, submit your financial aid application (FAFSA or WASFA) by the UW priority deadline!

*There is no separate application for Allen School DTM applicants, and no additional materials are required. Applicants should follow the UW first-year application guidelines; you do not need to craft a computing-focused application. Your application will be reviewed by the UW-Seattle Office of Admissions, so questions about the application should be directed to askuwadm@uw.edu.*

## Autumn 2025 Admissions Timeline

| Date | What Happens |
| --- | --- |
| Summer | Begin preparing for the UW application by reviewing the writing prompts for the UW first-year application |
| September 1 | UW first-year application opens |
| November 15 | UW first-year application deadline |
| December 1 | Anticipated FAFSA and WASFA opening date for the 2025 – 2026 academic year |
| February 28 | Priority date for UW Financial Aid (extended from January 15) |
| March 1-15 | First-year admissions decisions, including Allen School DTM decisions, are released |
| May 1 | National College Decision Day, deadline to confirm enrollment at most colleges & universities. |

## DTM Admissions Statistics

| 2025 Data | Applications to UW Listing Computer Science or Computer | Offered DTM Admission into Computer Science | Acceptance Rate |
| --- | --- | --- | --- |

| 2025 Data | Applications to UW Listing Computer Science or Computer Engineering as their First-Choice Major | Offered DTM Admission into Computer Science or Computer Engineering | Acceptance Rate for 2025 |
|---|---|---|---|
| WA Residents | 1617 | 599 | 37% |
| Domestic Non-Residents | 3916 | 181 | 5% |
| International Students | 1413 | 30 | 2% |

## Past Years' Admissions Statistics

▼ **2024 Statistics**

| 2024 Data | Applications to UW Listing Computer Science or Computer Engineering as their First-Choice Major | Offered DTM Admission into Computer Science or Computer Engineering | Acceptance Rate for 2024 |
|---|---|---|---|
| WA Residents | 2094 | 564 | 27% |
| Domestic Non-Residents | 4961 | 46 | 1% |
| International Students | 1448 | 30 | 2% |

▼ **2023 Statistics**

| 2023 Data | Applications to UW Listing Computer Science or Computer Engineering as their First-Choice Major | Offered DTM Admission into Computer Science or Computer Engineering | Acceptance Rate for 2023 |
|---|---|---|---|
| WA Residents | 2155 | 569 | 26% |
| Domestic Non-Residents | 5059 | 83 | 2% |
| International Students | 1326 | 21 | 2% |

**Back to top**

Back to top

## DTM Admissions Priorities



The University of Washington is a public institution, which means that funding for the university comes partially from Washington State. For this reason, the University of Washington offers priority in admissions to residents of Washington State. Domestic non-resident students and international students can note in their personal statement any compelling reasons why they wish to attend college in Washington.

It is important to note that Allen School DTM admission is designed primarily for Washington state resident students – typically, around one quarter of Washington resident applicants are offered admission to the Allen School directly as a first-yar.

**Back to top**

### Application Review Criteria

#### What factors are considered in the Application Review?

As mentioned previously, the UW-Seattle Office of Admissions selects students for DTM admission into the Allen School based on criteria developed in partnership with the Allen School. Applicants are evaluated based on both academic achievement and personal characteristics. The academic portion of the review is based on high school grades, strength of schedule including in the senior year, and the rigor of coursework. The personal portion is based on an activities log and the essays in the first-year application. Applicants are strongly encouraged to explain any academic inconsistencies or gaps in their activities section through the writing portions. **It is not necessary to take computer programming in high school** or to have computing-related work experience. However, if you have access to computing opportunities, we encourage you to take them!

#### Second Choice Major

Despite substantial growth in capacity, there continue to be far more applicants who meet all of the admissions criteria than the Allen School can accommodate. Applicants are encouraged to choose a second choice major on campus if there is another field (besides Computer Science or Computer Engineering) that they would consider studying; there is no penalty for selecting a second choice major. Allen School applicants cannot be considered for direct admission twice, so we recommend choosing a major outside of the Allen School as a second choice. There are many other majors at the UW that involve computing! As a reminder, students who list another major as their first choice and an Allen School major as their second choice will not be considered for DTM admission into the Allen School.

**Back to top**

considered for direct admission twice, so we recommend choosing a major outside of the Allen School that interests you. It is okay to list another major that interests you besides computing! As a reminder, students who list another major as their first choice and an Allen School major as their second choice will not be considered for DTM admission into the Allen School.

**Back to top**

---

## FAQ

| | |
|---|---|
| Who can I reach out to for help? | > |
| What are the benefits of applying for Direct to Major admission? | > |
| Is there a minimum GPA to be competitive for DRM admission? | ⌄ |

The Office of Admissions uses a holistic review process to make DTM decisions. Most students offered DTM admissions have a high school GPA of 3.85-4.00 (unweighted). Remember that these numbers are only one factor in their selection process. Applicants with academic inconsistencies will have the opportunity to explain any circumstances that may have impacted their academic performance in their essays. Also note that **hundreds of students with these high grades are not offered DTM admission**; no GPA guarantees admission.

| | |
|---|---|
| Which major is more competitive: Computer Science or Computer Engineering? | > |
| Do you expect students to have had programming experience in high school? | > |
| What classes should I take in high school? | > |
| I am a Running Start, how do I know if my class will transfer? | > |
| How do I know if I am admitted to Allen School as a direct admit? | > |
| What happens if I am admitted to the UW but not the Allen School? | > |
| Can students in the Allen School pursue a double-major, double-degree, or minor? | > |
| What if I am offered DTM admission but decide I would like to pursue a different major? | > |

**Back to top**



PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

Helpful Information          Student Services          Academics          Research

Main Administrative Offices   Bill & Melinda Gates Center   Future Students   Artificial Intelligence

Which
Computer Engineering?

