The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON,

Defendant.

Case No. 2:25-cv-00348-JLR

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

1. Pursuant to Local Civil Rule 7(j), and after conferring, Plaintiffs Stanley Zhong and Nan Zhong ("Plaintiffs") and Defendant the Regents of the University of Washington ("Defendant" or "UW" and, together with Plaintiffs, the "Parties") jointly move the Court to amend its May 28, 2025, scheduling Order and its July 7, 2025, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement in light of Plaintiffs' intention to file an amended complaint (the "First Amended Complaint" or "FAC"). The Parties have conferred and believe the proposed schedule below will conserve the resources of the Parties and the Court and help to efficiently resolve this matter.

**BACKGROUND**

2. Plaintiffs served their original complaint on April 15, 2025.

3. On May 15, 2025, Plaintiffs moved to drop then-Plaintiff SWORD, which motion the Court granted on June 2, 2025.

4. On May 27, 2025, the Parties jointly moved for an extension of the deadlines for Defendant's response to the initial complaint to July 16, 2025, which motion the Court granted on May 28, 2025.

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

5. Defendant filed its Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) on July 16, 2025.

6. On July 7, 2025, the Court ordered the Parties to participate in a Rule 26(f) Conference by July 21, 2025, file Initial Disclosures by August 4, 2025, and file a Combined Joint Status Report and Discovery Plan ("Status Report") by August 11, 2025.

7. The Parties held their Rule 26(f) conferral on July 14, 2025, and thereafter exchanged drafts of the Status Report.

8. On July 23, 2025, Plaintiffs informed Defendant it intended to file a FAC by right, that the FAC would include new allegations, and that Plaintiffs continued to investigate whether additional entities should be added as parties to the litigation. The Parties thereafter conferred and agreed to the below proposed schedule (which incorporates dates already agreed-to in the Parties draft Status Report).

**STIPULATION**

| Event | Date |
|---|---|
| Deadline to file First Amended Complaint | August 6, 2025 |
| Deadline to hold second conferral regarding Status Report | August 13, 2025 |
| Deadline to answer or otherwise respond to the FAC | September 3, 2025 |
| Deadline to oppose motion to dismiss | September 24, 2025 |
| Deadline to file Initial Disclosures | September 29, 2025 |
| Deadline to file Status Report | October 8, 2025 |
| Deadline to add parties | October 13, 2025 |
| Deadline for reply in support of motion to dismiss | October 15, 2025 |
| Start of discovery | 30 days after decision on motion to dismiss or after answer filed, whichever comes first |

9. The Parties request the above-proposed schedule to allow Defendant sufficient time to investigate Plaintiffs' new allegations and to allow Plaintiffs sufficient time to determine whether to add additional entities as parties.

10. The above-proposed schedule is sought in good faith and not for the purposes of

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

1  delay.  The requested schedule will not prejudice any of the Parties involved in the case, and the

2  Parties anticipate the requested schedule will allow the Parties to reach the close of pleading

3  more efficiently.

4      WHEREFORE, for the foregoing reasons, the Parties jointly respectfully request that

5  this Court amend its scheduling order as set forth herein.

6

7      Respectfully submitted this 25th day of July 2025.

|  |  |
|---|---|
| *s/ Stanley Zhong* | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Stanley Zhong (Pro Se) | By: *s/Robert M. McKenna* |
| 211 Hope St. #390755 | Robert M. McKenna (WSBA No. 18327) |
| Mountain View, CA 94039 | rmckenna@orrick.com |
|  | 401 Union Street, Suite 3300 |
| *s/ Nan Zhong* | Seattle, WA  98101-2668 |
| Nan Zhong (Pro Se) | Telephone:  +1 206 839 4300 |
| 211 Hope St. #390755 | Facsimile:  +1 206 839 4301 |
| Mountain View, CA 94039 |  |
| Nanzhong1@gmail.com | By: *s/Marc Shapiro* |
|  | Marc Shapiro (*pro hac vice*) |
| *Plaintiffs* | mrshapiro@orrick.com |
|  | 51 West 52nd Street |
|  | New York, NY 10019-6142 |
|  | Telephone:  +1 212 506 5000 |
|  |  |
|  | By: *s/Matthew D. LaBrie* |
|  | Matthew D. LaBrie (*pro hac vice*) |
|  | mlabrie@orrick.com |
|  | 222 Berkeley Street, Suite 2000 |
|  | Boston, MA 02116 |
|  | Telephone:  +1 617 880 1802 |
|  |  |
|  | *Special Assistant Attorneys General Attorneys for Defendant The Regents of the University of Washington* |

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

**[PROPOSED] ORDER**

For the reasons set forth above, and finding good cause, the Court herby grants the Parties' Joint Stipulated Motion to Amend Scheduling Order.  <u>In light of the parties' representation that Plaintiffs intend to file a first amended complaint, the court STRIKES Defendant's pending motion to dismiss (Dkt. # 18) and request for judicial notice in support of its motion to dismiss (Dkt. # 19) with leave to refile if Plaintiffs do not file a first amended complaint.</u>

Dated: July 25, 2025

_____
The Honorable James L. Robart
United States District Judge

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300