1

The Honorable James L. Robart

2

3

4

5

UNITED STATES DISTRICT COURT

6

WESTERN DISTRICT OF WASHINGTON

7

STANLEY ZHONG and NAN ZHONG,

8

Plaintiffs,

9

v.

10

THE REGENTS OF THE UNIVERSITY
OF WASHINGTON in their official
capacities; THE UNIVERSITY OF
WASHINGTON; ANA MARI CAUCE, in
their personal capacity and their official
capacity as the President of the University of
Washington; PAUL SEEGERT, in their
personal capacity and their official capacity
as the Director of Admissions at the
University of Washington; MAGDALENA
BALAZINSKA, in their personal capacity
and their official capacity as Chair of the
Paul G. Allen School of Computer Science
& Engineering at the University of
Washington; TADAYOSHI KOHNO, in
their personal capacity and their official
capacity as Associate Director of the Allen
School for DEIA (Diversity, Equity,
Inclusion & Access); CHLOE DOLESE
MANDEVILLE, in their personal capacity
and their official capacity as Assistant
Director for Diversity & Access; OTHER
PERSONS DOES 1-20 acting in concert
with those named above,

11

12

13

14

15

16

17

18

19

20

21

22

Defendants.

Case No. 2:25-cv-00348-JLR

JOINT STIPULATED MOTION AND
[PROPOSED] ORDER TO AMEND
SCHEDULING ORDER & ORDER
MEDIATION

23

24        1.        Pursuant to Local Civil Rule 7(j), and after conferring, Plaintiffs Stanley Zhong

25    and Nan Zhong ("Plaintiffs") and Defendants the Regents of the University of Washington, the

26    University of Washington, Ms. Ana Mari Cauce, Mr. Paul Seegert, Ms. Magdalena Balazinska,

27    Mr. Tadayoshi Kohno, and Ms. Chloe Dolese Mandeville ("Defendants" and, together with

28    JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

Plaintiffs, the "Parties") jointly move the Court to amend its July 25, 2025, Order to Amend Scheduling Order ("Order"). The Parties submit the schedule should be amended for two reasons:

a.    In their First Amended Complaint ("FAC"), Plaintiffs added several new defendants. Those new defendants waived service effective August 18, 2025. Accordingly, the deadline for the new defendants to respond to the FAC is October 17, 2025. The current Order sets September 3, 2025, as the deadline for the University of Washington to respond to the FAC. The Parties believe that amending the existing Order such that all Defendants' responses to the FAC are due the same day will preserve the resources of both the Court and the Parties.

b.    The Parties have agreed to attempt to mediate their dispute pursuant to the provisions set forth in Local Civil Rule 39.1. The Parties believe that extending the response date for all Defendants to October 17, 2025, will afford the Parties requisite time to pursue mediation and thereby position them and the Court to preserve resources.

## BACKGROUND

2.    On February 21, 2025, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief and Damages.

3.    On April 23, 2025, counsel for Defendant University of Washington signed a Waiver of Service of Summons, with an effective service date of April 15, 2025, and a response date of June 16, 2025.

4.    On May 27, 2025, the Parties stipulated to an extension of the deadlines for Defendant University of Washington's response to the initial complaint to July 16, 2025, which the Court entered on May 28, 2025.

5.    On July 16, 2025, Defendant University of Washington filed its Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6).

6.    On July 7, 2025, the Court ordered the Parties to participate in a Rule 26(f) Conference by July 21, 2025, file Initial Disclosures by August 4, 2025, and file a Combined

JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

Joint Status Report and Discovery Plan ("Status Report") by August 11, 2025.

7.    The Parties held their Rule 26(f) conference on July 14, 2025, and thereafter exchanged drafts of the Status Report.

8.    On July 23, 2025, Plaintiffs informed Defendant University of Washington that they intended to file a First Amended Complaint by right, that the FAC would include new allegations, and that Plaintiffs continued to investigate whether additional entities should be added as parties to the litigation.  Plaintiffs did not advise at that time that they would name additional defendants.

9.    On July 25, 2025, the Parties jointly moved the Court to reset the case deadlines to accommodate Plaintiffs' FAC.  The Court granted the Parties' joint motion the same day and struck Defendant University of Washington's Motion to Dismiss with leave to refile by the appointed date.

10.    On August 6, 2025, Plaintiffs filed their FAC naming new defendants.

11.    Effective August 18, 2025, the new defendants waived service of process of the FAC.  Plaintiffs have confirmed that they consider Defendant The Regents of the University of Washington and Defendant University of Washington to be the same entity and have confirmed that, with their FAC, Plaintiffs are not suing the individual Regents but are suing the entity, the Regents of the University of Washington.  The Parties understand and agree that the individual Regents are not named as defendants in the FAC, though Plaintiffs have asserted they may name the individual Regents in their individual capacity if the evidence supports it.

