The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

    Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON in their official capacities; THE UNIVERSITY OF WASHINGTON; ANA MARI CAUCE, in their personal capacity and their official capacity as the President of the University of Washington; PAUL SEEGERT, in their personal capacity and their official capacity as the Director of Admissions at the University of Washington; MAGDALENA BALAZINSKA, in their personal capacity and their official capacity as Chair of the Paul G. Allen School of Computer Science & Engineering at the University of Washington; TADAYOSHI KOHNO, in their personal capacity and their official capacity as Associate Director of the Allen School for DEIA (Diversity, Equity, Inclusion & Access); CHLOE DOLESE MANDEVILLE, in their personal capacity and their official capacity as Assistant Director for Diversity & Access; OTHER PERSONS DOES 1-20 acting in concert with those named above,

    Defendants.

Case No. 2:25-cv-00348-JLR

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

1.    Pursuant to Local Civil Rule 7(j), and after conferring, Plaintiffs Stanley Zhong and Nan Zhong ("Plaintiffs") and Defendants the Regents of the University of Washington, the University of Washington, Ms. Ana Mari Cauce, Mr. Paul Seegert, Ms. Magdalena Balazinska, Mr. Tadayoshi Kohno, and Ms. Chloe Dolese Mandeville ("Defendants" and, together with

JOINT STIP. MOT. & [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

1  Plaintiffs, the "Parties") jointly move the Court to amend its August 25, 2025, Order to Amend
2  Scheduling Order and Order Mediation ("Order").  The Parties submit the proposed revised
3  schedule should be amended for two reasons:

4      a.      Plaintiffs are considering whether to seek leave file an additional
5  amended complaint, including because, if Plaintiffs retain counsel to represent them, they
6  believe newly-retained counsel will want to seek leave to file an additional amended complaint;
7  and

8      b.      The Parties agree that it would be a waste of judicial and party resources
9  (particularly, as UW is a public institution) to submit and review motion to dismiss briefing if,
10 in fact, Plaintiffs ultimately seek leave to file a further amended complaint.

**BACKGROUND**

12  2.      On February 21, 2025, Plaintiffs filed a Complaint for Declaratory and Injunctive
13 Relief and Damages.

14  3.      On April 23, 2025, counsel for Defendant University of Washington signed a
15 Waiver of Service of Summons, with an effective service date of April 15, 2025, and a response
16 date of June 16, 2025.

17  4.      On May 27, 2025, the Parties stipulated to an extension of the deadlines for
18 Defendant University of Washington's response to the initial complaint to July 16, 2025, which
19 the Court entered on May 28, 2025.

20  5.      On July 16, 2025, Defendant University of Washington filed its Motion to
21 Dismiss pursuant to Rules 12(b)(1) and 12(b)(6).

22  6.      On July 7, 2025, the Court ordered the Parties to participate in a Rule 26(f)
23 Conference by July 21, 2025, file Initial Disclosures by August 4, 2025, and file a Combined
24 Joint Status Report and Discovery Plan ("Status Report") by August 11, 2025.

25  7.      The Parties held their Rule 26(f) conference on July 14, 2025, and thereafter
26 exchanged drafts of the Status Report.

27  8.      On July 23, 2025, Plaintiffs informed Defendant University of Washington that,

JOINT STIP. MOT. & [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR
- 2 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

in lieu of filing an opposition to Defendant's motion to dismiss, they intended to file a First Amended Complaint ("FAC") by right, that the FAC would include new allegations, and that Plaintiffs continued to investigate whether additional entities should be added as parties to the litigation.

9. On July 25, 2025, the Parties jointly moved the Court to reset the case deadlines to accommodate Plaintiffs' FAC. The Court granted the Parties' joint motion the same day and struck Defendant University of Washington's Motion to Dismiss with leave to refile by the appointed date.

10. On August 6, 2025, Plaintiffs filed their FAC, which added allegations and new defendants.

11. Effective August 18, 2025, the new defendants waived service of process of the FAC. Plaintiffs have confirmed that they consider Defendant The Regents of the University of Washington and Defendant University of Washington to be the same entity and have confirmed that, with their FAC, Plaintiffs are not suing the individual Regents but are suing the entity, the Regents of the University of Washington.

12. On September 26, 2025, the Parties engaged in a confidential mediation facilitated by Judge Leighton (ret.) of WAMS. The Parties did not resolve their disputes during the mediation.

13. Following the mediation, Plaintiffs are considering whether to file a further amended complaint and whether to retain counsel, whom they assume would seek leave to file a further amended complaint.

