UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **Stanley Zhong; Nan Zhong,** individually and as next friend of his **Minor Son,**<br><br>Plaintiffs,<br><br>v.<br><br>**The Regents of the University of Washington; et al.,**<br><br>Defendants. | Case No. 2:25-cv-00348<br><br>**DECLARATION OF NAN ZHONG IN SUPPORT OF MOTION FOR LEAVE TO AMEND** |

I, Nan Zhong, declare as follows:

1. I am a Plaintiff in this action, appearing *pro se* and as the father of Plaintiff Stanley Zhong and Minor Son. I have personal knowledge of the facts stated herein and, if called as a witness, could testify competently thereto.

2. **Reasons for Delay (Family Bereavement):** On November 10, 2025, my father passed away. Due to this tragic loss, I was required to travel to China to attend funeral rites and family matters. I remained in China until my return on November 24, 2025. This period of bereavement and travel significantly disrupted my ability to attend to litigation matters during the month of November.

3. **Efforts to Retain Counsel:** During November and early December 2025, I was in communication with prospective local counsel whose law license was pending reactivation. I held a good-faith belief that this counsel would appear in this case. When that reactivation was delayed with no ETA, I conferred with said counsel and, on

December 12, 2025, we mutually agreed that I should proceed *pro se* immediately to avoid further prejudice to my Minor Son's imminent application cycle.

4. **Meet and Confer with Opposing Counsel:** I engaged in good-faith efforts to obtain a stipulation for this amendment from Defendants' counsel. These discussions concluded on December 18, 2025, without agreement.

5. **New Evidence:** Since the filing of the previous complaint, I have obtained a complete copy of the Paul G. Allen School's "5-Year Strategic Plan for DEIA," which was not previously in my possession. This document contains the specific "15%" enrollment targets referenced in the proposed Second Amended Complaint, and also explicitly positions it as a "target."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 19, 2025 at Mountain View, California.

/s/ Nan Zhong

Nan Zhong

Plaintiff (Pro Se)