UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **Stanley Zhong; Nan Zhong,** individually and as next friend of his **Minor Son,**<br><br>Plaintiffs,<br><br>v.<br><br>**The Regents of the University of Washington; et al.,**<br><br>Defendants. | Case No. 2:25-cv-00348<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>January 9, 2026 |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. #___). The Court, having considered the Motion, the Declaration of Nan Zhong, any opposition thereto, and the record herein, finds that leave to amend should be freely given pursuant to Fed. R. Civ. P. 15(a)(2).

The Court finds that Plaintiffs have demonstrated good cause for the timing of the amendment and that the amendment is not made in bad faith, will not cause undue delay, and will not unduly prejudice the Defendants.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Leave to File Second Amended Complaint is **GRANTED**.
2. The Clerk of Court is directed to file the Second Amended Complaint, attached as Exhibit A to Plaintiffs' Motion, as a separate docket entry.

3. Defendants shall file their Answer or other responsive pleading to the Second Amended Complaint within fourteen (14) days of the date of this Order.

DATED this _____ day of _____, **2026**

_____

The Honorable James L. Robart

United States District Judge