The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY ZHONG and NAN ZHONG,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF WASHINGTON, et al.<br><br>Defendants. | Case No. 2:25-cv-00348-JLR<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Noted for January 9, 2026 |

The Court, having received and reviewed Plaintiffs' Motion for Leave to File Second Amended Complaint (the "Motion"), Defendants the Regents of the University of Washington, the University of Washington, Ms. Ana Mari Cauce, Mr. Paul Seegert, Ms. Magdalena Balazinska, Mr. Tadayoshi Kohno, and Ms. Chloe Dolese Mandeville's ("Defendants") Opposition to the Motion, any Reply supporting the Motion, and the file herein ORDERS that:

Plaintiffs' Motion for Leave to File Second Amended Complaint is held in abeyance for four months or until Plaintiffs represent they are prepared to proceed with complete and uninterrupted briefing on Defendants' forthcoming motion to dismiss, whichever is shorter.

IT IS SO ORDERED.

Dated: _____        _____
                                                The Hon. James L. Robart
                                                United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

Presented by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
    Robert M. McKenna
    rmckenna@orrick.com
    401 Union Street, Suite 3300
    Seattle, WA 98101-2668
    Telephone: +1 206 839 4300

    Marc R. Shapiro (*pro hac vice*)
    mrshapiro@orrick.com
    51 West 5th Street
    New York, NY 10019
    Telephone: +1 212 506 5000

    Matthew D. LaBrie (*pro hac vice*)
    mlabrie@orrick.com
    222 Berkeley Street, Suite 2000
    Boston, MA 02116
    Telephone: +1 617 880 1802

*Special Assistant Attorneys General*
*Attorneys for Defendants*

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
2:25-cv-00348-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong.

Date: _____.

                                            *s/Robert M. McKenna*
                                            Robert M. McKenna

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300