The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY ZHONG and NAN ZHONG,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE REGENTS OF THE UNIVERSITY OF WASHINGTON, et al.<br><br>  Defendants. | Case No. 2:25-cv-00348-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY CASE DEADLINES<br><br>Noted for January 19, 2026 |

The Court, having received and reviewed Defendant the Regents of the University of Washington, the University of Washington, Ms. Ana Mari Cauce, Mr. Paul Seegert, Ms. Magdalena Balazinska, Mr. Tadayoshi Kohno, and Ms. Chloe Dolese Mandeville's ("Defendants") Motion to Stay (the "Motion"), any Response to the Motion, any Reply supporting the Motion, and the file herein ORDERS that:

There is good cause for staying all deadlines in this case for four months or until Plaintiffs represent they are prepared to proceed with complete and uninterrupted briefing on Defendants' forthcoming motion to dismiss, whichever is shorter.

IT IS SO ORDERED

Dated: _____    _____

The Hon. James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO STAY - 2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

Presented by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
Robert M. McKenna
rmckenna@orrick.com
401 Union Street, Suite 3300
Seattle, WA  98101-2668
Telephone: +1 206 839 4300

Marc R. Shapiro (*pro hac vice*)
mrshapiro@orrick.com
51 West 5th Street
New York, NY 10019
Telephone: +1 212 506 5000

Matthew D. LaBrie (*pro hac vice*)
mlabrie@orrick.com
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: +1 617 880 1802

*Special Assistant Attorneys General*
*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
MOTION TO STAY - 2:25-cv-00348-JLR — - 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong,

Date: December 29, 2025.

*s/Robert M. McKenna*
Robert M. McKenna

[PROPOSED] ORDER GRANTING
MOTION TO STAY - 2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300