The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

    Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON in their official capacities; THE UNIVERSITY OF WASHINGTON; ANA MARI CAUCE, in her personal capacity and as the former President of the University of Washington; ROBERT J. JONES in his official capacity as the President of the University of Washington; PAUL SEEGERT, in his personal capacity and official capacity as the Director of Admissions at the University of Washington; MAGDALENA BALAZINSKA, in her personal capacity and official capacity as Chair of the Paul G. Allen School of Computer Science & Engineering at the University of Washington; TADAYOSHI KOHNO, in his personal capacity and official capacity as Associate Director of Diversity, Equity, Inclusion & Access for the Paul G. Allen School of Computer Science & Engineering at the University of Washington; CHLOE DOLESE MANDEVILLE, in her personal capacity and official capacity as Assistant Director for Diversity & Access for the Paul G. Allen School of Computer Science & Engineering at the University of Washington; OTHER PERSONS JOHN AND JANE DOES 1-20 acting in concert with those named above,

    Defendants.

Case No. 2:25-cv-00348-JLR

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE

JOINT STIP. MOT. & [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

1. Pursuant to Local Civil Rule 7(j), and after conferring, Plaintiffs Stanley Zhong and Nan Zhong ("Plaintiffs") and Defendants (together with Plaintiffs, the "Parties") jointly move the Court to enter an order setting the schedule for the Parties to brief Defendants' anticipated Motion to Dismiss. In support of this motion, the Parties state as follows:

2. On February 17, 2026, the Court granted Plaintiffs leave to file a Second Amended Complaint ("SAC"). Dkt. 38.

3. On February 17, 2026, Plaintiffs filed a SAC. Dkt. 39.

4. In their SAC, Plaintiffs add a new defendant, Dr. Robert J. Jones, President of the University of Washington. *Id*. Dr. Jones became the President of the University of Washington in August 2025. *Id*. ¶ 13.

5. On February 17, 2026, Plaintiffs requested Counsel for Defendants waive service of the SAC and accept service on behalf of Dr. Jones.

6. Counsel for Defendants agreed to waive and accept service of the SAC on behalf of Dr. Jones and to waive Dr. Jones' right to 60 days to respond to the SAC per FRCP 4(d) if Plaintiffs agreed to allow all Defendants, including Dr. Jones, to respond to the SAC in a single submission within 30 days from the date Dr. Jones' executed waiver is filed. Plaintiffs agreed.

7. WHEREFORE, for the foregoing reasons, the Parties jointly respectfully request that this Court order the briefing schedule set forth below:

| | |
|---|---|
| Deadline for Plaintiffs to file waiver executed by Dr. Jones | February 27, 2026; Plaintiff shall file the executed waiver promptly upon receipt |
| Deadline for Defendants to file motion to dismiss or otherwise respond to the SAC | 30 days from the date Dr. Jones' executed waiver is filed |
| Deadline for Plaintiffs to file any opposition to Defendants' motion to dismiss | 30 days after the date Defendants file a motion to dismiss |
| Deadline for Defendants to file a reply in support of its motion to dismiss | 21 days after the date Plaintiffs file an opposition to Defendants' motion to dismiss |

JOINT STIP. MOT. & [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE      - 2 -
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

Respectfully submitted this 26th day of February 2026.

|  |  |
|---|---|
| *s/Stanley Zhong*<br>Stanley Zhong (Pro Se)<br>211 Hope St. #390755<br>Mountain View, CA 94039<br><br>*s/Nan Zhong*<br>Nan Zhong (Pro Se)<br>211 Hope St. #390755<br>Mountain View, CA 94039<br>Nanzhong1@gmail.com<br><br>*Plaintiffs* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By: *s/Robert M. McKenna*<br>Robert M. McKenna (WSBA No. 18327)<br>rmckenna@orrick.com<br>401 Union Street, Suite 3300<br>Seattle, WA 98101-2668<br>Telephone: +1 206 839 4300<br>Facsimile: +1 206 839 4301<br><br>By: *s/Marc. R. Shapiro*<br>Marc R. Shapiro (*pro hac vice*)<br>mrshapiro@orrick.com<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: +1 212 506 5000<br><br>By: *s/Matthew D. LaBrie*<br>Matthew D. LaBrie (*pro hac vice*)<br>mlabrie@orrick.com<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Telephone: +1 617 880 1802<br><br>*Special Assistant Attorneys General Attorneys for Defendants The Regents of the University of Washington, the University of Washington, Ms. Ana Mari Cauce, Dr. Robert Jones, Mr. Paul Seegert, Ms. Magdalena Balazinska, Mr. Tadayoshi Kohno, and Ms. Chloe Dolese Mandeville* |

JOINT STIP. MOT. & [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE
2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

## [PROPOSED] ORDER

For the reasons set forth above, and finding good cause, the Court hereby orders the briefing schedule set forth below:

| | |
|---|---|
| Deadline for Plaintiffs to file waiver executed by Dr. Jones | February 27, 2026; Plaintiff shall file the executed waiver promptly upon receipt |
| Deadline for Defendants to file motion to dismiss or otherwise respond to the SAC | 30 days from the date Dr. Jones' executed waiver is filed |
| Deadline for Plaintiffs to file any opposition to Defendants' motion to dismiss | 30 days after the date Defendants file a motion to dismiss |
| Deadline for Defendants to file a reply in support of its motion to dismiss | 21 days after the date Plaintiffs file an opposition to Defendants' motion to dismiss |

Dated: _____

_____
The Honorable James L. Robart
United States District Judge

JOINT STIP. MOT. & [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE     - 4 -
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing motion to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and, per the Parties' agreement, via email.

Dated: February 26, 2026

        *s/Robert M. McKenna*
        Robert M. McKenna

JOINT STIP. MOT. & [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
2:25-cv-00348-JLR
- 5 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300