The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

                Plaintiffs,

      v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON in their official capacities; THE UNIVERSITY OF WASHINGTON; ANA MARI CAUCE, in her personal capacity and as the former President of the University of Washington; ROBERT J. JONES in his official capacity as the President of the University of Washington; PAUL SEEGERT, in his personal capacity and official capacity as the Director of Admissions at the University of Washington; MAGDALENA BALAZINSKA, in her personal capacity and official capacity as Chair of the Paul G. Allen School of Computer Science & Engineering at the University of Washington; TADAYOSHI KOHNO, in his personal capacity and official capacity as Associate Director of Diversity, Equity, Inclusion & Access for the Paul G. Allen School of Computer Science & Engineering at the University of Washington; CHLOE DOLESE MANDEVILLE, in her personal capacity and official capacity as Assistant Director for Diversity & Access for the Paul G. Allen School of Computer Science & Engineering at the University of Washington; OTHER PERSONS JOHN AND JANE DOES 1-20 acting in concert with those named above,

                Defendants.

Case No. 2:25-cv-00348-JLR

JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE

---

JOINT STIP. MOT. & [PROPOSED] ORDER TO SET BRIEFING SCHEDULE
2:25-cv-00348-JLR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1.      Pursuant to Local Civil Rule 7(j), and after conferring, Plaintiffs Stanley Zhong and Nan Zhong ("Plaintiffs") and Defendants (together with Plaintiffs, the "Parties") jointly move the Court to enter an order setting the schedule for the Parties to brief Defendants' anticipated Motion to Dismiss.  In support of this motion, the Parties state as follows:

2.      On February 17, 2026, the Court granted Plaintiffs leave to file a Second Amended Complaint ("SAC").  Dkt. 38.

3.      On February 17, 2026, Plaintiffs filed a SAC.  Dkt. 39.

4.      In their SAC, Plaintiffs add a new defendant, Dr. Robert J. Jones, President of the University of Washington.  *Id*.  Dr. Jones became the President of the University of Washington in August 2025.  *Id*. ¶ 13.

5.      On February 17, 2026, Plaintiffs requested Counsel for Defendants waive service of the SAC and accept service on behalf of Dr. Jones.

6.      Counsel for Defendants agreed to waive and accept service of the SAC on behalf of Dr. Jones and to waive Dr. Jones' right to 60 days to respond to the SAC per FRCP 4(d) if Plaintiffs agreed to allow all Defendants, including Dr. Jones, to respond to the SAC in a single submission within 30 days from the date Dr. Jones' executed waiver is filed.  Plaintiffs agreed.

7.      WHEREFORE, for the foregoing reasons, the Parties jointly respectfully request that this Court order the briefing schedule set forth below:

| | |
|---|---|
| Deadline for Plaintiffs to file waiver executed by Dr. Jones | February 27, 2026; Plaintiff shall file the executed waiver promptly upon receipt |
| Deadline for Defendants to file motion to dismiss or otherwise respond to the SAC | 30 days from the date Dr. Jones' executed waiver is filed |
| Deadline for Plaintiffs to file any opposition to Defendants' motion to dismiss | 30 days after the date Defendants file a motion to dismiss |
| Deadline for Defendants to file a reply in support of its motion to dismiss | 21 days after the date Plaintiffs file an opposition to Defendants' motion to dismiss |

JOINT STIP. MOT. & [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE                    - 2 -
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

1
2
3          Respectfully submitted this 26th day of February 2026.
4
5                                                    ORRICK, HERRINGTON & SUTCLIFFE LLP

6     s/Stanley Zhong                          By:  s/Robert M. McKenna
7     Stanley Zhong (Pro Se)                        Robert M. McKenna (WSBA No. 18327)
      211 Hope St. #390755                          rmckenna@orrick.com
8     Mountain View, CA 94039                        401 Union Street, Suite 3300
                                                     Seattle, WA 98101-2668
9                                                    Telephone:  +1 206 839 4300
      s/Nan Zhong                                    Facsimile:  +1 206 839 4301
10    Nan Zhong (Pro Se)
      211 Hope St. #390755                     By:  s/Marc. R. Shapiro
11    Mountain View, CA 94039                       Marc R. Shapiro (*pro hac vice*)
      Nanzhong1@gmail.com                           mrshapiro@orrick.com
12                                                   51 West 52nd Street
      *Plaintiffs*                                   New York, NY 10019-6142
13                                                   Telephone:  +1 212 506 5000

14                                              By:  s/Matthew D. LaBrie
                                                     Matthew D. LaBrie (*pro hac vice*)
15                                                   mlabrie@orrick.com
                                                     222 Berkeley Street, Suite 2000
16                                                   Boston, MA 02116
                                                     Telephone:  +1 617 880 1802
17
18                                                   *Special Assistant Attorneys General*
                                                     *Attorneys for Defendants The Regents of*
19                                                   *the University of Washington, the*
                                                     *University of Washington, Ms. Ana Mari*
20                                                   *Cauce, Dr. Robert Jones, Mr. Paul*
                                                     *Seegert, Ms. Magdalena Balazinska, Mr.*
21                                                   *Tadayoshi Kohno, and Ms. Chloe Dolese*
                                                     *Mandeville*
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

For the reasons set forth above, and finding good cause, the Court hereby orders the briefing schedule set forth below:

| | |
|---|---|
| Deadline for Plaintiffs to file waiver executed by Dr. Jones | February 27, 2026; Plaintiff shall file the executed waiver promptly upon receipt |
| Deadline for Defendants to file motion to dismiss or otherwise respond to the SAC | 30 days from the date Dr. Jones' executed waiver is filed |
| Deadline for Plaintiffs to file any opposition to Defendants' motion to dismiss | 30 days after the date Defendants file a motion to dismiss |
| Deadline for Defendants to file a reply in support of its motion to dismiss | 21 days after the date Plaintiffs file an opposition to Defendants' motion to dismiss |

Dated: <u>February 26, 2026</u>

_____
The Honorable James L. Robart
United States District Judge

JOINT STIP. MOT. & [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE                    - 4 -
2:25-cv-00348-JLR

1

**DECLARATION OF SERVICE**

2          I hereby certify that I caused the foregoing motion to be served on all parties registered

3  for e-service in this matter via the Court's e-filing platform, and, per the Parties' agreement, via

4  email.

5  Dated:  February 26, 2026

6

7                                    _s/Robert M. McKenna_____
                                     Robert M. McKenna

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. MOT. & [PROPOSED]
ORDER TO SET BRIEFING SCHEDULE                - 5 -
2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300