The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON in their official capacities; THE UNIVERSITY OF WASHINGTON; ANA MARI CAUCE, in their personal capacity and their official capacity as the President of the University of Washington; ROBERT J. JONES, in his official capacity as the President of the University of Washington; PAUL SEEGERT, in their personal capacity and their official capacity as the Director of Admissions at the University of Washington; MAGDALENA BALAZINSKA, in their personal capacity and their official capacity as Chair of the Paul G. Allen School of Computer Science & Engineering at the University of Washington, TADAYOSHI KOHNO, in their personal capacity and their official capacity as Associate Director of the Allen School for DEIA (Diversity, Equity, Inclusion & Access); CHLOE DOLESE MANDEVILLE, in their personal capacity and their official capacity as Assistant Director for Diversity & Access; OTHER DOES 10-20 acting in concert with those named above,

Defendants.

Case No. 2:25-cv-00348-JLR

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Noted for April 27, 2026

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE - 2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

Pending before the Court is Defendants' Request for Judicial Notice in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint. Having considered the parties' papers, the applicable law, the relevant pleadings and papers on file, and arguments with respect to Defendants' Request for Judicial Notice, the Court concludes that Defendants' Request is GRANTED.  The Court hereby incorporates by reference Defendant's Exhibits 1-5, 7-10, 12-19 and separately takes judicial notice of Defendant's Exhibits 1-19 to the Request.

**IT IS SO ORDERED**.

Dated: _____

_____
The Hon. James L. Robart
United States District Judge

Presented by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
_____
   Robert M. McKenna (WSBA No. 18327)
   rmckenna@orrick.com
   401 Union Street, Suite 3300
   Seattle, WA  98101-2668
   Telephone:  +1 206 839 4300
   Facsimile:   +1 206 839 4301

By: *s/Marc R. Shapiro*
_____
   Marc R. Shapiro (*pro hac vice*)
   mrshapiro@orrick.com
   51 West 52nd Street
   New York, NY 10019
   Telephone: +1 212 506 5000


By: *s/Matthew D. LaBrie*
_____
   Matthew D. LaBrie (*pro hac vice*)
   mlabrie@orrick.com
   222 Berkeley Street, Suite 2000
   Boston, MA 02116
   Telephone: +1 617 880 1802

*Special Assistant Attorneys General*
*Attorneys and Counsel for Defendants*

[PROPOSED] ORDER GRANTING
DEFENDANTS' REQUEST FOR JUDICIAL          - 2 -
NOTICE 2:25-cv-00348-JLR

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong.

Date:   March 30, 2026

                                             *s/Robert M. McKenna*
                                             Robert M. McKenna