The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF WASHINGTON in their official capacities; THE UNIVERSITY OF WASHINGTON; ANA MARI CAUCE, in their personal capacity and their official capacity as the President of the University of Washington; ROBERT J. JONES, in his official capacity as the President of the University of Washington; PAUL SEEGERT, in their personal capacity and their official capacity as the Director of Admissions at the University of Washington; MAGDALENA BALAZINSKA, in their personal capacity and their official capacity as Chair of the Paul G. Allen School of Computer Science & Engineering at the University of Washington, TADAYOSHI KOHNO, in their personal capacity and their official capacity as Associate Director of the Allen School for DEIA (Diversity, Equity, Inclusion & Access); CHLOE DOLESE MANDEVILLE, in their personal capacity and their official capacity as Assistant Director for Diversity & Access; OTHER DOES 10-20 acting in concert with those named above,

Defendants.

Case No. 2:25-cv-00348-JLR

**DECLARATION OF ROBERT M. MCKENNA IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Noted for April 27, 2026

DECLARATION OF ROBERT M
MCKENNA IN SUPPORT OF
DEFENDANTS' RJN:  2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

I, Robert M. McKenna, declare as follows:

1.      I am an attorney licensed to practice in the State of Washington.  I am a Partner with the law firm Orrick, Herrington & Sutcliffe LLP and am counsel of record for Defendants in the above captioned action.  I submit this declaration in support of Defendants' Request for Judicial Notice in Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint.

2.      Attached as **Exhibit 1** is a true and correct copy of UW News Blog Post:  "UW ranks among best in the world, fourth among US public institutions" (Oct. 9, 2024), available at https://www.washington.edu/news/2024/10/09/uw-ranks-among-best-in-the-world-fourth-among-us-public-institutions/;

3.      Attached as **Exhibit 2** is a true and correct copy of UW Office of Admissions Webpage:    "About    the    UW,"    available    at    https://www.washington.edu/about/ ?utm_source=whitebar&utm_medium=click&utm_campaign=about&utm_term=abouttheuw;

4.      Attached as **Exhibit 3** is a true and correct copy of UW Paul G. Allen School of Computer Science & Engineering Webpage:  "Who We Are; About the Paul G. Allen School," available at https://www.cs.washington.edu/who-we-are/;

5.      Attached as **Exhibit 4** is a true and correct copy of UW News Release:  "UW's 2023 Historic Incoming Class:  One of the Most Diverse and at UW Bothell and UW Tacoma, the Largest" (Oct. 19, 2023), available at https://www.washington.edu/news/2023/10/19/uws-2023-historic-incoming-class-one-of-the-most-diverse-and-at-uw-bothell-and-uw-tacoma-the-largest/;

6.      Attached as **Exhibit 5** is a true and correct copy of UW News Release:  "UW's 2024 Entering Class is Most Diverse" (Oct. 14, 2024), available at https://www. washington.edu/news/2024/10/14/uws-2024-entering-class-is-most-diverse/;

7.      Attached as **Exhibit 6** is a true and correct copy of the 2025 U.S. News & World Report:   "Best Computer Science Schools," available at https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings;

DECLARATION OF ROBERT M. MCKENNA IN SUPPORT OF DEFENDANTS' RJN:  2:25-cv-00348-JLR

- 2 -

8. Attached as **Exhibit 7** is a true and correct copy of the webpage for the Paul G. Allen School of Computer Science & Engineering: "Undergraduate Education; Admissions; Allen School Undergraduate Programs," available at https://www.cs.washington.edu/academics/undergraduate/admissions/;

9. Attached as **Exhibit 8** is a true and correct copy of the webpage for the Paul G. Allen School of Computer Science & Engineering Webpage: "Undergraduate Education; Admissions; Direct to Major (First-Year) Admissions," available at https://www.cs.washington.edu/academics/undergraduate/admissions/direct-major/;

10. Attached as **Exhibit 9** is a true and correct copy of UW's Office of Admissions Webpage: "First-Year; Holistic Review," available at https://admit.washington.edu/apply/first-year/holistic-review/;

11. Attached as **Exhibit 10** is a true and correct copy of UW's Civil Rights Compliance Office Webpage: "Policies & Guidance; Compliance Checklist; Admissions and Scholarships Checklist," available at https://www.washington.edu/civilrights/policies-and-guidance/compliance-checklists/admissions-and-scholarships/;

12. Attached as **Exhibit 11** is a true and correct copy of the National Merit Scholarship Corporation's fact sheet: "Information about the 2026 National Merit Scholarship Competition," available at https://nationalmerit.imodules.com/s/1758/images/gid2/editor_documents/merit_about_leaflet.pdf?cc=1;

13. Attached as **Exhibit 12** is a true and correct copy of UW's Office of Admissions Webpage: "Admission to Majors; First-Year; Your Major and the Application for Admission," available at https://admit.washington.edu/apply/admission-to-majors/;

14. Attached as **Exhibit 13** is a true and correct copy of the "Testimony of Mr. Yukong Zhao, before the Congressional Subcommittee on Higher Education and Workforce Development Hearing Titled "How SCOTUS's Decision on Race Based Admissions is Shaping University Policies," available at https://democrats-edworkforce.house.gov/imo/media/doc/mike_zhao.pdf;

DECLARATION OF ROBERT M.
MCKENNA IN SUPPORT OF
DEFENDANTS' RJN:  2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

15.    Attached as **Exhibit 14** is a true and correct copy of a USA Today article titled: "California High School Grad Lands Job at Google After Being Rejected by 16 Colleges" (Oct. 13, 2023), available at https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/;

16.    Attached as **Exhibit 15** is a true and correct copy of UW's Paul G. Allen School of Computer Science & Engineering Webpage:  "Academic Programs; Undergraduate Education; Student Life; Undergraduate Demographics," available at https://www.cs. washington.edu/academics/undergraduate/student-life/undergraduate-demographics/;

17.    Attached as **Exhibit 16** is a true and correct copy of UW's Past-Presidential Blog: "Affirmative Action Ruling Won't Change Our Values or Our Mission" (Aug. 1, 2023), available at https://www.washington.edu/33rd-president/2023/08/01/affirmative-action-ruling/;

18.    Attached as **Exhibit 17** is a true and correct copy of UW's Paul G. Allen School of Computer Science & Engineering:  "Diversity, Equity, Inclusion & Access 5-Year Strategic Plan" (Sept. 2021);

19.    Attached as **Exhibit 18** is a true and correct copy of UW's "Diversity Blueprint 2022-2026, Actions Toward Access, Inclusion and Equity," available at https://uw-s3-cdn.s3.us-west-2.amazonaws.com/wp-content/uploads/sites/48/2022/06/07105804/UW-Diversity-Blueprint-2022%E2%80%932026_WEB_a11y.pdf;

20.    Attached as **Exhibit 19** is a true and correct copy of UW's "Departmental BPC Plan:  Paul G. Allen School of Computer Science & Engineering, University of Washington 12/15/2021 – 12/15/2023."

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of March 2026, in Seattle, Washington.

*s/Robert M. McKenna*
Robert M. McKenna

DECLARATION OF ROBERT M. MCKENNA IN SUPPORT OF DEFENDANTS' RJN:  2:25-cv-00348-JLR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong,

Date:  March 30, 2026.

s/Robert M. McKenna
Robert M. McKenna

DECLARATION OF ROBERT M.
MCKENNA IN SUPPORT OF
DEFENDANTS' RJN:  2:25-cv-00348-JLR

- 5 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

# EXHIBIT 1

**Page Vault**

| | |
|---|---|
| Document title: | UW ranks among best in the world, fourth among US public institutions – UW News |
| Capture URL: | https://www.washington.edu/news/2024/10/09/uw-ranks-among-best-in-the-world-fourth-among-us-public-institutions/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 19:21:53 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 19:23:07 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 3 |
| Capture ID: | 4w5grBF4Q8gSuBH8JDdj64 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     cg7redmhjdMu15qkJQPbgZ

ABOUT   STORIES ▾   MULTIMEDIA ▾   EXPERTS ▾   MEDIA CONTACTS   FOR JOURNALISTS   FOR RESEARCHERS ▾

# UW NEWS

UW NEWS BLOG

**October 9, 2024**

## UW ranks among best in the world, fourth among US public institutions

[UW News staff](#)



**UW NEWS BLOG**

Read more from the
UW News Blog

BLOG ❯



The UW is No. 25 in the world, according to a new ranking by Times Higher Education.   *Photo: Jorge Azpeitia/University of Washington*

The University of Washington is among the best universities in the world, according to the [2025 World University Rankings](#) published Wednesday by Times Higher Education.

The UW maintained its position at No. 25 overall, and fourth among U.S. public institutions — behind UCLA, UC Berkeley and the University of Michigan. The University of Oxford, the Massachusetts Institute of Technology and Harvard University top the list in that order.

This [ranking](#) judges more than 2,000 research-intensive universities from 115 countries across all their core missions: teaching, research quality and environment, international reach and relationships with industry and patent production. The rankings [use 18 performance indicators](#) to provide comprehensive and balanced comparisons that they say are trusted by students, academics, university leaders, industry and governments.

## CONNECT

 

## UW EXPERTS

- [Weather](#)
- [Artificial intelligence](#)
- [Wildfires and Smoke](#)

[Full directory](#) →

## SEARCH UW NEWS

Search for: [            ] 🔍

## LATEST NEWS VIDEO



**Video: How do plants know when to bloom? Spring flowering explained by UW chronobiologist**

2 days ago

[More](#) →

The University of Washington is among the best universities in the world, according to the 2025 World University Rankings, published Wednesday by Times Higher Education.

The UW maintained its position at No. 25 overall, and fourth among U.S. public institutions — behind UCLA, UC Berkeley and the University of Michigan. The University of Oxford, the Massachusetts Institute of Technology and Harvard University top the list in that order.

This ranking judges more than 2,000 research-intensive universities from 115 countries across all their core missions: teaching, research quality and environment, international reach and relationships with industry and patent production. The rankings use 18 performance indicators to provide comprehensive and balanced comparisons that they say are trusted by students, academics, university leaders, industry and governments.

  0

Tag(s): Rankings

**< Previous article**
How to Steal an Election: New UW course examines democracy's vulnerability

**Next article >**
ArtSci Roundup: Election Events, Meany Hall Performances, Artist Panel and more



Search for:

## LATEST NEWS VIDEO



**Video: How do plants know when to bloom? Spring flowering explained by UW chronobiologist**
2 days ago

More →

## UW TODAY NEWSLETTER

Subscribe

☑ UW Today Daily

☑ UW Today Week in Review

First Name *

Last Name *

Email *

Sign Up

* All fields are required

**For UW employees**



SUBMISSION GUIDELINES >

SUBMISSION FORM >



UNIVERSITY *of* WASHINGTON

**BE BOUNDLESS**

Connect with us:

Accessibility  /  Contact Us  /  Jobs  /  Campus Safety  /  My UW  /  Rules Docket  /  Privacy  /  Terms  /  Newsletter

© 2026 University of Washington | Seattle, WA

Document title: UW ranks among best in the world, fourth among US public institutions – UW News
Capture URL: https://www.washington.edu/news/2024/10/09/uw-ranks-among-best-in-the-world-fourth-among-us-public-institutions/
Capture timestamp (UTC): Thu, 19 Mar 2026 19:23:07 GMT

# EXHIBIT 2

**Page Vault**

| | |
|---|---|
| Document title: | About the UW |
| Capture URL: | https://www.washington.edu/about/?utm_source=whitebar&utm_medium=click&utm_campaign=about&utm_term=abouttheuw |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:26:49 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:27:16 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 6 |
| Capture ID: | p8FDvEeU3fGK7hqpVMKf9V |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    pBY4RqVjM7w7CSMp974ox7



# UNIVERSITY of WASHINGTON

Students / Parents / Faculty & Staff / Alumni



Quick Links

**ABOUT** ▾    **ACADEMICS** ▾    **APPLY** ▾    **NEWS & EVENTS** ▾    **RESEARCH** ▾    **CAMPUSES** ▾    **GIVE** ▾

## ABOUT THE UW

Since our founding in 1861, the University of Washington has been a hub for learning, innovation, problem solving and community building. Driven by a mission to serve the greater good, our students, faculty and staff tackle today's most pressing challenges with courage and creativity, making a difference across Washington state — and around the world.

**APPLY TO THE UW** ➤



## Our three campuses

The UW comprises campuses in Seattle, Bothell and Tacoma, as well as a world-class medical center serving the state and the region. Each year, the UW inspires more than 60,000 students to learn from renowned experts in their fields. As a "best buy" public university, our goal is to make higher education accessible for all.



### Seattle
─────

The UW in Seattle features a campus renowned for its beauty in the midst of a vibrant



### Bothell
─────

UW Bothell is a student-centered campus community with 6,000 students, more than



### Tacoma
─────

UW Tacoma is an urban-serving university community in the heart of downtown Tacoma



## Seattle

The UW in Seattle features a campus renowned for its beauty in the midst of a vibrant, multicultural city. Find your community among more than 33,000 undergraduate students, learn from award-winning faculty and discover your path with more than 180 majors to choose from.

VISIT SEATTLE

## Bothell

UW Bothell is a student-centered campus community with 6,000 students, more than 350 faculty, five schools and more than 50 undergraduate and master's degree programs. It offers the benefits of a small campus with the resources and opportunities of a large university.

VISIT UW BOTHELL

## Tacoma

UW Tacoma is an urban-serving university community in the heart of downtown Tacoma, closely linked with the South Puget Sound area. Choose from among 40 undergraduate degree programs and 25 minors and certificates in a wide range of fields.

VISIT UW TACOMA



## UW Medicine

UW Medicine provides comprehensive, state-of-the-art, compassionate care by bringing together a top-rated medical school, an internationally recognized research organization and a large network of medical providers and facilities across the region.

We're committed to excellence in training the next generation of health professionals and researchers. And with over 1.6 million patient visits and $729 million in uncompensated care for low-income patients in need in 2021, we are dedicated to the health and well-being of Washingtonians statewide.

UW MEDICINE



## World leaders in research

The University of Washington has been recognized as the #1 most innovative public university in the world and is consistently ranked among the top public universities in the world.

The UW receives more federal research dollars than any other U.S. public university and has been home to 8 Nobel Prize winners; 17 MacArthur Fellows; 189

Document title: About the UW
Capture URL: https://www.washington.edu/about/?utm_source=whitebar&amp;utm_medium=click&amp;utm_campaign=about&amp;utm_term=abouttheuw
Capture timestamp (UTC): Thu, 19 Mar 2026 20:27:16 GMT



ranked among the top public universities in the world.

The UW receives more federal research dollars than any other U.S. public university and has been home to 8 Nobel Prize winners; 17 MacArthur Fellows; 189 members of the National Academies of Sciences, Engineering, and Medicine; and 193 fellows in the American Association for the Advancement of Science.

**RESEARCH IMPACT** →

## Stories of impact

Read about the people, places and programs that drive the University of Washington's faculty, staff and students to work for a world of good.

**FEATURED STORIES** →

## UW News releases

 **Video: How do plants know when to bloom? Spring flowering explained by UW chronobiologist**

1 day ago

 **American Indian and Alaska Native peoples face increased risk for fatal police violence in and around reservations**

1 day ago

**More from UW News**

## Subscribe to our monthly newsletter

Sign up for UW Current to discover the latest on new innovations, useful tips and information, and eye-opening stories coming out of the UW community.

First Name | Last Name

Email | Sign Up

* All fields are required

## University Leadership

"The UW is globally renowned as a home of outstanding teaching, research, innovation and patient care."

—

**Robert J. Jones**
*University of Washington President*
*Professor of Biology*



Document title: About the UW
Capture URL: https://www.washington.edu/about/?utm_source=whitebar&amp;utm_medium=click&amp;utm_campaign=about&amp;utm_term=abouttheuw
Capture timestamp (UTC): Thu, 19 Mar 2026 20:27:16 GMT

Page 3 of 5



research, innovation and patient care.

**Robert J. Jones**
*University of Washington President*
*Professor of Biology*

Learn more about the UW's president, provost, board of regents and faculty senate.

UW LEADERSHIP >

## UW AND THE COMMUNITY



### Global impact

As one of the world's most innovative universities, we know the importance of a global perspective. We're proud to deliver on our mission of education, discovery and public service — with programs and research across Washington state and across every continent.

LEARN MORE >



### Alumni association

No matter where you are, if you believe in higher education, supporting students, lifelong learning or cheering on the Dawgs, the University of Washington Alumni Association connects you to what matters.

GET INVOLVED >



### UW in your community

From researching in the foothills of Mount Rainier to training medical students in Seattle and Spokane, the UW is truly the University *for* Washington.

EXPLORE PROJECTS >

## Take the next step!

 Apply to the UW

 Connect on social

 Subscribe to newsletter

Visit UW: Seattle. Bothell. Tacoma



Document title: About the UW
Capture URL: https://www.washington.edu/about/?utm_source=whitebar&amp;utm_medium=click&amp;utm_campaign=about&amp;utm_term=abouttheuw
Capture timestamp (UTC): Thu, 19 Mar 2026 20:27:16 GMT





## Global impact

As one of the world's most innovative universities, we know the importance of a global perspective. We're proud to deliver on our mission of education, discovery and public service — with programs and research across Washington state and across every continent.

LEARN MORE  >

## Alumni association

No matter where you are, if you believe in higher education, supporting students, lifelong learning or cheering on the Dawgs, the University of Washington Alumni Association connects you to what matters.

GET INVOLVED  >

## UW in your community

From researching in the foothills of Mount Rainier to training medical students in Seattle and Spokane, the UW is truly the University *for* Washington.

EXPLORE PROJECTS  >

## Take the next step!

 Apply to the UW

 Connect on social

 Subscribe to newsletter

 Visit UW: Seattle, Bothell, Tacoma





UNIVERSITY *of* WASHINGTON

**BE BOUNDLESS**

Connect with us:

Accessibility  /  Contact Us  /  Jobs  /  Campus Safety  /  My UW  /  Rules Docket  /  Privacy  /  Terms  /  Newsletter

© 2026 University of Washington | Seattle, WA

Document title: About the UW
Capture URL: https://www.washington.edu/about/?utm_source=whitebar&amp;utm_medium=click&amp;utm_campaign=about&amp;utm_term=abouttheuw
Capture timestamp (UTC): Thu, 19 Mar 2026 20:27:16 GMT

# EXHIBIT 3

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Who We Are - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/who-we-are/ |
| Page loaded at (UTC): | Fri, 20 Mar 2026 15:41:44 GMT |
| Capture timestamp (UTC): | Fri, 20 Mar 2026 15:46:39 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 6 |
| Capture ID: | 6AjSdYoEH1dFHPNsemwRQ5 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    3mgiFRjHvzkKgpBMwwPU2Q



**WHO WE ARE**

🏠 / Who We Are

## About the Paul G. Allen School

### The University of Washington

Founded in 1861, the University of Washington (UW) has 48,000 students (32,500 undergraduate and 15,500 graduate/professional) and more than 2,000 full-time instructional faculty divided into 16 schools and colleges. The University's annual operating budget is over $8 billion (inclusive of the UW Medicine health care system), roughly 5% of which comes from the state.

The UW is one of the nation's premier research-intensive universities. For more than 40 years, UW has ranked annually among the top five institutions in federal research obligations. The UW faculty includes more than 175 members of the National Academies, 17 MacArthur Fellows, 6 winners of the National Medal of Science, and 7 Nobel Prize winners. Programs from across the campus are ranked among the best in their fields.

### Computer Science & Engineering at UW

The Paul G. Allen School of Computer Science & Engineering began as an inter-college graduate program in 1967. In 1975 an undergraduate program in Computer Science was added and departmental status was conferred. A second undergraduate program, in Computer Engineering, was added in 1989 when the department moved to the College of Engineering. A Professional Master's Program was added in 1996, and a combined Bachelors/Masters program was added in 2008. In 2017 – our 50th anniversary year – the University of Washington Board of Regents voted to create the Paul G. Allen School of Computer Science & Engineering, elevating our status within the university and linking us in perpetuity with the internationally renowned investor, philanthropist and computing pioneer.

The Allen School is widely regarded as among the most distinguished programs in the nation. We have roughly 100 full-time faculty, 130 technical and administrative staff members, over 600 graduate students (350 in the full-time PhD program, 200 in the Professional Masters Program, and 75 in the Bachelors/Masters program), and over 2000 undergraduate students (currently growing to award more than 600 Bachelors degrees per year). Allen School faculty are widely recognized as among the top in their fields. Forty-three current faculty members have won Presidential/NSF Young Investigator Awards or NSF CAREER Awards. Six faculty members are ONR Young Investigator Award recipients. Five – plus five former faculty – have held NSF Presidential Faculty Fellow or Presidential Early Career (PECASE) Awards. Twenty-nine have held Sloan Research Fellowships. Among current and emeritus senior faculty are nine Fulbright recipients, three Guggenheim recipients, twenty-two Fellows of the ACM, fifteen Fellows of the IEEE, two Fellows of the International Association for Pattern Recognition, five Fellows of the Association for the

**Who We Are**

Message from the Director

School History

Advisory Board

UW Computer Science Lab & Technical Support

Art in the Allen School

Employment Opportunities

Contact & Location Info

## Allen School Events Calendar

**MAR 20 FRI** Ph.D. Dissertation Defense Talk: Optimization in the Era of Large Language Models: Theory and Applications
Fri, Mar 20, 10 a.m.

**APR 6 MON** Ph.D. Dissertation Defense Talk: Pathways to Impact in Digital Health: Studies in Malawi and Kenya
Mon, Apr 6, 9 a.m.

**APR 6 MON** Ph.D. Dissertation Defense Talk: computing is for everybody: Pedagogy for Joyful Secondary Computing
Mon, Apr 6, 2 p.m.

**APR 16 THU** Distinguished Lecture Series: Mike Dodds - What Happens to Software When Proof is Cheap?
Thu, Apr 16, 3:30 p.m.

**APR 16 THU** Information session: Professional Master's Program
Thu, Apr 16, 5 p.m.

**View all calendar events »**

three current faculty members have won Presidential/NSF Young Investigator Awards or NSF CAREER Awards. Six faculty members are ONR Young Investigator Award recipients. Five – plus five former faculty – have held NSF Presidential Faculty Fellow or Presidential Early Career (PECASE) Awards. Twenty-nine have held Sloan Research Fellowships. Among current and emeritus senior faculty are nine Fulbright recipients, three Guggenheim recipients, twenty-two Fellows of the ACM, fifteen Fellows of the IEEE, two Fellows of the International Association for Pattern Recognition, five Fellows of the Association for the Advancement of Artificial Intelligence, three Fellows of the American Association for the Advancement of Science, four Fellows of the American Academy of Arts & Sciences, three recipients of ACM or IEEE Field Awards, three MacArthur Fellows, four (plus one Adjunct) Allen Distinguished Investigators, and four (plus ten Adjunct/Affiliate) Members of the National Academies.

Within the University, five faculty members have received the University of Washington Distinguished Teaching Award, two have received the University of Washington Marsha L. Landolt Distinguished Graduate Mentor Award, two have received the University of Washington Outstanding Public Service Award, one has received the David B. Thorud Leadership Award, one was named the University of Washington Annual Faculty Lecturer, and three have received the College of Engineering Faculty Achievement Award. In 1999, we received the inaugural UW Brotman Award for Instructional Excellence – in essence, a departmental distinguished teaching award (see our "Reflective Statement" – as valid today as it was then). Twenty-one faculty members hold endowed positions.

We strive to maintain a highly effective graduate program, two strong undergraduate programs, and an open and inclusive culture with minimal partitioning either vertically (between faculty ranks or between faculty and students) or horizontally (between research areas).

## Our Research

We have deep technical expertise that touches every aspect of computing, and we have a long and proud tradition of interdisciplinary collaboration on cross-cutting research with real-world impact. We are recognized leaders in artificial intelligence, human-computer interaction, accessible technology, data science, sensing and ubiquitous computing, and more. Our researchers continue to build on this tradition while opening up new avenues of exploration, harnessing the transformative power of computing to develop solutions that benefit people, society and the planet while expanding the frontiers of our field.

## Cross-Campus Initiatives

Computer science plays a unique role in the modern university and the modern world. The Allen School has always embraced this role, and the University of Washington provides a particularly rich environment for multi-disciplinary collaboration.

In addition to a vast number of individual collaborations, the Allen School has played a leadership role in establishing a number of thriving multi-disciplinary centers, institutes, and programs, including:

- The University of Washington eScience Institute (data science)
- DUB (human-computer interaction and design)
- Change (technology developed in the context of positive social change)
- The Tech Policy Lab
- The Taskar Center for Accessible Technology
- The Center for Neurotechnology
- UW CREATE – the Center for Research and Education on Accessible Technology and Experiences
- Global Innovation Exchange (project-based Masters education combining technology, design and entrepreneurship in a global context)
- UW CS4Env – Computing for the Environment

## The Graduate Program

Roughly 350 students are enrolled in the Allen School's full-time graduate program. We

Thu, Apr 16, 3:30 p.m.

**APR 16 THU** Information session: Professional Master's Program
Thu, Apr 16, 5 p.m.

**View all calendar events »**

## Follow the Allen School



Document title: Who We Are - Paul G. Allen School of Computer Science &amp; Engineering
Capture URL: https://www.cs.washington.edu/who-we-are/
Capture timestamp (UTC): Fri, 20 Mar 2026 15:46:39 GMT

20

- Global Innovation Exchange (project-based Masters education combining technology, design, and entrepreneurship in a global context)
- UW CS4Env – Computing for the Environment

## The Graduate Program

Roughly 350 students are enrolled in the Allen School's full-time graduate program. We typically award 40 Ph.D. degrees each year. Our recent Ph.D. graduates have received offers from essentially every top academic program and industrial research laboratory, and dozens of our recent graduates populate these strong programs.

In addition, we offer a Professional Masters Program that is designed for fully employed professionals in the region's information technology industry. This program features a mix of distance learning and evening courses. It enrolls roughly 150 students from more than two dozen leading companies in the greater Seattle area, and grants an additional 45 Masters degrees per year.

UW also offers an interdisciplinary Ph.D. program in Computational Molecular Biology involving several departments in the biological and mathematical sciences, including the Allen School.

## The Undergraduate Program

The Allen School offers two Bachelors degrees: a Computer Science degree offered through the College of Arts & Sciences, and a Computer Engineering degree offered through the College of Engineering. There is a Data Science Specialization for those students majoring in Computer Science who are interested in developing a foundation in one of the fastest-growing areas of the field. The Bachelor of Science in Computer Engineering is accredited by the EAC Accreditation Commission of ABET – (Visit ABET.org for more information.) Together, our undergraduate program is growing to award 630+ degrees annually.

Our undergraduates are wonderfully strong, and interaction with the faculty is high. Undergraduate participation in research is common. Intensive capstone design courses are available each year. A majority of our undergraduates participate in one or more internships in Seattle's vibrant information technology sector, dramatically enhancing their education. While a number of our students choose to continue their education at one of the nation's top graduate institutions (or in our own combined Bachelors/Masters program), most transition to industry positions. The Allen School is among the top suppliers of students in the nation to leading high-tech firms such as Microsoft, Amazon, and Google. In addition, we are the leading supplier to many regional companies. Because Washington State has a vibrant computing industry, the vast majority of our graduates remain in-state.

Allen School undergraduates are widely honored within and beyond the University of Washington. Our students have received the Rhodes Scholarship, Goldwater Scholarship, Marshall Scholarship, Gates Cambridge Scholarship, and Google Anita Borg Scholarship. Within the University of Washington, they have received far more than their share of University Medals and Dean's Medals. We lead the nation in the number of students recognized in the Computing Research Association's Undergraduate Research Award competition.

Our introductory course sequence, CSE 121 / CSE 122 / CSE 123, has over 5,000 annual course enrollments from students across the campus. Despite significant recent growth, demand for our undergraduate program continues to exceed capacity. However, we have a broad range of upper-division courses for students majoring in other fields. We additionally participate in the Applied and Computational Mathematical Sciences program with our colleagues from Applied Mathematics, Mathematics, and Statistics.

## The Puget Sound Region

The Puget Sound region is increasingly prominent as a national and international technology center. Key strengths of the University of Washington include medicine, biotechnology, the physical sciences, the marine and environmental sciences, and computing and allied areas of science and engineering.

## The Puget Sound Region

The Puget Sound region is increasingly prominent as a national and international technology center. Key strengths of the University of Washington include medicine, biotechnology, the physical sciences, the marine and environmental sciences, and computing and allied areas of science and engineering.

Adjacent to the University of Washington are a number of major R&D facilities with which we have close ties, such as Microsoft Research, Google, Amazon, Adobe Labs, the Allen Institute for Artificial Intelligence, the Institute for Systems Biology, and the Fred Hutchinson Cancer Research Center.

Strong collaborations exist among these groups, with the Allen School playing a major role in the University and the region. Our annual Affiliates Meeting is a forum for interaction among 75 leadership companies from the region and the nation. Our professional Masters degree program and our colloquium series (broadcast on UWTV and live on the Internet) play significant roles in keeping the region's leading-edge workforce current. Working with UW Professional and Continuing Education, we endorse dozens of "Extension Certificate Programs" that generate many thousands of course enrollments annually.

We are actively involved with regional leadership organizations such as the Washington Technology Industry Association and the Technology Alliance.

Seattle, consistently acclaimed as one of the most livable cities in the nation, is a terrific place to be. Seattle is a cosmopolitan city situated in the midst of the beauty and diversity of the Pacific Northwest. The University of Washington is located on Lake Washington, a few miles east of Puget Sound. The Cascade Mountains are one hour to the east; the Olympic Peninsula and Olympic Mountains are two hours to the west.

