The Honorable James L. Robart

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **Stanley Zhong; Nan Zhong,** individually and as next friend of his **Minor Son,** Plaintiffs, Pro Se v. **The Regents of the University of Washington; et al.,** Defendants. | Case No. 2:25-cv-00348-JLR **DECLARATION OF STANLEY ZHONG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** Noting Date: May 6, 2026 (per Dkt. 41) |

I, Stanley Zhong, declare as follows:

1.  I am a plaintiff in this action and have personal knowledge of the facts stated herein.

2.  I submit this declaration in support of Plaintiffs' opposition to Defendants' Motion to Dismiss and Request for Judicial Notice.

3.  In March 2023, I was selected as a recipient of the National Merit® $2500 Scholarship.

4.  In Google's 2025 performance review cycle, I received an "Outstanding Impact" rating while employed as a full-time L4 Software Engineer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 15, 2026, in Mountain View, California.

/s/ Stanley Zhong
Stanley Zhong (Pro Se)