The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

STANLEY ZHONG and NAN ZHONG,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY
OF WASHINGTON in their official
capacities; THE UNIVERSITY OF
WASHINGTON; ANA MARI CAUCE, in
their personal capacity and their official
capacity as the President of the University of
Washington; ROBERT J. JONES, in his
official capacity as the President of the
University of Washington; PAUL
SEEGERT, in their personal capacity and
their official capacity as the Director of
Admissions at the University of Washington;
MAGDALENA BALAZINSKA, in their
personal capacity and their official capacity
as Chair of the Paul G. Allen School of
Computer Science & Engineering at the
University of Washington, TADAYOSHI
KOHNO, in their personal capacity and their
official capacity as Associate Director of the
Allen School for DEIA (Diversity, Equity,
Inclusion & Access); CHLOE DOLESE
MANDEVILLE, in their personal capacity
and their official capacity as Assistant
Director for Diversity & Access; OTHER
DOES 10-20 acting in concert with those
named above,

Defendants.

Case No. 2:25-cv-00348-JLR

**SUPPLEMENTAL DECLARATION
OF ROBERT M. MCKENNA IN
SUPPORT OF DEFENDANTS' REPLY
IN SUPPORT OF MOTION TO
DISMISS PLAINTIFFS' SECOND
AMENDED COMPLAINT AND
DEFENDANTS' REQUEST FOR
JUDICIAL NOTICE**

Noted for May 6, 2026

SUPPLEMENTAL DECLARATION OF
ROBERT M. MCKENNA IN SUPPORT OF
DEFENDANTS' REPLY ISO MTD SAC
AND RJN: 2:25-cv-00348-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

I, Robert M. McKenna, declare as follows:

1.    I am an attorney licensed to practice in the State of Washington.  I am a Partner with the law firm Orrick, Herrington & Sutcliffe LLP and am counsel of record for Defendants in the above captioned action.  I submit this supplemental declaration in support of Defendants' Reply in support of Motion to Dismiss Plaintiffs' Second Amended Complaint and Request for Judicial Notice.

2.    Attached as **Exhibit 20** is a true and correct copy of a The Daily UW article, dated May 1, 2026, titled "Student sues UW for racial discrimination, turns to AI to build case," available at https://www.dailyuw.com/article/student-sues-uw-for-racial-discrimination-turns-to-ai-to-build-case-20260501.  As set forth in Defendants' Request for Judicial Notice (ECF 44), the Court may take judicial notice of the article, which contains party admissions.

3.    Attached as **Exhibit 21** is a true and correct copy of the UW College of Engineering 2022 Webpage, archived on December 4, 2022 by the Internet Archive:  "Freshman Admission,"                                              available                                              at https://web.archive.org/web/20221204163005/https://www.engr.washington.edu/admission/freshman.  As set forth in Defendants' Request for Judicial Notice (ECF 44), the Court may consider this document as incorporated by reference and may take judicial notice of the document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of May 2026, in Seattle, Washington.

*s/Robert M. McKenna*
Robert M. McKenna

SUPPLEMENTAL DECLARATION OF
ROBERT M. MCKENNA IN SUPPORT OF
DEFENDANTS' REPLY ISO MTD SAC
AND RJN:  2:25-cv-00348-JLR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

**DECLARATION OF SERVICE**

I hereby certify that I caused the foregoing document to be served on all parties registered for e-service in this matter via the Court's e-filing platform, and that, per the parties' agreement, I caused the foregoing document to be sent via email to Stanley Zhong.

Date:  May 6, 2026.


