AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

Stanley Zhong
*Plaintiff*
v.
The Regents of the University of Washington,
*Defendant*

Case No. 2:25-cv-00348-JLR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stanley Zhong .

Date: 09/15/2026

/s/ Wesley Hottot
*Attorney's signature*

Wesley Hottot, Wash. Bar No. 47539
*Printed name and bar number*

Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
*Address*

whottot@pacificlegal.org
*E-mail address*

(425) 576-0484
*Telephone number*

(916) 419-7747
*FAX number*