The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANLEY ZHONG, NAN ZHONG, and SWORD (STUDENTS WHO OPPOSE RACIAL DISCRIMINATION,<br>Plaintiffs,<br>v.<br>THE REGENTS OF THE UNIVERSITY OF WASHINGTON,<br>Defendant. | Case No. 2:25-cv-00348-JLR<br>NOTICE OF ASSOCIATION |

TO: THE CLERK OF THE COURT

AND TO: ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Nickolas Bohl hereby associates as counsel for Defendant The Regents of the University of Washington and requests that all pleadings or papers, except original process, be made upon the undersigned at the address stated below.

Dated: September 15, 2026.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Nickolas Bohl*

Nickolas Bohl (WSBA No. 48978)
nbohl@orrick.com

401 Union Street, Suite 3300
Seattle, WA 98101-2668
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

*Attorneys for Defendant*