**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **STANLEY ZHONG,**<br><br>Plaintiff,<br><br>v.<br><br>**THE REGENTS OF THE UNIVERSITY OF WASHINGTON, et al.**<br><br>Defendants. | No. 2:25-cv-00348-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AND ADD PARTIES** |

The Court, having considered Plaintiff's Motion for Leave to Amend the Complaint and Add Parties, and finding good cause, hereby GRANTS Plaintiff's Motion.

Plaintiff may file his proposed Third Amended Complaint. Pursuant to Local Civil Rule 15(a), Plaintiff shall file and serve the Third Amended Complaint within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated this ___ day of ____________, 2026.

______________________________
JAMES L. ROBART
United States District Judge



Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
(425) 576-0484

Presented by:

By: s/ *Wesley P. Hottot*
WESLEY P. HOTTOT, Wash. Bar No. 47539
Email: WHottot@pacificlegal.org
Pacific Legal Foundation
1425 Broadway, #429
Seattle, Washington 98122
Telephone: (425) 576-0484
Facsimile: (916) 419-7747

ANDREW R. QUINIO, Cal. Bar No. 288101*
Email: AQuinio@pacificlegal.org
ERIN E. WILCOX, Cal. Bar No. 337427*
Email: EWilcox@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111

JACK BROWN, DC Bar No. 90000651*
Email: JBrown@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881

*Attorneys for Plaintiff*

**Pro hac vice*