> 

Do you expect students to have had programming experience in high school?

> 

What classes should I take in high school?

> 

I am a Running Start, how do I know if my class will transfer?

> 

How do I know if I am admitted to Allen School as a direct admit?

> 

What happens if I am admitted to the UW but not the Allen School?

> 

Can students in the Allen School pursue a double-major, double-degree, or minor?

> 

What if I am offered DTM admission but decide I would like to pursue a different major?

> 

[Back to top](#)



## Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms

## Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

## Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

## Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

  

Computer Engineering degree program accredited by ABET

© 2025 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

# EXHIBIT 9

Page Vault

| | |
|---|---|
| Document title: | Holistic review – Office of Admissions |
| Capture URL: | https://admit.washington.edu/apply/freshman/holistic-review/ |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:55:52 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:56:17 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | 2i3p9qVzizHDUsQeoBH2UA |



**UNIVERSITY of WASHINGTON**
OFFICE OF ADMISSIONS

Students / Parents / Faculty & Staff / Alumni

Quick Links

ACADEMICS / **APPLY** / VISIT / COSTS & FINANCIAL AID / STUDENT LIFE / CONTACT /
VIRTUAL TOUR

FRESHMAN / RUNNING START / TRANSFER / POSTBACCALAUREATE / MILITARY / PARENTS & FAMILIES

🏠 / Apply / Freshman / Holistic review

# Holistic review

While we look at many factors in reviewing applications for admission, academic preparation and performance are still primary.

**Please note**: The UW removed the SAT/ACT requirement for admission. Read more on the SAT/ACT page.

## Preparation & performance

Indicators of preparation and performance include:

- An overall strong level of academic achievement, as demonstrated by grades, depth and breadth and rigor of curriculum.
- Taking advantage of college-preparatory courses during high school, such as Advanced Placement (AP), International Baccalaureate (IB), Running Start or college in the high school; or academic subjects beyond the minimum required for college entrance.
- Taking full advantage of the senior year
- Demonstrating a positive grade trend

*Note: The UW does not weight or prioritize one model of college-level course over another. Comparable coursework completed through AP, IB, Cambridge, Running Start and College in the High School are viewed equally for admission purposes.*

## Personal achievements & characteristics

What have you done outside of the classroom? Personal achievements and characteristics may include:

- Demonstrating a commitment to community service and leadership
- Exercising significant responsibility in a family, community, employment situation or through activities
- Attaining a college-preparatory education despite socio-economic disadvantage (Washington state residents only)
- Demonstrating unique perspectives or experiences

| Freshman | ↑ |
|---|---|
| How to apply | |
| **Holistic review** | |
| Freshmen by the numbers | |
| College Academic Distribution Requirement (CADRs) | |
| A Level & AS Level exams | |
| Advanced Placement (AP) | |
| International Baccalaureate (IB) | |
| Freshman homeschool applicants | |
| I applied. Now what? | |



UNIVERSITY *of* WASHINGTON

**BE BOUNDLESS**

Connect with us:

Document title: Holistic review – Office of Admissions
Capture URL: https://admit.washington.edu/apply/freshman/holistic-review/
Capture timestamp (UTC): Mon, 14 Jul 2025 20:56:17 GMT

61

🏠 / [Apply](#) / [Freshman](#) / Holistic review

# Holistic review

While we look at many factors in reviewing applications for admission, academic preparation and performance are still primary.

**Please note**: The UW removed the SAT/ACT requirement for admission. Read more on the [SAT/ACT page](#).

## Preparation & performance

Indicators of preparation and performance include:

- An overall strong level of academic achievement, as demonstrated by grades, depth and breadth and rigor of curriculum.
- Taking advantage of college-preparatory courses during high school, such as Advanced Placement (AP), International Baccalaureate (IB), Running Start or college in the high school; or academic subjects beyond the [minimum required](#) for college entrance.
- Taking full advantage of the senior year
- Demonstrating a positive grade trend

*Note: The UW does not weight or prioritize one model of college-level course over another. Comparable coursework completed through AP, IB, Cambridge, Running Start and College in the High School are viewed equally for admission purposes.*

## Personal achievements & characteristics

What have you done outside of the classroom? Personal achievements and characteristics may include:

- Demonstrating a commitment to community service and leadership
- Exercising significant responsibility in a family, community, employment situation or through activities
- Attaining a college-preparatory education despite socio-economic disadvantage (Washington state residents only)
- Demonstrating unique perspectives or experiences



| Freshman | ↑ |
|---|---|
| How to apply | |
| **Holistic review** | |
| Freshmen by the numbers | |
| College Academic Distribution Requirement (CADRs) | |
| A Level & AS Level exams | |
| Advanced Placement (AP) | |
| International Baccalaureate (IB) | |
| Freshman homeschool applicants | |
| I applied. Now what? | |



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

[Accessibility](#) / [Contact Us](#) / [Jobs](#) / [Campus Safety](#) / [My UW](#) / [Rules Docket](#) / [Privacy](#) / [Terms](#) / [Newsletter](#)

© 2025 University of Washington | Seattle, WA

# EXHIBIT 10



# Information about the 2025 National Merit® Scholarship Competition

## OVERVIEW

Initiated in 1955, the National Merit Scholarship Program is conducted by National Merit Scholarship Corporation (NMSC®), a not-for-profit organization that operates without government assistance. A sizable number of National Merit Scholarships to be offered in 2025 will be underwritten by NMSC with its own funds, but most will be supported by some 280 independent corporate organizations, higher education institutions, and individual donors.