12.    On August 21, 2025, the Parties agreed to engage in confidential mediation on or about September 26, 2025.  The Parties thereafter conferred and propose the following amended schedule:

JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

| Event | Date |
|---|---|
| Deadline to conduct confidential mediation | October 17, 2025 |
| Deadline to answer or otherwise respond to the FAC | October 17, 2025 |
| Deadline to oppose motion to dismiss | November 14, 2025 |
| Deadline to file Initial Disclosures | November 21, 2025 |
| Deadline to file Status Report | November 25, 2025 |
| Deadline to add parties | December 2, 2025 |
| Deadline for reply in support of motion to dismiss | December 12, 2025 |
| Start of discovery | 30 days after decision on motion to dismiss or after answer filed, whichever comes later. |

13.     The Parties request the above-proposed schedule in order to align all briefing deadlines and to give the Parties sufficient time to engage in confidential mediation. The proposed schedule is sought in good faith and not for the purposes of delay. The proposed schedule will not prejudice any of the Parties involved in the case.

14.     To facilitate the exchange of facts and other information during the confidential mediation, the Parties acknowledge that the confidential mediation shall proceed in accordance with and be governed by the confidentiality provisions set forth in Local Civil Rule 39.1(a)(6) and further acknowledge that failure to comply with Local Civil Rule 39.1(a)(6) may constitute contempt of Court.

WHEREFORE, for the foregoing reasons, the Parties jointly respectfully request that this Court amend its Order and enter a protective order as set forth herein.

Respectfully submitted this 25th day of August 2025.

JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

1

2

3    *s/Stanley Zhong*
     Stanley Zhong (Pro Se)
4    211 Hope St. #390755
     Mountain View, CA 94039
5

6    *s/Nan Zhong*
     Nan Zhong (Pro Se)
7    211 Hope St. #390755
     Mountain View, CA 94039
8    Nanzhong1@gmail.com

9    *Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  *s/Robert M. McKenna*
     Robert M. McKenna (WSBA No. 18327)
     rmckenna@orrick.com
     401 Union Street, Suite 3300
     Seattle, WA  98101-2668
     Telephone:  +1 206 839 4300
     Facsimile:  +1 206 839 4301

By:  *s/Marc Shapiro*
     Marc Shapiro (*pro hac vice*)
     mrshapiro@orrick.com
     51 West 52nd Street
     New York, NY 10019-6142
     Telephone:  +1 212 506 5000

By:  *s/Matthew D. LaBrie*
     Matthew D. LaBrie (*pro hac vice*)
     mlabrie@orrick.com
     222 Berkeley Street, Suite 2000
     Boston, MA 02116
     Telephone:  +1 617 880 1802

     *Special Assistant Attorneys General*
     *Attorneys for Defendants The Regents of*
     *the University of Washington, the*
     *University of Washington, Ms. Ana Mari*
     *Cauce, Mr. Paul Seegert, Ms. Magdalena*
     *Balazinska, Mr. Tadayoshi Kohno, and*
     *Ms. Chloe Dolese Mandeville*

JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

- 5 -

**[PROPOSED] ORDER**

For the reasons set forth above, and finding good cause, the Court hereby grants the Parties' Joint Stipulated Motion to Amend Scheduling Order & Order Mediation and orders as follows:

1. The schedule for this matter shall be:

| Event | Date |
|---|---|
| Deadline to conduct confidential mediation | October 17, 2025 |
| Deadline to answer or otherwise respond to the FAC | October 17, 2025 |
| Deadline to oppose motion to dismiss | November 14, 2025 |
| Deadline to file Initial Disclosures | November 21, 2025 |
| Deadline to file Status Report | November 25, 2025 |
| Deadline to add parties | December 2, 2025 |
| Deadline for reply in support of motion to dismiss | December 12, 2025 |
| Start of discovery | 30 days after decision on motion to dismiss or after answer filed, whichever comes later. |

2. The confidential mediation shall proceed in accordance with and be governed by the confidentiality provisions set forth in Local Civil Rule 39.1(a)(6). Failure to comply with Local Civil Rule 39.1(a)(6) may constitute contempt of Court.


Dated: _____


_____
The Honorable James L. Robart
United States District Judge

JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

- 6 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I hereby certify that I caused the foregoing motion to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and, per the Parties' agreement, via email.

Dated:  August 25, 2025

*s/Robert M. McKenna*
Robert M. McKenna

JOINT STIP. MOT. & [PROPOSED]
ORDER TO AMEND SCHEDULING
ORDER & ORDER MEDIATION
2:25-cv-00348-JLR

- 7 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300