**REQUEST**

14. For the reasons set forth above, the Parties respectfully propose the following revision to the current schedule:

JOINT STIP. MOT. & [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

| Event | Original Date | Revised Date |
|---|---|---|
| Deadline for Plaintiffs to provide Defendants their proposed Second Amended Complaint ("SAC") (if any) so that Defendants may review and determine whether to grant Plaintiffs leave to file pursuant to FRCP 15(a)(2) | n/a | November 24, 2025 |
| Deadline for Defendants to advise Plaintiffs of their position on Plaintiffs' proposed SAC (if any) | n/a | December 1, 2025 |
| Deadline for Plaintiffs to file SAC (if any) or motion for leave to file SAC | n/a | December 5, 2025 |
| Deadline to answer or otherwise respond to operative complaint | October 17, 2025 | If Plaintiffs file a SAC: 35 days following either the filing of the SAC or denial of leave to file the SAC<br><br>If Plaintiffs do not file a SAC: January 8, 2026 |
| Deadline to oppose motion to dismiss | November 14, 2025 | 30 days following the filing of Defendant's motion to dismiss |
| Deadline to file Initial Disclosures | November 21, 2025 | Seven days after filing the opposition to the motion to dismiss |
| Deadline to file Status Report | November 25, 2025 | Seven days after filing Initial Disclosures |
| Deadline to add parties | December 2, 2025 | February 16, 2026 |
| Deadline to file reply in support of motion to dismiss | December 12, 2025 | 21 days after filing of opposition to motion to dismiss |
| Start of discovery | 30 days after decision on motion to dismiss or after answer filed, whichever comes later. | 30 days after decision on motion to dismiss or after answer filed, whichever comes later. |

15. The proposed schedule will allow Plaintiffs sufficient time to determine whether to further amend and time to determine whether they will retain counsel. Additionally, the proposed schedule will preserve the resources of the Defendants and of this Court. The proposed schedule is sought in good faith and not for the purposes of delay. The proposed schedule will

JOINT STIP. MOT. & [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR
- 4 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

1  not prejudice any of the Parties involved in the case.

2  WHEREFORE, for the foregoing reasons, the Parties jointly respectfully request that
3  this Court amend its Order and as set forth herein.

5  Respectfully submitted this 10th day of October 2025.

| | |
|---|---|
| *s/Stanley Zhong* <br> Stanley Zhong (Pro Se) <br> 211 Hope St. #390755 <br> Mountain View, CA 94039 <br><br> *s/Nan Zhong* <br> Nan Zhong (Pro Se) <br> 211 Hope St. #390755 <br> Mountain View, CA 94039 <br> Nanzhong1@gmail.com <br><br> *Plaintiffs* | ORRICK, HERRINGTON & SUTCLIFFE LLP <br><br> By: *s/Robert M. McKenna* <br> Robert M. McKenna (WSBA No. 18327) <br> rmckenna@orrick.com <br> 401 Union Street, Suite 3300 <br> Seattle, WA  98101-2668 <br> Telephone:  +1 206 839 4300 <br> Facsimile:  +1 206 839 4301 <br><br> By: *s/Marc. R. Shapiro* <br> Marc R. Shapiro (*pro hac vice*) <br> mrshapiro@orrick.com <br> 51 West 52nd Street <br> New York, NY 10019-6142 <br> Telephone:  +1 212 506 5000 <br><br> By: *s/Matthew D. LaBrie* <br> Matthew D. LaBrie (*pro hac vice*) <br> mdlabrie@orrick.com <br> 222 Berkeley Street, Suite 2000 <br> Boston, MA  02116 <br> Telephone:  +1 617 880 1802 <br><br> *Special Assistant Attorneys General Attorneys for Defendants The Regents of the University of Washington, the University of Washington, Ms. Ana Mari Cauce, Mr. Paul Seegert, Ms. Magdalena Balazinska, Mr. Tadayoshi Kohno, and Ms. Chloe Dolese Mandeville* |

# [PROPOSED] ORDER

For the reasons set forth above, and finding good cause, the Court hereby grants the Parties' Joint Stipulated Motion to Amend Scheduling Order and orders as follows:

1. The schedule for this matter shall be:

| Event | Revised Date |
|---|---|
| Deadline for Plaintiffs to provide Defendants their proposed Second Amended Complaint ("SAC") (if any) so that Defendants may review and determine whether to grant Plaintiffs leave to file pursuant to FRCP 15(a)(2) | November 24, 2025 |
| Deadline for Defendants to advise Plaintiffs of their position on Plaintiffs' proposed SAC (if any) | December 1, 2025 |
| Deadline for Plaintiffs to file SAC (if any) or motion for leave to file SAC | December 5, 2025 |
| Deadline to answer or otherwise respond to operative complaint | If Plaintiffs file a SAC: 35 days following either the filing of the SAC or denial of leave to file the SAC<br><br>If Plaintiffs do not file a SAC: January 8, 2026 |
| Deadline to oppose motion to dismiss | 30 days following the filing of Defendant's motion to dismiss |
| Deadline to file Initial Disclosures | Seven days after filing the opposition to the motion to dismiss |
| Deadline to file Status Report | Seven days after filing Initial Disclosures |
| Deadline to add parties | February 16, 2026 |
| Deadline to file reply in support of motion to dismiss | 21 days after filing of opposition to motion to dismiss |
| Start of discovery | 30 days after decision on motion to dismiss or after answer filed, whichever comes later. |

Dated: _____

_____
The Honorable James L. Robart
United States District Judge

JOINT STIP. MOT. & [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

- 6 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing motion to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and, per the Parties' agreement, via email.

Dated: October 10, 2025

> *s/Robert M. McKenna*
> Robert M. McKenna

JOINT STIP. MOT. & [PROPOSED] ORDER TO AMEND SCHEDULING ORDER
2:25-cv-00348-JLR

- 7 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300