## Our World-Class Facilities

In October 2003, we moved to the Paul G. Allen Center for Computer Science & Engineering. The Allen Center was a true public/private partnership, funded by the State of Washington, the University of Washington, and more than 250 friends and alumni. The six-story (plus basement) building increased our total space by a factor of 2.5, and our laboratory space by a factor of 3; it affords sweeping views of Lake Washington, the Cascade Mountains, Mount Rainier, and the Space Needle.

In February 2019 we dedicated a second building, the Bill & Melinda Gates Center for Computer Science & Engineering. Located across the street from the Allen Center and designed by the same remarkable firm (Seattle's LMN Architects), the Gates Center doubles our space, with a particular focus on student capacity and the student experience.

The Allen Center, the Gates Center, and the creation of the Paul G. Allen School position us for a future even brighter than our past.



PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

| Helpful Information | Student Services | Academics | Research |
| --- | --- | --- | --- |
| **Main Administrative Offices** Paul G. Allen Center Box 352350 185 E Stevens Way NE Seattle, WA 98195-2350 | Bill & Melinda Gates Center Box 352355 3800 E Stevens Way NE Seattle, WA 98195-2355 | Future Students Undergraduate Education Graduate Education Postdoctoral Program Non-Major Options Interdisciplinary Offerings Courses | Artificial Intelligence Computing + Biology Human-Centered Computing Interaction with the Physical World Software & Hardware Systems Theory & Models of Computation |
| **Contact Us** Main Tel: (206) 543-1695 | **Undergraduate Advising:** ugrad-adviser at | Teaching Assistants | |

Document title: Who We Are - Paul G. Allen School of Computer Science &amp; Engineering
Capture URL: https://www.cs.washington.edu/who-we-are/
Capture timestamp (UTC): Fri, 20 Mar 2026 15:46:39 GMT

Technology Industry Association and the Technology Alliance.

Seattle, consistently acclaimed as one of the most livable cities in the nation, is a terrific place to be. Seattle is a cosmopolitan city situated in the midst of the beauty and diversity of the Pacific Northwest. The University of Washington is located on Lake Washington, a few miles east of Puget Sound. The Cascade Mountains are one hour to the east; the Olympic Peninsula and Olympic Mountains are two hours to the west.

## Our World-Class Facilities

In October 2003, we moved to the Paul G. Allen Center for Computer Science & Engineering. The Allen Center was a true public/private partnership, funded by the State of Washington, the University of Washington, and more than 250 friends and alumni. The six-story (plus basement) building increased our total space by a factor of 2.5, and our laboratory space by a factor of 3; it affords sweeping views of Lake Washington, the Cascade Mountains, Mount Rainier, and the Space Needle.

In February 2019 we dedicated a second building, the Bill & Melinda Gates Center for Computer Science & Engineering. Located across the street from the Allen Center and designed by the same remarkable firm (Seattle's LMN Architects), the Gates Center doubles our space, with a particular focus on student capacity and the student experience.

The Allen Center, the Gates Center, and the creation of the Paul G. Allen School position us for a future even brighter than our past.



**PAUL G. ALLEN SCHOOL**
OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms
Image Credits

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

  

**Computer Engineering degree program accredited by ABET**

© 2026 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

Document title: Who We Are - Paul G. Allen School of Computer Science &amp; Engineering
Capture URL: https://www.cs.washington.edu/who-we-are/
Capture timestamp (UTC): Fri, 20 Mar 2026 15:46:39 GMT

23

# EXHIBIT 4

**Page Vault**

| | |
|---|---|
| Document title: | UW's 2023 historic incoming class: one of the most diverse and at UW Bothell and UW Tacoma, the largest – UW News |
| Capture URL: | https://www.washington.edu/news/2023/10/19/uws-2023-historic-incoming-class-one-of-the-most-diverse-and-at-uw-bothell-and-uw-tacoma-the-largest/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:18:34 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:19:01 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 3 |
| Capture ID: | f5k9MRcJ4PmA7p7kAcnF8Z |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    qPcLYG9bQD7gMNw3dwbm6A



# W UNIVERSITY *of* WASHINGTON

Students / Parents / Faculty & Staff / Alumni

**ABOUT**  **STORIES** ▾  **MULTIMEDIA** ▾  **EXPERTS** ▾  **MEDIA CONTACTS**  **FOR JOURNALISTS**  **FOR RESEARCHERS** ▾

# UW NEWS

NEWS RELEASES

October 19, 2023

## UW's 2023 historic incoming class: one of the most diverse and at UW Bothell and UW Tacoma, the largest

Jackson Holtz
UW News



UW's incoming class is one of the most diverse, and at UW Bothell and UW Tacoma, the largest.
*Photo: University of Washington*

The University of Washington's newest freshman class is one of the most diverse in the school's 162-year history, and UW Bothell and UW Tacoma are welcoming their largest incoming classes.

Each year, university officials conduct an enrollment count on the second Friday after classes begin.

The incoming new class across all three campuses, including first-year students and transfer students, totals 11,609, of which 8,414 — 72.5% — are Washington residents.

The Seattle campus enrolled 8,559 new undergraduates, including 7,006 freshmen and 1,553 transfer students. Of the 8,559 new undergraduates at the Seattle campus, a record 1,509 or 17.6%, a record high percentage, are historically underserved students of color.

The number of Washington community college transfer students enrolled at the UW

### NEWS RELEASES
Read more news releases

**MORE** ❯

### CONNECT

   

### UW EXPERTS

- **Weather**
- **Artificial intelligence**
- **Wildfires and Smoke**

Full directory ➔

### SEARCH UW NEWS

Search for: [          ] 🔍

### LATEST NEWS VIDEO

 **Video: How do plants know when to bloom? Spring flowering explained by UW chronobiologist**
2 days ago

More ➔

Document title: UW's 2023 historic incoming class: one of the most diverse and at UW Bothell and UW Tacoma, the largest – UW News
Capture URL: https://www.washington.edu/news/2023/10/19/uws-2023-historic-incoming-class-one-of-the-most-diverse-and-at-uw-bothell-and-uw-tacoma-the-largest/
Capture timestamp (UTC): Thu, 19 Mar 2026 20:19:01 GMT
26
Page 1 of 2

transfer students, totals 11,609, of which 8,414 — 72.5% — are Washington residents.

The Seattle campus enrolled 8,559 new undergraduates, including 7,006 freshmen and 1,553 transfer students. Of the 8,559 new undergraduates at the Seattle campus, a record 1,509 or 17.6%, a record high percentage, are historically underserved students of color.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,191 — 1,281 in Seattle, 402 in Bothell and 508 in Tacoma. Of these, 85.1% are Washington residents.

Overall, the number of undergraduate applicants to the Seattle campus increased this year by 18% to 67,483, with an admissions rate of 42.8%. The Seattle campus' admission rate for Washington residents was 52.8%.

Total enrollment across all three campuses increased very slightly, from 60,081 to 60,692 — 50,097 in Seattle, 5,816 at UW Bothell and 4,790 at UW Tacoma (11 students are enrolled at more than one UW campus).

Of the 60,692 enrolled students across all three campuses, 43,255 are undergraduate and 17,437 are pursuing graduate or professional degrees. The number of international students enrolled across all three campuses is 8,662 (14.2%) – 8,153 in Seattle, 295 at UW Bothell and 216 at UW Tacoma.

The enrollment count — a snapshot in time — will later be presented to the UW Board of Regents.

 0

Tag(s): UW Bothell • UW Tacoma

**‹ Previous article**
DNA shows where Washington culvert replacements helped spawning salmon

**Next article ›**
'Boys in the Boat' trailer released; first look at movie featuring 1936 UW men's rowing team

Video: How do plants know when to flower? Spring flowering explained by UW chronobiologist
2 days ago

More →

## UW TODAY NEWSLETTER

Subscribe

☑ UW Today Daily

☑ UW Today Week in Review

First Name *          Last Name *

Email *

Sign Up

* All fields are required

**For UW employees**

SUBMISSION GUIDELINES ›

SUBMISSION FORM ›



UNIVERSITY *of* WASHINGTON

**BE BOUNDLESS**

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2026 University of Washington | Seattle, WA

# EXHIBIT 5

🔒 **Page Vault**

| | |
|---|---|
| Document title: | UW's 2024 entering class is most diverse – UW News |
| Capture URL: | https://www.washington.edu/news/2024/10/14/uws-2024-entering-class-is-most-diverse/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:15:03 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:15:35 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 3 |
| Capture ID: | tnhSKKSkvq4bomix5g3ZaG |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    ufT6g6bgSixpXEtCHc4LNx

 **UNIVERSITY** *of* **WASHINGTON**

Students / Parents / Faculty & Staff / Alumni

**ABOUT    STORIES ▾    MULTIMEDIA ▾    EXPERTS ▾    MEDIA CONTACTS    FOR JOURNALISTS    FOR RESEARCHERS ▾**

# UW NEWS

[NEWS RELEASES](#)

**October 14, 2024**

## UW's 2024 entering class is most diverse

[Jackson Holtz](#)

UW News



The UW's 2024 entering class is the most diverse in the school's history.  *Photo: Mark Stone/University of Washington*

The University of Washington's newest freshman class is the most diverse in the school's 164-year history, and the incoming class at UW Bothell is the largest since the school first welcomed students in 1990, while UW Tacoma's enrollment increased 4% over last year.

Each year, university officials conduct an enrollment count on the second Friday after classes begin: The total number of new students across all three campuses, including first-year students and transfer students, totals 11,941, of which 8,831 — 74.0% — are Washington residents.

The Seattle campus enrolled 8,774 new undergraduates, including 7,195 freshmen and 1,579 transfer students. Of the 8,774 new undergraduates at the Seattle campus, a record 1,774, or 20.2%, are historically underserved students who identify with at least one of the following groups: African American; Native American or Alaska Native; Hawaiian or Pacific Islander; and Hispanic or Latino.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,375 — 1,318 in Seattle, 490 in Bothell and



**NEWS RELEASES**

Read more news releases

[MORE >]

## CONNECT



## UW EXPERTS

- [**Weather**](#)
- [**Artificial intelligence**](#)
- [**Wildfires and Smoke**](#)

[Full directory →](#)

## SEARCH UW NEWS

Search for: [        ] 🔍

## LATEST NEWS VIDEO

  [**Video: How do plants know when to bloom? Spring flowering explained by UW chronobiologist**](#)

2 days ago

[More →](#)

after classes begin. The total number of new students across all three campuses, including first-year students, and transfer students, totals 11,941, of which 8,831 — 74.0% — are Washington residents.

The Seattle campus enrolled 8,774 new undergraduates, including 7,195 freshmen and 1,579 transfer students. Of the 8,774 new undergraduates at the Seattle campus, a record 1,774, or 20.2%, are historically underserved students who identify with at least one of the following groups: African American; Native American or Alaska Native; Hawaiian or Pacific Islander; and Hispanic or Latino.

The number of Washington community college transfer students enrolled at the UW across all three campuses this fall was 2,375 — 1,318 in Seattle, 490 in Bothell and 567 in Tacoma. Of these, 86.2% are Washington residents.

Overall, the number of undergraduate applicants to the Seattle campus increased this year by 10.6% to 74,603 with an admissions rate of 39.5%. The Seattle campus' admission rate for Washington residents was 47.9%.

Total enrollment across all three campuses increased, from 60,692 to 62,752 — 51,719 in Seattle, 6,064 at UW Bothell and 4,980 at UW Tacoma (11 students are enrolled at more than one UW campus).

Of the 62,752 enrolled students across all three campuses, 45,097 are undergraduate and 17,655 are pursuing graduate or professional degrees. The number of international students enrolled across all three campuses is 8,470 (13.5%) – 7,965 in Seattle, 298 at UW Bothell and 208 at UW Tacoma.

The enrollment count — a snapshot in time — will later be presented to the UW Board of Regents.

  0



**Video: How do plants know when to bloom? Spring flowering explained by UW chronobiologist**
2 days ago

More →

## UW TODAY NEWSLETTER

Subscribe

☑ UW Today Daily

☑ UW Today Week in Review

First Name *        Last Name *

Email *

Sign Up

* All fields are required

### For UW employees

SUBMISSION GUIDELINES >

SUBMISSION FORM >

**❮ Previous article**
ArtSci Roundup: Election Events, Meany Hall Performances, Artist Panel and more

**Next article ❯**
Q&A: New book shows how innovation inequality fuels America's political divide



UNIVERSITY *of* WASHINGTON

**BE BOUNDLESS**

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2026 University of Washington | Seattle, WA

# EXHIBIT 6

**Page Vault**

| | |
|---|---|
| Document title: | Best Computer Science Programs in America |
| Capture URL: | https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:29:13 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:32:41 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 12 |
| Capture ID: | kgFXkytwBL9izhSMTbcDLK |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    wtobQWP8sqfD3Xrv9u269g

 **EDUCATION »**   Colleges   Grad Schools   Online Colleges   Global Universities   K-12   Rankings

My Dashboard | Quizzes | My Schools | Schools You Might Also Like | Compare Schools | My Scholarships | Reading List | Advice | Get Premium

Home / Education / Grad Schools / Best Science Schools / Computer Science

# Best Computer Science Schools



Ranked in 2025, part of Best Science Schools

Earning a graduate degree in computer science can lead to positions in research institutions, government agencies, technology companies and colleges and universities. These are the top computer science schools. Each school's score reflects its average rating on a scale from 1 (marginal) to 5 (outstanding), based on a survey of academics at peer institutions. Read the methodology »

   (...)

---

**210 results**   ( Clear Filters )   ( Computer Science Schools ✕ )                          SORT BY: Rank (high to low) ▾

**Program Rankings** ^

[ Sciences ▾ ]

[ Computer Science ▾ ]

[ All Specialties ▾ ]

**School Name** ^

[ School Name ]

**Location** ^

[ City, State or ZIP ]

[ All Distances ▾ ]

View all 15 photos

## Massachusetts Institute of Technology
Cambridge , MA

🏅 **#1** in **Computer Science**

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
**5.0**

♥ Save to My Schools

View all 25 photos

## Carnegie Mellon University
Pittsburgh , PA

🏅 **#2** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
**4.9**

♥ Save to My Schools

Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Thu, 19 Mar 2026 20:32:41 GMT

**210 results**   Clear Filters    Computer Science Schools  ✕

SORT BY: Rank (high to low) ▾

**Program Rankings** ∧

Sciences ▾

Computer Science ▾

All Specialties ▾

**School Name** ∧

School Name

**Location** ∧

City, State or ZIP

All Distances ▾



♥ Save to My Schools

View all 23 photos

**Stanford University**
Stanford , CA

🟡 **#2** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.9

♥ Save to My Schools

View all 13 photos

**University of California--Berkeley**
Berkeley , CA

🟡 **#2** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.9

♥ Save to My Schools

View all 15 photos

**University of Illinois--Urbana-Champaign**
Urbana , IL

🟡 **#5** in **Computer Science**

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.7

♥ Save to My Schools

View all 14 photos

**Georgia Institute of Technology**
Atlanta , GA

PEER ASSESSMENT SCORE
4.6

Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Thu, 19 Mar 2026 20:32:41 GMT



Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Thu, 19 Mar 2026 20:32:41 GMT



Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Thu, 19 Mar 2026 20:32:41 GMT

**210 results**  Clear Filters  Computer Science Schools ✕

SORT BY: Rank (high to low) ▾

## Program Rankings ^

Sciences ▾

Computer Science ▾

All Specialties ▾

## School Name ^

School Name

## Location ^

City, State or ZIP

All Distances ▾



Pasadena , CA

🟨 **#12** in **Computer Science**

VIEW SCHOOL PROFILE »

4.3

♥ Save to My Schools

LOW 300KS.
MOVE-IN READY HOMES.
VISIT TODAY.
Valencia
Manvel, TX
Pulte HOMES

View all 17 photos

### Columbia University
New York , NY

🟨 **#13** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
**4.2**

♥ Save to My Schools

View all 23 photos

### University of California--San Diego
La Jolla , CA

🟨 **#13** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
**4.2**

♥ Save to My Schools

View all 19 photos

### University of Wisconsin--Madison
Madison , WI

🟨 **#13** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
**4.2**

♥ Save to My Schools

COMCAST    Explore a career in sales.    Apply now

210 results    Clear Filters    Computer Science Schools ✕

**Program Rankings** ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

**School Name** ⌃

School Name

**Location** ⌃

City, State or ZIP

All Distances ▾



Madison , WI

🏅 **#13** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

♥ Save to My Schools

## University of California--Los Angeles

Los Angeles , CA

🏅 **#16** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.1

♥ Save to My Schools

**U.S. News Grad Compass**

Unlock our comprehensive data, rankings and interactive tools to help you choose the right graduate program.

**Unlock with Grad Compass**

## University of Maryland--College Park

College Park , MD

🏅 **#16** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.1

♥ Save to My Schools

## University of Pennsylvania

PEER ASSESSMENT SCORE
4.1

FIND YOUR ADVENTURE
SIDE ▶ STAGE

210 results    Clear Filters    Computer Science Schools ✕

SORT BY: Rank (high to low) ▾

## Program Rankings ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

## School Name ⌃

School Name

## Location ⌃

City, State or ZIP

All Distances ▾

### University of Pennsylvania
Philadelphia , PA

🏅 **#16** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.1

♥ Save to My Schools



LOW 300KS.
MOVE-IN READY HOMES.
VISIT TODAY.
Valencia
Manvel, TX
Pulte HOMES

View all 6 photos

### Harvard University
Cambridge , MA

🏅 **#19** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.0

♥ Save to My Schools

View all 15 photos

### Purdue University--West Lafayette
West Lafayette , IN

🏅 **#19** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
4.0

♥ Save to My Schools

View all 25 photos

### Johns Hopkins University
Baltimore , MD

🏅 **#21** in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
3.9

♥ Save to My Schools

SENTOSA ISLAND   FIND YOUR ADVENTURE   SIDE◉STAGE   SENTOSA ISLAND

Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Thu, 19 Mar 2026 20:32:41 GMT

40

Page 7 of 11



Document title: Best Computer Science Programs in America
Capture URL: https://www.usnews.com/best-graduate-schools/top-science-schools/computer-science-rankings
Capture timestamp (UTC): Thu, 19 Mar 2026 20:32:41 GMT

210 results   Clear Filters   Computer Science Schools ✕                          SORT BY: Rank (high to low) ▾



Program Rankings ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

School Name ⌃

School Name

Location ⌃

City, State or ZIP

All Distances ▾

---

VIEW SCHOOL PROFILE »

Save to My Schools

---

**U.S. News Grad Compass**

Unlock our comprehensive data, rankings and interactive tools to help you choose the right graduate program.

Unlock with Grad Compass

---

View all 16 photos

**Duke University**
Durham , NC

🛡 #25 in Computer Science (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
3.8

Save to My Schools

---

View all 25 photos

**Rice University**
Houston , TX

🛡 #25 in Computer Science (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
3.8

Save to My Schools

---

View all 25 photos

**Brown University**
Providence , RI

🛡 #27 in Computer Science (tie)

PEER ASSESSMENT SCORE
3.7

SENTOSA ISLAND   FIND YOUR ADVENTURE   SIDE▶STAGE   SENTOSA ISLAND

**210 results**    Clear Filters    Computer Science Schools ✕    SORT BY: Rank (high to low) ▾

## Program Rankings ⌃

Sciences ▾

Computer Science ▾

All Specialties ▾

### School Name ⌃

School Name

### Location ⌃

City, State or ZIP

All Distances ▾

VIEW SCHOOL PROFILE »

♥ Save to My Schools

Pure Electric Exhilaration

View all 9 photos

**New York University**
New York , NY

🛡 #27 in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
3.7

♥ Save to My Schools

View all 23 photos

**Northeastern University**
Boston , MA

🛡 #27 in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
3.7

♥ Save to My Schools

View all 14 photos

**Northwestern University**
Evanston , IL

🛡 #27 in **Computer Science** (tie)

VIEW SCHOOL PROFILE »

PEER ASSESSMENT SCORE
3.7

♥ Save to My Schools

SENTOSA ISLAND    FIND YOUR ADVENTURE    SIDE STAGE    SENTOSA ISLAND

Clear Filters     Computer Science Schools ✕

Program Rankings

| Sciences ▼ |

| Computer Science ▼ |

| All Specialties ▼ |

**School Name** ^

School Name

**Location** ^

City, State or ZIP

All Distances ▼

Evanston , IL

🟡 **#27** in **Computer Science** (tie)

**VIEW SCHOOL PROFILE »**

❤️ **Save to My Schools**

## U.S. News Grad Compass

See expanded profiles for more than 2,000 programs. Unlock entering class stats including MCAT, GMAT and GRE scores for business, medicine, engineering, education and nursing programs.

🔒 **Unlock with Grad Compass**

**Load More**



### Best Baby Onesie

Celebrate your little one's bright future with the Best Baby Onesie! A soft, durable essential inspired by the trusted name in excellence: U.S. News & World Report.

**Shop Now →**

| BEST COLLEGES | GRAD SCHOOLS | ONLINE COLLEGES | GLOBAL | K-12 SCHOOLS | PREMIUM TOOLS |
|---|---|---|---|---|---|
| National Universities | MBA Programs | Bachelor's Programs | Global Universities | Preschools | Log In to Compass |
| Liberal Arts Colleges | Law Schools | Master's Programs | Africa | Elementary Schools | My Fit Custom Ranking |
| Regional Universities | Medical Schools | MBA & Grad Business | Asia | Middle Schools | My Schools |
| Regional Colleges | Engineering Schools | Grad Nursing | Australia/New Zealand | High Schools | My Notes |
| Business Programs | Education Schools | Grad Education | Europe | | College Advisor |
| Engineering Programs | Nursing Schools | Grad Engineering | Latin America | **COMMUNITY COLLEGES** | TeenLife |
| | | | | | School Solutions |

**UNLOCK MORE WITH COMPASS »**

About U.S. News   Editorial Guidelines   Contact   Press   Advertise   Newsletters   Jobs   Site Map   Store

Copyright 2026 © U.S. News & World Report L.P.     Terms & Conditions/Privacy Policy/U.S. State Privacy Notice/Your Privacy Choices

45

# EXHIBIT 7

**Page Vault**

| | |
|---|---|
| Document title: | Admissions - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/academics/undergraduate/admissions/ |
| Page loaded at (UTC): | Fri, 20 Mar 2026 16:06:27 GMT |
| Capture timestamp (UTC): | Fri, 20 Mar 2026 16:08:05 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 5 |
| Capture ID: | bi1nikKw9jp7tZBgWMdmU9 |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    6nYNZszWFHcpApn7Nbuk8c



**WHO WE ARE** ▾    **PEOPLE** ▾    **ACADEMIC PROGRAMS** ▾    **RESEARCH & INNOVATION** ▾    **COMMUNITY ENGAGEMENT** ▾

**NEWS & EVENTS** ▾

🏠 / Academic Programs / Undergraduate Education / Admissions

## Allen School Undergraduate Programs

On the University of Washington's main Seattle campus, the Allen School is where students learn to design, build, and innovate with technology that shapes the world.



The Allen School offers two underadmajors: a Bachelor of Science (B.S.) in Computer Science and a Bachelor of Science (B.S.) in Computer Engineering. No matter which major students choose, they are part of the one community and have access to the same resources and opportunities. The majors share the same fundamental courses, and students in both majors can choose to take any of the Allen School's upper-division courses, though their degree requirements are different. In general, the Computer Science major focuses more on software and programming and offers more flexibility, while Computer Engineering also includes work with computer systems and hardware.

There are several admissions pathways into the Allen School, and the steps may vary depending on how a student applies. However, the application is the same for both majors in each pathway and there is no preference given to one major over the other.

## Why the Allen School?

The Allen School offers a world-class education that prepares undergraduate students for careers in the technology industry and beyond! With dedicated faculty, a vibrant community including over 2,000 undergraduate students, state of the art facilities, and innovative, hands-on coursework, undergraduate students can expect a collaborative and supportive environment that prepares them to thrive in computing.

Learn more about opportunities and resources for Allen School undergraduate students:

- Allen School-Affiliated Student Organizations
- Allen School Faculty
- Career Preparation

### Undergraduate Education ↑

Degree Planning & Requirements

**Admissions**

Current UW Admissions

Direct to Major (First-Year) Admissions

Transfer Admissions

PostBac Students

Information Sessions

Student Recruitment Representatives

Advising

Career Resources

Research Opportunities

Non-Major Options

Student Services

Student Resources

Student Life

ABET Accreditation

### Important Resources





MYCSE RESOURCES ›

FUTURE STUDENTS ›

supportive environment that prepares them to thrive in computing.

Learn more about opportunities and resources for Allen School undergraduate students:

- [Allen School-Affiliated Student Organizations](#)
- [Allen School Faculty](#)
- [Career Preparation](#)
- [Research Opportunities](#)
- [Study Abroad – Allen School Exchange Programs](#)
- [Teaching Assistantships](#)
- [Undergraduate Student Services](#)

## Undergraduate Admissions



Like many other UW majors, both Computer Science and Computer Engineering are capacity-constrained, meaning the number of interested students significantly exceeds the number of students we are able to admit. Due to this high demand, students must [apply for admission](#) into the Allen School.

### Admissions Pathways

| | |
|---|---|
| Direct to Major (First-Year) Admissions | > |
| Transfer Admissions | > |
| Current UW Student Admissions | > |

In total, the Allen School is able to admit around 630 new undergraduate students across our three pathways each year. Unfortunately, due to capacity constraints, the Allen School is not able to offer [post-baccalaureate admissions](#) for students who already hold a Bachelor's degree at this time.

### Resources for Prospective Undergraduate Students

### Allen School Resources

For resources related to a particular Allen School admissions pathway, please check out our [Direct to Major](#), [Transfer](#), or [Current UW Student](#) admissions pages. In addition, our Undergraduate Student Services Team student employees may be able to provide additional support to applicants:

### Student Recruitment Representatives

This team works with prospective Direct to Major and transfer applicants, particularly focused on supporting students who may have limited access to college preparatory

### Peer Advisers

This team offers a variety of supportive options for students who are already enrolled at the UW's Seattle campus and are interested in applying to an Allen School major through the current UW student

---

Important Resources

MYCSE RESOURCES    >

FUTURE STUDENTS    >

## Allen School Events Calendar

**MAR 20 FRI** — **Ph.D. Dissertation Defense Talk: Optimization in the Era of Large Language Models: Theory and Applications**
Fri, Mar 20, 10 a.m.

**APR 6 MON** — **Ph.D. Dissertation Defense Talk: Pathways to Impact in Digital Health: Studies in Malawi and Kenya**
Mon, Apr 6, 9 a.m.

**APR 6 MON** — **Ph.D. Dissertation Defense Talk: computing is for everybody: Pedagogy for Joyful Secondary Computing**
Mon, Apr 6, 2 p.m.

**APR 16 THU** — **Distinguished Lecture Series: Mike Dodds - What Happens to Software When Proof is Cheap?**
Thu, Apr 16, 3:30 p.m.

**APR 16 THU** — **Information session: Professional Master's Program**
Thu, Apr 16, 5 p.m.

**View all calendar events »**

## Follow the Allen School



This team works with prospective Direct to Major and transfer applicants, particularly focused on supporting students who may have limited access to college preparatory resources.

**LEARN ABOUT THIS TEAM!** >

This [...] University of [...] supportive options for students who are already enrolled at the UW's Seattle campus and are interested in applying to an Allen School major through the current UW student admissions pathway.

**LEARN ABOUT PEER ADVISORS!** >

## University of Washington Resources

There are a number of resources offered by other UW offices and departments that may be helpful for prospective students who are working on their applications to the UW's Seattle campus:

| | |
|---|---|
| UW Office of Admissions | > |
| Multicultural Outreach & Recruitment | > |
| UW Residency Office | > |
| International Student Services | > |
| Office of Student Financial Aid | > |

# Similar UW Majors

There are many other computing-related majors at the University of Washington besides Computer Science and Computer Engineering. To learn more, you can visit the UW Majors Website and sort by "computing" under areas of interest! In addition, the Allen School has an extensive list of Non-Major Options available for students studying a different UW major with an interest in computing.

# Equal Opportunity & Accessibility

The University of Washington reaffirms its policy of equal opportunity regardless of race, color, creed, religion, national origin, sex, gender identity, sexual orientation, age, marital status, disability, or status as a protected veteran in accordance with University policy and applicable federal and state statutes and regulations. The University of Washington is committed to providing access and reasonable accommodation in its services, programs, activities, education and employment for individuals with disabilities. To request disability accommodation in the application process contact the Disability Services Office at least ten days in advance at: 206-543-6450 / V, 206-685-7264 (FAX), or e-mail at dso@uw.edu.

# Statement of Nondiscrimination

The University of Washington prohibits discrimination, harassment, and sexual misconduct in any education program or activity that it operates. Individuals may report concerns, make complaints, or direct inquiries to the Civil Rights Compliance Office. Read the full nondiscrimination statement.



PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

Website and sort by "computing" under areas of interest! In addition, the Allen School has an extensive list of 300+ any courses available for students majoring in a different UW major with an interest in computing.

## Equal Opportunity & Accessibility

The University of Washington reaffirms its policy of equal opportunity regardless of race, color, creed, religion, national origin, sex, gender identity, sexual orientation, age, marital status, disability, or status as a protected veteran in accordance with University policy and applicable federal and state statutes and regulations. The University of Washington is committed to providing access and reasonable accommodation in its services, programs, activities, education and employment for individuals with disabilities. To request disability accommodation in the application process contact the Disability Services Office at least ten days in advance at: 206-543-6450 / V, 206-685-7264 (FAX), or e-mail at dso@uw.edu.

## Statement of Nondiscrimination

The University of Washington prohibits discrimination, harassment, and sexual misconduct in any education program or activity that it operates. Individuals may report concerns, make complaints, or direct inquiries to the Civil Rights Compliance Office. Read the full nondiscrimination statement.