_s/Robert M. McKenna_
Robert M. McKenna

SUPPLEMENTAL DECLARATION OF
ROBERT M. MCKENNA IN SUPPORT OF
DEFENDANTS' REPLY ISO MTD SAC
AND RJN:  2:25-cv-00348-JLR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

# EXHIBIT 20

**Page Vault**

| | |
|---|---|
| Document title: | Student sues UW for racial discrimination, turns to AI to build case - The Daily |
| Capture URL: | https://www.dailyuw.com/article/student-sues-uw-for-racial-discrimination-turns-to-ai-to-build-case-20260501 |
| Page loaded at (UTC): | Tue, 05 May 2026 18:55:54 GMT |
| Capture timestamp (UTC): | Tue, 05 May 2026 18:57:44 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | kjtJdW1GeiBReknrdzJR6P |

PDF REFERENCE #:    gDucz7iHjzzW52kncfdLZD

ADVERTISEMENT



THE UNIVERSITY OF CHICAGO | DIVISION OF THE SOCIAL SCIENCES

LEARN MORE

MASTER'S IN COMPUTATIONAL SOCIAL SCIENCE    |    FALL 2026 APPLICATION DEADLINE: JUNE 1

# THE DAILY

Donate | Newsletters

 

NEWS ▾   SPORTS ▾   ARTS ▾   SCIENCE ▾   OPINION ▾   MULTIMEDIA ▾   ARCHIVES   PODCASTS ▾   SPECIALS   |   DAWG HOUSING   HUSKY MEDIA   E-EDITIONS



Cherry blossom at the end of the cherry blossom season in front of Savery Hall on Apr. 9, 2026, at UW Seattle.

**NEWS**

# Student sues UW for racial discrimination, turns to AI to build case

By Sophia Sostrin The Daily

May 1, 2026, 2 p.m.



Listen to this article now
Powered by **Trinity Audio**

00:00                                                          04:20

A rejected UW undergraduate applicant is suing the university in federal court without a lawyer, instead relying on artificial intelligence (AI) as his closest legal ally.

After failing to secure representation for one of their four lawsuits, Stanley Zhong and his father turned to tools like ChatGPT and Google Gemini to build their case, using AI to draft filings and legal arguments as they allege racial discrimination in UW's admissions process.

"Lawyers are playing all kinds of games," Stanley Zhong said. "We were forced to

ADVERTISEMENT

READ MORE ›



NEWS
**Study finds AI biases influence humans making hiring decisions**
Nathan Gallagher Macke Contributing writer    Nov. 20, 2025, 2:45 p.m.



NEWS
**'Tilted toward the ideas of tech companies': UW's AI push sparks community debate**
Talan Collins The Daily    March 13, 2026, 2 p.m.



6

using AI to draft filings and legal arguments as they <u>allege racial discrimination in UW's admissions process</u>.

"Lawyers are playing all kinds of games," Stanley Zhong said. "We were forced to file."

Stanley Zhong, a Bay Area student, graduated with a <u>4.42 GPA and a 1590 SAT score</u>, along with top placements in international coding competitions. He applied to 18 colleges and was rejected by 16 of them. Shortly after, Stanley Zhong accepted a job at Google as an AI engineer — a role that typically requires a doctorate. His father, Nan Zhong, also works at Google.

"The gap is too big to reconcile by any reasonable measure beyond merit," Nan Zhong, Stanley's father, said. "It's fairly obvious something doesn't add up."

The Zhongs allege that anti-Asian discrimination influenced those decisions. Nan Zhong cited both Stanley Zhong's extensive applicant portfolio and the family's conversations with other Asian American families, who reported similar experiences during the college application process.

The family has filed four lawsuits in total — against UW, the University of California system, the University of Michigan, and Cornell University. UW remains the only case in which they are proceeding without legal representation.

Nan Zhong said several attorneys declined to take the case. One firm also raised concerns about potential safety risks to Stanley Zhong and the burden of providing security.

With time running out to file before the statute of limitations expired, the Zhongs turned to AI. But Nan Zhong says he and his son are proceeding with caution; he said the tools have helped flag errors in opposing filings, including outdated case citations, but acknowledged risks.

"The danger of hallucination is real," Nan Zhong said. "We've seen it. You still have to verify everything."

ADVERTISEMENT



When the suit was first filed, UW argued Zhong's rejection was consistent with its highly selective admissions process and emphasized his out-of-state status. Nan

7



NEWS

**Soundbite: An AI-assisted racial discrimination suit against UW, the partial demolition of Gasworks, and more**

Ella Avital The Daily, Ben Jaudon The Daily and Olivia Asmann The Daily

May 4, 2026, 1 p.m.