In each annual National Merit Scholarship Program, about 50,000 academically talented high school students are honored, but only some 16,000 of them are named Semifinalists. Students who qualify as Semifinalists based on their performance on the Preliminary SAT/National Merit Scholarship Qualifying Test (PSAT/NMSQT®) are the only program participants who have an opportunity to advance to the Finalist level and compete for National Merit Scholarships. About 6,870 of the outstanding Finalists will be chosen as Merit Scholarship® winners in the 2025 competition.

A description of the current National Merit Program—including entry requirements, groups of honored students, and scholarships to be offered—was in the 2023 PSAT/NMSQT Student Guide distributed to students before they entered the competition. This document gives additional information for Semifinalists and includes a chart of steps in the 2025 scholarship competition.

## SEMIFINALISTS

### HOW WERE SEMIFINALISTS DESIGNATED?

The 2023 PSAT/NMSQT served as an initial screen of over 1.3 million entrants to the 2025 National Merit Scholarship Program. The Selection Index scores of students who met program participation requirements were used to designate a pool of more than 16,000 Semifinalists on a state allocation basis. Semifinalists are the highest scorers in each of the 50 states and represent less than one percent of each state's high school seniors. Although Semifinalist qualifying scores vary from one state to another, the scores of all Semifinalists are extremely high.

In addition to those designated in each of the 50 states, and without affecting the allocation to any state, Semifinalists were named in other selection units established by NMSC for the competition. These units are for participants who attend schools in the District of Columbia, schools in U.S. territories and commonwealths, schools in other countries, and U.S. boarding schools that enroll a sizable proportion of their students from outside the state in which the school is located.

### HOW WILL NMSC HONOR SEMIFINALISTS?

Semifinalists in the 2025 National Merit Program will be recognized:

- in an announcement sent to news media nationwide for release on September 11, 2024. By spotlighting Semifinalists, NMSC hopes to increase general interest in academic excellence and encourage broader support for the education of talented young people; and
- in notification to colleges and universities. To help enhance their educational opportunities, a list of Semifinalists (by high school) will be sent to four-year U.S. colleges and universities.

### WHAT IS THE NEXT STEP FOR SEMIFINALISTS?

Before they can be considered for Merit Scholarship awards, Semifinalists must qualify as Finalists by completing the National Merit Scholarship Application using NMSC's Online Scholarship Application (OSA) and fulfilling several other requirements. (See Requirements and Instructions for Semifinalists, which is posted online in the "Competition Instructions" section of the OSA or at www.nationalmerit.org/resources.) Semifinalists who do not meet all specified requirements and deadlines cannot become Finalists; they will be notified by NMSC or an official of their high school that they have been withdrawn from the competition. A Semifinalist can advance to Finalist standing and be considered for a National Merit Scholarship in only one specific annual competition.

NMSC, National Merit, Merit Scholarship, Merit Scholar, and the corporate "Lamp of Learning" logo [logo] are federally registered service marks of National Merit Scholarship Corporation. PSAT/NMSQT is a registered trademark of National Merit Scholarship Corporation and College Board. SAT is a registered trademark of College Board. ACT is a registered trademark of ACT, Inc. College Board and ACT, Inc. were not involved in the production of this document.

## HOW WILL SEMIFINALISTS KNOW IF THEY BECOME FINALISTS?

On February 3, 2025, NMSC will mail a *Certificate of Merit* for each Finalist to the Finalist's high school principal.

On February 10, 2025, NMSC will mail a letter to each Finalist at their home address. A copy of the letter will also be posted to the Finalist's OSA dashboard.

Semifinalists who do not advance to Finalist standing will be notified in writing. Notification will be mailed to high school officials and the students' homes.

**NOTE:** NMSC does not make a news media announcement about Finalists because Semifinalists are publicly honored and more than 15,000 of the 16,000 Semifinalists are expected to reach the Finalist level.

## MERIT SCHOLARSHIP AWARDS

About **6,870 National Merit Scholarships** of three types will be offered in 2025:

- 2,500 single-payment **National Merit® $2500 Scholarships** for which all Finalists will be considered;
- about 770 **corporate-sponsored Merit Scholarship** awards for which Finalists who meet a company or business grantor's specified criteria will be considered; and
- some 3,600 **college-sponsored Merit Scholarship** awards for which only Finalists who will attend their respective sponsor institutions are considered.

All Merit Scholar® designees are chosen based on their abilities, accomplishments, and potential for success in rigorous college studies—without regard to gender, race, ethnic origin, religious preference, or family financial circumstances.

Although all students who become Finalists are outstanding, not all Finalists receive a Merit Scholarship award. Of the 15,000 Finalists in the 2025 program, about half will win an award, and no student will receive more than one scholarship offer from NMSC.

NMSC will notify scholarship winners and post offer letters to the students' OSA dashboards. Offer recipients will be asked to log in to the OSA, where they can view their offer letter, review the Terms of the Scholarship, and accept their Merit Scholarship offer.