**PAUL G. ALLEN SCHOOL** OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms
Image Credits

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

  

**Computer Engineering degree program accredited by ABET**

© 2026 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

Document title: Admissions - Paul G. Allen School of Computer Science &amp; Engineering
Capture URL: https://www.cs.washington.edu/academics/undergraduate/admissions/
Capture timestamp (UTC): Fri, 20 Mar 2026 16:08:05 GMT

# EXHIBIT 8



| | |
|---|---|
| Document title: | Direct to Major (First-Year) Admissions - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/academics/undergraduate/admissions/direct-major/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:34:37 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:35:54 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | eBxrAntpFfi74dhBc58MCW |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    vWiKRGsjDP8ZJwfrvQbdPd



Our Courses | Time Schedules | Internal Resources

Contact Us | Make A Gift

English

**WHO WE ARE** ▾   **PEOPLE** ▾   **ACADEMIC PROGRAMS** ▾   **RESEARCH & INNOVATION** ▾   **COMMUNITY ENGAGEMENT** ▾

**NEWS & EVENTS** ▾

# ADMISSIONS

🏠 / [Academic Programs](#) / [Undergraduate Education](#) / [Admissions](#) / Direct to Major (First-Year) Admissions

## Direct to Major (First-Year) Admissions

The Allen School's Direct to Major (DTM) admissions pathway welcomes applicants who want to join the UW's Computer Science or Computer Engineering major as first-year students!



### Am I a first-year, DTM applicant?

Students who are currently in high school, Running Start students, and students who have not completed any college coursework since graduating from high school can apply through the Allen School's DTM pathway. Most Allen School undergraduate students enter through the DTM pathway.

All other students should review our [Undergraduate Admissions](#) page to determine which pathway is appropriate for them!



### Preparing to Apply

Interested in starting early? The UW writing prompts are available online at any time!

There is no separate application for Allen School DTM applicants and no additional materials are required. Your application will be reviewed by the UW Office of Admissions, so questions about the application should be directed to askuwadm@uw.edu.

**UW APPLICATION WRITING PROMPTS** >

[Back to top](#)

---



**Admissions**    ↑

Current UW Admissions

**Direct to Major (First-Year) Admissions**

Transfer Admissions

PostBac Students

Information Sessions

Student Recruitment Representatives

### Information Sessions

The Allen School offers [hybrid information sessions](#) for prospective DTM applicants on the first Friday of every month from 3:30pm – 4:30pm PT. In-person attendees can stay for a tour of the Allen School buildings immediately following the information session. During this session, you'll learn about the Allen School student experience and the DTM admissions process. [Registration](#) with the Office of Admissions is optional but encouraged!

**INFORMATION SESSIONS** >

### Meet with Current Student

The Allen School [Student Recruitment Representative...](#)

**Back to top**

## How to Apply

### Direct to Major Application

**To be considered for DTM admission into the Allen School, applicants must submit the UW first-year application with either Computer Science or Computer Engineering as their first-choice major.** No computing experience is required to be considered for DTM admissions.

Applicants should follow the UW first-year application guidelines; you do not need to craft a computing-focused application!

For more details view the Guide to Direct to Major Admissions (PDF)

### Key Dates & Deadlines

The UW Office of Admissions considers applicants for DTM admission into the Allen School for autumn quarter admission only. High school applicants should plan to submit their application during the fall of their senior year to start at UW the following year.

**Autumn 2025 Admissions Timeline**

| Date | What Happens |
|---|---|
| Summer | Begin preparing for the UW application by reviewing the writing prompts for the UW first-year application |
| September 1 | UW first-year application opens |
| November 15 | UW first-year application deadline |
| December 1 | Anticipated FAFSA and WASFA opening date for the 2025 – 2026 academic year |
| February 28 | Priority date for UW Financial Aid (extended from January 15) |
| March 1-15 | First-year admissions decisions, including Allen School DTM decisions, are released |
| May 1 | National College Decision Day, deadline to confirm enrollment at most colleges & universities. |

## Strengthen Your Application

### Application Review Criteria

As mentioned previously, the UW Office of Admissions selects students for DTM admission into the Allen School based on criteria developed in partnership with the Allen School. Applicants are evaluated based on both academic achievement and personal characteristics. The academic portion of the review is based on high school grades, strength of schedule including in the senior year, and the rigor of coursework. The

### Meet with Current Student

The Allen School Student Recruitment Representatives are current students studying Computer Science or Computer Engineering in the Allen School who hold student employee positions focused on recruiting prospective students. They offer virtual appointments for high school students to answer any questions and share a bit about their experiences in the Allen School. These appointments are only available during the academic year (late September through early June).

MEET A CURRENT STUDENT

### Running Start Appointments

High school students who are dual-enrolled at a Washington state community college as a Running Start Student can also schedule a virtual appointment via Zoom with someone from our recruitment team. We are happy to provide advice but cannot make an academic plan for you.

MAKE AN APPOINTMENT

### K-12 Outreach Programs

The Allen School offers a variety of different activities for K-12 students to learn more about computing. Learn more about our K-12 outreach programs and summer opportunities.

K-12 OUTREACH PROGRAMS

### Allen School Events Calendar

**MAR 20 FRI** Ph.D. Dissertation Defense Talk: Optimization in the Era of Large Language Models: Theory and Applications
Fri, Mar 20, 10 a.m.

**APR 6 MON** Ph.D. Dissertation Defense Talk: Pathways to Impact in Digital Health: Studies in Malawi and Kenya

## Application Review Criteria

As mentioned previously, the UW Office of Admissions selects students for DTM admission into the Allen School based on criteria developed in partnership with the Allen School. Applicants are evaluated based on both academic achievement and personal characteristics. The academic portion of the review is based on high school grades, strength of schedule including in the senior year, and the rigor of coursework. The personal portion is based on an activities log and the essays in the first-year application. Applicants are strongly encouraged to explain any academic inconsistencies or gaps in their activities section through the writing portions. It is not necessary to take computer programming in high school or to have computing-related work experience. However, if you have access to computing opportunities, we encourage you to take them!

## Second Choice Major

Despite substantial growth in capacity, there continue to be far more applicants who meet all of the admissions criteria than the Allen School can accommodate. Applicants are encouraged to choose a second choice major on campus if there is another field (besides Computer Science or Computer Engineering) that they would consider studying; there is no penalty for selecting a second choice major. Allen School applicants cannot be considered for direct admission twice, so we recommend choosing a major outside of the Allen School as a second choice. There are many other majors at the UW that involve computing! As a reminder, students who list another major as their first choice and an Allen School major as their second choice will not be considered for DTM admission into the Allen School.

## Decisions

Applicants who list Computer Science or Computer Engineering as their first-choice major on the UW first-year application will find out if they were directly admitted to the Allen School at the same time that they receive their UW admissions decision. Some Washington residents will receive an offer of direct admission into the Allen School through the Pathways for Inclusive Excellence (PIE) which includes the Allen Scholars Program and the STARS Program. Students are considered for these programs automatically by applying to the Allen School as a first-year student; there are no additional steps needed to be considered for PIE.

Students who do not receive an offer of admissions from the Allen School may still be admitted to the University of Washington as a 'pre-major' student.

## DTM Admissions Statistics

The University of Washington is a public institution, which means that funding for the university comes partially from Washington State. For this reason, the University of Washington offers priority in admissions to residents of Washington State. Domestic non-resident students and international students can note in their personal statement any compelling reasons why they wish to attend college in Washington.

| 2025 Data | Applications to UW Listing Computer Science or Computer Engineering as their First-Choice Major | Offered DTM Admission into Computer Science or Computer Engineering | Acceptance Rate for 2025 |
|---|---|---|---|
| WA Residents | 1617 | 599 | 37% |
| Domestic Non-Residents | 3916 | 181 | 5% |
| International Students | 1413 | 30 | 2% |



**MAR 20 FRI** Ph.D. Dissertation Defense Talk: Organization in the Era of Large Language Models: Theory and Applications
Fri, Mar 20, 10 a.m.

**APR 6 MON** Ph.D. Dissertation Defense Talk: Pathways to Impact in Digital Health: Studies in Malawi and Kenya
Mon, Apr 6, 9 a.m.

**APR 6 MON** Ph.D. Dissertation Defense Talk: computing is for everybody: Pedagogy for Joyful Secondary Computing
Mon, Apr 6, 2 p.m.

**APR 16 THU** Distinguished Lecture Series: Mike Dodds - What Happens to Software When Proof is Cheap?
Thu, Apr 16, 3:30 p.m.

**APR 16 THU** Information session: Professional Master's Program
Thu, Apr 16, 5 p.m.

**View all calendar events »**

## Follow the Allen School

| Domestic Non-Residents | 3916 | 181 | 5% |
|---|---|---|---|
| International Students | 1413 | 30 | 2% |

## Past Years' Admissions Statistics

### ▼ 2024 Statistics

| 2024 Data | Applications to UW Listing Computer Science or Computer Engineering as their First-Choice Major | Offered DTM Admission into Computer Science or Computer Engineering | Acceptance Rate for 2024 |
|---|---|---|---|
| WA Residents | 2094 | 564 | 27% |
| Domestic Non-Residents | 4961 | 46 | 1% |
| International Students | 1448 | 30 | 2% |

### ▼ 2023 Statistics

| 2023 Data | Applications to UW Listing Computer Science or Computer Engineering as their First-Choice Major | Offered DTM Admission into Computer Science or Computer Engineering | Acceptance Rate for 2023 |
|---|---|---|---|
| WA Residents | 2155 | 569 | 26% |
| Domestic Non-Residents | 5059 | 83 | 2% |
| International Students | 1326 | 21 | 2% |

**Back to top**

---

## FAQ

| Who can I reach out to for help? | > |
|---|---|
| What are the benefits of applying for DTM admission? | > |
| Is there a minimum GPA to apply for DTM admission? | ∨ |

No, there is no minimum GPA to apply for DTM admission. The Office of Admissions uses a holistic review process that considers both academic preparation & performance and personal achievements & characteristics to make DTM decisions. On the academic side, there are multiple factors considered including strength of schedule, course rigor, and grades. Applicants with academic inconsistencies will have the opportunity to explain any circumstances that may have impacted their

No, there is no minimum GPA to apply for DTM admission. The Office of Admissions uses a holistic review process that considers both academic preparation & performance and personal achievements & characteristics to make DTM decisions. On the academic side, there are multiple factors considered including strength of schedule, course rigor, and grades. Applicants with academic inconsistencies will have the opportunity to explain any circumstances that may have impacted their academic performance in their essays. Also note that **hundreds of students with high grades are not offered DTM admission**; no GPA guarantees admission.

| | |
|---|---|
| Which Allen School Major should I apply for - Computer Science or Computer Engineering? | > |
| Do you expect students to have had programming experience in high school? | > |
| What classes should I take in high school? | > |
| I am a Running Start, how do I know if my class will transfer? | > |
| How do I know if I am admitted to the Allen School through the DTM pathway? | > |
| What happens if I am admitted to the UW but not the Allen School? | > |
| Can students in the Allen School pursue a double-major, double-degree, or minor? | > |
| What if I am offered DTM admission but decide I would like to pursue a different major? | > |

**Back to top**

## Questions?

Our recruitment team is happy to help. You can reach out to us via email at outreach@cs.washington.edu !





PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at
cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

Connect with the Allen School

How do I know if I am admitted to the Allen School through the DTM pathway?          >

What happens if I am admitted to the UW but not the Allen School?          >

Can students in the Allen School pursue a double-major, double-degree, or minor?          >

What if I am offered DTM admission but decide I would like to pursue a different major?          >

**Back to top**



**Questions?**

Our recruitment team is happy to help. You can reach out to us via email at outreach@cs.washington.edu !

## PAUL G. ALLEN SCHOOL
### OF COMPUTER SCIENCE & ENGINEERING

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms
Image Credits

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

### Connect with the Allen School

  

**Computer Engineering degree program accredited by ABET**

© 2026 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

# EXHIBIT 9

**Page Vault**

| | |
|---|---|
| Document title: | Holistic review – Office of Admissions |
| Capture URL: | https://admit.washington.edu/apply/first-year/holistic-review/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 19:13:07 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 19:13:08 GMT |
| Capture tool: | 3.20.3 |
| Collection server IP: | 32.192.211.59 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 3 |
| Capture ID: | puq9Hp4vN4M9FNABZcUGWB |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     fDPnEHdKbVNMnT2pHwcTVg



W
UNIVERSITY of WASHINGTON
OFFICE OF ADMISSIONS

Students / Parents / Faculty & Staff / Alumni

Quick Links

ACADEMICS / **APPLY** / VISIT / COSTS & FINANCIAL AID / STUDENT LIFE / CONTACT / VIRTUAL TOUR

FIRST-YEAR / RUNNING START / TRANSFER / POSTBACCALAUREATE / MILITARY / PARENTS & FAMILIES

🏠 / Apply / First-year / Holistic review

# Holistic review

While we look at many factors in reviewing applications for admission, academic preparation and performance are still primary.

**Please note**: The UW removed the SAT/ACT requirement for admission. Read more on the SAT/ACT page.

## Preparation & performance

Indicators of preparation and performance include:

- An overall strong level of academic achievement, as demonstrated by grades, depth and breadth and rigor of curriculum.
- Taking advantage of college-preparatory courses during high school, such as Advanced Placement (AP), International Baccalaureate (IB), Running Start or college in the high school; or academic subjects beyond the minimum required for college entrance.
- Taking full advantage of the senior year
- Demonstrating a positive grade trend

*Note: The UW does not weight or prioritize one model of college-level course over another. Comparable coursework completed through AP, IB, Cambridge, Running Start and College in the High School are viewed equally for admission purposes.*

## Personal achievements & characteristics

What have you done outside of the classroom? Personal achievements and characteristics may include:

- Demonstrating a commitment to community service and leadership
- Exercising significant responsibility in a family, community, employment situation or through activities
- Attaining a college-preparatory education despite socio-economic disadvantage (Washington state residents only)
- Demonstrating unique perspectives or experiences

### First-year

| How to apply |
| **Holistic review** |
| First-year students by the numbers |
| College Academic Distribution Requirement (CADRs) |
| A Level & AS Level exams |
| Advanced Placement (AP) |
| International Baccalaureate (IB) |
| First-year homeschool applicants |
| I applied. Now what? |

UNIVERSITY *of* WASHINGTON

**BE BOUNDLESS**

---

Document title: Holistic review – Office of Admissions
Capture URL: https://admit.washington.edu/apply/first-year/holistic-review/
Capture timestamp (UTC): Thu, 19 Mar 2026 19:13:08 GMT

61

Case 2:25-cv-00348-JLR　　Document 45　　Filed 03/30/26　　Page 62 of 182

# Holistic review

While we look at many factors in reviewing applications for admission, academic preparation and performance are still primary.

**Please note**: The UW removed the SAT/ACT requirement for admission. Read more on the SAT/ACT page.

## Preparation & performance

Indicators of preparation and performance include:

- An overall strong level of academic achievement, as demonstrated by grades, depth and breadth and rigor of curriculum.
- Taking advantage of college-preparatory courses during high school, such as Advanced Placement (AP), International Baccalaureate (IB), Running Start or college in the high school; or academic subjects beyond the minimum required for college entrance.
- Taking full advantage of the senior year
- Demonstrating a positive grade trend

*Note: The UW does not weight or prioritize one model of college-level course over another. Comparable coursework completed through AP, IB, Cambridge, Running Start and College in the High School are viewed equally for admission purposes.*

## Personal achievements & characteristics

What have you done outside of the classroom? Personal achievements and characteristics may include:

- Demonstrating a commitment to community service and leadership
- Exercising significant responsibility in a family, community, employment situation or through activities
- Attaining a college-preparatory education despite socio-economic disadvantage (Washington state residents only)
- Demonstrating unique perspectives or experiences



**First-year** ↑

How to apply

**Holistic review**

First-year students by the numbers

College Academic Distribution Requirement (CADRs)

A Level & AS Level exams

Advanced Placement (AP)

International Baccalaureate (IB)

First-year homeschool applicants

I applied. Now what?



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2026 University of Washington | Seattle, WA

Document title: Holistic review – Office of Admissions
Capture URL: https://admit.washington.edu/apply/first-year/holistic-review/
Capture timestamp (UTC): Thu, 19 Mar 2026 19:13:08 GMT

Page 2 of 2

# EXHIBIT 10

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Admissions and Scholarships Checklist – Civil Rights Compliance Office |
| Capture URL: | https://www.washington.edu/civilrights/policies-and-guidance/compliance-checklists/admissions-and-scholarships/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:20:43 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:21:28 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | xxQCY4mrZE5eQAMFzYwMvt |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    oLnHFPdKvPQfoM5P9eg5yj



UNIVERSITY *of* WASHINGTON

Students / Parents / Faculty & Staff / Alumni

**HOME**    SEEKING SUPPORT ▾    MAKING A REPORT ▾    RESOLUTION OPTIONS ▾

PREVENTION & EDUCATION ▾    POLICIES & GUIDANCE ▾    ABOUT US ▾

# CIVIL RIGHTS COMPLIANCE OFFICE

⌂ / [Policies & Guidance](#) / [Compliance Checklists](#) / Admissions and Scholarships Checklist

# Admissions and Scholarships Checklist

## On this page

- **Checklist topics:**
  - [Question 1: Practices](#)
  - [Question 2: Public Statements](#)
  - [Question 3: Marketing Material](#)
  - [Question 4: Questions and Essays](#)
  - [Question 5: Evaluation Practices](#)
- [Frequently asked questions](#)
- [Request a consultation](#)



**Compliance Checklists**    ↑

Compliance Checklist Unit Review Toolkit

Programs and Activities Checklist

**Admissions and Scholarships Checklist**

Employment Practices and Training Checklist

Please refer to the [unit checklist review toolkit](#) for step-by-step suggestions on completing the Autumn 2025 compliance checklist review.

The University has aligned its admissions and scholarship practices with I-200 since its implementation in 1999 and complies with all applicable civil rights laws, including Title VI of the Civil Rights Act. Universities receiving federal funds must comply with civil rights laws that prohibit discrimination based on race, color, national origin, and sex, among other protected characteristics. These laws provide that no person shall be excluded from participation in, be denied the benefits of, or be subjected to discrimination in admissions and scholarship programs and activities.

**This checklist is designed to facilitate ongoing compliance with Title VI and I-200 and to support schools and programs engaged in admission and scholarship programs and activities. Units and programs should ensure that their admissions and scholarship practices are in compliance with this checklist and are encouraged to request a consultation if questions arise.**

Although the checklist focuses on the protected characteristics of race, color, national origin, and sex, federal and state laws and University policies provide similar protections for other protected characteristics. For questions regarding how federal and state laws and University policies apply to other protected characteristics (creed, religion, citizenship, pregnancy, age, marital status, sexual orientation, gender identity or expression, genetic information, disability, or veteran status), as well as legal status as a member of American Indian tribes or Alaska Natives, please contact [CRScompliance@uw.edu.](#)

**Revised: November 2025**
**This checklist will be reviewed periodically and updated as needed.**

legal status as a member of American Indian tribes or Alaska Natives, please contact CRScompliance@uw.edu.

Revised: November 2025
This checklist will be reviewed periodically and updated as needed.

## Question 1 – Practices

Do **all admissions and scholarship practices** refrain from using race, color, national origin, or sex as a factor or consideration?

### University practices, including holistic review practices, may not consider race, color, national origin, or sex as a plus or influencing factor of any kind.

**Permissible:**

- Practices that are entirely neutral and do not use race, color, national origin, or sex as a criterion in any form.
- Using a "match pool" approach for **existing** scholarship funds in accordance with University guidelines. For more information about "match pool," see FAQ.
- Practices that consider an applicant's diverse experiences, such as socioeconomic status, geographic background, or first-generation status (as long as they are not used as a substitute for or means to elicit information about race, color, national origin, and sex and/or to make decisions based on race, color, national origin, and sex to the benefit or disadvantage of specific groups).

**NOT permissible:**

- The consideration of race, color, national origin, or sex in the decisions to admit applicants or award scholarships, even if applicants self-disclose their protected characteristic in response to neutral prompts.

## Question 2 – Public Statements

Are **public statements, mission statements, or value statements** about diversity free of stated goals about or references to increasing diversity based on race, color, national origin, or sex?

### Public statements that reference diversity must not suggest that increasing diversity based on race, color, national origin, or sex is a goal of or consideration in admissions or scholarship decisions.

**Permissible:**

- Valuing and seeking diversity, if such language does not indicate or imply that race, color, national origin, or sex are used as a factor, goal, or basis for a preference.
- Statements about fostering inclusion or belonging as a general concept when not tied to quotas or preferences based on race, color, national origin, or

**Permissible:**

- Valuing and seeking diversity, if such language does not indicate or imply that race, color, national origin, or sex are used as a factor, goal, or basis for a preference.
- Statements about fostering inclusion or belonging as a general concept when not tied to quotas or preferences based on race, color, national origin, or sex.
- Neutral diversity goals—such as geographic, socioeconomic, or experiential diversity.

**NOT Permissible:**

- Statements that imply an individual's race, color, national origin, or sex are a factor in admission or scholarship decisions, even if indirectly.
- The existence of or suggestion of balancing efforts or targets based on race, color, national origin, or sex.

# Question 3 – Marketing Materials

Are all admissions or scholarship **marketing and communications materials** free from language that implies that decisions are based on race, color, national origin, or sex?

## Application materials, including related descriptions and instructions, must not suggest that race, color, national origin, or sex are considered in any way (preferred or disadvantaged).

**Permissible:**

- Materials that seek a broad pool of applicants with a variety of viewpoints and experiences, but do not mention or reference diversity based on race, color, national origin, or sex.

**NOT permissible:**

- Materials that reference or single out race, color, national origin, or sex in the context of seeking to increase the broader diversity of the University community.
- Statements that suggest goals or outcomes based on race, color, national origin, or sex.

# Question 4 – Questions and Essays

Are all **diversity-related admissions and scholarship application questions and essays** framed in a way that allows the University to evaluate an applicant's individual experiences and perspectives without regard to race, color, national origin, or sex?

## The University may consider how applicants' experiences

Document title: Admissions and Scholarships Checklist – Civil Rights Compliance Office
Capture URL: https://www.washington.edu/civilrights/policies-and-guidance/compliance-checklists/admissions-and-scholarships/
Capture timestamp (UTC): Thu, 19 Mar 2026 20:21:28 GMT

Are all **diversity-related admissions and scholarship application questions and essays** framed in a way that allows the University to evaluate an applicant's individual experiences and perspectives without regard to race, color, national origin, or sex?

**The University may consider how applicants' experiences have shaped them. It may not solicit or consider any information disclosed by applicants about race, color, national origin, or sex or presume certain experiences or perspectives based on that information.**

Permissible:

- Prompts that ask about overcoming adversity, leadership, or unique perspectives, without referencing or seeking to elicit information about race, color, national origin, or sex.
- Prompts that ask about other types of background and experiences (e.g., first-generation or socioeconomic status) as long as they are not used as a means to elicit information about race, color, national origin, or sex and/or to make decisions based on those protected characteristics or to benefit or disadvantage individuals with specific protected characteristics.

NOT permissible:

- Prompts that ask how an applicant's race, color, national origin, or sex have shaped the applicant's identity or how the applicant would contribute to diversity based on race, color, national origin, or sex.

# Question 5 – Evaluation Practices

Are all admissions and scholarship **evaluation practices** (training, rubrics, evaluation practices, reviewer guidance, etc.) designed to preclude analysis of an applicant's race, color, national origin, or sex?

**Training and evaluation tools that incorporate language related to concepts associated with diversity, equity, and inclusion must be carefully created to ensure they do not allow for stereotyping or preferencing based on race, color, national origin, or sex.**

For additional information about steps to take to ensure and document an appropriate evaluation, see the FAQ.

Permissible:

- Rubrics that emphasize evaluation of individual merit and experience.
- Rubrics that assess qualities like resilience, intellectual curiosity, or service without linking these qualities to race, color, national origin, or sex.
- Clear and documented rationales for decisions and awards that are unrelated to race, color, national origin, or sex.

NOT permissible:

- Reviewer instructions that encourage giving preference to or otherwise evaluating applicants in a way that grants or implies a preference based on race, color, national origin, or sex.

- Clear and documented rationales for decisions and awards that are unrelated to race, color, national origin, or sex.

**NOT permissible:**

- Reviewer instructions that encourage giving preference to or otherwise evaluating applicants in a way that grants or implies a preference based on race, color, national origin, or sex.
- Scoring criteria, ratings, reviewer comments or justifications, or communications that reward or suggest an applicant received favorable treatment based on race, color, national origin, or sex or that otherwise appear to assign value to responses based on content about race, color, national origin, or sex.

## Frequently Asked Questions

| | |
|---|---|
| Can units reference or post links to scholarships or other opportunities offered by third parties external to the University that use race, color, national origin, or sex as a preference or eligibility criteria? | > |
| My unit manages scholarship funds that reference donor preferences based on race, color, national origin, or sex. Is this OK? | > |
| If applicants disclose their race, color, national origin, or sex in response to an admissions or scholarship application prompt, how do evaluators demonstrate that their evaluation of the answer did not take those protected characteristics into account? | > |
| Can units ask applicants how they can support the University's commitment to diversity? | > |

### Request a consultation

For questions about the checklist or your admissions or scholarship program, request a consultation with Compliance and Risk Services.

**ADMISSIONS & SCHOLARSHIPS CONSULTATION** >

## Frequently Asked Questions

| | |
|---|---|
| Can units reference or post links to scholarships or other opportunities offered by third parties external to the University that use race, color, national origin, or sex as a preference or eligibility criteria? | > |
| My unit manages scholarship funds that reference donor preferences based on race, color, national origin, or sex. Is this OK? | > |
| If applicants disclose their race, color, national origin, or sex in response to an admissions or scholarship application prompt, how do evaluators demonstrate that their evaluation of the answer did not take those protected characteristics into account? | > |
| Can units ask applicants how they can support the University's commitment to diversity? | > |



## Request a consultation

For questions about the checklist or your admissions or scholarship program, request a consultation with Compliance and Risk Services.

ADMISSIONS & SCHOLARSHIPS CONSULTATION  >



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

f  y  ◎  ▶  in  ℗

Accessibility  /  Contact Us  /  Jobs  /  Campus Safety  /  My UW  /  Rules Docket  /  Privacy  /  Terms  /  Newsletter

© 2026 University of Washington | Seattle, WA

Document title: Admissions and Scholarships Checklist – Civil Rights Compliance Office
Capture URL: https://www.washington.edu/civilrights/policies-and-guidance/compliance-checklists/admissions-and-scholarships/
Capture timestamp (UTC): Thu, 19 Mar 2026 20:21:28 GMT

# EXHIBIT 11

# Information about the 2026 National Merit® Scholarship Competition

## OVERVIEW

Initiated in 1955, the National Merit Scholarship Program is conducted by National Merit Scholarship Corporation (NMSC®), a not-for-profit organization that operates without government assistance. A sizable number of National Merit Scholarships to be offered in 2026 will be underwritten by NMSC with its own funds, but most will be supported by some 300 independent corporate organizations, higher education institutions, and individual donors.

In each annual National Merit Scholarship Program, about 50,000 academically talented high school students are honored, but only some 16,000 of them are named Semifinalists. Students who qualify as Semifinalists based on their performance on the Preliminary SAT/National Merit Scholarship Qualifying Test (PSAT/NMSQT®) are the only program participants who have an opportunity to advance to the Finalist level and compete for National Merit Scholarships. About 6,930 of the outstanding Finalists will be chosen as Merit Scholarship® winners in the 2026 competition.

A description of the current National Merit Program—including entry requirements, groups of honored students, and scholarships to be offered—was in the 2024 *PSAT/NMSQT Student Guide* distributed to students before they entered the competition. This document gives additional information for Semifinalists and includes a chart of steps in the 2026 scholarship competition.

## SEMIFINALISTS

### HOW WERE SEMIFINALISTS DESIGNATED?

The 2024 PSAT/NMSQT served as an initial screen of over 1.3 million entrants to the 2026 National Merit Scholarship Program. The Selection Index scores of students who met program participation requirements were used to designate a pool of more than 16,000 Semifinalists on a state allocation basis. Semifinalists are the highest scorers in each of the 50 states and represent less than one percent of each state's high school seniors. Although Semifinalist qualifying scores vary from one state to another, the scores of all Semifinalists are extremely high.

In addition to those designated in each of the 50 states, and without affecting the allocation to any state, Semifinalists were named in other selection units established by NMSC for the competition. These units are for participants who attend schools in the District of Columbia, schools in U.S. territories and commonwealths, schools in other countries, and U.S. boarding schools that enroll a sizable proportion of their students from outside the state in which the school is located.

### HOW WILL NMSC HONOR SEMIFINALISTS?

Semifinalists in the 2026 National Merit Program will be recognized:

- in an announcement sent to news media nationwide for release on September 10, 2025. By spotlighting Semifinalists, NMSC hopes to increase general interest in academic excellence and encourage broader support for the education of talented young people; and

- in notification to colleges and universities. To help enhance their educational opportunities, a list of Semifinalists (by high school) will be sent to four-year U.S. colleges and universities.

### WHAT IS THE NEXT STEP FOR SEMIFINALISTS?

Before they can be considered for Merit Scholarship awards, Semifinalists must qualify as Finalists by completing the National Merit Scholarship Application using NMSC's Online Scholarship Application (OSA) and fulfilling several other requirements. (See *Requirements and Instructions for Semifinalists*, which is posted online in the "Competition Instructions" section of the OSA or at www.nationalmerit.org/resources.) Semifinalists who do not meet all specified requirements and deadlines cannot become Finalists; they will be notified by NMSC or an official of their high school that they have been withdrawn from the competition. A Semifinalist can advance to Finalist standing and be considered for a National Merit Scholarship in only one specific annual competition.