ADVERTISEMENT

SPONSORS





SERVICES + ACTIVITIES FEE



STUDENT TECHNOLOGY FEE



When the suit was first filed, UW argued Zhong's rejection was consistent with its highly selective admissions process and emphasized his out-of-state status. Nan Zhong called that explanation "insulting to common sense," saying the university failed to engage with his son's full qualifications.

The UW Board of Regents has also requested that the Zhongs turn over their AI prompts, which could potentially be subpoenaed.

The Zhongs further point to a now-removed diversity planning document from UW's Paul G. Allen School of Computer Science & Engineering, which they say set demographic targets.

Jeff Feldman, an associate teaching professor at the School of Law, said cases alleging racial discrimination in admissions face steep legal hurdles.

"Part of me thinks that if you can be a better lawyer — I'm not sure that's bad. So long as it's vetted and someone does the due diligence to make sure it's correct," Feldman said.

Still, he cautioned that AI introduces risks, especially for those without legal training.

"The concern would be whether an untrained individual has the ability to check that AI-generated work in the manner in which it needs to be checked," Feldman said.

Courts have already sanctioned attorneys for submitting filings with fabricated citations generated by AI, according to Feldman. In response, some judges now require certification that AI-assisted work has been reviewed. Even so, Feldman expects AI to become a standard tool in the legal field.

Zhong is expected to travel to Seattle in the coming weeks for a federal court hearing. Because electronic devices are not allowed in the courtroom, his AI-assisted strategy will be put to the test offline.

Whether the judge will hear oral arguments or rule based on written briefs remains unclear. The case has already cost the family more than $200,000.

ADVERTISEMENT



Reach UWPD beat reporter Sophia Sostrin at news@dailyuw.com. X: @sophiasostrin

STUDENT TECHNOLOGY FEE

TRENDING ›

NEWS
Student arrested for disrupting Turning Point USA event on HUB Lawn
Talan Collins The Daily and Anna Hull The Daily     April 29, 2026, 7:57 p.m.

NEWS
Seattle orders partial demolition of Gasworks Park amid safety concerns
Ella Goulet The Daily  April 29, 2026, 2 p.m.

NEWS
Student sues UW for racial discrimination, turns to AI to build case
Sophia Sostrin The Daily  May 1, 2026, 2 p.m.

OPINION | COLUMNISTS
When white curiosity becomes cultural theft
Melanie Nguyen The Daily  May 4, 2026, 1 p.m.

ADVERTISEMENT

Document title: Student sues UW for racial discrimination, turns to AI to build case - The Daily
Capture URL: https://www.dailyuw.com/article/student-sues-uw-for-racial-discrimination-turns-to-ai-to-build-case-20260501
Capture timestamp (UTC): Tue, 05 May 2026 18:57:44 GMT

ADVERTISEMENT



Reach UWPD beat reporter Sophia Sostrin at news@dailyuw.com. X: @sophiasostrin. Bluesky: @sophiasostrin.

Like what you're reading? Support high-quality student journalism by donating here.

## Stay up to Date

Subscribe to our weekly newsletters covering the news, arts, and sports.

Email

[                                                          ]   **SUBSCRIBE**

Newsletters

☐ Regular Newsletter (M, W, F)

☐ Sports (F)

---

ANNA HULL THE DAILY



**UW graduate student questioned and detained at Sea-Tac, removed from United States**

EVELYN ARCHIBALD THE DAILY



**Starbucks on the Ave to close permanently April 5**

NATHAN GALLAGHER MACKE THE DAILY



**Jackson School removes director of Middle East Center**

JULIA GRIES THE DAILY



**Two-Eyed Seeing: Paul Stamets and the psychedelic renaissance**

---



News   Sports   Arts   Science   Opinion   Multimedia   Archives   Podcasts   Specials   Dawg Housing   Husky Media   E-Editions

About Us   Contact Us   Submissions   Join Us   Classifieds   Advertising   Terms   Privacy

# THE**DAILY**

All content © 2026 Student Publications @ The University of Washington

Powered by SNworks – Solutions by SN Media. Made with ♥ in 🐾.