### HOW ARE NATIONAL MERIT $2500 SCHOLARSHIP WINNERS SELECTED?

Every Finalist who completes requirements by December 31, 2024, is considered for one of 2,500 National Merit $2500 Scholarships. Most of these one-time scholarships are supported by NMSC's own funds. Business organizations that provide corporate-sponsored awards help underwrite a portion of these scholarships with grants they provide to NMSC in lieu of paying administrative fees. Donations made to NMSC's President's Fund also provide funding for National Merit $2500 Scholarships.

As in the designation of Semifinalists, these awards are allocated on a state-representational basis according to the state's percentage of the national total of high school graduates; winners are also named in the other selection units established for the competition. Each Finalist competes against other Finalists who attend high school in the same state or selection unit at the time winners are chosen.

In late January 2025, a committee of experienced college admission officers and high school counselors will meet to choose the winners of National Merit $2500 Scholarships. Committee teams analyze and evaluate all Finalists' scholarship applications based on information supplied by students and their schools, which includes:

- the academic record;
- the school's recommendation of the Finalist;
- a student essay;
- extracurricular activities; and
- scores on the PSAT/NMSQT.

Because every Semifinalist who qualifies as a Finalist has an excellent academic record and outstanding test scores, the school official's characterization of the student and the student's essay play an important part in the process of choosing Merit Scholar designees. Activities, awards, and employment are also considered. Winners in each state (or other selection unit) will be the Finalists judged by committee members to have the most distinguished credentials and potential for academic success, without consideration of financial need, college choice, or major and career plans.

## WHEN WILL FINALISTS LEARN WHETHER THEY HAVE WON A NATIONAL MERIT SCHOLARSHIP?

In March 2025, NMSC will begin notifying scholarship winners, with confidential notification to their high schools. (See the schedule in the *Requirements and Instructions for Semifinalists* document.)

In mid-May 2025, NMSC will notify Finalists who have not won a National Merit Scholarship. However, a few additional scholarships may become available after this date; recipients of those awards will be notified and their names released to news media during the summer.

## WHICH FINALISTS CAN BE CONSIDERED FOR CORPORATE-SPONSORED MERIT SCHOLARSHIP AWARDS?

About 770 corporate-sponsored Merit Scholarship awards will be offered in 2025 to Finalists who meet specified criteria. Most of the 130 corporate sponsors that underwrite these scholarships designate them for children of their employees; however, some sponsors specify their awards for residents of communities in which the company has plants or offices, or for Finalists pursuing college majors and careers the grantor organization wishes to encourage. (See the *Sponsors of National Merit® Scholarships* document, which is posted online in the "Competition Instructions" section of the OSA or at www.nationalmerit.org/resources.)

Information Finalists supply on their National Merit Scholarship Applications will be used to identify a pool of eligible candidates for corporate-sponsored awards. NMSC's professional staff will choose almost all scholarship recipients. Officials of a few sponsor organizations will make their own selections from eligible Finalists.

Each corporate sponsor specifies the amount of the award and whether the awards provide one-time payments or stipends that can be renewed for up to four years of undergraduate study, per the chart below:

| Type of award | Type of stipend | Stipend ranges |
|---|---|---|
| Renewable | Fixed | $1,000–$10,000 per year |
| One-time | Single-payment | $2,500–$5,000 |

## WHICH FINALISTS CAN BE CONSIDERED FOR COLLEGE-SPONSORED MERIT SCHOLARSHIP AWARDS?

About 150 colleges and universities have made arrangements with NMSC to sponsor National Merit Scholarships in the 2025 competition, and it is expected that some 3,600 of these awards will be offered to Finalists next spring. (See the *Sponsors of National Merit® Scholarships* document, which is posted online in the "Competition Instructions" section of the OSA.) To be considered for college-sponsored awards, Finalists must meet **all three** of the following conditions. Finalists:

- must have notified NMSC that the sponsor college is their first choice;
- must have applied for admission to that institution; and
- must not have been offered any other National Merit Scholarship.

Every college-sponsored award is offered with the condition that the Finalist has been admitted for the fall term and will attend the sponsor college. Because every college-sponsored award can be used only at the institution financing it, the scholarship is canceled if the winner changes college choice. (See page 4 of the *Requirements and Instructions for Semifinalists* document for more information about naming a first-choice college.)

Also, if a Finalist informs NMSC of a change in college choice after a college-sponsored Merit Scholarship offer has already been posted to the students' OSA dashboard, the change will not be processed and the student cannot be offered another college-sponsored award. (See page 4 of the *Requirements and Instructions for Semifinalists* document, which is posted online in the "Competition Instructions" section of the OSA or at www.nationalmerit.org/resources.)

Early in March, NMSC will begin notifying each sponsor college about Finalists who have reported that institution as their first choice. College officials will choose all winners of their Merit Scholarship awards from among these Finalists. A sponsor college may decide to offer a Merit Scholarship award to every Finalist who is admitted or choose to limit the number of awards it provides. Students should contact the sponsor college directly if they have questions about the college's selection process.

A college-sponsored scholarship is renewable for up to four years of undergraduate study at the sponsor institution. Each college sponsor chooses the annual stipend their institution offers to award recipients, within a range of $500 to $2,000 per year. All college-sponsored scholarship recipients at the institution will receive the same stipend amount as determined by the college.