*NMSC, National Merit*, *Merit Scholarship*, *Merit Scholar*, and the corporate "Lamp of Learning" logo are federally registered service marks of National Merit Scholarship Corporation. *PSAT/NMSQT* is a registered trademark of National Merit Scholarship Corporation and College Board. *SAT* is a registered trademark of College Board. *ACT* is a registered trademark of ACT, Inc. College Board and ACT, Inc. were not involved in the production of this document.

## HOW WILL SEMIFINALISTS KNOW IF THEY BECOME FINALISTS?

On February 2, 2026, NMSC will mail a *Certificate of Merit* for each Finalist to the Finalist's high school principal.

On February 9, 2026, NMSC will mail a letter to each Finalist at their home address. A copy of the letter will also be posted to the Finalist's OSA dashboard.

Semifinalists who do not advance to Finalist standing will be notified in writing. Notification will be mailed to high school officials and the students' homes.

**NOTE:** NMSC does not make a news media announcement about Finalists because Semifinalists are publicly honored and more than 15,000 of the 16,000 Semifinalists are expected to reach the Finalist level.

## MERIT SCHOLARSHIP AWARDS

About **6,930 National Merit Scholarships** of three types will be offered in 2026:

- 2,500 single-payment **National Merit® $2500 Scholarships** for which all Finalists will be considered;
- about 830 **corporate-sponsored Merit Scholarship** awards for which Finalists who meet a company or business grantor's specified criteria will be considered; and
- some 3,600 **college-sponsored Merit Scholarship** awards for which only Finalists who will attend their respective sponsor institutions are considered.

All Merit Scholar® designees are chosen based on their abilities, accomplishments, and potential for success in rigorous college studies—without regard to gender, race, ethnic origin, religious preference, or family financial circumstances.

Although all students who become Finalists are outstanding, not all Finalists receive a Merit Scholarship award. Of the 15,000 Finalists in the 2026 program, about half will win an award, and no student will receive more than one scholarship offer from NMSC.

NMSC will notify scholarship winners and post offer letters to the students' OSA dashboards. Offer recipients will be asked to log in to the OSA, where they can view their offer letter, review the Terms of the Scholarship, and accept their Merit Scholarship offer.

## HOW ARE NATIONAL MERIT $2500 SCHOLARSHIP WINNERS SELECTED?

Every Finalist who completes requirements by December 31, 2025, is considered for one of 2,500 National Merit $2500 Scholarships. Most of these one-time scholarships are supported by NMSC's own funds. Business organizations that provide corporate-sponsored awards help underwrite a portion of these scholarships with grants they provide to NMSC in lieu of paying administrative fees. Donations made to NMSC's President's Fund also provide funding for National Merit $2500 Scholarships.

As in the designation of Semifinalists, these awards are allocated on a state-representational basis according to the state's percentage of the national total of high school graduates; winners are also named in the other selection units established for the competition. Each Finalist competes against other Finalists who attend high school in the same state or selection unit at the time winners are chosen.

In late January 2026, a committee of experienced college admission officers and high school counselors will meet to choose the winners of National Merit $2500 Scholarships. Committee teams analyze and evaluate all Finalists' scholarship applications based on information supplied by students and their schools, which includes:

- the academic record;
- the school's recommendation of the Finalist;
- a student essay;
- extracurricular activities; and
- scores on the PSAT/NMSQT.

Because every Semifinalist who qualifies as a Finalist has an excellent academic record and outstanding test scores, the school official's recommendation of the student and the student's essay play an important part in the process of choosing Merit Scholar designees. Activities, awards, and employment are also considered. Winners in each state (or other selection unit) will be the Finalists judged by committee members to have the most distinguished credentials and potential for academic success, without consideration of financial need, college choice, or major and career plans.

## WHEN WILL FINALISTS LEARN WHETHER THEY HAVE WON A NATIONAL MERIT SCHOLARSHIP?

In March 2026, NMSC will begin notifying scholarship winners, with confidential notification to their high schools. (See the schedule in the *Requirements and Instructions for Semifinalists* document.)

In mid-May 2026, NMSC will notify Finalists who have not won a National Merit Scholarship. However, a few additional scholarships may become available after this date; recipients of those awards will be notified and their names released to news media during the summer.

## WHICH FINALISTS CAN BE CONSIDERED FOR CORPORATE-SPONSORED MERIT SCHOLARSHIP AWARDS?

About 830 corporate-sponsored Merit Scholarship awards will be offered in 2026 to Finalists who meet specified criteria. Most of the 150 corporate sponsors that underwrite these scholarships designate them for children of their employees; however, some sponsors specify their awards for residents of communities in which the company has plants or offices, or for Finalists pursuing college majors and careers the grantor organization wishes to encourage. (See the *Sponsors of National Merit® Scholarships* document, which is posted online in the "Competition Instructions" section of the OSA or at www.nationalmerit.org/resources.)

Information Finalists supply on their National Merit Scholarship Applications will be used to identify a pool of eligible candidates for corporate-sponsored awards. NMSC's professional staff will choose almost all scholarship recipients. Officials of a few sponsor organizations will make their own selections from eligible Finalists.

Each corporate sponsor specifies the amount of the award and whether the awards provide one-time payments or stipends that can be renewed for up to four years of undergraduate study, per the chart below:

| Type of award | Type of stipend | Stipend ranges |
|---|---|---|
| Renewable | Fixed | $1,000–$10,000 per year |
| One-time | Single-payment | $2,500–$10,000 |

## WHICH FINALISTS CAN BE CONSIDERED FOR COLLEGE-SPONSORED MERIT SCHOLARSHIP AWARDS?

About 150 colleges and universities have made arrangements with NMSC to sponsor National Merit Scholarships in the 2026 competition, and it is expected that some 3,600 of these awards will be offered to Finalists next spring. (See the *Sponsors of National Merit® Scholarships* document, which is posted online in the "Competition Instructions" section of the OSA.) To be considered for college-sponsored awards, Finalists must meet **all three** of the following conditions. Finalists:

- must have notified NMSC that the sponsor college is their first choice;
- must have applied for admission to that institution; and
- must not have been offered any other National Merit Scholarship.

Every college-sponsored award is offered with the condition that the Finalist has been admitted for the fall term and will attend the sponsor college. Because every college-sponsored award can be used only at the institution financing it, the scholarship is canceled if the winner changes college choice. (See page 4 of the *Requirements and Instructions for Semifinalists* document for more information about naming a first-choice college.)

Also, if a Finalist informs NMSC of a change in college choice after a college-sponsored Merit Scholarship offer has already been posted to the students' OSA dashboard, the change will not be processed and the student cannot be offered another college-sponsored award. (See page 4 of the *Requirements and Instructions for Semifinalists* document, which is posted online in the "Competition Instructions" section of the OSA or at www.nationalmerit.org/resources.)

Early in March, NMSC will begin notifying each sponsor college about Finalists who have reported that institution as their first choice. College officials will choose all winners of their Merit Scholarship awards from among these Finalists. A sponsor college may decide to offer a Merit Scholarship award to every Finalist who is admitted or choose to limit the number of awards it provides. Students should contact the sponsor college directly if they have questions about the college's selection process.

A college-sponsored scholarship is renewable for up to four years of undergraduate study at the sponsor institution. Each college sponsor chooses the annual stipend their institution offers to award recipients, within a range of $500 to $2,000 per year. All college-sponsored scholarship recipients at the institution will receive the same stipend amount as determined by the college.

# AWARD RECIPIENTS

## ARE THERE REQUIREMENTS THAT NATIONAL MERIT SCHOLARSHIP WINNERS MUST MEET?

Yes. Terms of the Scholarship will be provided on NMSC's Online Scholarship Application after an offer has been made. These Terms govern acceptance and receipt of the award and, in the case of renewable scholarships, specify additional requirements for scholarship renewal in subsequent academic years. The Terms include the following:

- the Scholar must be granted and accept admission to college no later than the fall following the offer of the scholarship. Scholarship recipients may request a deferment of their award if the college of attendance has approved a deferment of the Scholar's enrollment;
- all Merit Scholarship payments must be used exclusively for undergraduate education at a college or university in the United States that holds accredited status with a regional accrediting commission on higher education. NMSC scholarship stipends are not payable, however, for attendance at service academies or certain institutions that are limited in their purpose or training;
- Merit Scholarship recipients must attend college full-time, and must pursue a course of study leading to one of the traditional baccalaureate degrees; and
- all National Merit $2500 Scholarships and all corporate-sponsored awards are transferable from one regionally accredited U.S. institution to another; however, college-sponsored Merit Scholarship awards will be canceled if the winner transfers to a different college.

## WHEN DO WINNERS RECEIVE SCHOLARSHIP STIPEND PAYMENTS?

### ONE-TIME AWARDS

Next September, recipients of one-time awards will be issued a single payment in the full scholarship amount. NMSC will send the recipient's single scholarship payment to their college's financial aid office.

### RENEWABLE AWARDS

Next September, winners of renewable awards will be issued the first installment of their annual stipend; additional payments will be sent on a scheduled basis (usually twice annually) for up to four years of undergraduate study or until baccalaureate degree requirements are met, whichever occurs first. NMSC sends stipend payments for scholarship recipients to their college financial aid offices.

### SCHOLAR ANNOUNCEMENTS

After NMSC receives award acceptances, the names of Merit Scholar® designees will be released to news media nationwide in four announcements:

| April 22 | Corporate-sponsored Merit Scholarship winners |
| May 13 | National Merit $2500 Scholarship winners |
| June 3 and July 13 | College-sponsored Merit Scholarship winners |

**If you have any questions about the information presented in this document, please contact NMSC's Scholarship Administration department by phone. We are available at (847) 866-5161, Monday–Friday from 8:30 a.m.–4:30 p.m. Central Time**

# 2026 NATIONAL MERIT® SCHOLARSHIP PROGRAM



16,000 Semifinalists notified and their names released to media

**September 2025**

Semifinalists and their high schools electronically submit *National Merit Scholarship Applications* using the Online Scholarship Application (OSA); Semifinalists make arrangements for reporting of SAT® and ACT® scores.

**September–October 2025**

15,000 Semifinalists advance to Finalist standing; their *Certificates of Merit* are sent to high schools and selection of Merit Scholar® awardees begins

**January–February 2026**

Semifinalists who do not advance to Finalist standing notified

**January 2026**

2,500 National Merit $2500 Scholarship winners notified

**March 2026**

830 corporate-sponsored Merit Scholarship winners notified

**March 2026**

3,600 college-sponsored Merit Scholarship winners notified

**May–June 2026**

Finalists not selected as Merit Scholarship® winners notified

**May 2026**

Release to media of National Merit $2500 Scholars

**early May 2026**

Release to media of corporate-sponsored Merit Scholar designees

**late April 2026**

Release to media of college-sponsored Merit Scholar designees

**June and July 2026**

For a complete explanation of steps, requirements, and dates for the competition, see pages 1–3 of this document and the *Requirements and Instructions for Semifinalists* document. Both documents can be found at *www.nationalmerit.org/resources* and in the "Competition Instructions" section of the OSA.

# EXHIBIT 12



| | |
|---|---|
| Document title: | Admission to majors – Office of Admissions |
| Capture URL: | https://admit.washington.edu/apply/admission-to-majors/ |
| Page loaded at (UTC): | Tue, 24 Mar 2026 20:29:28 GMT |
| Capture timestamp (UTC): | Tue, 24 Mar 2026 20:30:23 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 4 |
| Capture ID: | rs3nTqbmssRA5znrJRo6RS |
| Display Name: | johnathon.mann |

PDF REFERENCE #:      4SXZmVM91DQXtmEdkpnV5e



UNIVERSITY OF WASHINGTON
OFFICE OF ADMISSIONS

Students / Parents / Faculty & Staff / Alumni

**Quick Links** >

**ACADEMICS** / **APPLY** / **VISIT** / **COSTS & FINANCIAL AID** / **STUDENT LIFE** / **CONTACT** / **VIRTUAL TOUR**

FIRST-YEAR / RUNNING START / TRANSFER / POSTBACCALAUREATE / MILITARY / PARENTS & FAMILIES

🏠 / [Apply](#) / Admission to majors

## First-year

As you think about what you'd like to study at the UW, it can be useful to understand a few nuances of the UW major system. The vast majority of students enter their major through the standard admission process *after* enrolling at the UW. However, some majors do admit students directly as first-year students. Explore the details of the programs that interest you on our [majors page](#). Outlined below you will find information about how majors factor into the first-year application, as well as how the type of major you choose may impact your experience as a UW student.

### Your major and the application for admission

Your requested first- and second-choice majors may be used as factors in your admission decision. Some majors admit students directly as first-year students. You must indicate these as your first-choice major on the first-year application to be considered for direct admission. Except for computer science and engineering, only a small percentage of students enter a major directly as first-year students. The majority enter through the standard admission process after enrolling at the UW. The following majors admit students directly as first-year students.

- Architectural Studies
- Biochemistry
- Business administration
- Computer science
- Computer engineering
- Construction management
- Engineering (any major in the College of Engineering)
- Guitar (music)*
- Informatics
- Jazz studies (music)*
- Music education*
- Neuroscience
- Orchestral instruments (music)*
- Organ (music)*
- Piano (music)*
- Statistics
- Strings (music)*
- Voice (music)*



| Apply | ⬆ |
|---|---|
| **Admission to majors** | |
| Dates and deadlines | |
| First-year | |
| Parents & Families | |
| Preparing for college | |
| Running Start | |
| Transfer | |
| Postbaccalaureate | |
| Military | |

- Orchestral instruments (music)*
- Organ (music)*
- Piano (music)*
- Statistics
- Strings (music)*
- Voice (music)*

* For most music majors, an audition on your primary instrument is also required.

## Computer science and computer engineering

Most students earning computer science or computer engineering degrees from the UW will be admitted directly to the Allen School of Computer Science & Engineering as a first-year student. You must list computer science or computer engineering as your first-choice major on the first-year application to be considered for Direct to Major admission. You will not be considered if you only list computer science or computer engineering as your second-choice major. If you're not admitted directly to the Allen School as a first-year, it's unlikely that you'll be admitted to computer science or computer engineering as a UW student.

## Engineering

If you're interested in an engineering degree other than computer engineering, select any engineering major (or engineering undeclared) as your first-choice major on the first-year application. You will automatically be considered for Direct to College admission to the College of Engineering. If admitted Direct to College, you'll enter the UW with an "engineering undeclared" designation and have the opportunity to explore all engineering disciplines (except computer engineering) before requesting placement in an engineering major. All engineering undeclared students who meet the requirements are guaranteed placement into an engineering major. If you're not admitted directly to the College of Engineering as a first-year, there are opportunities to apply at a later date. However, admission to engineering majors is competitive, and space may be limited.

## Your second-choice major

Are you willing to study something other than your first-choice major if you are admitted to the UW? Or, maybe you can't decide between a couple of majors? Be sure to list a second-choice major on the first-year application.

# Transfer

Transferring to the UW takes careful planning, and preparation for your intended major is a factor in the transfer holistic review. For that reason, it's important to understand the requirements of your major(s) before you apply.

## University vs. departmental deadlines

All transfer students must submit an application for general admission to the UW. In addition to the general application, some majors also require a departmental application. The due dates for departmental applications vary. Other majors require that you enroll at the UW before applying to your major. Find specific requirements for each major on our majors page.

## Your second-choice major

Some UW majors are in greater demand than others, and capacity may be limited; we can't guarantee that you'll be admitted to the major of your choice. You may apply to more than one major, so we encourage you to explore and develop a plan for a second-choice major. Use your personal statement to explain what you'll do if you're not admitted to your first-choice major. This information will help Admissions staff understand your plans.

Document title: Admission to majors – Office of Admissions
Capture URL: https://admit.washington.edu/apply/admission-to-majors/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:30:23 GMT

## University vs. departmental deadlines

All transfer students must submit an application for general admission to the UW. In addition to the general application, some majors also require a departmental application. The due dates for departmental applications vary. Other majors require that you enroll at the UW before applying to your major. Find specific requirements for each major on our [majors page](#).

## Your second-choice major

Some UW majors are in greater demand than others, and capacity may be limited; we can't guarantee that you'll be admitted to the major of your choice. You may apply to more than one major, so we encourage you to explore and develop a plan for a second-choice major. Use your personal statement to explain what you'll do if you're not admitted to your first-choice major. This information will help Admissions staff understand your plans.

## Types of majors at the UW

The vast majority of students enter their major through the standard admission process *after* enrolling at the UW. While the details of that process may vary from major to major, they can be generalized into three different major types — open, minimum requirements and capacity-constrained.

## Open majors

Open majors are available when you're admitted to the UW or can be declared at any time by any student in good academic standing.

## Majors with minimum requirements

Minimum requirements majors have a set of prerequisite courses with a minimum GPA. All current UW students who meet the minimum requirements are admitted.

## Capacity-constrained majors

Capacity-constrained majors are selective and have extra requirements, which may include an additional application process. Completing the minimum admission requirements does not guarantee entry. You can apply to most of these majors once you are a UW student. However, for majors in the Allen School of Computer Science & Engineering and the College of Engineering, the main pathway is direct first-year admission. Current UW students may apply to them after enrollment, but space is extremely limited.



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2026 University of Washington | Seattle, WA

Document title: Admission to majors – Office of Admissions
Capture URL: https://admit.washington.edu/apply/admission-to-majors/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:30:23 GMT

# EXHIBIT 13

 **Asian American Coalition for Education**

**Testimony of Mr. Yukong Zhao, before the Congressional Subcommittee on Higher Education and Workforce-Development Hearing Titled "How SCOTUS's Decision on Race-Based Admissions is Shaping University Policies"**

*September 28, 2023*

Mr. Chairman and other members of the committee:

I am Yukong Mike Zhao, a survivor of China's Cultural Revolution, during which my family endured political persecution, devastating personal loss, and extreme poverty. In 1992, I came to America as a poor foreign student. In this land of opportunity, I achieved my American dream, later becoming the Director of Global Planning at Siemens Energy and raising a happy family in Orlando, Florida.

Through affirmative action, as shown in Appendix A of my testimony, colleges used higher admission standards, de facto racial quotas, and racial stereotypes to discriminate against Asian American applicants. This discrimination unjustly created unbearable study loads, stress and psychological harm on our children. Because of this second-class treatment, many Asian American applicants hid their racial identity when applying to colleges.

In 2014, I and other co-founders of Asian American Coalition for Education (AACE) started our journey of galvanizing Asian communities to support Students for Fair Admissions for its lawsuits against Harvard and the University of North Carolina. AACE and partner organizations filed civil rights complaints against Harvard, Yale, and other colleges. We organized rallies, encouraged students to join the lawsuits, and filed five amicus briefs in support. Today, our alliance has grown into over 300 organizations nationwide.

This June, the Supreme Court struck down race-based affirmative action.

This is a historic victory for Asian Americans, as our children should no longer be treated as second-class citizens in college admissions. This is also a historic victory for all Americans, as the ruling will help restore meritocracy, the bedrock of the

1

American Dream, and ends race-based policies in higher education, thereby advancing America toward a color-blind society as Martin Luther King dreamed of 60 years ago.

However, advocates of diversity, equity, and inclusion have not given up.

On August 14th, the Departments of Education and Justice issued guidance, in defiance of the Supreme Court, that advocates continued use of race and race proxies in outreach and other programs.

This guidance again misses the point—the root cause of racial disparities in college enrollment is the failure of the K-12 education, particularly in inner cities, to prepare black and Hispanic children for colleges. Improving K-12 education is a better and constitutional way to enhance racial diversity in higher education.

Further, while America is faced with a STEM talent shortage and our K-12 education is behind other industrial nations, the Biden Administration irresponsibly suggests colleges should further eliminate objective and rigorous admissions standards.

In response, AACE issued a policy statement attached as Appendix B, where we urged American colleges to:

- Stop the use of race and race proxies in college admissions

- Adopt a blind rating system by hiding student name and other information that would disclose race

- Make students' race data inaccessible by participants of the student evaluation process

- Base admissions criteria on the needs of the educational programs, not racial diversity or equity, and

- Restore objective measures, especially standardized testing, as a major criterion in admissions. The troubling fact is, today nearly 81%, of all colleges have made standardized testing optional.

From my personal experience, I want to tell you:  During China's Cultural Revolution, Mao Zedong abolished the National College Entrance Exam in order to

2

bring "class equity" to proletariats. After destroying the meritocracy, Chinese colleges produced millions of revolutionaries who could not conduct research or manage enterprises. As a consequence, China's technological innovation stalled, and its economy collapsed.

America cannot afford to repeat this mistake by destroying meritocracy in the name of racial equity. When our nation is faced with unprecedented competition from international rivals, it is imperative to restore meritocracy in our educational institutions in order to maintain America's technological leadership and economic prosperity.

The Supreme Court's landmark rulings provide a historic opportunity for American colleges to correct their mistakes by promoting equality and meritocracy. I hereby call upon federal, state and local governments to support our policy recommendations to do just that.

Thank you!

**Appendixes:**
- A. The Anti-Asian Discrimination in College Admissions & Its Harms
- B. AACE Policy Statement: It's Time for All American Colleges to Restore Meritocracy in Their Admission Processes

3

# Appendix A:



## The Anti-Asian Discrimination in College Admissions & Its Harms

**Asian American Coalition for Education**

**September 2023**

Copyright © Asian American Coalition for Education 2023. All rights reserved.

# The Discrimination History Against Asian Americans



1. **"1882 Chinese Exclusion Act," the first race-based policy discriminating a racial group in America**

2. **Japanese interment during World War II**

3. **Racial Segregation before Civil Rights Movement**

4. **Discriminated by Affirmative Action in 21st Century of America**



- **In 19th Century: There were "too many" Chinese in America.**
- **In 21st Century: There are "too many" Asians in American colleges.**

Copyright © Asian American Coalition for Education 2023. All rights reserved.

- **Since 2006**, Jian Li, Michael Wang, Hubert Zhao and a few other Asian American students have courageously filed complaints with the Office for Civil Rights (OCR), Department of Education.

- *Michael Wang, 2013*, Perfect ACT Score, 13 AP Classes, competed in national speech, was in top 150 in a national maths competition, 3rd place in a national piano contest, and performed in the choir that sang at President Obama's 2008 inauguration. He is interested in law/political science, but was rejected by six Ivy League schools while less qualified students got in.

- *September 3, 2015*, a Floridian father filed a complaint against Harvard University. His son not only exceled academically and at sports, but also performed a lot of community service and won several national competitions in economics and rocketry. Yet he was still unfairly rejected by Harvard due to his being Asian. The top four of his graduating class at a Florida high school, were Asian-Americans. Not a single one got accepted by any elite university in the U.S. At the same time, five non-Asian students were accepted by Ivy League schools, a fact that cries out for an explanation as their combined academic and personal qualifications were clearly not as good.

- *In recent Years,* more and more students have spoken out, revealed the anti-Asian discrimination they endured during their college application processes, including Jon Wang, and Calvin Yang who joined SFFA's lawsuits against Harvard University.

Copyright © Asian American Coalition for Education 2023. All rights reserved.

# Stanley Zhong, an exceptional student rejected by 16 colleges in 2023

- **Academic Performance:** GPA (UW/W): 3.97/4.42. SAT: 1590 & National Merit Scholarship finalist

- **Finalist of major global programing competitions:**
  - Advanced to the Google Code Jam Coding Contest semi-final
  - Led his team to the 2nd place in MIT Battlecode's global high school division (1st place in the US)

- **An innovator and entrepreneur: Created an e-signing startup (RabbitSign.com) that's**
  - Grown to tens of thousands of users organically.
  - Recognized by an Amazon Web Services Well-Architected Review as "one of the most efficient and secure accounts" they have reviewed.
  - Featured by Amazon Web Services case study for its exemplary use of AWS Serverless and compliance services.
  - Interviewed by Viewpoint with Dennis Quaid, a series of short documentaries on innovations. (past guests included President George H.W. Bush & Fortune 500 CEOs.)

- **Co-founded a non-profit that brought free coding lessons to 500+ kids in underserved communities in California, Washington, and Texas.**

- **Hired by Google (full-time) but rejected by 16 colleges** including Stanford, MIT, CMU, UC Berkeley, UCLA, UC San Diego, UC Santa Barbara, UC Davis, California Polytechnic State University, Cornell, Univ of Illinois, Univ of Michigan, Georgia Tech, CalTech, Univ of Wisconsin, and Univ of Washington.

 Copyright © Asian American Coalition for Education 2023. All rights reserved.



Case 2:25-cv-00348-JLR   Document 45   Filed 03/30/26   Page 90 of 182

**Daniel Golden** *(Pulitzer Prize Winner, Former Wall Street Journal Reporter, 2007):*

- The discrimination against Asian Americans by Harvard and other elite universities was so severe that Golden dedicated a special chapter "The New Jews" to compare it to the discrimination suffered by Jewish Americans in the 1920's and 1930's.

- He stated that "*most elite universities have maintained a triple standard in college admissions, setting the bar highest for Asians, next for whites and lowest for blacks and Hispanics.*"

- He also provided various qualitative examples as to how Harvard and other elite schools use various stereotypes to discriminate against Asian-American applicants.

**Source:** Golden, Daniel, *The Prices of Admission, How America's Ruling Class Buys Its Way into Elite Colleges — and Who Gets Left Outside*, published in 2007

**Civil Rights Violations:**

- The Use of The use of higher admission standards to unduly burden Asian American Applicants
- ■ The Use of racial stereotypes

Copyright © Asian American Coalition for Education 2023. All rights reserved.



**Thomas Espenshade (Princeton Professor) Alexandra Radford (2009)**:

- Asian Americans have the lowest acceptance rate for each SAT test score bracket;

- Asian-Americans have to score on average approximately 140 points higher than White students, 270 points higher than a Hispanic student, and 450 points higher than a Black student on the SAT, after adjusting non-academic factors.

**Source:** Espenshade, Thomas J. & Alexandra Radford, *No Longer Separate, Not Yet Equal: Race and Class in Elite College Admission and Campus Life*, Princeton University Press, 2009.



| Item | Public Institutions ACT-Point Equivalents (out of 36) | Private Institutions SAT-Point Equivalents (out of 1600) |
|---|---|---|
| **Race** | | |
| (White) | — | — |
| Black | 3.8 | 310 |
| Hispanic | 0.3 | 130 |
| Asian | −3.4 | −140 |
| **Social Class** | | |
| Lower | −0.1 | 130 |
| Working | 0.0 | 70 |
| (Middle) | — | — |
| Upper-Middle | 0.3 | 50 |
| Upper | 0.4 | −30 |

**Civil Rights Violation:** The use of higher admission standards to unduly burden Asian American Applicants

Copyright © Asian American Coalition for Education 2023. All rights reserved.



**Ron Unz (2012):**

- The share of Asians at Harvard peaked at over 20% in 1993, then immediately declined and thereafter remained roughly constant at a level 3–5 percentage points lower, despite the fact that the Asian-American population has more than doubled since 1993. "The relative enrollment of Asians at Harvard was plummeting, dropping by over half during the last twenty years, with a range of similar declines also occurring at Yale, Cornell, and most other Ivy League universities."



**Source:** Unz, Ron, "The Myth of American Meritocracy," *The Conservative*, Page 14-51, December 2012

- Asian-American applicants' academic & other credentials have further improved over the last twenty years: Dominating all STEM related competitions; >40% Intel Talent Search & Siemens Science Competition Finalists; And >31% of Presidential Scholars (based on all-round evaluation) over the last five years.

**Civil Rights Violation: The Use of racial rebalancing or a *de facto* racial quota**

Copyright © Asian American Coalition for Education 2023. All rights reserved.

Case 2:25-cv-00348-JLR    Document 45    Filed 03/30/26    Page 92 of 182



**Richard Sander (**UCLA Professor, 2014):

- *"No other racial or ethnic group at these three of the most selective Ivy League schools is as underrepresented relative to its application numbers as are Asian- Americans."*

- Conducted a study of over 100,000 undergraduate applicants to UCLA over three years and found absolutely no correlation between race and non-academic "personal achievement."

**Source:** Students for Fair Admission, Inc.'s Complaint Against Harvard University, filed in the U.S. District Court for the District of Massachusetts Boston Division, November 17, 2014

<u>Recap: Specific laws violated</u>: The Fourteenth Amendment to the U. S. Constitution and Title VI of the Civil Rights Act of 1964.
- The Use of racial rebalancing or a *de facto* racial quota
- ¯ The Use of higher admission standards unduly burden Asian American applicants
- ¯ The Use of racial stereotypes  (not treat applicant as individuals)

It is one of the biggest civil rights issues Asian Americans face!

Copyright © Asian American Coalition for Education 2023. All rights reserved.

## Evidences Disclosed by Former Admissions Officers

- **On September 22, 2016**, Inside Higher Education reported a survey of admission officers. It further revealed 42% of admission officers from private colleges and 39% of admission officers from public colleges believe that colleges hold Asian American applicants at higher standard.

- **On May 25, 2016**, Dr. Michele Hernandez, former Dartmouth admission officer, revealed in Huffington Post that Ivy admission officers often use racial stereotypes to discriminate against Asian American students.



**Admissions Directors on Asian-American Applicants**

| Statement | Public % Yes | Private % Yes |
|---|---|---|
| Do you believe that some colleges are holding Asian-American applicants to higher standards? | 39% | 42% |
| At your college, do Asian-American applicants who are admitted generally have higher grades and test scores than other applicants? | 41% | 30% |

- **On June 9, 2015,** Sara Harberson, the former associate dean of admissions at the University of Pennsylvania  wrote in her *Las Angeles Times* column: "*For example, there's an expectation that Asian Americans will be the highest test scorers and at the top of their class; anything less can become an easy reason for a denial. And yet even when Asian American students meet this high threshold, they may be destined for the wait list or outright denial because they don't stand out among the other high-achieving students in their cohort. The most exceptional academic applicants may be seen as the least unique, and so admissions officers are rarely moved to fight for them.* "

Copyright © Asian American Coalition for Education 2023. All rights reserved.