Document title: Student sues UW for racial discrimination, turns to AI to build case - The Daily
Capture URL: https://www.dailyuw.com/article/student-sues-uw-for-racial-discrimination-turns-to-ai-to-build-case-20260501
Capture timestamp (UTC): Tue, 05 May 2026 18:57:44 GMT

Page 4 of 4

# EXHIBIT 21

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Undergraduate Admissions |
| Capture URL: | https://web.archive.org/web/20221204163005/https://www.engr.washington.edu/admission/freshman |
| Page loaded at (UTC): | Tue, 05 May 2026 18:53:30 GMT |
| Capture timestamp (UTC): | Tue, 05 May 2026 18:55:49 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | 6unL4Lq7ciXvzrQ4zFsowF |

PDF REFERENCE #:    vozkSyUwTYpxrquQYXP1tP

INTERNET ARCHIVE
WayBackMachine
117 captures
25 Apr 2018 - 12 Oct 2025

https://www.engr.washington.edu/admission/freshman    Go

SEP DEC FEB
04
2021 **2022** 2024    About this capture

Case 2:25-cv-00348-JLR    Document 49    Filed 05/06/26    Page 12 of 14



# W COLLEGE OF ENGINEERING
## UNIVERSITY *of* WASHINGTON

Diversity, Equity & Inclusion    K-12 Programs    MyCoE    🔍    **UW Links** ›

ABOUT US    DEPARTMENTS    FACULTY & RESEARCH    NEWS & EVENTS    ADMISSION    STUDENTS    INDUSTRY & ALUMNI    GIVE ♡

# ADMISSION

🏠 › Admission › Freshman admission

# Freshman admission

UW Engineering prepares students to solve some of the world's biggest challenges.





### Your first year as an engineering student

Your DTC experience will help you explore different engineering disciplines, build connections with fellow students, and provide you with holistic support to ensure your success inside and outside the classroom.

EXPLORE ›

## How to apply to UW Engineering

To be considered for Direct to College (DTC) admission, select engineering undeclared or an engineering major (other than the Allen School's computer engineering) as your first-choice major to be considered for Direct to College admission. If admitted DTC, you will enter the UW as an Engineering Undeclared (ENGRUD) student and will have the opportunity to explore many engineering disciplines before requesting placement in an engineering major after your freshman year. Admission to DTC is only available in autumn quarter.



### Start your UW application as soon as September 1

See UW Admissions' how to apply page for step-by-step instructions, including fees, how to submit test scores, and required documentation.

On your application, select engineering undeclared or an engineering major (other than the Allen School's computer engineering) as your first-choice major to be considered for Direct to College admission. You will not be required to pursue the major you selected on your freshman UW application if admitted DTC.

If you choose not to apply to DTC and are admitted to the UW, you can still choose to pursue engineering, but you will have to apply through the capacity-constrained pathway. This pathway has

### Admission

Why UW Engineering?

What's my application type?

**Freshman admission**

First-year engineering experience

Direct to College Admission FAQs

Pathways for Inclusive Excellence

Running Start students

Transfer admission

Current UW non-engineering students

Graduate admission

Professional Master's and certificate programs

Visit us

Planning ahead for high school students

### QUESTIONS?

**Questions about Direct to College admission:**
UW Admissions
206-543-9686
Mon–Fri, 9 a.m. – 5 p.m.

Admission paths

Document title: Undergraduate Admissions
Capture URL: https://web.archive.org/web/20221204163005/https://www.engr.washington.edu/admission/freshman
Capture timestamp (UTC): Tue, 05 May 2026 18:55:49 GMT
Estimated post date: 12/04/2022 4:30:05 PM                    Page 1 of 3

Case 2:25-cv-00348-JLR    Document 49    Filed 05/06/26    Page 13 of 14

if admitted DTC.