# AWARD RECIPIENTS

## ARE THERE REQUIREMENTS THAT NATIONAL MERIT SCHOLARSHIP WINNERS MUST MEET?

Yes. Terms of the Scholarship will be provided on NMSC's Online Scholarship Application after an offer has been made. These Terms govern acceptance and receipt of the award and, in the case of renewable scholarships, specify additional requirements for scholarship renewal in subsequent academic years. The Terms include the following:

- the Scholar must be granted and accept admission to college no later than the fall following the offer of the scholarship. Scholarship recipients may request a deferment of their award if the college of attendance has approved a deferment of the Scholar's enrollment;
- all Merit Scholarship payments must be used exclusively for undergraduate education at a college or university in the United States that holds accredited status with a regional accrediting commission on higher education. NMSC scholarship stipends are not payable, however, for attendance at service academies or certain institutions that are limited in their purpose or training;
- Merit Scholarship recipients must attend college full-time, and must pursue a course of study leading to one of the traditional baccalaureate degrees; and
- all National Merit $2500 Scholarships and all corporate-sponsored awards are transferable from one regionally accredited U.S. institution to another; however, college-sponsored Merit Scholarship awards will be canceled if the winner transfers to a different college.

## WHEN DO WINNERS RECEIVE SCHOLARSHIP STIPEND PAYMENTS?

### ONE-TIME AWARDS

Next September, recipients of one-time awards will be issued a single payment in the full scholarship amount. NMSC will send the recipient's single scholarship payment to their college's financial aid office.

### RENEWABLE AWARDS

Next September, winners of renewable awards will be issued the first installment of their annual stipend; additional payments will be sent on a scheduled basis (usually twice annually) for up to four years of undergraduate study or until baccalaureate degree requirements are met, whichever occurs first. NMSC sends stipend payments for scholarship recipients to their college financial aid offices.

## SCHOLAR ANNOUNCEMENTS

After NMSC receives award acceptances, the names of Merit Scholar® designees will be released to news media nationwide in four announcements:

| | |
|---|---|
| **April 23** | Corporate-sponsored Merit Scholarship winners |
| **May 7** | National Merit $2500 Scholarship winners |
| **June 4 and July 14** | College-sponsored Merit Scholarship winners |

**If you have any questions about the information presented in this document, please contact NMSC's Scholarship Administration department by phone. We are available at (847) 866-5161, Monday–Friday from 8:30 a.m.–4:30 p.m. Central Time**

## 2025 NATIONAL MERIT® SCHOLARSHIP PROGRAM



16,000 Semifinalists notified and their names released to media

**September 2024**

Semifinalists and their high schools electronically submit *National Merit Scholarship Applications* using the Online Scholarship Application (OSA); Semifinalists make arrangements for reporting of SAT® and ACT® scores.

**September–October 2024**

15,000 Semifinalists advance to Finalist standing; their *Certificates of Merit* are sent to high schools and selection of Merit Scholar® awardees begins

**January–February 2025**

Semifinalists who do not advance to Finalist standing notified

**January 2025**

2,500 National Merit $2500 Scholarship winners notified

**March 2025**

770 corporate-sponsored Merit Scholarship winners notified

**March 2025**

3,600 college-sponsored Merit Scholarship winners notified

**May–June 2025**

Finalists not selected as Merit Scholarship® winners notified

**May 2025**

Release to media of National Merit $2500 Scholars

**early May 2025**

Release to media of corporate-sponsored Merit Scholar designees

**late April 2025**

Release to media of college-sponsored Merit Scholar designees

**June and July 2025**

For a complete explanation of steps, requirements, and dates for the competition, see pages 1–3 of this document and the *Requirements and Instructions for Semifinalists* document. Both documents can be found at *www.nationalmerit.org/resources* and in the "Competition Instructions" section of the OSA.

# EXHIBIT 11

**Page Vault**

Document title:            Undergraduate Demographics - Paul G. Allen School of Computer Science &
                           Engineering

Capture URL:               https://www.cs.washington.edu/who-we-are/broadening-participation/undergraduate-
                           demographics/

Page loaded at (UTC):      Mon, 14 Jul 2025 20:57:18 GMT

Capture timestamp (UTC):   Mon, 14 Jul 2025 20:57:42 GMT

Capture tool:              10.57.1

Collection server IP:      54.145.42.72

Browser engine:            Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
                           Chrome/138.0.7204.97 Safari/537.36

Operating system:          Linux (Node 22.17.0)

PDF length:                3

Capture ID:                qGJNzFYGpgXQSBGdPQwmVi

PDF REFERENCE #:        p8NiTduJ4iUAiH9H4Tmgpw



🏠 / [Who We Are](#) / [Broadening Participation](#) / Undergraduate Demographics

## Undergraduate Demographics

Demographics for all University of Washington programs are available on UW's Business Intelligence (BI) Portal. In Fall 2024, as reported there, the Allen School's undergraduate demographics were:

| Description | Percentage |
| --- | --- |
| Washington Resident | 84.2% |
| Domestic Non-Resident | 5.9% |
| International | 9.9% |

| Description | Percentage |
| --- | --- |
| First Generation (4 year degree) | 24.7% |

| Description | Percentage |
| --- | --- |
| Pell-Eligible | 21.4% |

| Description | Percentage |
| --- | --- |
| Female | 33.5% |
| Male | 66.5% |

| Description | Percentage |
| --- | --- |
| American Indian or Alaska Native | 0.2% |
| Asian American | 51.8% |

**Broadening Participation**    ↑

Latest Initiatives

Ongoing Activities

The LEAP Alliance

Hopper-Dean Foundation Collaboration

**Undergraduate Demographics**

Get Involved

## Upcoming Events

**JUL 25 FRI** [Ph.D. Dissertation Defense Talk: Towards Human-Centered Behavioral Sensing for Student Support](#)
Fri, Jul 25, 10 a.m.