Case 2:25-cv-00348-JLR    Document 45    Filed 03/30/26    Page 94 of 182



Case 2:25-cv-00348-JLR    Document 45    Filed 03/30/26    Page 95 of 182

**Evidence revealed by Students for Fair Admissions after reviewing 160,000 application records and interviewing many admissions officers and other stakeholders:**

1. **De Facto Racial Quotas**: Harvard uses "ethnic stats" and other tools to manipulate the process so that it achieves essentially the same racial balance year over year. If, at the end of the admissions process, Harvard has admitted more (or less) of any racial group than it did the year before, then it reshapes the class to remedy the problem.

2. **Highest Admission Standards**: Asian American applicants has the lowest admission rate in every academic brackets. Professor Peter Arcidiacono's model shows that an Asian American applicant with a 25% chance of admission would see his odds rising to 35% if he were white, 75% if he were Hispanic, and 95% if he were African American.

3. **Racial stereotypes**: In spite of their exceptional credentials on all objective measures, Asian-American applicants are consistently rated the lowest by Harvard's personal ratings, which crudely categorize them as unlikeable, indistinguishable, or weak in grit, leadership and risk-taking.

4. **Harvard's Office of Institutional Research** in 2013 concluded the College's admissions process disadvantages Asian Americans: "Asian high achievers have lower rates of admission."



        Copyright © Asian American Coalition for Education 2023. All rights reserved.

# The Discrimination against Asian Americans on College Admissions Was Widespread to 41 States before June 2023



**Nine States Ban Race Based Affirmative Actions**

| Year | State | Method |
|---|---|---|
| 2020 | Idaho | Statute |
| 2012 | Oklahoma | Legislatively referred constitutional amendment |
| 2011 | New Hampshire | Statute |
| 2010 | Arizona | Initiative constitutional amendment |
| 2008 | Nebraska | Initiative constitutional amendment |
| 2006 | Michigan | Initiative constitutional amendment |
| 1999 | Florida | Executive order by governor |
| 1998 | Washington | Initiative statute |
| 1996 | California | Initiative constitutional amendment |



Created with mapchart.net

**Harvard & UNC Cases Matter to admissions of thousands of colleges nationwide!**

Copyright © Asian American Coalition for Education 2023. All rights reserved.

# The Harm to Asian American Children

1. **Increases Pressure and Stress, Youth Suicide Rates** likely caused by higher admission standards and de facto racial quotas, which created unbearable study load for some Asian youth. Among many causes, the leading cause of Asian youth suicide was school problem.

2. **Undermines Trust in American Institutions and Feeling of Self-Worth.** The children of highest-Income, best-educated racial group has to hide their racial identity in order to get admitted by America's elite schools. Feeling as second-class citizen.



Suicide Was the Leading Cause of Death for Asians Aged 20-24

This graph shows the number of suicides per 100 deaths in each specific group in the United States.



Asian American Youths' Suicide Rates (2011-2015)

- Suicide Rate: The number of deaths from suicide per 100,000 people.

Source: 2011 - 2015 Mortality Tables from the National Center for Diseases Control and Prevention.

Copyright © Asian American Coalition for Education 2023. All rights reserved.

# The Harm to America in General

1.  **Creates Racial Barriers between Asian-Americans and Other Racial Groups.**

2.  **Undermines the American meritocracy.**

3.  **Exacerbates our nation's STEM talent shortage, and jeopardizes America's technological leadership, economic prosperity and national security!**



ASSOCIATION OF DEFENSE COMMUNITIES

## DIB Report Reveals U.S. STEM Shortage as Major Vulnerability to National Defense

by ADC | Feb 16, 2021 | Congress/DoD, On Base

The Department of Defense released its Fiscal Year 2020 Industrial Capabilities Report, which analyzed major developments and impacts of the coronavirus pandemic, as well as industrial base investments and initiatives carried out in 2020.

"The report promotes a strategy for a robust, resilient, secure, and innovative industrial base, which will require a substantial commitment of capital investment and resources, and continuation of the reforms undertaken in the past several years," according to a DoD press release.

A key takeaway from the report identified by National Interest found that the United States lags in STEM (Science, Technology, Engineering, and Mathematics) education leading to a severe shortage of technical talent in the U.S. workplace.

Page 13          September 2023

Copyright © Asian American Coalition for Education 2023. All rights reserved.

**Appendix B:**



**Asian American Coalition for Education
Policy Statement**

## It's Time for All American Colleges to Restore Meritocracy in Their Admission Processes

Since our nation's birth, meritocracy and equal opportunity have been among the key principles which enabled America to attract talent from all over the world, build this country into the most advanced nation in the world, and achieve unmatched progress in social justice. Equal opportunity and meritocracy are the bedrock of the American Dream, which promises each citizen an equal opportunity to achieve success and prosperity through hard work, determination, and initiative.

For decades, college admissions have failed to provide equal opportunity to all Americans by adopting many policies that undermined meritocracy. Race-based affirmative action imposed unjust discrimination against Asian and other racial groups. As the Supreme Court clearly explained in its decisions, the college application process is a zero-sum game—while the intent of affirmative action might have been to help some racial groups, this could only be achieved by harming other racial groups. In addition, colleges frequently favor the children of faculty, staff, alumni, and donors. Furthermore, athletic programs have been abused by allowing otherwise academically unqualified applicants into universities and providing an opportunity for corruption in the admissions process, as was exposed by the college admissions scandal of 2019. Further still, in the wake of the Covid-19 pandemic and George Floyd's tragic death, over one thousand colleges and universities made standardized tests optional for their admissions.

Driven by "racial equity" ideologies, these assaults on equal treatment and meritocracy have caused tremendous harm to America. First, it creates racial division and racial discrimination by treating Americans differently based on their race or ethnicity. In addition, by not admitting the best and brightest into our nation's top colleges, these ideologies exacerbate our nation's STEM (Science, Technology, Engineering and Math) talent shortage, jeopardizes America's technological leadership in the world, and harms our national security. Furthermore, it creates a "mismatch" effect by admitting unqualified students into

1

the colleges, where many of them fail to graduate or underperform and develop unjustified resentment towards this country. When our nation is faced with unprecedented competition from international rivals, it is imperative to restore meritocracy in our educational institutions in order to maintain America's technological and economic competitiveness.

On June 29, 2023, the Supreme Court found race-based affirmative action to be both unconstitutional and in violation of the Civil Rights Act, thus eliminating one of the major barriers for America to achieve equal treatment and meritocracy.

However, on July 26, 2023, the U.S. Department of Education held a "National Summit on Equal Opportunity in Higher Education," where many speakers hand-picked by the Biden Administration openly advocated "creative" ways to circumvent the Supreme Court's rulings. Contrary to the summit's name of promoting equal opportunity, this summit promoted many measures intended to create equal outcome, such as canceling standardized tests, using "transfers" from community colleges as a backdoor to enhance racial diversity in four-year colleges, and using direct admissions to circumvent the admissions process entirely.

On August 14, 2023, the U.S. Departments of Education and Justice issued guidance titled "Questions and Answers Regarding the Supreme Court's Decision in Students for Fair Admissions, Inc. v. Harvard College and University of North Carolina."

In blatant violation of the rulings, which also bans use of race proxies in college admissions, the guidance advocates that "[i]n identifying prospective students through outreach and recruitment, institutions may, as many currently do, **consider race** and other factors that include, but are not limited to, geographic residency, financial means and socioeconomic status, family background, and parental education level. For example, in seeking a diverse student applicant pool, institutions may direct outreach and recruitment efforts toward schools and school districts that serve predominantly students of color and students of limited financial means. Institutions may also target school districts or high schools that are underrepresented in the institution's applicant pool by focusing on geographic location…"

Recklessly, while America is faced with a serious STEM (Science, Technology, Engineering and Math) shortage and our K-12 education is well behind China and other industrial nations, the Department of Education does not focus on how to improve our nation's educational quality. In this guidance, it even suggests

2

"institutions may investigate whether the mechanics of their admissions processes are inadvertently screening out students who would thrive and contribute greatly on campus. An institution may choose to study whether application fees, **standardized testing requirements, prerequisite courses such as calculus**, or early decision timelines advance institutional interests (inexplicitly racial diversity)." Clearly, The Biden Administration supports colleges' further elimination objective and rigorous admissions standards in their pursuit of "increasing access for underserved population[s]"

Condoned by the Biden Administration, the radical left in America has not given up their ideologies of using social engineering programs to undermine American meritocracy.

On behalf of over 300 Asian American organizations nationwide, AACE calls for colleges nationwide to take the following concrete steps to restore meritocracy in their admissions processes:

## 1.    Colleges should faithfully implement the Supreme Court's decisions on affirmative action

The Supreme Court found the use of race in admissions to be both unconstitutional and a violation of the Civil Rights Act. As such, proxies for race or ethnicity are also illegal in admissions.

While educational institutions may be tempted to use essays, zip codes, high school of graduation, socio-economic status, or other non-race factors to intentionally favor certain races, the Supreme Court has already addressed the use of race proxies. Responding to a dissent's allegation that non-race factors could be intentionally used to further racial diversity, Chief Justice John Roberts wrote: "[D]espite the dissent's assertion to the contrary, universities may not simply establish through application essays or other means the regime we hold unlawful today. (A dissenting opinion is generally not the best source of legal advice on how to comply with the majority opinion.) '[W]hat cannot be done directly cannot be done indirectly. The Constitution deals with substance, not shadows,' and the prohibition against racial discrimination is 'levelled at the thing, not the name.'"

To this effect, AACE recommends the following measures:

### 1.1.    Stop using race or ethnicity in the applications process

3

### 1.2.    Adopt blind rating approach

Much like blind grading, remove information from an application (at the time when an application is rated or judged for a decision on admission or denial) that would indicate an applicant's race, such as first and last name, zip code, parent's names and educational institutions, or names of social clubs;

### 1.3.    When considering applicants' experiences, treat each applicant as an individual and not as a member of any racial group

As the Supreme Court rulings specified regarding a student writes race in an essay: "A benefit to a student whose overcame racial discrimination, for example, must be tied to that student's courage and determination. Or a benefit to a student whose heritage or culture motivated him or her to assume a leadership role or attain a particular goal must be tied to that student's unique ability to contribute to the university. In other words, the student must be treated based on his or her experiences as an individual—not on the basis of race."

1.4. Handle student race data lawfully. If required by the law, statistical data regarding students' race should be collected and stored in a separate database not accessible by admissions officers or other participants of student evaluation during the admissions process. It can be only used for post-admission statistical reporting.

1.5. Eliminate use of proxies for race or ethnicity, such as geographic areas of residence, zip code, family background, school districts, or names of individual schools, throughout the admissions process. Similarly, use of community outreach programs to recruit students from allegedly underserved or under-resourced areas is a thin proxy for race that should cease to be used. To faithfully implement the Supreme Court's rulings, colleges should treat all students of all racial groups the same.

1.6. Keep admissions data for at least seven years, in line with the statute of limitation for civil rights violations.

AACE and our partnering organizations will continue to actively monitor colleges and universities' admissions practices. Any use of race or race proxies during college admissions is a blatant violation of the Supreme Court's rulings and will trigger legal action, to include class action lawsuits and demands for damages and injunctive relief.

4

**2.     Colleges should base their admissions criteria on their educational programs, not woke skin-color diversity and racial equity**

Colleges and universities should tailor their admissions criteria to the purpose of their academic programs. For example, in addition to sufficient academic readiness, admissions criteria for business or public policy programs should place reasonable weight on applicants' leadership skills and the diversity of students' ideas and experiences than those of other majors of study. In a similar vein, admission criteria for STEM programs should place more value on academic performance on STEM subjects. Perceived introvertedness should not be considered a weakness for STEM applicants.

Though an individual student's unique experiences or personality characteristics may contribute to student learning, it should not be the dominant factor to consider in admissions. Colleges should prioritize criteria that measure an applicant's potential to succeed in college. In this regard, uniqueness is an unhelpful characteristic, as many successful students, and people generally, share many similar characteristics, such as a solid academic foundation, strong intellectual curiosity, motivation, grit in overcoming adversity, and civic behaviors.

**3.     Rely on objective measures in admissions**

Objective measures, such as standardized test scores, grade point average, and number of Advanced Placement classes and scores, and winning of objectively judged competitions, should be the primary means of judging applicants. Relevant subjective measures such as leadership skills could be used for appropriate fields of studies, such as business management or public policies. However, over reliance on subjective measures may lead to manipulation, abuse, or racial discrimination through more nebulous means. The troubling fact is, today nearly 81%, of all colleges have made standardized testing optional. Colleges and universities that ceased using standardized tests before or since the COVID 19 pandemic should restore use of standardized tests.

**4.     Cease use of legacy and other favoritism programs**

AACE firmly believes that programs that favor children of faculty, staff, alumni, and donors are immoral and should not be legal. Thankfully, the solution to legacy and other favoritism programs is simple: Stop giving preference to children of faculty, staff, alumni, and donors.

5

**5.      Regulate and monitor athletic recruits**

According to studies and recent criminal investigations, athletic programs have led to corruption and unfair treatment of other college applicants. Such programs need to be strictly regulated and monitored in several ways.

First, the number of athletic recruits should correlate with the needs of the athletic program; in other words, the number of athletic recruits admitted should be no more than is necessary for the program. Second, students enrolled through athletic programs must participate in their sports programs. Third, colleges and universities must audit their athletic programs to ensure student athletes actually participate in their sports teams with proven skills and ensure an athletic program is not used as a pay-for-admissions workaround to the admissions process. Fourth, student athletes should be subject to the adequate academic standards similar to all other applicants.

\*\*\*

**Finally, AACE urges American governments at the federal, state, and local levels to take concrete measures to address the root causes of the failing K to 12 education system in American inner cities.**

It is not meritocracy, but politicians' failure to provide adequate K-to-12 education to too many black and Hispanic children that has caused a lack of racial diversity in colleges and universities. Without enough college-ready black and Hispanic high school graduates in the pipeline, colleges had to use race-based affirmative action to artificially improve their admissions. Affirmative action treated Asian Americans as scapegoats to cover up the failures of those politicians who manage America's inner cities.

For too long, American society has ignored this policy failure of those who run America's inner cities. After the Supreme Court's rulings on affirmative action, it is time to hold these politicians and governments accountable. Improving K-to-12 education in America through structure reform including school choice is the only constitutional and effective way to enhance diversity in American higher education.

**Asian American Coalition for Education**

August 25, 2023

6

# EXHIBIT 14

**Page Vault**

| | |
|---|---|
| Document title: | High school grad rejected by 16 colleges gets hired by Google |
| Capture URL: | https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/ |
| Page loaded at (UTC): | Tue, 24 Mar 2026 20:52:01 GMT |
| Capture timestamp (UTC): | Tue, 24 Mar 2026 20:52:03 GMT |
| Capture tool: | 3.20.3 |
| Collection server IP: | 3.85.92.161 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 11 |
| Capture ID: | cH9h1PtiX3HSX4FWszSQCz |
| Display Name: | johnathon.mann |

PDF REFERENCE #:     1xrToGtD1gjAPaFTssmeBC



Get 6 months of unlimited access for $99 $1    Subscribe now

**USA TODAY**

YOUR SOURCE FOR NEWS
**Find us on Google**

USA 250
**Eating like it is 1776**

NEWS TO YOUR INBOX
**Start the day smarter ☀**

TAP INTO THE NEWS
**Get the USA TODAY app**

**SUBSCRIBE NOW**
$1 for the first 6 months

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword      79°F ☀   Subscribe   Sign In ∨

Advertisement

EDUCATION                                          Google Inc     Add Topic +

# California high school grad lands job at Google after being rejected by 16 colleges

**Emily Vetter**
USA TODAY

Oct. 13, 2023, 10:18 a.m. ET



Explain a big story in simple terms.                    →

What's happening right now?                             →

What's expected to change soon in the news?             →

**DeeperDive** (BETA)   What's expected to change soon in the news?   →

Google has hired a California high school graduate after he was rejected by 16 colleges including both Ivy League and state schools.

18-year-old Stanley Zhong graduated from Gunn High School in Palo Alto, California, a city part of Silicon Valley. According to ABC7 Eyewitness News, he had a 3.97 unweighted and 4.42 weighted GPA, scored 1590 out of 1600 on the SATs and launched his own e-signing startup his sophomore year called RabbitSign.

Zhong was applying to colleges as a computer science major. He told ABC7 some of the applications, especially to the highly selective schools like MIT and Stanford were "certainly expected," but thought he had a good chance at some of



CLOSE ✕

Document title: High school grad rejected by 16 colleges gets hired by Google
Capture URL: https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:52:03 GMT

Get 6 months of unlimited access for $59 $1    Subscribe now

USA TODAY

YOUR SOURCE FOR NEWS
Find us on Google

USA 250
Eating like it is 1776

NEWS TO YOUR INBOX
Start the day smarter ✷

TAP INTO THE NEWS
Get the USA TODAY app

SUBSCRIBE NOW
$1 for the first 6 months

U.S.    Politics    Sports    Entertainment    Life    Money    Travel    Opinion    Crossword    🔍    79°F ☀    Subscribe    Sign In ⌄

Stanford were "certainly expected," but thought he had a good chance at some of the other state schools.

Advertisement

He had planned to enroll at the University of Texas, but has instead decided to put school on hold when he was offered a full-time software engineering job at Google.

**More:** Students for Fair Admissions picks its next affirmative action target: US Naval Academy

## Impact of affirmative action ruling on higher education

Zhong was rejected by 16 out of the 18 colleges to which he applied: MIT, Carnegie Mellon, Stanford, UC Berkeley, UCLA, UCSD, UCSB, UC Davis, Cal Poly San Luis Obispo, Cornell University, University of Illinois, University of Michigan, Georgia Tech, Caltech, University of Washington and University of Wisconsin.

Advertisement

Chuck Norris cause of death. Here's what we know
NEWS

Wait a second. Pete Hegseth spent $93 BILLION on what now?
OPINION

Dermatologist: 2 Mistakes Making Your Eye Bags Worse
The Beauty Insider | Ad

We're always working to improve your experience. Let us know what you think.

Advertisement



CLOSE ✕

Document title: High school grad rejected by 16 colleges gets hired by Google
Capture URL: https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:52:03 GMT

Get 6 months of unlimited access ~~for $99~~ $1    Subscribe now

USA TODAY

YOUR SOURCE FOR NEWS
**Find us on Google**

USA 250
**Eating like it is 1776**

NEWS TO YOUR INBOX
**Start the day smarter ☀**

TAP INTO THE NEWS
**Get the USA TODAY app**

SUBSCRIBE NOW
$1 for the first 6 months

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword   79°F   Subscribe   Sign In

He was accepted only by the University of Texas and University of Maryland.

A witness testifying to a Sept. 28 hearing to the House Committee on Education and the Workforce brought up Zhong's story in a session about affirmative action, which was outlawed in June by the Supreme Court at most colleges and universities.

Affirmative action was a decades-old effort to diversify campuses. The June Supreme Court ruling requires Harvard and the University of North Carolina, along with other schools, to rework their admissions policies and may have implications for places outside higher education, including the American workforce.

Why are students still so behind post-COVID? Their school attendance remains abysmal





Advertisement

Document title: High school grad rejected by 16 colleges gets hired by Google
Capture URL: https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:52:03 GMT
Page 3 of 10

Get 6 months of unlimited access for $99 $1   Subscribe now



USA TODAY

| YOUR SOURCE FOR NEWS | USA 250 | NEWS TO YOUR INBOX | TAP INTO THE NEWS | SUBSCRIBE NOW |
|---|---|---|---|---|
| Find us on Google | Eating like it is 1776 | Start the day smarter ☀ | Get the USA TODAY app | $1 for the first 6 months |

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword   🔍   79°F ☀   Subscribe   Sign In ⌄

A look at the day's best photographs from around the world.

Advertisement



California Privacy



**Women Over 45: The Eye Bag Mistake You're Making**
A physician explains why everything you've tried for under-eye bags targe...
The Beauty Insider | Ad



**How To Clean Your Yard In 5 Mins (No Back Pain)**
Seese Pro | Ad          Learn More



**Top U.S. Memory Loss Experts: Avoid This Drink Like It's Poison. Do You Drink It?**
Health Wat... | Ad          Read More



**Assisted Living Accelerates 'The Decline.' What This Son Did Instead**
This doctor found what Japanese have always known
Besyner | Ad



**Doctors Explain: Why Side Sleepers Wake Up With Shoulder Pain**
Sleep Digest Publication | Ad



**Assisted Living Speeds 'The Decline.' But This Son Knew Better**
This doctor found what Japanese have always known
US Health Spotlight | Ad



**Memory Loss Triggered by This Daily Habit: Do You Do It?**
HealthFrontLine | Ad          Learn More



**This Drink Helped Me Fit Into A Size 6 At 60 Years Old**
Gundry MD | Ad          Learn More



CLOSE ✕



**9 Out Of 10 American Kitchens Have This Toxic Pan — Here's The One That's Safe**



**California Is Cracking Down On Toxic Cookware — Here's The Safe Alternative**

Get 6 months of unlimited access for $99 $1    Subscribe now

USA TODAY

YOUR SOURCE FOR NEWS
**Find us on Google**

USA 250
**Eating like it is 1776**

NEWS TO YOUR INBOX
**Start the day smarter** ☀

TAP INTO THE NEWS
**Get the USA TODAY app**

SUBSCRIBE NOW
$1 for the first 6 months

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword      79°F ☀   Subscribe   Sign In ⌄

Toxic Pan — Here's The One That's Safe

Kitchen-Experts | Ad

Cookware — Here's The Safe Alternative

Kitchen-Experts | Ad

Learn More

Advertisement



## Deal of the Day



**Sofía Vergara Loves Hands-Free Skechers— Buy One, Get One 50% Off Now**

USA TODAY NETWORK



**Amazon Has Nighttime Gummies For Kids On Sale For Less Than $10**

USA TODAY NETWORK

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

## Recommended



### Las Vegas elevates the business event experience

STORY FROM LAS VEGAS



**Santa Clara Women Love This Closing Jewelry Store**

Clara Jane | Ad

Learn More



**Costco Shoppers Say This Antiwrinkle Item Is "Actually Worth It"**

Olavita | Ad

## More Stories



**Dolly Parton health update: Star is 'taking good care' of issues**

entertainment



**Billy Joel's daughter gives update on his brain disorder battle**

entertainment

CLOSE ✕



Get 6 months of unlimited access **for ~~$99~~ $1**    Subscribe now



USA TODAY

| YOUR SOURCE FOR NEWS | USA 250 | NEWS TO YOUR INBOX | TAP INTO THE NEWS | SUBSCRIBE NOW |
| **Find us on Google** | **Eating like it is 1776** | **Start the day smarter ☀** | **Get the USA TODAY app** | $1 for the first 6 months |

U.S.    Politics    Sports    Entertainment    Life    Money    Travel    Opinion    Crossword    79°F    Subscribe    Sign In ⌄



### Two boys made deepfake porn of 60 girls. It left a school, small town reeling

life



### Sheriff in Nancy Guthrie case gives update on investigation timeline

entertainment

Advertisement



**Brain Decay Update: The Everyday Drink Experts Are Now Watching**

Medical News | Ad          Learn More



**Research Pool Heat Pump Installation Price (Top Results)**

Yahoo Search | Pool Heat Pum... | Ad          Learn More



**Transform Your Yard With This Stunning Windmill**

Esslyn | Ad          Learn More



**The "Invisible" Foundation Women Use to Look Younger**

Women´s Beauty Advice | Ad          Learn More

## More Stories



### Taylor Frankie Paul's controversy might destroy 'Bachelor' franchise

entertainment



### 'Good, I'm glad he's dead,' says Trump about Russia probe prosecutor

news



### Kate Hudson walks Oscars red carpet with mother Goldie Hawn — See photos

entertainment

CLOSE ✕



Get 6 months of unlimited access **for $59 $1**    Subscribe now



**USA TODAY**

| YOUR SOURCE FOR NEWS | USA 250 | NEWS TO YOUR INBOX | TAP INTO THE NEWS | SUBSCRIBE NOW |
| Find us on Google | Eating like it is 1776 | Start the day smarter ✳ | Get the USA TODAY app | $1 for the first 6 months |

U.S.  Politics  Sports  Entertainment  Life  Money  Travel  Opinion  Crossword    79°F ☀    Subscribe    Sign In ⌄




**ICE agents begin work at Philadelphia airport**
travel



**The All-New Toyota Tacoma Tacozilla: View The Full Gallery**
Car & Driver | Ad



**The hat everyone needs in 2025!**
Ranch & Row | Ad        Shop Now



**"Incredible" new pet tags handed to every dog in California**
Online Pet Advice | Ad        Learn More



**Neck Wrinkles? This $35 Peptide Is Catching Attention**
American Beauty Insights | Ad



**After 57 Years, Henri's Handmade Caps Are Gone Forever...**
Henri's Caps | Ad        Shop Now

## More Stories



**Denise Richards reveals shocking facelift results**
entertainment



**Can we all agree it's time for Tucker Carlson to go away?**
opinion

Advertisement



CLOSE ✕

---

Document title: High school grad rejected by 16 colleges gets hired by Google
Capture URL: https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:52:03 GMT

Get 6 months of unlimited access ~~for $59~~ $1    Subscribe now



USA TODAY

| YOUR SOURCE FOR NEWS | USA 250 | NEWS TO YOUR INBOX | TAP INTO THE NEWS | SUBSCRIBE NOW |
| Find us on Google | Eating like it is 1776 | Start the day smarter ☀ | Get the USA TODAY app | $1 for the first 6 months |

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword        79°F ☀   Subscribe   Sign In ⌄



### Cher's son Chaz Bono gets married
entertainment



### Bill Cosby accuser awarded $59 million for 1972 drugging, rape
entertainment

## Recommended



### What to know about Air Canada pilots killed on runway at LaGuardia
news



### When itching isn't normal: How food allergies affect pets
STORY FROM ROYAL CANIN

Advertisement





**If You Get Social Security, Don't Skip Your Benefit Check In March**
Save Big Online | Ad

Learn More



**This Discreet Hearing Aid Is Helping Seniors Hear Clearly Again**
Oricle Hearing | Ad

Learn More

## More Stories



### Barron Trump turns 20 on the 20th. What to know about the first son
news

CLOSE ✕



Get 6 months of unlimited access for $59 $1    Subscribe now



USA TODAY

YOUR SOURCE FOR NEWS
Find us on Google

USA 250
Eating like it is 1776

NEWS TO YOUR INBOX
Start the day smarter ☀

TAP INTO THE NEWS
Get the USA TODAY app

SUBSCRIBE NOW
$1 for the first 6 months

U.S.    Politics    Sports    Entertainment    Life    Money    Travel    Opinion    Crossword    79°F    Subscribe    Sign In

Advertisement



### Pensacola airport could close if TSA workers stop showing up
news



### Neil Sedaka's cause of death revealed
entertainment

### What grades did Arizona State receive for new coach hire?
sports





**Women Over 40 Can't Stop Talking About This Foundation**
Legacare | Ad                    Learn More



**This Patriotic Sign Is Becoming a 2026 Favorite.**
250th Patriotic Eagle | Ad        Read More

Advertisement

CLOSE ✕



About                Support                Stay Connected                Our Portfolio

Document title: High school grad rejected by 16 colleges gets hired by Google
Capture URL: https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:52:03 GMT

Get 6 months of unlimited access for $59 $1   Subscribe now

**USA TODAY**

YOUR SOURCE FOR NEWS
**Find us on Google**

USA 250
**Eating like it is 1776**

NEWS TO YOUR INBOX
**Start the day smarter** ☀

TAP INTO THE NEWS
**Get the USA TODAY app**

SUBSCRIBE NOW
$1 for the first 6 months

U.S.   Politics   Sports   Entertainment   Life   Money   Travel   Opinion   Crossword   79°F   Subscribe   Sign In



Legacare | Ad   Learn More   250th Patriotic Eagle | Ad   Read More

Advertisement

**About**

About Us

Newsroom Staff

Ethical Principles

USA TODAY Network Style Guide

Responsible Disclosure

Request a Correction

Media Room

Accessibility

Sitemap

Subscription Terms & Conditions

Advertiser Acceptance Policy

Terms of Service

Privacy Policy

California Notice at Collection

Your Privacy Choices

**Support**

Contact Us

Help Center

Manage Account

Give Feedback

Get Home Delivery

eNewspaper

USA TODAY Shop

USA TODAY Print Editions

Licensing & Reprints

Advertise With Us

Careers

Internships

Support Local Business

**Stay Connected**

News Tips

Submitting letters to the editor

Podcasts

Newsletters

Mobile Apps

Facebook

X

Instagram

LinkedIn

Threads

YouTube

Reddit

Flipboard

**Our Portfolio**

Real Estate

10BEST

USAT Savings

Shopping

Deals

Cashback

Best-selling Booklist

Southern Kitchen

Jobs

Sports Betting

Sports Weekly

CLOSE ✕

© 2026 USA TODAY, a division of Gannett Satellite Information Network, LLC.