If you choose not to apply to DTC and are admitted to the UW, you can still choose to pursue engineering, but you will have to apply through the capacity-constrained pathway. This pathway has more robust eligibility requirements, a different application process and timeline.

**GO TO UW APPLICATION** >



### Submit your UW application by November 15.

More information on key dates and deadlines.



### Admissions decisions are sent in March

Watch your e-mail and mailbox for your UW admission decision letter, which will include whether you have been admitted Direct to College.

**Admission paths**

**High school students**

Freshman admission
Running Start students
Planning ahead in high school

**Current UW non-engineering students**

Current UW non-engineering students admissions

**Transfer students**

Transfer student admissions
UW Transfer Thursdays

# Working toward placement into a major

As an Engineering Undeclared student, your first year will include engineering foundational coursework such as math and science, as well as UW general education courses. At the end of your freshman year, you will reques placement into an engineering major.

- You will not be required to pursue the major you selected on your freshman UW application. Your first-year curriculum offers courses that will help you explore engineering disciplines and help you better understand which majors best suit your educational and professional goals.
- If you are admitted as an Engineering Undeclared student and you meet placement requirements, you are guaranteed to be placed into one of the engineering majors. You may or may not be placed in your first choice major. Some majors in the College of Engineering receive more placement requests than they can accommodate. Learn more about the placement process.

# Not admitted Direct to College?

If you are admitted to the UW but not admitted DTC, you still have the option to apply through the capacity-constrained pathway. Space is anticipated to be limited in many of the engineering majors, as demand for engineering degrees exceeds available space.

However, there are certain engineering majors that have most recently been able to accommodate more non-DTC students who apply through the capacity-constrained pathway than others. These majors include: chemical engineering, civil engineering, environmental engineering and materials science & engineering.

If you are determined to major in a specific field of engineering and have not been admitted to DTC, we encourage you to consider other engineering schools where you have been directly admitted to the major or college of your choice.

If you decide to attend UW without direct admission to the College of Engineering, please keep in mind that you may need to pursue a major other than engineering. The UW offers more than 180 majors in 68 different departments to consider.

## COLLEGE OF ENGINEERING

Document title: Undergraduate Admissions
Capture URL: https://web.archive.org/web/20221204163005/https://www.engr.washington.edu/admission/freshman
Capture timestamp (UTC): Tue, 05 May 2026 18:55:49 GMT
Estimated post date: 12/04/2022 4:30:05 PM
Page 2 of 3

## Working toward placement into a major

As an Engineering Undeclared student, your first year will include engineering foundational coursework such as math and science, as well as UW general education courses. At the end of your freshman year, you will reques placement into an engineering major.

- You will not be required to pursue the major you selected on your freshman UW application. Your first-year curriculum offers courses that will help you explore engineering disciplines and help you better understand which majors best suit your educational and professional goals.
- If you are admitted as an Engineering Undeclared student and you meet placement requirements, you are guaranteed to be placed into one of the engineering majors. You may or may not be placed in your first choice major. Some majors in the College of Engineering receive more placement requests than they can accommodate. Learn more about the placement process.

## Not admitted Direct to College?

If you are admitted to the UW but not admitted DTC, you still have the option to apply through the capacity-constrained pathway. Space is anticipated to be limited in many of the engineering majors, as demand for engineering degrees exceeds available space.

However, there are certain engineering majors that have most recently been able to accommodate more non-DTC students who apply through the capacity-constrained pathway than others. These majors include: chemical engineering, civil engineering, environmental engineering and materials science & engineering.

If you are determined to major in a specific field of engineering and have not been admitted to DTC, we encourage you to consider other engineering schools where you have been directly admitted to the major or college of your choice.

If you decide to attend UW without direct admission to the College of Engineering, please keep in mind that you may need to pursue a major other than engineering. The UW offers more than 180 majors in 68 different departments to consider.



14

Document title: Undergraduate Admissions
Capture URL: https://web.archive.org/web/20221204163005/https://www.engr.washington.edu/admission/freshman
Capture timestamp (UTC): Tue, 05 May 2026 18:55:49 GMT
Estimated post date: 12/04/2022 4:30:05 PM