**JUL 28 MON** [Ph.D. Dissertation Defense Talk: Exploration and Primal-dual Methods in Bandits and Reinforcement Learning](#)
Mon, Jul 28, 2 p.m.

**JUL 29 TUE** [Ph.D. Dissertation Defense Talk: Goal-Centered Personal Informatics Tools](#)
Tue, Jul 29, 8:30 a.m.

**JUL 30 WED** [Ph.D. Dissertation Defense Talk: Mixed-Initiative Methods for Human-AI Co-Creation in Scientific Research](#)
Wed, Jul 30, 12 p.m.

**AUG 1 FRI** [Ph.D. Dissertation Defense Talk: Manufacturability-Driven Mechanical Metamaterial Design and Construction](#)
Fri, Aug 1, 10 a.m.

**[View all calendar events »](#)**

| Description | Percentage |
|---|---|
| Female | 33.5% |
| Male | 66.5% |

| Description | Percentage |
|---|---|
| American Indian or Alaska Native | 0.2% |
| Asian American | 51.8% |
| Black or African American | 3.8% |
| Hispanic or Latino | 4.6% |
| Native Hawaiian or Other Pacific Islander | 0.1% |
| White | 15.7% |
| Two or More Races | 5.9% |
| International | 9.9% |
| Not Indicated | 8.0% |

**JUL 30 WED** Ph.D. Dissertation Defense Talk: Mixed-Initiative Methods for Human-AI Co-Creation in Scientific Research
Wed, Jul 30, 12 p.m.

**AUG 1 FRI** Ph.D. Dissertation Defense Talk: Manufacturability-Driven Mechanical Metamaterial Design and Construction
Fri, Aug 1, 10 a.m.

View all calendar events »

## Follow the Allen School

## PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

Computer Engineering degree program accredited by ABET

© 2025 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

# EXHIBIT 12

**Page Vault**

| | |
|---|---|
| Document title: | U of Washington faculty search weighed race inappropriately |
| Capture URL: | https://www.insidehighered.com/news/faculty-issues/diversity-equity/2023/11/03/u-washington-faculty-search-weighed-race |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:34:24 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 20:34:26 GMT |
| Capture tool: | 3.10.25 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 9 |
| Capture ID: | 9bkVejR8F3ndZwh5RPZYUH |

PDF REFERENCE #:        cxyAubGPfesokySZ3awP79

NEWS

Faculty Issues  Diversity & Equity

Advertisement



🔴 November 03, 2023

# U of Washington Faculty Search Weighed Race Inappropriately

A psychology department hiring committee re-ranked finalists to hire a Black candidate over a white person originally rated No. 1, violating policy, a report concludes.

By Ryan Quinn

**You have 4/5 articles left.**

Sign up for a free account or log in.

Sign Up, It's FREE       Login

Advertisement

PODCAST
THE KEY
with *Inside Higher Ed*

▶ Listen to the latest episode

Download



4/5  Articles remaining this month.    **Sign up for a free account or log in.**    Sign Up, It's FREE    Login    ⊗





The University of Washington released its report on inappropriate use of race in hiring this week.

Justin Morrison/*Inside Higher Ed* | University of Washington | Getty Images

The hiring process for a University of Washington psychology professor position titled "Diversity in Development" initially ranked a white person No. 1 out of 84 applicants, the university says in a report released this week.

But psychology department faculty members then pressured one another until the third-ranked finalist, who was Black, was given this tenure-track assistant professor job, above the white and Asian finalists, the document states. It adds that it's unclear how candidates' racial identities were assigned. The assistant professor accepted the job in April of this year.

The investigation, which the university posted online Tuesday, concludes that "race was used as a substantial factor in the selection of the final candidate and the hiring process," violating a university executive order that bans considering race in hiring. Though the report itself doesn't conclude state law was violated, university spokesman Victor Balta noted in an email to *Inside Higher Ed* Thursday that Washington citizens, in 1998, passed a referendum banning affirmative action in public colleges and universities.

## Most Popular

University Leaders Propose New Research Funding Model

The King's College to Close Permanently

JUL

16

**Generation Now: Postsecondary Pathways for Older Learners**

Find out how institutions can best serve older learners—those 35 and up—a driven and underserved population of current

- Wednesday
- July 16, 2025
- 2:00 PM EDT



Register now

Sign up for Newsletters

Subscribe for free to *Inside Higher Ed*'s newsletters, featuring the latest news, opinion and great new careers in higher education — delivered to your inbox.

View Newsletters

4/5   Articles remaining this month.    Sign up for a free account or log in.    Sign Up, It's FREE    Login



### Senate Rejects Trump's Cuts to NSF, Other Science Agencies

The university announced on its website that the psychology department is now "barred from conducting searches for tenured and tenure-track faculty positions" for at least two years, "subject to review by the Provost's Office." It also said the department will "undergo a comprehensive review and revision of its hiring processes," and all department members "will receive training on how to conduct searches consistent with law and policy."

"The University is taking personnel action to address individual actions," the institution stated. "These proceedings are confidential."