Document title: High school grad rejected by 16 colleges gets hired by Google
Capture URL: https://www.usatoday.com/story/news/education/2023/10/13/google-hired-high-school-grad-colleges-rejections-stanley-zhong/71166136007/
Capture timestamp (UTC): Tue, 24 Mar 2026 20:52:03 GMT                                                                 Page 10 of 10

# EXHIBIT 15

**PageVault**

| | |
|---|---|
| Document title: | Undergraduate Demographics - Paul G. Allen School of Computer Science & Engineering |
| Capture URL: | https://www.cs.washington.edu/academics/undergraduate/student-life/undergraduate-demographics/ |
| Page loaded at (UTC): | Thu, 26 Mar 2026 21:05:13 GMT |
| Capture timestamp (UTC): | Thu, 26 Mar 2026 21:07:23 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 4 |
| Capture ID: | vy9ZWUjGtrCGNYcZdVff4f |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    gpYAcLXMRz7LBtBZdXwsBk



English

**WHO WE ARE** ▾    **PEOPLE** ▾    **ACADEMIC PROGRAMS** ▾    **RESEARCH & INNOVATION** ▾    **COMMUNITY ENGAGEMENT** ▾

**NEWS & EVENTS** ▾

## STUDENT LIFE

🏠 / Academic Programs / Undergraduate Education / Student Life / Undergraduate Demographics

# Undergraduate Demographics

Demographics for all University of Washington programs are available on UW's Business Intelligence (BI) Portal. In Fall 2024, as reported there, the Allen School's undergraduate demographics were:

| Description | Percentage |
| --- | --- |
| Washington Resident | 84.2% |
| Domestic Non-Resident | 5.9% |
| International | 9.9% |

| Description | Percentage |
| --- | --- |
| First Generation (4 year degree) | 24.7% |

| Description | Percentage |
| --- | --- |
| Pell-Eligible | 21.4% |

| Description | Percentage |
| --- | --- |
| Female | 33.5% |
| Male | 66.5% |

| Description | Percentage |
| --- | --- |
| American Indian or Alaska Native | 0.2% |
| Asian American | 51.8% |

| **Student Life** | ↑ |
| --- | --- |
| Student Organizations | |
| Student Recognition | |
| **Undergraduate Demographics** | |

## Allen School Events Calendar

**APR 6 MON** — **Ph.D. Dissertation Defense Talk: Pathways to Impact in Digital Health: Studies in Malawi and Kenya**
Mon, Apr 6, 9 a.m.

**APR 6 MON** — **Ph.D. Dissertation Defense Talk: computing is for everybody: Pedagogy for Joyful Secondary Computing**
Mon, Apr 6, 2 p.m.

**APR 16 THU** — **Distinguished Lecture Series: Mike Dodds - What Happens to Software When Proof is Cheap?**
Thu, Apr 16, 3:30 p.m.

**APR 16 THU** — **Information session: Professional Master's Program**
Thu, Apr 16, 5 p.m.

**APR 20 MON** — **Information Session: Graduate Certificate in Modern AI Methods**
Mon, Apr 20, 12 p.m.

**View all calendar events »**

## Follow the Allen School



**Follow the Allen School**

| Description | Percentage |
|---|---|
| American Indian or Alaska Native | 0.2% |
| Asian American | 51.8% |
| Black or African American | 3.8% |
| Hispanic or Latino | 4.6% |
| Native Hawaiian or Other Pacific Islander | 0.1% |
| White | 15.7% |
| Two or More Races | 5.9% |
| International | 9.9% |
| Not Indicated | 8.0% |

▼ **2023 Undergraduate Demographics**

| Description | Percentage |
|---|---|
| Washington Resident | 83.7% |
| Domestic Non-Resident | 6.4% |
| International | 9.9% |

| Description | Percentage |
|---|---|
| First Generation (4 year degree) | 26.1% |

| Description | Percentage |
|---|---|
| Pell-Eligible | 18.3% |

| Description | Percentage |
|---|---|
| Female | 33.3% |
| Male | 66.7% |

| Description | Percentage |
|---|---|
| American Indian or Alaska Native | 0.1% |
| Asian American | 50.2% |
| Black or African American | 3.4% |
| Hispanic or Latino | 4.7% |
| Native Hawaiian or Other Pacific Islander | 0.1% |

Document title: Undergraduate Demographics - Paul G. Allen School of Computer Science &amp; Engineering
Capture URL: https://www.cs.washington.edu/academics/undergraduate/student-life/undergraduate-demographics/
Capture timestamp (UTC): Thu, 26 Mar 2026 21:07:23 GMT

120

Male

| Description | Percentage |
|---|---|
| American Indian or Alaska Native | 0.1% |
| Asian American | 50.2% |
| Black or African American | 3.4% |
| Hispanic or Latino | 4.7% |
| Native Hawaiian or Other Pacific Islander | 0.1% |
| White | 17.8% |
| Two or More Races | 6.1% |
| International | 9.9% |
| Not Indicated | 7.6% |



**W | PAUL G. ALLEN SCHOOL**
**OF COMPUTER SCIENCE & ENGINEERING**

### Helpful Information

**Main Administrative Offices**
Paul G. Allen Center
Box 352350
185 E Stevens Way NE
Seattle, WA 98195-2350

**Contact Us**
Main Tel: (206) 543-1695
Media Inquiries: media at cs.washington.edu
Webmaster: support at cs.washington.edu

Get Directions
Internal Web
MyCSE
Sitemap
Accessibility
Privacy
Terms
Image Credits

### Student Services

Bill & Melinda Gates Center
Box 352355
3800 E Stevens Way NE
Seattle, WA 98195-2355

**Undergraduate Advising:**
ugrad-adviser at cs.washington.edu

**Undergraduate Outreach & Recruitment:**
outreach at cs.washington.edu

**Professional Master's Program Advising:**
masters at cs.washington.edu

**Graduate (Ph.D.) Advising:**
grad-advising at cs.washington.edu

### Academics

Future Students
Undergraduate Education
Graduate Education
Postdoctoral Program
Non-Major Options
Interdisciplinary Offerings
Courses
Teaching Assistants

### Research

Artificial Intelligence
Computing + Biology
Human-Centered Computing
Interaction with the Physical World
Software & Hardware Systems
Theory & Models of Computation

Connect with the Allen School

  

**Computer Engineering degree program accredited by ABET**

© 2026 Paul G. Allen School of Computer Science & Engineering, University of Washington, Seattle WA

# EXHIBIT 16

**Page Vault**

| | |
|---|---|
| Document title: | Affirmative action ruling won't change our values or our mission – 33rd President |
| Capture URL: | https://www.washington.edu/33rd-president/2023/08/01/affirmative-action-ruling/ |
| Page loaded at (UTC): | Thu, 19 Mar 2026 20:26:16 GMT |
| Capture timestamp (UTC): | Thu, 19 Mar 2026 20:26:43 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 3 |
| Capture ID: | 9u1xCe21JcmJxuHMLSwtFe |
| Display Name: | johnathon.mann |

PDF REFERENCE #:    mQUhaL4zMojgUj9iR7niSE

# PAST-PRESIDENTIAL BLOG

🏠 / [Past-Presidential Blog](#) / Affirmative action ruling won't change our values or our mission

## This page has been archived and is not updated.

This page is kept only for reference, research, or recordkeeping purposes and is no longer updated. If you need assistance, please contact Office of the President at [president@uw.edu](mailto:president@uw.edu).

## Affirmative action ruling won't change our values or our mission

Posted on [August 1, 2023](#)

While the recent U.S. Supreme Court ruling that effectively ends affirmative action in college admissions decisions was not surprising, it created much disappointment and concern for many who have been working hard to ensure that our colleges and universities were truly accessible to all, including those who have been historically underrepresented and marginalized. And while it is likely to have little impact on the UW's admissions practices, given that I-200 already prohibited the use of race as a factor in hiring or admissions by Washington's public universities, I fear that it is sending the wrong message to many of our nation's youth at a time when we are experiencing post-pandemic drops in enrollment in higher education, especially among low income youth of color. That is why it is important to re-emphasize that as the University FOR Washington, nothing about the ruling will change our commitment to creating opportunity and expanding access to a world-class education for students from all backgrounds.

We remain wholeheartedly committed to our values and conviction that diversity, equity and belonging are intrinsic requirements for educational success and for the success of our society. We also remain committed to our [Race & Equity Initiative](#), and all of the outstanding work happening across our campuses and our health care enterprise to take shared responsibility for ensuring equity for all in our educational, vocational, and health care programs. For example, we will continue to conduct robust outreach and recruiting efforts to attract students, faculty and staff applicant pools that reflect the diversity of our state and nation.

As noted, because of the state law that has been in place for more than two decades, we do not expect the ruling to result in major changes to UW admissions policies or practices, although we will continue to monitor and analyze the impact of this and any future rulings. The Attorney General's Office has reviewed the *SFFA v. Harvard* decision and we are confident that the UW is already in compliance; you can read more about it in [this summary](#).

Nonetheless, we recognize that while this ruling is limited to college admissions, this

### Ana Mari Cauce's legacy

### Biography of Past-President Ana Mari Cauce

### Annual President's Address

### Past-Presidential Blog

## PAST-PRESIDENT'S BLOG

**Celebrating Bill Neukom's legacy of vision, spirit and leadership**
8 months ago

**As our academic year ends, it has been an honor to serve**
9 months ago

**Honoring Jewish Heritage Month and opposing antisemitism**
10 months ago

**Important information about Title VI at the UW**
10 months ago

## ABOUT THIS BLOG

The University of Washington is a community of tens of thousands of students, scholars and staff who have a range of views on the topics and issues discussed in this blog. We welcome open dialogue as part of our University's commitment to free inquiry and academic freedom. For more information, see our [Executive Office statements policy](#).

commitment to creating opportunity and expanding access to a world-class education for students from all backgrounds.

We remain wholeheartedly committed to our values and conviction that diversity, equity and belonging are intrinsic requirements for educational success and for the success of our society. We also remain committed to our Race & Equity Initiative, and all of the outstanding work happening across our campuses and our health care enterprise to take shared responsibility for ensuring equity for all in our educational, vocational, and health care programs. For example, we will continue to conduct robust outreach and recruiting efforts to attract students, faculty and staff applicant pools that reflect the diversity of our state and nation.

As noted, because of the state law that has been in place for more than two decades, we do not expect the ruling to result in major changes to UW admissions policies or practices, although we will continue to monitor and analyze the impact of this and any future rulings. The Attorney General's Office has reviewed the *SFFA v. Harvard* decision and we are confident that the UW is already in compliance; you can read more about it in this summary.

Nonetheless, we recognize that while this ruling is limited to college admissions, this is an opportune time to review other organizational practices related to hiring and DEI-focused programming. We are convening working groups to provide all our units with clear guidance on how to maintain compliance with current law related to admissions and hiring practices. Any updates to guidance for admissions and HR are expected in the fall. If you have specific questions about the legal summary or an urgent issue, please send a request for Attorney General advice through your unit leadership.

The Supreme Court decision does not in any way alter our values and mission, and I remain deeply grateful to everyone across the UW who is working for a more equitable future and a University – and world -in which everyone, regardless of race, ethnicity, gender, or socioeconomic status is truly welcomed, supported and has the opportunity to thrive.

   

**❮ Previous article**
In the face of challenges, let's keep working and celebrating this Pride Month

**Next article ❯**
Excited for what our move to the Big Ten will bring

## ABOUT THIS BLOG

The University of Washington is a community of tens of thousands of students, scholars and staff who have a range of views on the topics and issues discussed in this blog. We welcome open dialogue as part of our University's commitment to free inquiry and academic freedom. For more information, see our Executive Office statements policy.

## ANA MARI CAUCE'S TWITTER

Follow UW Past-President Ana Mari Cauce on Twitter @amcauce.



UNIVERSITY *of* WASHINGTON

*BE BOUNDLESS*

Connect with us:

Accessibility / Contact Us / Jobs / Campus Safety / My UW / Rules Docket / Privacy / Terms / Newsletter

© 2026 University of Washington | Seattle, WA

# EXHIBIT 17



# PAUL G. ALLEN SCHOOL
## OF COMPUTER SCIENCE & ENGINEERING

# DIVERSITY, EQUITY, INCLUSION & ACCESS 5–YEAR STRATEGIC PLAN

September 2021

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

Cover photo ©Tim Griffith

2

# TABLE OF CONTENTS

**Acknowledgments**................................................................................................4

**Context**.............................................................................................................5

**Overview**..........................................................................................................6

**Definition of Terms** .........................................................................................8

**DEIA Desired State**...........................................................................................9

**Strategy**..........................................................................................................10

    Curricula & Programs (C&P) Imperative ........................................................11

    Professional Development (PD) Imperative .....................................................16

    Policies & Procedures (P&P) Imperative ........................................................18

    Internal Community Engagement & Support (CE) Imperative.........................22

    Outreach Imperative ...................................................................................27

    Budget Management (BM) Imperative...........................................................33


**PAUL G. ALLEN SCHOOL**
**OF COMPUTER SCIENCE & ENGINEERING**

# Acknowledgments

We thank all students, staff, faculty, and community members who participated in the creation of this strategic plan by sharing their ideas, providing comments, or engaging hands-on in DEIA activities. We also thank Seraphim Consulting for their guidance throughout the process.

4

# CONTEXT

The Paul G. Allen School of Computer Science & Engineering (CSE) is committed to increasing diversity, equity, inclusion, and access (DEIA) across identity groups (including but not limited to gender, ethnicity, race, LGBTQ+ status, dis/ability) in such a way that all members of our community are safe, included, and equitably supported. Consistent with this commitment, even before this Strategic Plan, we have had a number of DEIA-related activities already in place (see the "Example Ongoing Activities" column in the tables below).

With this Strategic Plan, the Allen School commits to a coordinated DEIA plan for the future. Prior to this Plan, existing activities were developed and implemented independently for the most part, with both duplication and gaps in coverage and no long-term plan for persistence. The Plan aims to knit together our existing DEIA efforts with new activities (where needed) into a cohesive, effective and sustainable whole.

> Our Desired End State is one in which we have significantly increased the diversity of the Allen School community while providing community members with the opportunity to be their authentic selves in an environment that is safe, fair, equitable, accessible, and supportive.

Many members of the Allen School community — undergraduate students, graduate students, postdocs, faculty, and staff — contributed to the creation of this Strategic Plan, participating in numerous meetings and submitting documents over a two-year period. We thank them for their time, energy, and commitment! The Plan was also informed by the results of a school-wide climate survey, course evaluations, and the Allen School's participation in the national Data Buddies Survey. All of this input was captured, giving us a lot of content but not much of the organization, structure and details needed to ensure an effective, overall implementation. A much smaller group of faculty and staff met over an eight-month period with an outside consultancy (led by Linda Callecod from Seraphim Consulting) to organize the amassed content into its current form as a well-structured, detailed, and actionable plan.

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

# OVERVIEW

The five-year DEIA Strategic Plan describes our Desired End State as a state in which we have significantly increased the diversity of the Allen School community while providing our community members with the opportunity to be their authentic selves in an environment that is safe, fair, equitable, accessible, and supportive. In addition, members of our community will understand the relationships between people, society, and technology, and students will be taught the skills necessary to create technologies designed for everyone. Rather than be conservative and target a desired state we knew was achievable in five years, our plan is visionary; we may not achieve this full end state in five years, but we expect to make significant progress towards it that will inform our DEIA activities and plans as we move forward.

To achieve the desired state, we adopt a three-part strategy aiming to (1) increase the diversity of our community and each cross section, (2) improve the quality and equity of one's experience at the Allen School, and (3) build the capacity of our community to produce technology that is just, equitable, and socially aware.

In implementing our strategy, we utilize six imperatives. Each imperative is a vehicle for change, and together, these imperatives enable us to fulfill the strategy. Each imperative is further defined by a set of goals.

1. **Curricula & Programs.** This imperative has three elements: the first is to significantly revamp our introductory course sequence (currently CSE142/143) in order to make it more accessible and engaging to students with a range of interests and prior preparation, the second is to deploy a variety of academic supports reaching students at a number of different levels, and the third is to add education on DEIA, justice, and the societal implications of technology in a range of new and existing courses.

2. **Professional Development.** The first goal for this imperative is to increase awareness in all members of our community of the importance of DEIA and current mechanisms for addressing it within the Allen School, in the field of computing, and in the technology that we produce. The second goal is to raise awareness and adoption of best practices for inclusive teaching and presentations.

3. **Policies & Procedures.** This imperative aims to ensure that equitable, inclusive, and consistently used policies and procedures are in place for school-wide hiring, evaluation and promotion, admission, and allocation of resources and opportunities. In addition, it aims to improve procedures for reporting and responding to incidents that violate DEIA principles.

6

4. **Internal Community Engagement & Support.** This imperative will engage members of the Allen School in DEIA activities, including increased access to peer groups with a focus on better supporting diverse students/postdocs in the Allen School, mentorship programs for faculty, staff, and graduate students/postdocs, and mechanisms for participation in community celebrations and other DEIA events and activities.

5. **Outreach.** This imperative will build effective pipelines for entering the Allen School as undergraduate, B.S./M.S., and Ph.D. students, faculty, and staff with a focus on increasing diversity. It will also include efforts to expand professional development opportunities for teachers in Washington who seek to bring computer science to K-12 schools across the state, and to strengthen the Allen School's participation in and contributions to national consortia and alliances that work to improve DEIA in undergraduate and graduate programs.

6. **Budget Management.** This imperative aims to ensure a sufficient, persistent, and effectively managed budget that allows us to achieve our DEIA strategic goals.

Each goal for an imperative is associated with a set of tactics or concrete activities that will be undertaken to achieve that goal, and a set of objective measurements that will enable us to assess our progress. Overall accountability will be ensured by the Allen School's Associate Director for DEIA and Director for DEIA Strategy and Operations (currently Professor Yoshi Kohno and Dr. Jan Cuny, respectively). They will oversee supervisors for each goal, who will in turn ensure that the goals are being effectively implemented with appropriate measurements. Although numerous people may work on any individual tactic, for accountability, each tactic has an identified lead or co-lead, who report to the goal supervisor.

After several years of developing this Strategic Plan, we are excited now to pivot to its implementation. We are committed to building a diverse community and the safe, fair, equitable, and supportive environment that we envision.

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

# DEFINITION OF TERMS

**Diversity:** The representation and honoring of all identities, backgrounds, cultures, dis/abilities, socioeconomic status, experiences, and perspectives.

**Equity:** The absence of systemic and isolated oppression, favoritism, stereotyping, and prejudice, including but not limited to racism, sexism, xenophobia, and ableism; the broad support of everyone to have their needs met, to access resources and opportunities, and to participate in the social network.

**Inclusion:** To welcome and invite everyone and all groups "to the table," where all voices are listened to, everyone matters and has a sense of belonging, and no one feels like an outsider but feels a part of a supportive, welcoming community where it is safe to be transparent, vulnerable, and authentic.

**Access:** Having no barriers to participation, opportunities, or resources, including but not limited to access for people with different dis/abilities or backgrounds; having information and expectations publicly available by default, not by request or social network; being unlimited by assumptions and able to overcome traditional barriers and be first, having had conventional hindrances removed and being the recipient of intentional outreach.

**Community:** Those who identify as part of the Allen School or take our courses.

**Outreach:** Intentional efforts to connect with those outside and inside the Allen School community in ways that increase DEIA within the Allen School and computing as a whole, and educate them about our field, our school, our mission, our activities, our contributions to society, and how they can join the Allen School community at different stages of their career. We also aim to inspire people to participate in the computing field in general.

**Underrepresented in computing:** We build on the National Science Foundation definition of underrepresented in the computing field, which includes people who are women, African American, Hispanic, American Indian, Native Hawaiian, Native Pacific Islander, and students with different dis/abilities. Our definition is more expansive, however, and includes but is not limited to people who have different gender identities, who identify as LGBTQ+, who are Black and Latinx, who are from different economic backgrounds, and who are first-generation college students. We also consider the intersectionality of different identity dimensions.

8

# DEIA DESIRED STATE

When we have realized our Desired State for DEIA, we will have increased the diversity of our community as a whole, across multiple dimensions of identity (as listed in our definition of diversity), including intersectionality, and across different parts of the school (e.g., different programs, different labs, etc.). All community members of the Allen School will have the opportunity to be their authentic selves. Students, faculty, and staff will know the importance of addressing inequities and will be able to effectively address them. When or if individuals experience an environment that is not conducive to authenticity, there will be well-defined paths to address that situation and make changes to that environment.

Here at the Allen School, our community members will have access to and the ability to take advantage of resources that support them in the success of their work, and policies, procedures, and practices will be transparent. We will include diverse perspectives in decision-making processes, and those diverse voices will be "at the table" and listened to by default.

Our processes and activities will take into account that people have different circumstances at home (e.g., children, small living spaces, responsibilities). Information about resources, opportunities, and criteria will be available, transparent, and easy to follow.

Our intentional outreach will include us showing up in potential students' communities and spaces instead of expecting them to find us. In our classes, students who need special considerations will not have to fight for those considerations (e.g., dis/ability student services).

Finally, students, faculty, and staff will think critically about the relationships between people, society, and technology, and students will be taught the skills necessary to create just technologies: technologies that are fair and designed for everyone.

9

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

# STRATEGY

The Allen School's five-year strategy is to drive improvements in three primary areas: (1) the diversity of our community and each cross section, (2) the quality and equity of one's experience at the Allen School, and (3) the capacity of our community to produce technology that is just, equitable, and socially aware. We will accomplish this through six targeted imperatives:

1. **Curricula & Programs**
2. **Professional Development**
3. **Policies & Procedures**
4. **Internal Community Engagement & Support**
5. **Outreach**
6. **Budget Management**

The following tables detail the goals we will pursue under each imperative and a set of objective measurements that will serve as guideposts for our progress. They also describe the specific tactics we will pursue as well as examples of activities that are already ongoing. Because this strategic plan was created not to sit on a shelf but rather to serve as a roadmap for concrete action, each goal is assigned to one or more faculty or staff leaders who will supervise implementation by the appropriate team(s) and be internally accountable for helping us make progress toward our desired end state.

Questions or comments about this strategic plan may be submitted to diversity@cs.washington.edu. Thank you for your interest!



# CURRICULA & PROGRAMS (C&P) IMPERATIVE

| **Goal C&P.1** Ensure that our introductory curriculum (currently CSE142/CSE143) promotes a positive computing culture and is appealing, engaging, and accessible to an audience that is diverse and has a range of prior experiences and preparation in computing. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 3:** Have updated and piloted the new intro curriculum, with content to appeal to and better engage students across a range of backgrounds, interests, and dis/abilities.<br><br>**By year 5:** Evaluations in the new intro curriculum average a score of 4/5 (or equivalent) on questions related to climate and inclusion for each group that is underrepresented in computing and sufficiently large to compute a meaningful aggregate. | **C&P.1.1** Redesign the intro curriculum to better support students with multiple entry points based on their computing preparation.<br><br>**C&P.1.2** Assess and update the intro curriculum content to appeal to and better engage students across a range of backgrounds and interests.<br><br>**C&P.1.3** Assess and update the intro curriculum such that they are taught in a way that is accessible to students with disabilities.<br><br>**C&P.1.4** Use DEIA-related questions in course and teaching assistant (TA) evaluations. | → Preliminary planning started in Summer 2020.<br><br>→ First iteration of some new ideas (e.g., new course evaluations, new grading mechanisms) used in Spring 2021. |
| **Supervised by:** Allen School Vice Director | | |

# W | PAUL G. ALLEN SCHOOL
### OF COMPUTER SCIENCE & ENGINEERING

**Goal C&P.2**  Ensure different tiers of academic support are available to undergraduate students, including academic advising, on-ramp programs, seminars, and courses, as well as disability accommodations.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 1:** Complete review of undergraduate student retention and graduation data, as well as qualitative data from the undergraduate student services team to determine gaps in our academic support models for undergraduate students; the analysis will be done for the student population at large as well as for each group that is underrepresented in computing.<br><br>**By year 2:** Complete assessment for all undergraduate academic support programs to determine what types of programs/activities are effective for student success.<br><br>**By year 2:** Complete expansion of the Startup program, intended for direct-to-major students with limited computing backgrounds, to a year-long cohort experience.<br><br>**By year 3:** Create a first-quarter seminar for current UW student admits.<br><br>**By year 4:** Complete development of additional undergraduate academic support programs, if significant gaps were identified. | **C&P.2.1** Expand the Allen School Startup Program, intended for direct-to-major students with limited computing backgrounds, to a year-long cohort experience.<br><br>**C&P.2.2** Continue offering the Allen School and Allen School affiliated on-ramp programs and seminars; create a first-quarter seminar for current UW student admits.<br><br>**C&P.2.3** Conduct assessments of programs to determine if they are effective and identify gaps in offerings.<br><br>**C&P.2.4** Develop or revise offerings based on assessment results.<br><br>**C&P.2.5** Leverage other campus programs that support students.<br><br>**C&P.2.6** Decrease stigma around disability accommodations and lower the barriers to receiving accommodations. | → Support for the College of Engineering's STARS program & STARS Pre-CSE courses and workshops.<br><br>→ Courses and programs designed to provide academic support: Startup; CSE 190Y: CSE 14X sidecar course; CSE 190B: Direct to Major Seminar; CSE 390T: Transfer Seminar; CSE 390Z: CSE 311 workshop; Rising into 300s; CSE 390B: Building Academic Success through Bottom-Up Computing.<br><br>→ Strengthen relationships with campus partners who co-support our Allen School students to reinforce our support of those students. Campus partners include the Brotherhood Initiative, Disability Resources for Students, Office of Minority Affairs & Diversity (OMA&D), and the Washington State Academic RedShirt Program (STARS). |

**Supervised by:** Director for DEIA Strategy and Operations, Director of Student Services

12

**Goal C&P.3**  Ensure academic support is available to B.S./M.S. and Ph.D. students, including academic advising, on–ramp programs, and cohorts as well as disability accommodations.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 2:** Complete expansion of cohort support for B.S./M.S. and Ph.D. students underrepresented in computing.<br><br>**By year 2:** Complete development of cohort support for Ph.D. students with non-traditional computing backgrounds.<br><br>**By year 1:** Complete initial offering of new seminar for Ph.D. students.<br><br>**By year 2:** Complete initial offering of workshop or onboarding materials for B.S./M.S. students.<br><br>**By year 4:** Complete development of additional support programs, if significant gaps were identified. | **C&P.3.1** Expand support for cohorts of B.S./M.S. and Ph.D. students underrepresented in computing.<br><br>**C&P.3.2** Develop support for cohorts of Ph.D. students with non-traditional computing backgrounds.<br><br>**C&P.3.3** Develop new seminars and workshops to provide graduate students with tools to be successful in the Ph.D or B.S./M.S. programs. | → Graduate student orientation in Fall and refresher in Winter.<br><br>→ Graduate student first-year seminar on how to navigate and succeed in graduate school.<br><br>→ LEAP quarterly events (e.g. Catch-Up Coffee, guest speakers, etc.).<br><br>→ Spring '22 Career Panel discussions for LEAP Fellows featuring Black alumni from the Allen School.<br><br>→ Ph.D. student first-year peer mentoring program, pairs "pods" of first year students with more senior students.<br><br>→ Care Committee for Ph.D. student peer-to-peer support.<br><br>→ Make available a professional editor for academic papers and other manuscripts.<br><br>→ Students attend Grace Hopper / Tapia conferences. |

**Supervised by:** Allen School Vice Director



PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

**Goal C&P.4**  Ensure academic support is available to postdocs, including mentorship and cohorts as well as disability accommodations.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 1:** Orientation offered within first 3 months of hiring for all postdocs<br><br>**By year 2:** List of online and in-person resources for postdocs posted, updated as needed in subsequent years.<br><br>**By year 3:** At least three career development panels or workshops for postdocs offered each year.<br><br>**By year 2:** Complete development of cohort support for postdocs. | **C&P.4.1** Provide an orientation program for newly-hired postdocs.<br><br>**C&P.4.2** Maintain a list of online and in-person resources for postdocs and provide access to it.<br><br>**C&P.4.3** Expand and provide a series of career development panels or workshops for postdocs.<br><br>**C&P.4.4** Support postdocs in attending conferences and professional development events.<br><br>**C&P.4.5** Develop a cohort support for postdocs and invest in community building. | → All newly-hired postdocs complete an orientation that covers programs and resources in the Allen School and at UW.<br><br>→ Postdocs have access to an online suite of career development resources (targeted at Allen School Ph.D. students and postdocs).<br><br>→ Autumn career panel discussions.<br><br>→ Postdocs are eligible to request editing/writing support from professional editor on staff.<br><br>→ Financial support (travel awards) for attendance at events or conferences that would support professional networking and development. |

**Supervised by:** Postdoctoral Adviser, Faculty Postdoc Advisor

**Goal C&P.5**   Expand our curriculum to include discussions of DEIA, justice, and societal implications of technology in a range of new and existing undergraduate and graduate courses.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 5:** DEIA, justice, and societal implications of technology content is incorporated into at least three courses that each undergraduate student must take to graduate with a degree from the Allen School.<br><br>**By year 5:** At least one undergraduate course specifically focused on DEIA, justice, and societal implications of technology offered each quarter (except summer), with at least two distinct courses offered each year.<br><br>**By year 5:** At least one graduate DEIA, justice, and societal implications of technology course offered each year. | **C&P.5.1** Integrate into our courses discussions of the intersection of society and technology, how technologies can be unjust, and how to build technologies that are fair and designed for everyone. The integration should become part of the syllabus.<br><br>**C&P.5.2** Develop new, experimental courses specifically focused on DEIA, justice, and societal implications of technology and turn successful experimental courses into permanent courses.<br><br>**C&P.5.3** Develop a curated list of courses available in other units and encourage Allen School students to take them. | → Process started in intro sequence (120, 143, 14x, 163, 190E, 190Z, 312, 333, 373, 340) and advanced courses 412, 414, 417, 440, 446, 460, 480, 481h, 492t, 495, 640, 580, 581, 590e.<br><br>→ 3C Fellows' Modules for First Courses. |

**Supervised by:** Allen School Vice Director, Associate Director for DEIA

**Goal C&P.6**   Early in the programs, increase awareness and understanding among graduate and undergraduate students of concepts regarding respect, communication, treatment of peers and others, and the need to improve computing culture.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 5:** Content on respect, communication, and treatment of peers is incorporated into each entry pathway. | **C&P.6.1**  Incorporate key concepts regarding respect, communication, and treatment of peers and others into entry pathways (e.g. direct-to-major seminar, transfer seminar, advising & orientation), include discussions of how we can improve computing culture. | → In planning. |