The report, which redacts all the names of those involved, suggests that faculty members tried to hide the extent to which race was considered, including in the hiring report.

"I advise deleting the statement below as it shows that URM [underrepresented minority] applications were singled out and evaluated differently than non-URM applications (which is not allowed as [redacted] noted)," one email read, according to the report.

Advertisement



At a faculty meeting, someone whose name is redacted "informed faculty that the Hiring Committee had three outstanding candidates and so they used DEI to distinguish and select a first offer," the report says, citing an



4/5 Articles remaining this month.    Sign up for a free account or log in.    Sign Up, It's FREE    Login

Document title: U of Washington faculty search weighed race inappropriately
Capture URL: https://www.insidehighered.com/news/faculty-issues/diversity-equity/2023/11/03/u-washington-faculty-search-weighed-race
Capture timestamp (UTC): Mon, 14 Jul 2025 20:34:26 GMT
Page 3 of 8


Inside Higher Ed

Register   Login   Become a member   Find A Job   Solutions

does DEI to distinguish and collect a first draft," the report says, citing an audio recording.

The report says no definition of "DEI" was heard, but other documents indicate the working definition "is operationalized as focusing on increasing hiring" of underrepresented minority candidates. In the audio, a faculty member questions how the decision complies with the 1998 referendum, and faculty members were then told "nothing illegal occurred," the report says.

Before finalists were narrowed to three, five finalists were invited to virtual visits, with the schedules including meetings with the Women Faculty and Faculty of Color groups. But a member of the latter group expressed opposition to meeting the white candidates.

Advertisement



"As a person who has been on both sides of the table for these meetings, I have really appreciated them," the unnamed person wrote in an email. "Buuut, when the candidate is White, it is just awkward. The last meeting was uncomfortable, and I would go as far as burdensome for me. Can we change the policy to not do these going forward with White faculty?"

An unnamed person wrote in another email, in March, that they were inclined to hold the meetings just for faculty candidates of color.

"I'm also mindful that our Provost is now getting anxious about anything that's directed to only some identity groups (i.e., they are getting worried about fallout from the pending Supreme Court affirmative action rulings)," this person wrote in an email. "My read is that they'll get fearful of litigation and overcorrect into colorblindness. Maybe our committee can preemptively think our way around this type of future directive."

4/5  Articles remaining this month.   Sign up for a free account or log in.   Sign Up, It's FREE   Login   X







Prominent in the situation was the department's Diversity Advisory Committee, which formed in 2020 and has been involved in seven faculty searches, the report says. The university's website currently says, in its section on that committee, that the department "hired five Faculty of Color to the tenure track during the 2020–21 academic year (one joined with tenure), three with endowed term professorships generated by department advancement efforts."

The Diversity Advisory Committee uses an unadopted "case study" as department policy, and that case study involves monitoring the racial identity of candidates through all phases of the hiring process and purports to require the hiring committee to get the Diversity Advisory Committee's endorsement. An unnamed person said not voting on the case study was intentional because "we felt we needed it strategically and didn't want to put diversity values up for debate."

The university announced the case study "will no longer be used in hiring processes."

John Sailer, a senior fellow at the National Association of Scholars, a membership organization and think tank that's concerned about racial preferences and diversity, equity and inclusion, submitted a public records request about the situation in April. The report says that Dianne Harris, dean of the College of Arts and Sciences, asked what's now called the university's Civil Rights Investigation Office to investigate the next month.

Balta wrote to *Inside Higher Ed* that there "was an internal whistleblower who brought this issue to the University's attention before John Sailer's public records request, and there is an email dated April 3 back to the whistleblower confirming awareness of the situation. There were conversations over the next several weeks regarding the most appropriate way to proceed."

"The UW is committed to doing what is right and was responding based on the initial whistleblower's information and concerns, not based on inquiries or interest from any external advocacy group," Balta wrote.

The university still hasn't given the National Association of Scholars the documents it requested. Balta wrote that "this request was quite comprehensive, requiring significant review and redaction considerations

4/5  Articles remaining this month.        Sign up for a free account or log in.        Sign Up, It's FREE        Login        

Document title: U of Washington faculty search weighed race inappropriately
Capture URL: https://www.insidehighered.com/news/faculty-issues/diversity-equity/2023/11/03/u-washington-faculty-search-weighed-race
Capture timestamp (UTC): Mon, 14 Jul 2025 20:34:26 GMT



comprehensive, requiring significant review and redaction considerations. It is still in progress. Mr. Sailer now has seven active records requests and these, again, are generally processed on a first-in, first-out basis."

Sailer said Thursday that he thinks "racial preferences cause people to prioritize things that are other than what these roles were created for, and I think it's a bad move when institutions try to hire on the basis of race" rather than excellence in "a given domain."

He added that "sometimes it seems that faculty search committees will just treat DEI statements as functionally a proxy for race, and I think that's worth keeping in mind in the broader debate over DEI statements."

---

### Next Story



OPINION

Views

**AI, Irreality and the Liberal Educational Project**

Jacob Riyeff asks how higher education can achieve its aim of scrutinizing reality when students don't even seem to r

---

### Written By

Ryan Quinn

---

### Share This Article

    

---

### Found In

4/5  Articles remaining this month.    Sign up for a free account or log in.    Sign Up, It's FREE    Login



Inside Higher Ed

Register    Login    Become a Member    Find A Job    Solutions

Race & Ethnicity        Shared Governance        Research Universities








## More from Diversity & Equity



Faculty Issues    Career Development

### AAUP Report: Faculty Salaries Rise Again, Though Not to Pre-Pandemic High

An uptick in faculty average salary wasn't enough to recover to 2019-level compensation.