**Supervised by:** Associate Director for DEIA

15



**PAUL G. ALLEN SCHOOL**
OF COMPUTER SCIENCE & ENGINEERING

# PROFESSIONAL DEVELOPMENT (PD) IMPERATIVE

**Goal PD.1**   Increase awareness among our staff, faculty, instructors, postdocs, research assistants (RAs), and teaching assistants (TAs) about DEIA; increase understanding of the importance of and current mechanisms for addressing DEIA issues in the Allen School, in the field of computing, and in the technology that we produce.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 2:** Completed a curated list of resources, best practices, and professional development training on DEIA topics and issues, updated as needed in subsequent years.<br><br>**By year 3:** 90% of the active staff, faculty, instructors, postdocs, RAs, and TAs have received professional development on DEIA topics and issues. | **PD.1.1** Improve and curate a list of resources on DEIA topics.<br><br>**PD.1.2** Provide professional development (e.g., facilitated training) for staff, faculty, instructors, postdocs, RAs, and TAs on DEIA topics and issues, including but not limited to respect, communication, treatment of peers and others, and the need to improve computing culture. Regularly revise and improve the content.<br><br>**PD.1.3** Investigate and cover best practices in tactic PD.1.1 for each issue and DEIA topic we cover in professional development.<br><br>**PD.1.4** Rebrand our language to DEIA instead of DEI.<br><br>**PD.1.5** Investigate and cover best practices in team management as related to DEIA in professional development for faculty and staff. | → List of resources and activities is maintained on the Allen School DEIA website, in coordination with the College of Engineering.<br><br>→ The Allen School Inclusive Community workshop for TA training.<br><br>→ Periodic anti-harassment trainings for faculty and academic student employees (ASEs).<br><br>→ DEIA-related presentations (e.g., anti-bias, accessible teaching, etc.) at faculty meetings.<br><br>→ Participation in CoE trainings.<br><br>→ Participation in Professional & Organizational Development (POD) trainings.<br><br>→ In professional development provided so far, leverage resources from ADVANCE, recent research, and workshops offered by other organizations.<br><br>→ Integrating DEIA topics into Ph.D. orientation. |
| **Supervised by:** Associate Director for DEIA | | |

**Goal PD.2**  Increase awareness and adoption of best practices for inclusive teaching and presentations among our faculty, staff, instructors, TAs, graduate students, postdocs, and other researchers.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 2:** Updated and curated list of best practices for inclusive teaching and presentations, updated as needed in subsequent years.<br><br>**By year 3:** Created a checklist of critical best practices for inclusive teaching and deployed for use in course preparation, updated as needed in subsequent years.<br><br>**By year 4:** 90% of classes have adopted at least the critical best practices for inclusive teaching. | **PD.2.1** Revise and improve our curated set of best practices for inclusive teaching and presentations, including the identification of those practices considered critical.<br><br>**PD.2.2** Develop a trackable checklist of critical best practices for inclusive teaching for use in course preparation. | → Maintain Allen School list of best practices for inclusive teaching. |

**Supervised by:** Director for DEIA Strategy and Operations

W | PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

# POLICIES & PROCEDURES (P&P) IMPERATIVE

| **Goal P&P.1** Ensure school-wide hiring, evaluation, and promotion procedures are equitable, inclusive, and consistently used, and are encouraging of work contributing to DEIA. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 1:** Complete a checklist for hiring, evaluation, and promotion procedures to ensure that they are equitable and inclusive.<br><br>**By year 2:** 50% of entry points have had their hiring, evaluation, and promotion procedures assessed with respect to DEIA.<br><br>**By year 3:** Track demographics of each population of hires (e.g., undergraduate TAs, undergraduate RAs).<br><br>**By year 4:** 100% of entry points have had their hiring, evaluation, and promotion procedures assessed with respect to DEIA.<br><br>**By year 5:** Allen School-wide hiring, evaluation, and promotion procedures have been revised with respect to DEIA and are consistently used across all entry points. | **P&P.1.1** Identify best practices for equitable and inclusive hiring, evaluation, and promotion procedures.<br><br>**P&P.1.2** Review current hiring for each path into the Allen School, including:<br>• Training of the hiring committee,<br>• Creation of job description, posting, and sharing of position,<br>• Evaluation procedures for those selected to interview and to be given an offer, and<br>• Formation of the offer.<br><br>**P&P.1.3** Review current procedures for evaluations and promotions.<br><br>**P&P.1.4** Create or improve procedures for equitable and inclusive hiring, evaluation, and promotion using best practices from P&P1.1.<br><br>**P&P.1.5** Include DEIA contributions in annual reviews and other evaluations.<br><br>**P&P.1.6** Provide or facilitate anti-bias training for everyone involved in hiring, evaluations, or promotions. | → Revision of rubric used for faculty hiring.<br><br>→ Revision of procedure used for assessing and selecting faculty candidates after interviews.<br><br>→ Revision of procedure for generating offers to faculty candidates.<br><br>→ Anti-bias training provided for participants in faculty hiring.<br><br>→ Revision of language used in staff job descriptions.<br><br>→ Revision of faculty annual review procedures to explicitly highlight contributions to DEIA. |
| **Supervised by:** Allen School Director, Assistant Director of Human Resources, Faculty TA Training Coordinator, Director of Student Services, Director of Graduate Student Services, Postdoctoral Adviser, Faculty Postdoc Advisor | | |

18

**Goal P&P.2**  Ensure that admissions procedures into our school are equitable, inclusive, and consistently used for all degree programs.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 2:** Completed a list of best practices for admissions with respect to DEIA.<br><br>**By year 3:** Completed a checklist to assess the admissions procedures with respect to DEIA best practices.<br><br>**By year 4:** Admissions procedures for all degree programs have been assessed and revised in accordance with the checklist for DEIA best practices. | **P&P.2.1** Identify best practices for equitable and inclusive admission.<br><br>**P&P.2.2** Research methods to do assessment(s) of admission procedures.<br><br>**P&P.2.3** Assess our admission procedures for all admissions pathways, including undergraduate, B.S./M.S., PMP, and Ph.D. programs.<br><br>**P&P.2.4** Revise procedures as needed following best practices.<br><br>**P&P.2.5** Provide or facilitate anti-bias training for everyone involved in admissions. | → Graduate student pre-application mentoring program.<br><br>→ Graduate student involvement on Ph.D. admission information session panels.<br><br>→ Revising procedure for graduate admissions.<br><br>→ Revising rubrics and training materials for undergraduate current UW admission and transfer admission pathways. |

**Supervised by:** Director of Student Services, Director of Graduate Student Services, Graduate Admissions Chairs, Professional Master's Program Adviser

**Goal P&P.3**  Have equitable, inclusive, and consistent procedures for providing all members of our community with resources and opportunities.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **Each year:** Develop or revise, and put in place at least one procedure from our identified list of missing procedures to ensure equitable, inclusive, and consistent access to resources or opportunities. | **P&P.3.1** Identify where procedures are needed and maintain a prioritized list of procedures that need to be developed or revised.<br><br>**P&P.3.2** Develop or revise procedures as identified in P&P.3.1. | → Articulated transparent faculty extended leave policy.<br><br>→ Articulated transparent telework policy.<br><br>→ Space allocation policy (in planning). |

**Supervised by:** Allen School Director, Director of Student Services, Director of Graduate Student Services, Director of Finance & Administration, Postdoctoral and Professional Master's Program Adviser

19

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

| Goal P&P.4   Improve procedures for reporting and following up on incidents that violate DEIA principles. Ensure procedures are integrated with campus procedures and resources. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 1:** Reviewed current reporting and response procedures for DEIA incidents and situations and identified existing campus resources.<br><br>**By year 2:** Identified best practices for reporting and responding to DEIA incidents and situations.<br><br>**By year 3:** Completed revision of our procedures for reporting and responding to DEIA incidents and situations. | **P&P.4.1** Assess our current reporting and response procedures for different types of incidents and situations.<br><br>**P&P.4.2** Identify the resources that exist at the university for reporting and responding to incidents/situations.<br><br>**P&P.4.3** In collaboration with CoE, research best practices for reporting and responding to incidents/situations.<br><br>**P&P.4.4** In collaboration with CoE, revise procedures for reporting and responding where needed, including responding at the level of the Allen School.<br><br>**P&P.4.5** Ensure that reporting policies and procedures are visible and clearly documented. | → Developed webpage with consolidated list of current reporting mechanisms. |
| **Supervised by:** Director for DEIA Strategy and Operations | | |

20

| Goal P&P.5  Ensure that our physical spaces are supportive of diverse stakeholders. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 3:** Reviewed current physical space allocations with respect to the needs of diverse stakeholders. <br><br> **By year 5:** Completed revision of our physical space allocations to support the needs of diverse stakeholders. | **P&P.5.1** Assess our physical spaces with respect to the needs of diverse stakeholders. <br><br> **P&P.5.2** Update our physical spaces to better support the needs of diverse stakeholders. <br><br> **P&P.5.3** Update our physical spaces to celebrate diverse computer scientists and engineers. | → Maintain and adequately equip a family room. <br><br> → Provide quiet and calm spaces, including for prayer (in planning). <br><br> → Make spaces and events accessible. <br><br> → Provide all-gender bathrooms. <br><br> → Representation, including artwork or other presentations within the school buildings honors individual people from diverse backgrounds. <br><br> → Reconsider policies around police presence at Allen School events and in Allen School spaces. |
| **Supervised by:** Associate Director for Facilities, Assistant Director of Facilities | | |

21

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

# INTERNAL COMMUNITY ENGAGEMENT & SUPPORT (CE) IMPERATIVE

| Goal CE.1   Have sustainable mechanisms in place for our internal Allen School community to participate in DEIA work. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 1:** Completed the curation of an initial list of sustainable mechanisms for Allen School community members to engage with DEIA work and a clear description of each one.<br><br>**Each year:** Complete the development or revision of at least one sustainable mechanism to participate in DEIA work.<br><br>**By year 3:** For each category of stakeholders, there is at least one mechanism to get involved in DEIA work. | **CE.1.1** Offer ways for all Allen School community members to get involved in K-12 outreach efforts (e.g., support the creation of a graduate student outreach organization, encourage faculty to plug into the Allen School Broadening Participation Plan).<br><br>**CE.1.2** Identify other key areas where volunteer efforts of students, staff, and faculty could contribute to the viability, sustainability, and impact of DEIA efforts.<br><br>**CE.1.3** Support mechanisms to learn about DEIA-related activities in the Allen School.<br><br>**CE.1.4** For each mechanism for engaging in DEIA activities, identify faculty or staff member champions.<br><br>**CE.1.5** Create procedures to recruit and support participants for each of the mechanisms for engaging in DEIA activities. | → Maintain DEIA website.<br><br>→ Regular meetings of the Diversity Committee open to representatives of the community (faculty, staff, researchers, graduate and undergraduate students).<br><br>→ Maintain the Diversity Allies mailing list.<br><br>→ Provide information on Allen School BPC efforts to support faculty who are developing BPC (Broadening Participation in Computing) activities for NSF CISE proposals.<br><br>→ Ph.D. K-12 outreach organization. |
| **Supervised by:** Director for DEIA Strategy and Operations | | |

22

**Goal CE.2**  Strengthen programs for students and postdocs that facilitate access to peer groups with a focus on better supporting students/postdocs from groups who are underrepresented in computing.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 1:** Completed a curated list of programs that facilitate access to peer groups, including a clear description of the programs and how to get involved.<br><br>**By year 1:** Have in place a dedicated staff member on the undergraduate Diversity & Access team to support undergraduate student affinity groups and student leadership development.<br><br>**By year 5:** Created additional Allen School programs and updated list of programs, such that each major underrepresented population has access to a peer group. | **CE.2.1** Research areas where additional Allen School programs are needed, such as for subpopulations that do not currently have peer groups.<br><br>**CE.2.2** Support student-led undergraduate and B.S./M.S. groups, such as affinity groups (e.g. ACM-W, Gen1, MiT, and Q++), with funding and a dedicated staff member who, among other activities, can provide professional development to group leaders.<br><br>**CE.2.3** Support graduate student and postdoc-led affinity groups, interest groups, or activities with funding and support from the graduate advising team.<br><br>**CE.2.4** Investigate peer structures that could work for PMP students.<br><br>**CE.2.5** Advertise and partner with UW programs. | → Funding for student groups.<br><br>→ Student group documentation and policies.<br><br>→ Support for National First Gen Student Day.<br><br>→ Support for ACM-W Explorer event for high school women.<br><br>→ Women's teas.<br><br>→ Morale fund.<br><br>→ Support for new Brotherhood Initiative (BI) support group. |

**Supervised by:** Assistant Director for Diversity & Access, Senior Academic Adviser — B.S./M.S. Program, Graduate Retention & Recruitment Specialist, Postdoctoral and Professional Master's Program Adviser

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

| Goal CE.3  Expand and strengthen faculty mentorship programs to ensure that everyone receives strong mentorship. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **Each year:** Complete the addition or revision of at least one activity from our identified list of missing activities in the mentorship program for faculty. | **CE.3.1** Review existing mentorship program for faculty (onboarding, mentoring, panels, etc.).<br><br>**CE.3.2** Research best practices for faculty mentorship.<br><br>**CE.3.3** Expand and strengthen faculty mentorship program and activities following best practices.<br><br>**CE.3.4** Help faculty members participate in the Allen School's DEIA efforts and enable their students' participation. | → Expand onboarding for faculty members.<br><br>→ Prepare diverse faculty members for leadership roles within and outside the Allen School; support diverse faculty members in taking on such roles.<br><br>→ Formal faculty mentor assignment with clear schedule for meetings during academic year.<br><br>→ Faculty panels on areas of interest or concern.<br><br>→ Regular faculty check-ins with director.<br><br>→ Provide junior faculty with mentorship on how to prepare BPC and DEIA components of grant proposals. |
| **Supervised by:** Chairs of Faculty Mentorship and Career Development, Allen School Director | | |

24

| Goal CE.4 Have a mentorship program for staff to ensure that everyone receives strong mentorship. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 1:** Completed research of best practices for the staff mentorship program.<br><br>**By year 2:** Completed training of staff for the mentorship program.<br><br>**By year 3:** Completed and deployed a staff mentorship program. | **CE.4.1** Research best practices for staff mentorship.<br><br>**CE.4.2** Equip and prepare staff to participate in the mentorship program.<br><br>**CE.4.3** Develop the details of the mentorship program. | → In planning. |
| **Supervised by:** Allen School Director, Assistant Director of Human Resources, Director of Finance & Administration | | |

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

| **Goal CE.5** Provide and encourage participation in community celebrations and other DEIA events. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **Each year:** Hold at least one annual Allen School community DEIA celebration event.<br><br>**Each year:** Fund at least 50 students to attend a DEIA conference, such as Grace Hopper, Tapia, or other. | **CE.5.1** Hold Allen School-wide community celebrations and other DEIA events.<br><br>**CE.5.2** Encourage student, faculty and staff participation in Allen School and national DEIA events. | → Annual Celebration of Diversity in Computing.<br><br>→ Celebrating Diverse Genders in CS Research Day (formerly Women's Research Day).<br><br>→ Allen School attendance at the Tapia, Grace Hopper, oSTEM, Afrotech, and SWE Conferences.<br><br>→ Graduate student participation in CMD-IT Minority Workshops, CRA-WP Graduate Cohort for Women and Graduate Cohort for IDEALS.<br><br>→ Senior graduate students and new faculty participation in CRA and CRA-WP Career Mentoring.<br><br>→ Faculty participation in CRA-WP Early Career Mentoring Workshop and Mid-Career Workshop.<br><br>→ ADA celebration each year during AI4ALL@UW. |
| Supervised by: Director for DEIA Strategy and Operations, Associate Director for DEIA | | |

| **Goal CE.6** Improve understanding of climate in the Allen School. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 3:** Administered climate surveys to undergraduate students, graduate students, postdocs, staff, and faculty, to be administered every three years thereafter. | **CE.6.1** Create and administer regular climate surveys to undergraduate students, graduate students, postdocs, staff, and faculty. | → CERP Data Buddies.<br><br>→ UW CERSE Climate Survey. |
| Supervised by: Designated Faculty Lead | | |

26

# OUTREACH IMPERATIVE

| Goal O.1  Have effective pipelines for students to enter the Allen School as undergraduate students with a focus on increasing diversity. | | |
| --- | --- | --- |
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **Each year:** Measure the percentage of women at the undergraduate level and, by year 5, evaluate whether the percentage is at least 40%.<br><br>**Each year:** Measure the percentage of domestic Black, Hispanic, and American Indian/Alaska Native, Hawaiian/Pacific Islander undergraduates and, by year 5, evaluate whether the percentage is at least 15% (the UW-Seattle average).<br><br>**Each year:** Measure the percentage of undergraduate students with disabilities (measured based on Disability Resources for Students (DRS) use) and, by year 5, evaluate whether the percentage is at least 11% (the UW-Seattle average).<br><br>**Each year:** Measure the percentage of undergraduate students who are Pell grant eligible and, by year 5, evaluate whether the percentage is at least 20% (the UW-Seattle average). | **O.1.1** Develop sustainable and in-depth relationships with five partner high schools and their surrounding communities who work with students who are underrepresented in computing (e.g., visit classrooms, provide tutoring in CS classrooms, presentations, disseminate our materials, etc.).<br><br>**O.1.2** Hire an outreach coordinator on the undergraduate Diversity & Access team who will supervise the ambassador program and support alignment of all Allen School K-12 and community college outreach efforts.<br><br>**O.1.3** Partner with the Office of Admissions and the Multicultural Outreach, Recruitment Team, and other campus partners on prospective student events.<br><br>**O.1.4** Hire a recruiter on the Diversity & Access team who will focus on direct-to-major and transfer recruitment efforts.<br><br>**O.1.5** Create and retarget summer programs for students who are underrepresented in computing. | → Partnering with Chief Sealth High School, Cleveland High School, Franklin High School, TAF @ Saghalie, and Tyee High School.<br><br>→ Participate in the UW Office of Admissions' Husky Junior Previews.<br><br>→ Participate in National Association for College Admission Counseling recruitment events.<br><br>→ Participate in Transfer Preview Day and the UW/CC Advising Conference.<br><br>→ Participate in the Young, Gifted, & Black Conference.<br><br>→ Summer Programs: Changemakers in Computing, AI4All, Dare to Dream: Math Academy, Dare to Dream: Tech Academy (in planning), UW GearUp Summer Camp (in planning).<br><br>→ Allen School Open House. |

*continued on p. 28...*

27

**W** PAUL G. ALLEN SCHOOL
OF COMPUTER SCIENCE & ENGINEERING

## Goal O.1  (continued from p. 27)

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **Each year:** Measure the percentage of undergraduate students who are first-generation college students and, by year 5, evaluate whether the percentage is at least 28% (the UW-Seattle average).<br><br>*Note: While the measurements target aggregate groups, the Allen School will also track numbers for some of the main intersectional groups. The above targets are our current 5-year targets. They are not final targets.* | **O.1.6** Fund two Ph.D. graduate student coordinator positions for 2021-2022 academic year to oversee and coordinate graduate student outreach activities (e.g., "lab in the box" presentations, training research lab presenters, coordinating lab availability, etc.).<br><br>**O.1.7** Expand outreach and recruitment efforts to Washington State Community and Technical Colleges.<br><br>**O.1.8** Expand on-campus recruitment efforts to attract "interest changers" who develop a passion for computing after starting as a UW undergraduate; expand partnerships with other UW campus units, including the Office of Minority Affairs & Diversity, the Ethnic Cultural Center, AccessComputing, and the Women's Center, to offer workshops and information sessions for interest changers.<br><br>**O.1.9** Provide multiple ways for students and families to access recruitment materials and general information about CSE.<br><br>**O.1.10** Ensure that all outreach, recruitment, and application materials are accessible to a diverse audience and are up-to-date. | → College of Engineering Discovery Days.<br><br>→ Allen School Girl Scout Troops.<br><br>→ Girls Who Code Club in partnership with the Making Connections Program.<br><br>→ NCWIT Aspirations in Computing Award Seattle affiliate committee and ceremony.<br><br>→ Partnering with Washington's community and technical colleges.<br><br>→ Prospective transfer student, direct to major, and current UW student information sessions.<br><br>→ Present at the annual UW/ CC Conference & Transfer Preview Days. |

**Supervised by:** Assistant Director for Diversity & Access

28

| Goal O.2  Expand professional development opportunities for WA teachers who seek to bring CS to K–12 schools across the state. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 2:** Double the number of teachers in CS4Teachers.<br><br>**By year 3:** Double the proportion of middle school teachers in CS4Teachers.<br><br>**By year 3:** Double the number of Title 1 schools who provide UWHS 142 or UWHS 163. | **O.2.1** Expand Allen School K-12 teacher professional development with respect to teaching CS in K-12 classrooms.<br><br>**O.2.2** Expand the CS component of UW in the High School. | → CS4Teachers summer workshop.<br><br>→ UW in the High School: includes CSE 163, complementing continued interest in CSE 142.<br><br>→ Inspirational Teachers celebration. |
| **Supervised by:** Faculty Lead for K-12 Outreach, Assistant Director for Diversity & Access | | |

**W** PAUL G. ALLEN SCHOOL
**OF COMPUTER SCIENCE & ENGINEERING**

| Goal O.3   Have effective pipelines for students to enter the Allen School as Ph.D. students with a focus on increasing diversity. | | |
| --- | --- | --- |
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **Each year:** Measure the percentage of women at the Ph.D. level and, by year 5, evaluate whether the percentage is at least 40%. <br><br> **Each year:** Measure the percentage of domestic Black, Hispanic, and American Indian/Alaska Native, Hawaiian/Pacific Islander Ph.D students and, by year 5, evaluate whether the percentage is at least 12% (the UW-Seattle average for Ph.D. students). <br><br> **Each year:** Measure the percentage of Ph.D. students with disabilities (measured based on DRS use) and, by year 5, evaluate whether the percentage is at least 8% (the UW-Seattle average). <br><br> **By year 3:** Created a structured program to help undergraduate students get involved in research. <br><br> *Note: While the measurements target aggregate groups, the Allen School will also track numbers for some of the main intersectional groups. The above targets are our current 5-year targets. They are not final targets.* | **O.3.1** Provide information about the Allen School to students at national and regional conferences with a focus on diversity, and encourage students to apply. <br><br> **O.3.2** Partner with schools having highly diverse undergraduates to host campus visits, information sessions, and workshops at UW, and to virtually provide information on the Allen School, doing research, graduate school opportunities, admissions processes, and financial resources. <br><br> **O.3.3** Provide pre-application mentoring for aspiring students seeking admission to the Allen School's full-time Ph.D. program. <br><br> **O.3.4** Expand mentorship, support, and opportunities for Allen School and other undergraduate students, with a focus on DEIA, to get involved in and be successful at research and be prepared for applying to a graduate program. | → Conferences attended include National Society of Black Engineers (NSBE), Grace Hopper Celebration of Women in Computing, Richard Tapia Celebration of Diversity in Computing, and American Indian Science and Engineering Society (AISES). <br><br> → Reception for students eligible for the LEAdership in the Professoriate (LEAP) program (self-identifying as African American, Hispanic or Native American) in conjunction with Grad Visit Days. <br><br> → Computer Vision/Machine Learning (CV/ML) Grad School Prep Workshop, hosted by the UW Reality Lab. <br><br> → Graduate student Pre-Application Mentoring Service (PAMS). <br><br> → Create new service role of faculty undergraduate research chair and develop a structured program for Allen School undergraduates to get involved in research. |
| **Supervised by:** Graduate Recruitment & Retention Specialist | | |

30

**Goal O.4**  Have effective pipelines for students to enter the B.S./M.S. program with a focus on increasing diversity.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **Each year:** Measure the percentage of women at the B.S./M.S. level and, by year 5, evaluate whether the percentage is at least 40%.<br><br>**Each year:** Measure the percentage of domestic Black, Hispanic, and American Indian/ Alaska Native, Hawaiian/Pacific Islander B.S./M.S. students and, by year 5, evaluate whether the percentage is at least 15% (the UW-Seattle average for undergraduates).<br><br>**Each year:** Measure the percentage of B.S./M.S. students with disabilities (measured based on DRS use) and, by year 5, evaluate whether the percentage is at least 8% (the UW-Seattle average).<br><br>*Note: While the measurements target aggregate groups, the Allen School will also track numbers for some of the main intersectional groups. The above targets are our current 5-year targets. They are not final targets.* | **O.4.1** Provide guidance about graduate school, the B.S./M.S. program, PMP, and subsequent career opportunities to our undergraduate students, including undergraduate affinity groups. | → Information on the B.S./M.S. program in the Direct Admit Seminar (CSE 190B) and the Transfer Seminar (CSE 390T).<br><br>→ B.S./M.S. information sessions and advising appointments. |
| **Supervised by:**  Senior Academic Adviser — B.S./M.S. Program | | |



**PAUL G. ALLEN SCHOOL**
**OF COMPUTER SCIENCE & ENGINEERING**

**Goal O.5**   Strengthen our participation in and contributions to national consortia, alliances, or equivalent that work on DEIA aspects of undergraduate and graduate programs nationally.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 5:** Active ongoing, participation in at least five consortia, alliances, or equivalent. | **O.5.1** Continue existing involvement, consider additional ones as they become available, and drop ineffective ones. | → Hopper-Dean Foundation Collaborative, LEAP Alliance, NCWIT, BRAID, AccessComputing, CMD-IT. |

Supervised by: Director for DEIA Strategy and Operations, Graduate Recruitment & Retention Specialist

**Goal O.6**   Improve pipelines for faculty and staff to be hired in the Allen School with a focus on increasing diversity.

| Objective Measurement(s) | Tactics | Example Ongoing Activities |
|---|---|---|
| **By year 5:** Increased diversity, including intersectionality, of the pool of applicants and interviewees for both faculty and staff positions. | **O.6.1** Identify and utilize diverse networks to advertise positions (e.g., listservs, websites) with a focus on increasing diversity.<br><br>**O.6.2** Identify diverse, promising candidates for faculty and staff positions and encourage them to apply.<br><br>*Note: Also see Policies & Procedures section.* | → Encourage outstanding applicants to apply.<br><br>→ Nominations for potential faculty candidates from graduate students, researchers, and faculty. |

Supervised by: Tenure-track Faculty Recruiting Committee Chairs, Teaching Faculty Recruiting Committee Chairs, Director of Finance & Administration

32

# BUDGET MANAGEMENT (BM) IMPERATIVE

| Goal BM.1  Have a sufficient, consistent, and persistent budget that allows us to achieve our DEIA strategic goals. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 1:** Completed an assessment and prediction of budget needs to support the tactics that are in progress and are planned.<br><br>**By year 2:** Completed integration of DEIA into all our fundraising pathways.<br><br>**Each year:** Completed the pitch of our DEIA needs to at least three companies or private donors.<br><br>**Years 2-5:** Completed the application for at least two grants or gifts each year. | **BM.1.1** Determine (and revisit annually) the budget needed to support our in-progress and planned tactics.<br><br>**BM.1.2** Investigate existing fundraising pathways (e.g. Husky Giving Day).<br><br>**BM.1.3** Update all fundraising pathways to include DEIA as a goal.<br><br>**BM.1.4** Apply for DEIA-focused grants that align with our strategic plan.<br><br>**BM.1.5** Investigate methods for leveraging individual grant proposals to further the school-wide DEIA efforts. | → Current grants include AccessComputing and Hopper Dean.<br><br>→ Submitted Center for Inclusive Computing application.<br><br>→ Encourage faculty to request funding for their CISE BPC activities through their proposals. |
| **Supervised by:** Allen School Director | | |

**PAUL G. ALLEN SCHOOL**
**OF COMPUTER SCIENCE & ENGINEERING**

| Goal BM.2 Effectively manage our budgets to achieve our goals with the funds that we have available. | | |
|---|---|---|
| **Objective Measurement(s)** | **Tactics** | **Example Ongoing Activities** |
| **By year 1:** Complete and deploy a tracking system/balance sheet for DEIA budgets.<br><br>**By year 2:** Complete procedures, strategies, parameters and rules around financial allocations. | **BM.2.1** Track/balance budgets.<br><br>**BM.2.2** Determine who manages each part of the DEIA budget.<br><br>**BM.2.3** Determine and clearly define which DEIA activities are volunteer and which are paid.<br><br>**BM.2.4** Build procedures, strategies, parameters and rules around financial allocations for new or ad hoc activities. | → Revamping of procedures in progress. |
| **Supervised by:** Director for DEIA Strategy and Operations, Director of Finance & Administration, Allen School Director | | |

34



WWW.CS.WASHINGTON.EDU

# EXHIBIT 18



# DIVERSITY BLUEPRINT 2022-2026



## ACTIONS TOWARD ACCESS, INCLUSION, AND EQUITY



W UNIVERSITY of WASHINGTON

**DIVERSITY BLUEPRINT** 2022–2026

# TABLE OF CONTENTS

**MESSAGE FROM THE PRESIDENT** **1**

**MESSAGE FROM THE CHANCELLOR, UW BOTHELL** **2**

**MESSAGE FROM THE CHANCELLOR, UW TACOMA** **3**

**MESSAGE FROM THE DIVERSITY COUNCIL CHAIRS** **4**

**GOALS** **5**

**GOAL 1:** CULTIVATE AN ACCESSIBLE, INCLUSIVE, AND EQUITABLE CLIMATE **5**

**GOAL 2:** ATTRACT, RETAIN, AND GRADUATE A DIVERSE AND EXCELLENT STUDENT BODY **6**

**GOAL 3:** ATTRACT AND RETAIN DIVERSE ACADEMIC PERSONNEL **7**

**GOAL 4:** ATTRACT AND RETAIN DIVERSE STAFF **8**

**GOAL 5:** DEVELOP PLACE-BASED EDUCATION AND ENGAGEMENT TO ADVANCE ACCESS, INCLUSION, AND EQUITY **9**

**GOAL 6:** IMPROVE ACCOUNTABILITY AND TRANSPARENCY AT ALL LEVELS **10**

**EXAMPLES OF PAST DIVERSITY SEED GRANT AWARDEES AND PROJECTS** **11**

**DIVERSITY BLUEPRINT 2022–2026**

**W**
UNIVERSITY *of*
WASHINGTON

# MESSAGE FROM THE PRESIDENT

The mission of our great public University is inseparably entwined with creating a culture and climate that are accessible, inclusive and equitable. In that spirit, I acknowledge that our campuses sit on the land of the Coast Salish peoples, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations. I also acknowledge and honor the Tribal nations across Washington State and the many Indigenous peoples who are part of our University of Washington community and the diverse urban and rural communities within our state and region.