Faculty Issues    Research

### U of Minnesota Antiracism Center to Close After Founder Steps Down

Rachel Hardeman, who faces plagiarism allegations, left the university under a resignation agreement.



Faculty Issues    Shared Governance

### Waivers Let Some North Carolina Majors Keep 'DEI' Requirements

Some public universities nixed certain gen ed mandates in response to a statewide order.



## Want articles like this sent **straight to your inbox**?

Subscribe to a Newsletter

**4/5** Articles remaining this month.    Sign up for a free account or log in.    Sign Up, It's FREE    Login



**Faculty Issues**   Shared Governance

### Waivers Let Some North Carolina Majors Keep 'DEI' Requirements

Some public universities nixed certain gen ed mandates in response to a statewide order.



Want articles like this sent **straight to your inbox**?

Subscribe to a Newsletter



**Company**

Contact Us

About Us

Work with Us

History

Meet the Team

Advertise

Find a Job

Post a Job

**Legal**

Rights & Permissions

Privacy

**Newsletter**

Subscribe to a Newsletter

Job Title

Email Address

Copyright © 2025 Inside Higher Ed All rights reserved. | Website designed by nclud

4/5   Articles remaining this month.   Sign up for a free account or log in.   Sign Up, It's FREE   Login

# EXHIBIT 13

🔒 Page Vault

| | |
|---|---|
| Document title: | Freshmen by the numbers – Office of Admissions |
| Capture URL: | https://admit.washington.edu/apply/freshman/by-the-numbers/ |
| Page loaded at (UTC): | Mon, 14 Jul 2025 20:59:59 GMT |
| Capture timestamp (UTC): | Mon, 14 Jul 2025 21:00:25 GMT |
| Capture tool: | 10.57.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 3 |
| Capture ID: | 6rQChUy536v1aDS8psSugS |

PDF REFERENCE #:        55qcG2BQXDz8avapLSgLVq



**W** UNIVERSITY of WASHINGTON
OFFICE OF ADMISSIONS

Students / Parents / Faculty & Staff / Alumni

Quick Links ›

**ACADEMICS** / **APPLY** / **VISIT** / **COSTS & FINANCIAL AID** / **STUDENT LIFE** / **CONTACT** / **VIRTUAL TOUR**

FRESHMAN / RUNNING START / TRANSFER / POSTBACCALAUREATE / MILITARY / PARENTS & FAMILIES

🏠 / [Apply](#) / [Freshman](#) / Freshmen by the numbers

# Freshmen by the numbers

## Overall 3-year average admit rates by residency

| Residency type | Admit rate |
|---|---|
| **Washington resident** | 50% |
| **Non-Washington resident** | 40% |

### Middle 50% admitted GPA, autumn 2024

High school GPA 3.74-3.98 (4.0 scale), 95-100 (100 scale)

### Direct to College, engineering 3-year average admit rates

For more information about direct to college, visit the College of Engineering [FAQ page](#).

| Residency type | Admit rate |
|---|---|
| **Washington resident** | 49% |
| **Non-Washington resident** | 42% |

### Direct to Major, computer science/computer engineering 3-year average admit rates

For more information about direct admission to computer science or computer engineering, visit the [Allen admission page](#).

| Residency type | Admit rate |
|---|---|
| **Washington resident** | 25% |
| **Non-Washington resident** | 2% |

### Average English proficiency scores (international applicants only)

Learn more about [English proficiency test score requirements](#), deadlines and other frequently asked questions.

---

| Freshman | ↑ |
|---|---|
| How to apply | |
| Holistic review | |
| **Freshmen by the numbers** | |
| College Academic Distribution Requirement (CADRs) | |
| A Level & AS Level exams | |
| Advanced Placement (AP) | |
| International Baccalaureate (IB) | |
| Freshman homeschool applicants | |
| I applied. Now what? | |

**Non-Washington resident**  40%

Advanced Placement (AP)

International Baccalaureate (IB)

Freshman homeschool applicants

I applied. Now what?

## Middle 50% admitted GPA, autumn 2024

High school GPA 3.74-3.98 (4.0 scale), 95-100 (100 scale)

## Direct to College, engineering 3-year average admit rates

For more information about direct to college, visit the College of Engineering FAQ page.

| Residency type | Admit rate |
| --- | --- |
| **Washington resident** | 49% |
| **Non-Washington resident** | 42% |

## Direct to Major, computer science/computer engineering 3-year average admit rates

For more information about direct admission to computer science or computer engineering, visit the Allen admission page.

| Residency type | Admit rate |
| --- | --- |
| **Washington resident** | 25% |
| **Non-Washington resident** | 2% |

## Average English proficiency scores (international applicants only)

Learn more about English proficiency test score requirements, deadlines and other frequently asked questions.

| | |
| --- | --- |
| **TOEFL** | 107 (120-point scale) |
| **IELTS** | 7.5 (9.0-point scale) |
| **Duolingo** | 138 (160-point scale) |



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility  /  Contact Us  /  Jobs  /  Campus Safety  /  My UW  /  Rules Docket  /  Privacy  /  Terms  /  Newsletter

© 2025 University of Washington | Seattle, WA