In the 12 years since the UW Diversity Council first responded to our community's need for a plan to guide us toward our goals for diversity and inclusion with the development of the first Diversity Blueprint, much has changed. The COVID-19 pandemic upended and transformed our lives, both exposing and exacerbating systemic inequities, from who can most easily take part in remote learning to who is most likely to suffer the effects of the virus. In this same period, we bore witness to the horrific manifestations of deeply-rooted racism and bigotry, from the murder of George Floyd to violence against people of Asian descent to attacks on centers of Jewish life and other tragedies too numerous to name.

Throughout this period of upheaval, our commitment to making progress on our goals of hiring, enrolling, retaining and cultivating success for a broadly diverse population of faculty, staff and students has only deepened. With this third iteration of the Diversity Blueprint, we seek to advance these goals in ways that enable our multiple campuses, units, schools, colleges and departments to take meaningful action and increase accountability and transparency. This new blueprint especially emphasizes the need for a tri-campus approach as we work to more rigorously explore place-based education and engagement, including honest reflection on how our own histories and systems have contributed to various forms of exclusion.

There is — and will always be — work ahead to collectively build a community that lives up to our aspirations, aspirations that should and will continue to evolve with the times. We have made significant strides over the past 12 years, including increasing the number of underrepresented faculty in tenure or tenure track positions by 22 percent over the last five years. We've also expanded education and training about diversity, equity, and inclusion and developed new resources and programming to ensure that the UW is a welcoming place for diverse students to live and learn and for faculty and staff to thrive professionally. But these achievements are not the endpoint; rather, they should inspire us to recognize that change is possible through intention and leadership.

I offer my deep thanks to Rickey Hall, Vice President for the Office of Minority Affairs and Diversity and University Diversity Officer, and Chadwick Allen, Associate Vice Provost for Faculty Advancement, as well as the students, faculty and staff serving on the Diversity Council for their leadership and dedication to this project. Their work is essential to our mission of service, learning and discovery, and it's our shared responsibility to put these invaluable tools to good use.



*Ana Mari Cauce*

Ana Mari Cauce, Ph.D.
President, University of Washington
Professor of Psychology

1

UNIVERSITY *of* WASHINGTON

BOTHELL

# MESSAGE FROM THE CHANCELLOR , UW BOTHELL

Since its founding, the UW Bothell campus community has prioritized its goal to provide a widely diverse student population with access to a UW education and the Husky experience, with the many opportunities and resources that entails.

This blueprint articulating the UW's tri-campus commitment to ongoing diversity work is a call for us to be clear about our intentions, to inspire engagement and to drive forward broader and more targeted, sustained and measurable action. It is a call I know the UW community, including the Bothell campus, will answer with enthusiasm and dedication.

In its current strategic plan, Expanding Access, Achieving Excellence, the UW Bothell campus recommits to strengthening diversity, equity and a sense of belonging among students, faculty and staff alike. One of three top strategic plan priorities, this work is naturally connected to a second priority: enhancing engagement on our campus and within the community. These two are, in turn, intertwined with our third priority of advancing cross-disciplinary teaching and scholarship so that we can address today's most pressing problems and issues.

With the publication of this tri-campus blueprint, we must renew our investment in the hard work that comes with ambitious goals, including needs assessments, reviews of ongoing initiatives and programs, and measurable goal setting. It is also a pivotal moment in our shared work as a University, a moment when we need to stay keenly focused on what always matters most: the many people and communities our work serves.

What has struck me most about the UW Bothell community since my arrival in Fall 2021, — and in looking back over its now more than 30-year history — is the sense of mutual care and service this community embodies. I experience it again and again with each staff member, faculty person, community partner or student I meet. And that is what gives me confidence that we can make real change happen here.

I believe that diversity and equity and inclusion — the call to welcome and support everyone because of who they are and where they come from — is the challenge of our time; and I am convinced UW Bothell is absolutely invested in making it happen.

UW Bothell has been committed to diversity issues and action from its very founding, and we have much to be proud of in our history. Yet there is still so much work to be done. This work is vital for our campus and our communities, and will require the efforts of each one of us — a willingness to listen, to ponder, and to make changes where they are needed.

This is how transformation happens. It's how we choose to step up, each day. I am excited to bring my full attention and energy to creating real-world, real-life action plans with partners across the Bothell campus, the UW and our region.



Kristin G. Esterberg, Ph.D.
Chancellor, University of Washington Bothell
Professor of Sociology

2

UNIVERSITY *of*
WASHINGTON
TACOMA

# MESSAGE FROM THE CHANCELLOR , UW TACOMA

The University of Washington Tacoma is home to a very diverse student body — 59 percent students of color, 34 percent underrepresented students, 54 percent who are the first in their family to go to college. I am very proud that we serve this population and provide a UW education to the South Sound community.

Back in 2010, I had the honor of leading the creation of the University of Washington's first Diversity Blueprint and spearheading the incorporation of diversity, equity and inclusion goals in UW's "Two Years to Two Decades" (2Y2D) strategic planning effort. I have focused much of my career on advancing educational excellence and inclusion and the work of the Diversity Blueprint represents a core value for me.

While the last two years of living in a pandemic have affected us all, they have had a larger impact on some populations, including many of the students we serve. This work will ensure that we maintain the gains we have achieved in recruiting a diverse body of students, faculty and staff and helping them succeed, despite the setbacks.

This third iteration of the Diversity Blueprint will continue to challenge us to advance our own work in the areas of diversity, equity, access, and inclusion on our campus. We recently opened an expanded home for the Center for Equity & Inclusion (CEI), and are developing our first-ever dedicated space on the Tacoma campus for our Indigenous community. In addition, the UW Tacoma Climate Monitoring Committee is helping to ensure that we continue to make progress on the important findings from the 2019 UW Climate Survey and make our campus an even more welcoming and inclusive community for learning, living, and working.

I am grateful to be part of a University that values the hard work necessary to be a national leader in diversity and holds itself accountable to these goals.

Sheila Edwards Lange, Ph.D.
Chancellor, University of Washington Tacoma
Professor of Practice, Educational Leadership and Policy Studies

3

# MESSAGE FROM THE DIVERSITY COUNCIL CHAIRS

The University of Washington's Diversity Blueprint 2022–2026: Actions toward Access, Inclusion, and Equity outlines a set of high-level, aspirational goals for our tri-campus community. These goals provide an overarching framework, rather than a step-by-step guide, to assist individual academic and administrative units in designing local strategic action plans appropriate to their specific contexts and needs.

Although we have made real progress since 2010, when the Diversity Council launched its first Blueprint, much work remains to be done, and our goals continue to evolve. The 2022–2026 version updates five of the six goals from the 2017–2021 Blueprint, renewing and deepening our commitments to making the UW more inclusive and more equitable for students, staff, and academic personnel from diverse backgrounds, as well as our commitments to improving transparency and accountability. This latest version also reflects a fuller understanding of our community's needs for access to relevant resources. Our new goal challenges us to move beyond simply assessing diversity needs across our three campuses by prompting us to develop opportunities for place-based education and engagement. What does it mean for students, staff, and faculty to learn and work in specific places with specific histories? How can we enhance both a sense of belonging and a sense of responsibility by increasing our knowledge of our local and regional environments?

Academic and administrative units are asked to create local plans for action, but not without central resources. Since 2017, the Blueprint has been supported by focused workshops and by the Diversity Seed Grants program. Both will continue. For 2022, we are adding a new, online set of resources with links to materials relevant to localizing each goal.

The work we do to advance access, inclusion, and equity — individually, but especially collectively — will help make us a more excellent university.

On behalf of the Diversity Council,



Rickey L. Hall
Vice President for Minority Affairs & Diversity
University Diversity Officer

Chadwick Allen
Associate Vice Provost for Faculty Advancement
Russell F. Stark University Professor

4

**DIVERSITY BLUEPRINT** 2022–2026

# GOAL 1: CULTIVATE AN ACCESSIBLE, INCLUSIVE, AND EQUITABLE CLIMATE

The University must actively work to create and maintain learning, working, living, and healthcare spaces in which students, faculty, and staff from diverse backgrounds believe they can thrive.

Our goal is to foster a welcoming climate that is accessible, inclusive, and equitable across our research, healthcare, virtual, and campus environments.

## EXAMPLES OF LOCALIZING GOAL 1 IN ACADEMIC AND ADMINISTRATIVE UNITS:

> Regularly monitor climate at appropriate levels of scale — within departments, colleges, and schools; within programs and centers; within student, faculty, post-doc, and staff cohorts; within administrative units or sub-units — through focused surveys that will augment and complement the University-wide Climate Survey, through town hall meetings and facilitated discussions, through interviews, or through other instruments for gathering diverse perspectives.

> Regularly publish findings of unit-level climate surveys and other instruments, and discuss results with appropriate stakeholders.

> Acknowledge and develop plans to address concerns about equity, access, inclusion, or other issues relevant to unit climate raised by students, faculty, post-docs, staff, or community partners.

> Assess the culture of meetings within the unit. Are norms, conventions, and procedures for conducting the unit's business well known and well understood? Is there consensus that norms, conventions, and procedures are effective for all participants? Are meetings welcoming and inclusive of multiple perspectives?

> Engage the practices of inclusive design to design offices, facilities, and other physical and virtual spaces that are accessible to all. Ensure that physical and virtual spaces are representative of all those who visit, study, live, or work in them.

> Regularly offer education and training within the unit that addresses anti-racism, sovereignty, equity, broad diversity, neurodiversity, access, belonging, and other relevant DEI topics.

> Regularly review unit level policies and practices to ensure they are not having a disparate impact on members of particular groups.

> Regularly seek opportunities to purchase goods and services from minority-owned, women-owned, small, local, and diverse businesses.

5

# GOAL 2: ATTRACT, RETAIN, AND GRADUATE A DIVERSE AND EXCELLENT STUDENT BODY

The University must continue to actively recruit and support a diverse body of undergraduate, graduate, and professional students.

The University must increase its capacity to serve students from communities that are underrepresented in higher education, including students who identify as Indigenous, Black, and People of Color; students from low- and modest-income families; students who identify as disabled, LGBTQ+, veterans, and alumni of foster care; international students; transfer students; and students who are part of recent immigrant populations.

### EXAMPLES OF LOCALIZING GOAL 2 IN ACADEMIC AND ADMINISTRATIVE UNITS:

> Establish collaborative relationships with central recruitment and outreach services to better coordinate K–12 pathway programs, pathway programs with two-year and tribal colleges, and other initiatives that connect potential students to the University.

> Work with Advancement and external communities to increase scholarship and fellowship funding to better support underrepresented and marginalized students both from our local communities and from locations outside the state of Washington.

> Regularly review disaggregated data on student retention and graduation rates to identify gaps and areas of concern and to design intervention strategies to better support students from diverse backgrounds.

> Strengthen undergraduate retention by enhancing advising strategies within majors, minors, and certificate programs — such as early warning and intervention systems — for underrepresented, veteran, first-generation, and low-income students.

> Develop and strengthen relationships with existing pathway initiatives to encourage underrepresented, veteran, LGBTQ+, first-generation, and low-income students from UW and other regional colleges and universities to attend graduate or professional school at the UW.

> Design, support, and actively participate in preparatory programs that put underrepresented undergraduates on the path to graduate and professional schools.

> Increase collaboration with the Graduate School so that units can contact, host, and recruit students interested in their graduate-level programs.

> Strengthen graduate student retention by enhancing departmental support in a variety of areas, including mentorship, funding, professional development, and accessibility for underrepresented, veteran, and first-generation graduate students, as well as graduate students with disabilities.

6

# GOAL 3: ATTRACT AND RETAIN DIVERSE ACADEMIC PERSONNEL

The University must increase efforts to recruit faculty, post-docs, librarians, and other academic personnel from backgrounds that are underrepresented in higher education, including those who identify as Indigenous, Black, and People of Color.

The University must increase efforts to retain diverse faculty at all ranks and to support the success of diverse academic personnel across the full arcs of their careers.

## EXAMPLES OF LOCALIZING GOAL 3 IN ACADEMIC AND ADMINISTRATIVE UNITS:

> Create and then annually revise or affirm a five-year hiring plan that is explicitly aligned with the unit's diversity mission and goals for equity and inclusion.

> In consultation with the Office for Faculty Advancement, the ADVANCE Center for Institutional Change, the Center for Health Equity, Diversity, & Inclusion, and other university-wide resources, create and then annually revise or affirm unit-specific protocols for recruiting faculty, post-docs, and other academic personnel. Relevant areas include: effective composition of search committees; appropriate uses of available data; processes for vetting language used in position descriptions and job advertisements; outreach efforts to increase the diversity of applicant pools; processes for designing and vetting evaluation criteria; procedures for interviews, and so forth.

> Commit to regularly assessing the effectiveness of unit-specific practices and protocols for recruiting faculty, post-docs, and other academic personnel. Unit leadership commits to debriefing the search committee at the conclusion of every search in order to determine what worked well and what requires ongoing improvement. Unit leadership also commits to organizing more thorough audits of faculty searches in order to assess how well specific protocols and practices are working across specific searches and over time.

> Create an annual curriculum of unit-wide education that addresses effective strategies for recruiting and retaining a diverse and inclusive faculty.

> Create regular procedures for onboarding new faculty, across all ranks, that include specific attention to issues of concern for colleagues from underrepresented or minoritized backgrounds.

> Create mentoring and professional development opportunities at appropriate levels of scale — within or across departments, colleges, schools, laboratories, clinics, research centers, and campuses — that explicitly address issues of concern for colleagues from underrepresented or minoritized backgrounds.

> Create and/or support opportunities for faculty and post-docs from diverse backgrounds to build community on and off campus.

7

# GOAL 4: ATTRACT AND RETAIN DIVERSE STAFF

The University must increase efforts to recruit staff from backgrounds that are underrepresented in higher education, including staff who identify as Indigenous, Black, and People of Color.

The University must increase efforts to retain diverse staff at all ranks and to support the success of diverse staff across the full arcs of their careers.

## EXAMPLES OF LOCALIZING GOAL 4 IN ACADEMIC AND ADMINISTRATIVE UNITS:

> Regularly engage the Staff Diversity Hiring Toolkit and other HR diversity resources.

> Actively work to create diverse hiring pools for all staff positions by advertising job announcements and position descriptions through diverse publications, websites, lists, and social media platforms.

> Create an annual curriculum of unit-wide education that addresses effective strategies for recruiting and retaining a diverse and inclusive staff.

> Create regular procedures for onboarding new staff that include specific attention to issues of concern for colleagues from underrepresented or minoritized backgrounds.

> Co-create annual professional development plans with each staff member in the unit.

> Create mentoring teams within and across units to help staff members achieve their professional development goals.

> Work toward a goal of 100 percent staff participation in DEI education and training.

> Create and/or support opportunities for staff from diverse backgrounds to build community on and off campus.

8

# GOAL 5: DEVELOP PLACE–BASED EDUCATION AND ENGAGEMENT TO ADVANCE ACCESS, INCLUSION, AND EQUITY

The University must provide all students, staff, and faculty with opportunities to better understand the environments in which their learning and work lives take place.

In particular, the University must rigorously explore its histories of racial, ethnic, and other forms of exclusion and actively engage the histories of the diverse communities within which its Seattle, Bothell, and Tacoma campuses are located.

## EXAMPLES OF LOCALIZING GOAL 5 IN ACADEMIC AND ADMINISTRATIVE UNITS:

> Develop protocols for Land Acknowledgement that recognize specific campus locations as well as the University's mission to serve the entire state of Washington.

> Develop understandings of the histories of the three UW campuses that directly address issues of Indigenous sovereignty and issues of access, equity, and inclusion for underrepresented and minoritized communities. Incorporate these understandings into relevant curricula and programming.

> Develop understandings of the histories of colleges, schools, programs, centers, and administrative units that directly address issues of access, equity, and inclusion.

> Develop understandings of the history of student activism on our campuses and of the history of activism in our local communities. Incorporate these understandings into relevant curricula and programming.

> Orient new students, staff, and faculty to their local communities and to their local environments as well as to their campuses.

> Encourage students, staff, and faculty to become involved with their local communities and with their local environments through service learning, internship, outreach, and volunteer opportunities.

> Encourage faculty to incorporate place- and community-based approaches within their undergraduate, graduate, and professional curricula and assignments.

> Explore the histories, interpretations, and impacts of monuments, artworks, street names, building names, and other material features of our campus spaces and of our research and healthcare environments.

> Develop procurement strategies that foster business equity by prioritizing women- and minority-owned businesses in our local communities.

9

## GOAL 6: IMPROVE ACCOUNTABILITY AND TRANSPARENCY AT ALL LEVELS

University leadership must commit to working toward established goals for diversity, equity, access, and inclusion.

Leaders at all levels must accept accountability by implementing new initiatives to achieve these goals; ensure that best practices are disseminated across all three campuses and across all of our research, healthcare, and virtual environments; and make clear the University community's responsibility for advancing diversity, equity, access, and inclusion.

### EXAMPLES OF LOCALIZING GOAL 6 IN ACADEMIC AND ADMINISTRATIVE UNITS:

> Develop, implement, and make public an action plan for diversity, equity, access, and inclusion within the unit that is aligned with the University's mission and values. The plan should establish a set of clear goals, and it should state who in the unit is responsible for advancing each goal.

> Conduct an annual audit of the unit's performance in terms of recruitment, retention, utilization of diverse suppliers, use of inclusive design, and other equity and inclusion practices. Make all findings public in an accessible report or dashboard.

> Produce an annual "state of diversity, equity, access, and inclusion" report that reviews the unit's progress on its action plan.

> Establish an annual "community engagement and justice award" to recognize programs or individuals who have significantly advanced the goals of the unit's action plan for diversity, equity, access, and inclusion.

10

**DIVERSITY BLUEPRINT 2022–2026**

# EXAMPLES OF PAST DIVERSITY SEED GRANT AWARDEES AND PROJECTS

A full list of Diversity Seed Grant Awardees can be found at
**https://www.washington.edu/diversity/diversity-blueprint/seed-grants/awardees/**

## INTERDISCIPLINARY ARTS AND SCIENCES, TACOMA

> **Awarded Fall 2017**

> **Project Title: Arts and Cultures Across American Borders: An Event Series**

> **Blueprint Goal(s) Addressed: Cultivate an inclusive campus climate; Attract, retain, and graduate a diverse and excellent student body**

This project will consist of a series of events showcasing the art, thought and writing of people who have immigrated, migrated or crossed borders to come to the United States mainland. Along with the events, these topics of "border-crossing" will be explored in a set of classes at UW Tacoma during the coming academic year.

## BIOLOGY, BOTHELL

> **Awarded Spring 2018**

> **Project Title: UW–Bothell Biology Leadership Organization of Underrepresented Mentors (BLOUM)**

> **Blueprint Goal(s) Addressed: Attract, Retain, and Graduate a Diverse and Excellent Student Body**

The Biology Department at UW Bothell will use their Seed Grant funds to create a mentoring program targeting 1st or 2nd year undergraduates in the Biology program who are from historically underrepresented groups in STEM fields, matching them (both in and out of the classroom) with peers that have recently and successfully completed introductory courses.

## THE WHOLE U

> **Awarded Fall 2018**

> **Project Title: The Whole U Speaker Series: Understanding Health and Wellness Through the Lens of Equity**

> **Blueprint Goal(s) Addressed: Cultivate an Inclusive Campus Climate; Attract, Retain, and Graduate a Diverse and Excellent Student Body; Attract and Retain a Diverse Faculty; Attract and Retain a Diverse Staff; Assess Tri–Campus Diversity Needs; and Improve Accountability and Transparency**

The Whole U Speaker Series: Understanding Health and Wellness Through the Lens of Equity is a five-part series that engages the UW community in research-backed conversations on issues of equity in healthcare and wellness, covering topics of mental and physical health, educational and occupational wellness, and access to marrow transplants.

11

# EXAMPLES OF PAST DIVERSITY SEED GRANT AWARDEES AND PROJECTS

## BURKE MUSEUM OF NATURAL HISTORY AND CULTURE

> **Awarded Spring 2019**

> **Project Title: Intro to Equity, Inclusion, and Decolonization at the Burke**

> **Blueprint Goal(s) Addressed: Cultivate an Inclusive Campus Climate; Attract, Retain, and Graduate a Diverse and Excellent Student Body; Attract and Retain a Diverse Staff; and Attract and Retain a Diverse Faculty**

In preparation for the opening of the New Burke, the Burke Museum will develop a training program for staff, volunteers, and Board members, intended to create a museum-wide shared understanding of equity and inclusion—with a particular emphasis on understanding decolonization at the Burke—that will guide operations at every level.

## BROTHERHOOD INITIATIVE

> **Awarded Fall 2019**

> **Project Title: Brotherhood Initiative Leadership Retreat**

> **Blueprint Goal(s) Addressed: Cultivate an Inclusive Campus Climate; Attract, Retain, and Graduate a Diverse and Excellent Student Body**

The Brotherhood Initiative leadership retreat provides an out of classroom opportunity for additional leadership development and community bonding that focus on identity development and that will increase a sense of belonging among men of color at the University of Washington.

## SCHOOL OF EDUCATION UNIVERSITY OF WASHINGTON TACOMA

> **Awarded Spring 2020**

> **Project Title: Indigenizing Educational Leadership through Tribally Based Cohorts**

> **Blueprint Goal(s) Addressed: Cultivate an Inclusive Campus Climate; Attract, Retain, and Graduate a Diverse and Excellent Student Body; Assess Tri-Campus needs**

In an effort to honor place, center Indigenous perspectives and ways of being this Indigenizing Educational Leadership through Tribally Based Cohorts project will integrate tribal practices through the use of tribal art, Indigenous knowledge keepers and community celebrations.

12

# EXAMPLES OF PAST DIVERSITY SEED GRANT AWARDEES AND PROJECTS

## UNIVERSITY OF WASHINGTON BOTHELL INFORMATION TECHNOLOGY

> **Awarded Fall 2020**

> **Project Title: Bias & Technology Discussion Series**

> **Blueprint Goal(s) Addressed: Cultivate an Inclusive Campus Climate; Attract, Retain, and Graduate a Diverse and Excellent Student Body; Attract and Retain a Diverse Faculty**

The proliferation of technology in all aspects of our work, research, teaching and learning raises questions about the impacts of bias in technology. Join UW Bothell IT for a screening of the documentary Coded Bias by Shalini Kantayya and a discussion series on the intersection of technology, equity, justice, bias and discrimination.

## THE INFORMATION SCHOOL

> **Awarded Spring 2021**

> **Project Title: High School to iSchool "iTech Inclusion Modules Project"**

> **Blueprint Goal(s) Addressed: Cultivate an Inclusive Campus Climate; Attract, Retain, and Graduate a Diverse and Excellent Student Body**

The iTech Inclusion Module Project is a library of innovative teaching modules in a wide range of technology topics produced by INFO students to introduce middle & high school students to Informatics and Freshman Direct Admission at the UW. The 40-minute modules can be used individually or as a series in HS classrooms or for workshops and outreach.

## HARBORVIEW MEDICAL CENTER INTERPRETER SERVICES DEPARTMENT

> **Awarded Spring 2021**

> **Project Title: Afghan Caseworker Cultural Mediator (CCM) Medical Interpreter Training and Certification**

> **Blueprint Goal(s) Addressed: Attract and Retain a Diverse Staff**

HMC's Interpreter Services Department is hiring an Afghan Caseworker Cultural Mediator (CCM) to serve new arrivals. Attracting and retaining diverse staff to serve this new community is vital. The grant will provide the CCM with training and national certification as a medical interpreter, expediting hiring bilingual/bicultural staff to serve the Afghan community and promote equitable health care

13

For more information or resources, visit
**www.washington.edu/diversity/diversity-blueprint**.

For questions about the University of Washington
Diversity Blueprint, email the University of
Washington Diversity Council at **dcstaff@uw.edu**.

 UNIVERSITY *of* WASHINGTON

# EXHIBIT 19

**Departmental BPC Plan: Paul G. Allen School of
Computer Science & Engineering, University of Washington**



**Effective dates of Plan**: 12/15/2021- 12/15/2023

**Contacts**: Tadayoshi Kohno, Associate Director of the Allen School for DEIA (Diversity, Equity, Inclusion & Access) (yoshi@cs.uw.edu); Jan Cuny, Director DEIA Strategy & Operations (jcuny@cs.uw.edu); Chloe Dolese Mandeville, Assistant Director Diversity & Access (cdolese@cs.uw.edu); Crystal Eney, Director Student Services (ceney@cs.uw.edu)

## 1.   Context

The Allen School has had relative success with gender diversity (although we still have far to go): women are 32% of our undergraduate majors (Computer Engineering and Computer Science), 30% of our Ph.D. students, and 25% of our faculty. Surveys by Data Buddies and the UW Center for Evaluation & Research for STEM Equity reveal a high sense of inclusion among Allen School undergraduate majors and Ph.D. students: 85% and 94% respectively, "agree" or "strongly agree" with the statement "I feel included in the Allen School." We have not had as much success with other Historically Underrepresented Groups in computing (HUG).[1] In our surveys, for example, BHN (Black, Hispanic, and/or Native) students are less likely than others to have "found one or more communities or groups where I feel I belong" or "feel like I can be my authentic self."

The Allen School has a number of faculty and staff focused on student diversity, a commitment to broader faculty and staff diversity, a just-completed 5-year Strategic Plan for DEIA, and changes underway to improve the climate in our introductory course sequence.

## 2.   Goals

The Allen School aims to create a diverse, inclusive and equitable community that celebrates and values differences among its members. Here, we focus on 6 "stretch goals" for the next 5 years:

G1.  Increase the percentage of women at the undergraduate level by 10 percentage points
G2.  Increase the percentage of domestic BHN undergraduates to the UW-Seattle average
G3.  Retain women and BHN undergraduate students at rates similar to others
G4.  Increase the percentage of women in the Ph.D. program by 10 percentage points
G5.  Increase the percentage of domestic BHN Ph.D. students by 10 percentage points
G6.  Retain women and BHN Ph.D. students at rates similar to others

## 3.   Activities and Measurement

**K-12 Outreach** (G1, G2)
**A1. Retarget summer camps** to focus on BHN students and economically disadvantaged youth (Chloe Dolese Mandeville) The Allen School offers a variety of summer camps but they attract little diversity other than gender.  We will improve diversity by partnering with groups working with our target populations, and increase culturally relevant content and pedagogy.

---

[1] We define HUG to include BHN students, women, and persons with disabilities.

**A2. Lab-in-a-box** (Lauren Bricker) We will develop a set of "lab-in-a-box" materials: outreach/recruitment activities geared toward K-12 students in HUG that can be used in a range of outreach events such as the CS Open House, Discovery Days, and school visits.

**A3. Allen School K-12 teacher professional development** (Lauren Bricker) we will expand our professional development to Washington state K-12 teachers with a focus on inclusion.

**Faculty are needed** to develop curriculum, materials and activities, facilitate camps, contribute to teacher professional development and act as guest speakers for events.

**Measurement:** We will collect data on the level of engagement of the participants, their participation in other Allen School events, changes in their attitudes toward computing, influence on student college aspirations and applications, and the degree of involvement of faculty.

**Undergraduate Recruitment** (G1, G2)

**A4. Deepen engagement with target secondary schools** (Chloe Dolese Mandeville) Transitioning from "broad and shallow" to "targeted and deep," we are developing significant relationships with 5 partner high schools and their surrounding communities (chosen with diversity in mind). We expect to expand this activity to additional schools.

**A5. Expanded on-campus recruitment efforts** (Crystal Eney) We will increase on-campus recruitment efforts to attract "interest changers" who develop a passion for computing once they arrive at UW. We will continue offering events for introductory course students including the women's tea and HUG community conversations, and we will expand partnerships with UW campus units including the Office of Minority Affairs & Diversity, the Ethnic Cultural Center, and the Women's Center to attract students from traditionally underrepresented groups.

**Faculty are needed** to develop materials, participate in activities, and host lab visits.

**Measurement:** We will collect data on participants' levels of engagement, participation in other Allen School events and changes in attitude toward computing or college aspirations, the number of internal transfers, and the degree of involvement of Allen School faculty.

**Graduate Student Recruitment and Retention** (G3, G4, G5, G6)

**A6. Expanded and coordinated undergraduate research activities** (Maya Cakmak) We will increase research experiences for students in HUG from the Allen School, other departments at UW and other universities (e.g., through CRA's DREU program).

**A7. Increased connections to organizations that are potential sources of graduate students in HUG** (Les Sessoms) We will increase our involvement with programs such as GEM, QEM, CAHSI, IAAMCS, CRA-WP, NCWIT, Meyerhoff, Karsh, CMD-IT, Tapia, AccessComputing, etc.

**A8. LEAP Alliance** (Elise Dorough, Les Sessoms, Ed Lazowska) We will continue active participation in the LEAP Alliance and in-depth mentoring of LEAP Fellows.

**Faculty are needed** to host undergraduate students in their labs and contribute to group activities, steward relationships with DEIA-related organizations, and mentor LEAP Fellows.

**Measurement:** Disaggregated tracking of recruitment and retention rate across Ph.D. population.

Allen School faculty should consult the internal site *Allen School Guidance for Writing Broadening Participation in Computing Plans for NSF CISE Proposals*.